RECEIVED

MAR 0 3 2014

Office of Labor Relations
& Legal Counsel

# Notice Of Claim

1.) That, I reside in city of Buffalo, County of Erie, State of New York.

2) That, I founded Brotherman's Progress mentors matter advocacy Organization to advocate on behalf of at Risk minority male. see exhibit # 1.

3) That, I joined District Parent Coordinating Council of Buffalo Public Schools in 2011.

4) That, Buffalo Board of Education President Ralph Hernandez, agreed to respond to a set of written questions I prepared as regarding Board of Education (hereafter BOE) policies toward mentoring minority male. see exhibit # 2

5) That, Ralph Hernandez did not immediately respond and thereby, the task fell upon new BOE President Lou Petrucci, who responded via letter dated 12-11-2011. see exhibit # 3

6) That, in his letter, Lou Petrucci answered my inquiries as to minority, male student and also acknowledged that Due to my advocacy on their behalf, I had been appointed to a newly established mentoring Committee

(1)

# Notice Of Claim

RECEIVED
MAR 0 3 2014
Office of Labor Relations
& Legal Counsel

1.) That, I reside in city of Buffalo, County of Erie, State of New York.

2.) That, I founded Brotherman's Progress mentors Matter Advocacy Organization to advocate on behalf of at Risk minority males see exhibit # 1.

3.) That, I joined District Parent Coordination Council of Buffalo Public Schools in 2011.

4.) That, Buffalo Board Of Education President Ralph Hernandez agreed to respond to a set of written questions I prepared as regarding Board Of Education (hereafter BOE) policies toward mentoring minority male. see exhibit # 2

5.) That, Ralph Hernandez did not immediately respond and thereby the task fell upon new BOE President Lou Petrucci, who responded via letter dated 12-11-2011. see exhibit # 3

6.) That, in his letter, Lou Petrucci answered my enquiries as to minority male students and also acknowledged that due to my advocacy on their behalf, I had been appointed to a newly established mentoring Committee

chaired by Charles Brandy ... With Respect
to the achievement of males of African descent
in Buffalo Public Schools (hereafter BPS) We are
not where anyone wants to be. We need
to see great improvements. ''

7.) That, I sat down with Charles Brandy
(who had been appointed to Chair the
BPS Mentor Committee by Interim
Superintendent Amber Dixon) and instructed
to contact me in order to build the
committee and come up with Comprehensive
District Wide Mentor Program and policies
with emphasis on minority male students.

8.) That, Gail Wells, employee of Buffalo
State College joined our committee at the
behest of Dr. Hunter a Buffalo State
Professor who formerly worked with us.

9.) That, Tracy Cooley joined our Committee
and served as secretary and coordinator.

10.) That, (Doctor Will) Keresztes, Director
of Student Services interacted with
our committee.

11.) That as a result of my Brotherman's

(2)

Progress mentoring Matters advocacy on behalf of minority males in BPS, I sought help from BOE members Lou Petrucci and Ralph Hernandez in Spring of 2013, in sponsoring a BOE Resolution "Conduct an Impact Study and Cost analyses Study of the 5000 Role Models of Excellence Project". See exhibit #4.

12.) That, after the resolution was passed, Lou Petrucci via email discussed the need for me to put together a business plan amongst other Considerations. See exhibit #5.

13.) That, BPS mentor Committee secretary Tracy Cooley offered to assist me with formulating business Plan. See exhibit #6.

14.) That, BOE President Barbara A. Nevergold supported implementation of 5000 Role Models of Excellence Project in BPS. See exhibit #7.

15.) That, by letter dated 8-13-13, Ellicott District Councilmember Darius Pridgen endorsed the need for "diversity" and implementing 5000 Role Models of Excellence Project in BPS, while also agreeing to "serve in advisory Capacity" on a destenguished

Steering Committee that I was putting together to assure success. see exhibit # 8.

16.) That, many distinguished Community leaders supported our initiative, such as Erie County Sheriff Tim Howard, Phil Rumore of BTF, Carl Paladino and Erie County Legislator Tim Hogue, along with David Rust of Say Yes see exhibit #9

17) That, a key player regarding my business plan was 5000 Role Models of Excellence Project founder Congresswoman Frederica S. Wilson Who wrote an August 16, 2013 letter "In Congress I am working to bring the 5000 Role Models of Excellence Project to a national scale. I informed the member, of the school board that I would be delighted to come to Buffalo to help move this initiative forward" see exhibit #10

18) That, at the 9-11-13 Speakers List BOE meeting I requested that a letter of invitation be sent to Congresswoman Wilson and that Supt. Brown publicly agreed to do it. see exhibit #11.

19) That, on 9-26-2013, I hand delivered a letter to Supt. Brown's office enquiring as to when she would be sending the agreed upon

(4)

letter, and informed her that I had attended a Congressional Black Caucus Educational forum having been invited by congresswoman Wilson to meet Key Players see exhibit #12

20) That by email letters dated 9-11-13, 9-21-13, I had also asked Supt. Brown to send me a copy when the letter would be sent out to Cong. Wilson, so that I could share it with community stakeholders. see exhibit #13

21) That, at the 11-13-13 BOE Speakers fest, again I took the opportunity to ask Supt. Brown, just why had she not sent out the above referenced letter as promised. see exhibit #14

22) That, Supt. Brown's response was that she had received a "Committee report" from Committee Chairmen Charles Brandy as regarding the Impact Study/Cost Analysis.

23) That, I informed Supt. Brown that any "report" presented to her by Charles Brandy should be viewed with suspicion since no other BPS mentor Committee members had participated in the Compilation of "report"

24) That, at this same 11-13-13 BOE Speakers

(5)

last meeting I had requested a copy of the so-called "committee report" from Supt. Brown and Charles Brandy who had attended the public meeting.

25.) That, I wrote a 6 page 11-27-13 follow-up letter to Supt. Brown and hand-delivered it to her office See exhibit #15

26.) That, the 6 page follow-up letter amongst other considerations informed Supt Brown that Brandy's report was "bogus" and again demanded that I be given a copy so that I may properly respond to it and ask BOE for investigation of fraud if Supt Brown denied myself and stakeholders seeking to empower minority males in BPS our due process rights. Copies of this 11-27-13 letter were placed in mail boxes of Dr. Haren-Tega; Mr. Paladino and Dr. Barbara A. Nevergold of BOE.

27.) That, I received an email response stating that "Dr. Brown Would like to meet with you on Dec 4, 2013, at 3:30 PM" (15 minutes). See exhibit #16

28.) That, I responded I could make meeting however "it is imperative that I immediately receive a copy of the so-called impact study cost analysis bogus

(6)

report submitted to Supt Brown without
my participation and Knowledge." See exhibit #16.

29) That, on Dec 3, 2013, Supt. Brown sent
email "Please see the committee's report
attached - I look forward to meeting with
you tomorrow." See exhibit #17.

30) That, I maintained Charles Brandy was intentionally
being deceptive in his arbitrary report
which was done without the Knowledge or
assistance of any other BPS mentor
committee members. A copy of Charles
Brandy's "committee report" of 11-12-13
is attached. See exhibit #18.

31) That, during our Dec 4, 2013 meeting
(15 minutes allotted) Supt. Brown was
informed by assistant Elena Cala that
she had another engagement to attend.
Supt. Brown refused to take the time
to read any of the documentary evidence
I offered to prove Charles Brandy had
intentionally misled her in composing
his arbitrary and false report.

32) That, I offered to leave her copies of
the material documents that exposed Charles

(7)

Brandey's "Committee Report" of November 12, 2013 as fraudulent, but she refused to accept my documents offering the excuse that she had already turned Charles Brandey's "Committee Report" over to BOE. I then asked her why did she schedule this 15 minute meeting if she had no intention of dealing with my claim that Charles Brandey had intentionally misrepresented the facts as regarding his "Committee report".

33) That, When I asked Supt Brown why she had not kept her word and sent out the agreed upon invitation to Congresswoman Wilson weeks ago — She replied to my astonishment "How do you know that I wanted that woman to come here in the first place." Our meeting was over.

34) That, on the evening of the above meeting I sent Supt. Brown an email placing her on notice that by no means was this matter over as she was wrong in telling me that there could be no appeal of her decision not to accept my material documents which prove that Charles Brandey intentionally misrepresented the

which he stated I had "cleared all" facts in his 11-12-13 "Committee Report" in Communications." see exhibit # 19

35) That, The material evidence and documents which I tried to present to Supt. Brown during our meeting of December 4, 2013 consists of the following:

— An october 10, 2013 email from Gail Wells (BPS committee member) to Tracy Cooley (and rest of Committee) Which states "Brother Charles (Charles Burgin) and I spent some time fine tuning the work from the meeting." She then lists the program framework "Which will be completed by November 1st." She then states "Charles Burgin will be calling the Director of the 5000 Role Models of Excellence Program to discern the program and ask questions. The Mentoring Committee will provide a list of questions and bases to cover to Charles for his phone call he will be making ... Charles and I are offering Everything that is in red as a framework for our Conference call tomorrow (October 11, 2013). See exhibit # 20

36) That, in his November 12, 2013 "Committee

(9)

Report" Charles Brandy states "None of the above mentioned information was provided to the committee for review and discussion. Mr. Burgin did not participate in the October 12th conference call with the committee and ceased all communications. Recommendation: The 5000 Role Models of Excellence Mentoring Program is not recommended for implementation in Buffalo Public Schools in a limited or full capacity at this time. Specifics of the program core components remain unknown."

Note for the record, at all times prior to his composing the blatantly false report of 11-12-13, Charles Brandy had my phone number and email address yet made no attempt to contact me and falsely states that I "ceased all communications."

37) That, had Supt. Brown accepted the following documentary evidence which I offered her at the 12-4-13 meeting she could have ascertained the falsity of Charles Brandy's "Committee Report" of 11-12-13.

38.) — A document dated October 10, 2013 12:56PM, sent by BPS Committee Chairman Charles Brandy to myself and other BPS mentor Committee members "Hello everyone, our conference call is scheduled for 4:PM on Friday October 11, 2013. Please refer to conference Dial-in Number: (712) 432-1500." *see exhibit #21 Now contrast this with Charles Brandy's November 12, 2013 "Committee report" (Now marked exhibit #18) and his assertion that "Mr. Burgin did not participate in the October 12th Conference Call with the committee and ceased all communication." Note, THERE NEVER WAS ANY CONFERENCE CALL SCHEDULED FOR OCTOBER 12, 2013. Charles Brandy's error with the Dates shows lack of integrity. Now there was actually a conference call made by BPS mentor Committee members on October 11, 2013.

39.) — A document dated October 11, 2013 at 3:39 AM Email, sent from myself to BPS mentor Committee member Isail Wells. See middle paragraph, whereby I state "Instead of holding a conference call today,

(11)

I find it imperative that we meet to descuss the BPS mentoring initiative and Gails understanding. Furthermore I'm still in process of putting together the Steering Committee which will be addressing the major essues and concerns with implementing 5000 Role Models Of Excellence Project in BPS and preparing for Congresswoman Frederica S. Wilson's Visit to Buffalo — especially in light of the fact her Visit will coordinate the on-going campaign to build a movement to recruit and sustain mentors etc. I do Not intend to rush things and fully understand that everything cannot be done by the January 1st, 2014 tentative date so I'm looking at September 2014 as a more realistic goal for implementing the 5000 Role Models of Excellence Project in BPS."
see exhibit #21(A)

40.) — Gail Wells of BPS mentor committee responds via email dated Friday October 11, 2013 at 1:57 PM. "Hotep Brother
see exhibit #22

(12)

Charles (Charles Burgin) Everyone who called in for the conference call felt the conference call should be cancelled and as per your suggestion be replaced with a meeting. A meeting time was identified therefore we need to know if you are available to meet next Friday on October 18th at 11 AM. The meeting would be held at the regular location. If this is not convenient for you please provide another time when you are available as we feel we cannot proceed without your input."

41.) — That my reply to Gail Wells was via email dated October 14, 2013 at 8:47 PM. "Greetings, this is to to inform that I am not available for a meeting on the 18th of Oct. I will be available for a meeting on Friday the 25th after 1:30 PM or from the 28th thru 31st of October after 1:30 PM. At that meeting we shall discuss the formal role of BPS mentor committee as regarding the 5000 Role Models of Excellence Project — which has nothing to do with the

(13)

so-called Buffalo Mentor Initiative.
We also shall discuss for the record,
how the Steering Committee (which,
Councilman Pridgen) offered to serve in
an advisory capacity) which Jim
putting together to advance the objectives
and implementation of 5000 Role model
of Excellence Project in BPS; along with
the impact study and cost analysis
which cannot be performed until
after my business plan and budget
has been perfected, along with other
pertinent concerns and time lines."
See exhibit # 23

42.)   — That for the record, Isail Wells
called me after she received my October
14, 2013 email, she stated that she
would not be available to meet on
the dates which I offered and would
be going out of town. She later
sent myself and the full committee
an email dated October 23, 2013
stating "I am leaving for Baltimore
tomorrow morning." That is the
last communication which I received
See exhibit # 24
from any BPS Mentor Committee
member. I anticipated hearing from
secretary Tracy Cooley to suggest

(14)

some new meeting dates once
Gail Wells returned from Baltimore.
Clearly Charles Brandy falsely
stated that I had "closed all
communications" with the BPS Mentor Committee

43.) Is it simply coincidence that as
soon as Charles Brandy compiled
his fraudulent letter or so-called
"committee report" of November 12, 2013
that Charles Brandy and Dr Will
Kerezter is working with
Councilman Demone South and
C A O Director / Black Mens Think Tank
Director L. Nathan Hare as regarding
the funding etc of mentor Programs
in BPS. See exhibit # 25

44.) Here is additional material that goes
to Charles Brandy's state of mind
on November 12, 2013 when he decided
To draft or compose his falsified
"mentor committee report" This
document relates to Charles Brandy's
relationship with Councilman Demone
South and his "Buffalo Mentoring
Initiative" that includes L. Nathan Hare

(15)

Director of CAO and United Black mens
Think Tank and Sam Radford.
Note that when Brandy was
first appointed by DJ Well
Keresztes to do the Impact Study
Cost Analysis for BOE Resolution
pertaining to 5000 Role Models of
Excellence Project — he tried to
join it with the "Buffalo
Mentoring Initiative" which was
formed by the above parties who
associate with Charles Brandy.
Brandy also set up a meeting
with Demone Smith and myself
once I made it clear that the
5000 Role Models of Excellence
Project was not being controlled by
their "Buffalo mentoring Initiative —
see exhibit #16

45.) Further Note that there was an
issue which I had to straighten out
with L. Nathan Hare as he sought
to wrest control of 5000 Role Models
Of Excellence Project From myself
and contacted Supt. Brown who
stated she would only be working with
one person who was in charge of
5000 Role Models of Excellence Project. I

(16)

sent Mr. Hare an Email and he then
sent Supd. Brown an Email stating
that I was the person in charge of
5000 Role Models of Excellence Project.
See exhibits #27 and #28.

46.)    A Related issue which goes to
the state of mind of Charles Brody
when he falsified his 11-12-13
"committee report" is his connection
with Mayor Brown. The record
reflects that during the month of April
2013, Mayor Brown visited the District
Parent Coordinating Council in which I chair
their mentor committee. I shared him
documentation of the 5000 Role Models
of Excellence Project and he pledged
his support after signing our
"Brotherman's Progress Petition for
Nonviolence and Increasing Life Skills
mentoring Programs for At Risk Youth".
See exhibit #29

47.)  After taking Mayor Brown at his
Word and visiting his office and
leaving messages several times with
his secretary and not receiving any
response, I wrote him a certified
letter dated October 17, 2013. This

(17)

4 Page letter to Mayor Brown informed him (at page 2, paragraph # 8 at exhibit # 30) that "I'm in process of putting together a business plan along with a Steering Committee of dedicated professional people to help get everything that the program needs to succeed." on page 4, last paragraph, I also asked if Mayor Brown could have a Deputy Mayor work with myself and the Steering Committee. Now does that sound like someone who intends to " Close all Communications with the BPS Mentor Committee tasked with completing an Impact Study/Cost Analysis of 5000 Role Models of Excellence Project? " At page 3 I informed Mayor Brown that I had been to his office several times seeking either a personal meeting or a letter stating he supported our initiative and would be supporting Congresswoman Frederica S. Wilson when she comes to Buffalo. I also informed him that todate I'm still awaiting your response. That over this period of time I was informed by Sam Radford that he was aware of all the work that I had done on the 5000 Role Models of Excellence Project and

(18)

that he would hate to see me left
out as councilman Demone Smith,
Charles Brawley and Nate Hare
were going to connect with you
(Mayor Brown) to reach out to
Congresswoman Wilson and bring her
to Buffalo so that they could take
over the 5000 Role Models of Excellence
Project — In which I simply responded
that Mayor Brown had already pledged
his support and besides, I was already
in contact with Congresswoman Wilson
and her Chief of Staff. Mayor Brown
since I have not heard from you
after visiting your office three times
and also meeting with your secretary
I'm now Wondering if there is something
political going on to circumvent my
efforts to implement this very important
generational cycle poverty reduction
mentor Program to assist our at-risk
minority youth males in Buffalo Public Schools
to finish high school and graduate."
See exhibit # 30.

48.) For the record, I never received a
reply from the above certified letter
of October 17, 2013 to Mayor Brown
and certainly believe it is due to

(19)

his political relationship with Charles Bramley, Demone Smith, L. Nathan Hare and Sam Radford who have their own "Buffalo Mentoring Initiative" and are dealing with Dr Will Keresztes, head of student services for BPS. It reminds me of crabs-in-the-barrel syndrome. Especially when Mayor Brown is full of hypocrisy. When it comes down to actually Keeping his Word to help uplift and empower our at-Risk minority male students.

49.) As regarding Dr. Will Keresztes and his conflict of interest in being appointed by Supt Brown to be in charge of getting the Impact Study Cost Analysis done, before he passed it off to Charles Bramley and the BPS mentor committee — I had sent Supt. Brown a 3 page email dated September 3, 2013 detailing the conflict of interest (See exhibit #31) with her appointing Dr. Keresztes to be in charge of the impact study / Cost analysis (along with Charles Bramley). At paragraph # 13 thru 20, I informed Supt Brown of the serious disputes

(20)

and issues of integrity and character
exhibited by Charles Brandy and Dr.
Will Keresztes while working with
them on the mentor committee prior
to the BOE Resolution involving
the impact study /cost analyses for
5000 Role models of Excellence Project.
Having received no reply from
Supt. Brown after the above letter,
I was forced to deal with Charles
Brandy and took him at his word
to forget past grievances as he was
supposedly only interested in supporting
my efforts to get the 5000 role models
of Excellence Project implemented in BPS.
The evidence shows otherwise. See
exhibit #32 which is another email I
sent to Supt. Brown dated Sept 6, 2013.
Note how she states "I look forward
to meeting with you and the rest of
the mentoring committee as soon as the
study is completed and the committee
Is Prepared To Make A Recommendation
to me." Her actions certainly prove
otherwise as she would not accept my
documentary materials which exposed
Charles Brandy. She never sent out
the letter to congresswomen Wilson

(21)

over a period of months after publicly stating she would do so. She most certainly revealed her true colors and lack of integrity when she stated to me during our December 4, 2013 meeting "How do you know that I wanted that woman (Congresswoman Wilson) to come here in the first place."

50. Of Relevance to Charles Brandy's state of mind is an email dated May 16 2013 in which he practically had resigned from the BPS Mentor Committee several months prior to his being appointed to do the impact study/cost analysis. It is an email sent by Charles Brandy to myself and Saul Wells and Tracy Cooley.
See Exhibit #33

51.) I then drafted a 7 page response email to Charles Brandy dated May 17, 2013.
See Exhibit #34

52.) Clearly the evidence presented here shows the the due process rights of myself and the intended beneficiaries of the BOE Resolution — Minority Male

(22)

students have been flagrantly Violated by Wilful fraudulent misconduct of Board employees and a Superentendent who lacks integrity and courage.

53.) I emplore the Buffalo Board of Education to expediently use it's power to address this grave situation. On December 20, 2013, I contacted Board member Dr. Harris-Tig who serves as Board Liaison to our Destrict Parent Coordinating Council Via email and am still awaiting her reply to meet with me to help remedy this situation.

54.) For the record, at our December 4, 2013 meeting, I placed Supt. Brown on notice that I would appeal her negative and arbitrary decision to ignore the evidence in this Case. She stated to me that the matter could not be appealed. Can someone in her position actually take the Board for granted in that she can not be over ruled by the Board which hired her or did

(23)

she miscalulate my resolve to see that justice is done when it comes to my advocacy on behalf of at risk minority males? I'm requesting a full investigation by the Board and to remedy this situation, along with appointing a person of integrity and Character to work with myself and community stakeholders to complete the B O E Resolution Cost Analysis Impact Study. President Obama's recent unveiling of his program to uplift and empower minority males— My Brothers Keeper, evidences that what I'm fighting for in terms of replicating the 5000 Role Models of Excellence Project in Buffalo Public Schools essential! Man–up! Mend–up! Stand–up! Mentor–up!

Charles Burgin
P O Box 1073
Buffalo N.Y. 14201

Ellen L Snekser  3/3/14

RECEIVED

MAR 0 3 2014

Office of Labor Relations
& Legal Counsel

ELLEN L. SNEKSER
Notary Public, State of New York
Qualified in Erie County
My Commission Expires  8/28/14

**Whereas:**   It is fitting that City government sponsor an action that encourages individuals and organizations to join together in taking a stand against violence, and in favor of the education and mentoring of our youth, encouraging parents, individuals and organizations to step up to their responsibility of teaching and showing children that there are alternatives to violence; and

**Whereas:**   Charles Burgin has locally sponsored a petition drive with the goal of 50,000 signatures to illustrate the solidarity of our community in taking a stand for non-violence through the expansion of mentoring programs in safe environments for young people; and

**Whereas:**   This independent petition drive is known as "Brotherman's Progress" to indicate that to achieve progress, we must all move forward together, united in brotherhood and sisterhood in a stand against violent crime for the future of our youth; and

**Whereas:**   These initiatives are in the best interests of the citizenry of the City of Buffalo.

## NOW, THEREFORE BE IT RESOLVED:

That the Common Council of the City of Buffalo does hereby designate November 17, 2010 as "Step Up and Take a Stand Against Violence Day," to encourage interested individuals and organizations to take a stand against violence in our community and support the petition drive; and

## NOW, THEREFORE BE IT FINALLY RESOLVED:

The Common Council does also encourage other governing bodies and community organizations to sponsor similar events since violent crime has no boundaries, and the future of youth concerns us all.

Curtis Haynes, Jr., **Ellicott District**

Joseph Golombek, Jr., **North District**

David A. Rivera, **Niagara District**

David A. Franczyk, **Fillmore District**

Michael P. Kearns, **South District**

Bonnie E. Russell, **University District**

Richard A. Fontana, **Lovejoy District**

Michael J. LoCurto, **Delaware District**

Demone A. Smith, **Masten District**

# RESOLUTION

**By:**   Mr. Curtis Haynes, Jr.

**Co-Sponsors:** Mr. Franczyk, Mr. Fontana, Mr. Golombek, Mr. Kearns, Mr. LoCurto, Mr. Rivera, Mrs. Russell, Mr. Smith

**Re:**   Step Up and Take a Stand Against Violence Day

**Whereas:**   Recent violent, tragic events in Buffalo have brought citizens together in concern about the effect of crime on families and friends, the safety, security and quality of life of residents and businesses and the public image of our City; and

**Whereas:**   Citizens, business owners, enforcement and elected leadership all agree that there is a need for greater understanding of the causes of crime, and greater cooperation in seeking its remedies; and

**Whereas:**   It is acknowledged that unemployment, underemployment and poverty are three major causes of violent crime and gun-related violence, especially in their impact upon youth; and

**Whereas:**   It is also acknowledged that education and training are two major tools in the efforts to save the young from the impact and seduction of crime; and

**Whereas:**   The Common Council of the City of Buffalo has voted to establish a Community Building Task Force that will be open to all interested citizens in the residential, academic, faith, enforcement and business communities to help define a strategy to control crime in Buffalo, and make its recommendations to the Common Council for action; and

**Whereas:**   Numerous organizations and individuals have taken it upon themselves to independently organize and mobilize to seek solutions to the problem of violent and gun-related crime in our community, including organizations like Stop the Violence Coalition, East Side Redevelopment Task Force, The Peace Organization, The Boys and Girls Clubs, The Peaceful World Movement; Lessons of Homicides Team, the Block Club Council, and many other worthy groups; and

**Whereas:**   Many citizens have sought a way to take a stand against violence and publicly show their concern in a positive manner; and

**Whereas:**   The US Center for Disease Control and Prevention has stated that youth violence should be treated as a disease by prescribing adults as mentors and role models, maximizing efforts to use public and private community resources to reduce the social and economic causes of violence in the environment of young people; and

April 27, 2011


Ralph R. Hernandez
Board President
Buffalo Board of Education

Re: Attached Brotherman's Progress' Nonviolence Pro Mentoring of At-Risk Youth Petition which the DPCC unanimously voted to support and Council of Great City Schools November 2010 Report calling for more Black  mentors and counselors to aid young Black males in graduation rates

As per your agreement to answer DPCC questions regarding the above matter, I am submitting the following questions:

1).     At present, how many individuals or organizations currently provide quality mentoring programs and services directly to what number of young Black males in which grades at the Buffalo Public Schools?


2).     Are any individuals or organizations being paid to mentor students and if so, what is the source of funding?


3).     What are the policies, procedures and practices that govern

Print and bring this ticket with you

# How To Start A Mentoring Program - Elements of...

THE MENTORING PARTNERSHIP OF NEW YORK

Jan 11, 2011 9:00 AM

**charles burgin**

**January 11, 2011 - How to Start A Mentoring Program**

**Free Order**

122 East 42nd Street, Suite 1520
New York 10168

Ordered by **charles burgin** on **Dec 15, 2010** at 6:28 PM

2312632529876879001

• Please PRINT and bring this ticket to the event entrance.

2312632529876879001

Eventbrite

Do you organize events?
Start selling in minutes with Eventbrite!

www.**eventbrite**.com

individuals and organizations now serving, or who wish to serve as mentors to students?

4).    Are you in agreement with the Justice Dept. study and other studies that show at-risk black male students can benefit from having mentors and those who receive mentoring graduate more often?

5).    Are you familiar with the term Black Consciousness which is currently highlighted on WBLK radio in Buffalo as a cultural awareness tool directed at our youth to know thyself which in turn would reduce fratricide?

6).    Has any educational stimulus money ever been appropriated toward mentoring programs for black male students in order to help reduce their unacceptable drop-out rate, if not--then why?

7).    Has Superintendent Williams ever consulted the Board of Education and informed or proposed the establishment of any mentoring programs for helping to stem the student drop-out rate?

8).    Has any Title I educational funding been appropriated by Supt. Williams or the Board  for mentoring programs to deal with the drop-out rate of Black males?

9).    On August 10, 2010, The Chicago board of education and mayor Daley approved 25 million dollars of federal stimulus funds for mentoring  programs in the schools. With several parties calling for Mayor Brown to get involved with managing school funds appropriated by the city of Buffalo, has he ever approached the Board or Supt. Williams with any ideas for using stimulus funds or any other sources to provide mentoring programs to help the Black male students stay in school?

10).    To your knowledge will any federal school "turnaround" funds be used for setting up mentoring programs to help Black male students stay in school and if not, do you think it would be a good idea/

11).    What do you consider to be an priority interest in stopping the catastrophic drop-out rate of 75% for Black males and is investing in

Sis. Karima,

As someone who has demonstrated on Delaware Avenue with the group and still supports the cause-I salute you! As founder of Brotherman's Progress Mentoring Advocacy for the empowerment of our at-risk youth in avoiding the criminal justice system, I recommend to all progressive people, Michelle Alexander's "The New Jim Crow" --Mass Incarceration in the age of Colorblindness. "Alexander argues that we have not ended racial caste in America: we have simply redesigned it. By targeting black men through the War on Drugs and decimating communities of color, the U.S. criminal justice system functions as a contemporary system of racial control. In the current era, it is no longer permissible to use race, explicitly, as a justification for discrimination, exclusion, and social contempt. Discrimination in employment, housing, education, and public benefits: denial of the right to vote; and exclusion from jury service--are suddenly legal once you're labeled a felon." Accordingly, we have to understand that under slavery there was no legal standing or social status and I challenge anyone to point to a specific time and place in history (after the Emancipation Proclamation) to show that the underclass has overcame and risen to equality status within the parameters of the U.S. Judicial, Educational, Medical, and Financial systems. Just keeping it real!!

POSTED BY: **CHARLES BURGIN, BUFFALO** on Sat Oct 16,2010 at 5:43 pm

REPLY      INAPPROPRIATE

Showing records 1-2 of 2 (1 pages total).

# Post a comment
Maximum comment length: 1750 characters. Characters remaining: 1750

SUBMIT

long term , close bonding life-skills mentoring programs in which qualified Black male mentors work with the students--what it really takes to help bring more stability into the lives of the students thus making it easier for teachers and students to progress in their long term goals?

12).   Do you think that the Buffalo Board of Education along with Supt. Williams and parents should take some responsibility for the youths who dropped-out and were mass incarcerated or buried prematurely?

13).   Understanding that I Charles Burgin, has been advocating for years with a Nonviolence Pro Mentoring Petition, while serving as a Charter School mentor for the last 4 years, then joining the DPCC to speak on behalf of the voiceless at the 04/13/11 Common Council Education meeting in which you and 3 other Board members participated--Do you think that it was a gutless penny ante unethical move by small minded hypocrites to actually censor from Government Channel 19,my mentoring plea on behalf of the suffering young Black males?

Thank you,

Charles Burgin
DPCC Representative
Founder Brotherman's Progress
Youth mentoring advocacy

Contact Us    Sitemap    Privacy Policy    Reprint Policy

MENTOR | 1680 Duke Street, 2nd Floor, Alexandria, VA 22314 | Telephone: 703-224-2200

MENTOR: Expanding the world of quality mentoring.



# BOARD OF EDUCATION

65 Niagara Square • Room 801 City Hall
Buffalo, New York 14202
Phone: (716) 816-3570 • Fax: (716) 851-3937

**MRS. AMBER M. DIXON**
Interim Superintendent

**BOARD OF EDUCATION MEMBERS**
MR. LOUIS J. PETRUCCI
President
MRS. SHARON M. BELTON-COTTMAN
MR. RALPH R. HERNANDEZ
MR. CHRISTOPHER L. JACOBS
MRS. FLORENCE D. JOHNSON
MRS. MARY RUTH KAPSIAK
Vice-President-Student Achievement
MR. JOHN B. LICATA
MR. JASON M. McCARTHY
MRS. ROSALYN L. TAYLOR
Vice-President-Executive Affairs

12/11/2011

Charles Burgin
Founder
Brotherman's Progress Mentors Matters
PO Box 1073
Buffalo, NY 14201

Dear Mr. Burgin:

I have had the opportunity to read your questions and ask senior staff about your concerns. I have received some answers but not all. I have also been informed that you have been recently appointed to the newly established Mentoring Committee chaired by Charles Brandy.

With respect to mentoring organizations working within the Buffalo Public Schools, it has been inconsistent. We have had large organizations that have adopted individual schools and provided help to said institutions. We have had individuals who have worked with the principals at various schools on particularly occasions or for specific events. We as a board asked for a report showing by school what particularly extracurricular programs are provided at that location so that we have a better understanding of the need across the district.

We have established the aforementioned Mentoring Committee to establish policies, practices, and practices for interested groups and individuals. There has been a renewed interest in mentoring the students of the Buffalo Public Schools. These offers range from well intentioned individuals to well established organizations. The Buffalo Public Schools need to have a well articulated policy that both provides access to mentoring programs and ensures the safety and well being of our students.

With respect to Title 1 funds, federal school "turnaround" funds, or the general payment of mentors by the Buffalo Public Schools, historically our mentors have all been volunteers. We are talking about school based budgeting by which the district would provide each individual school an overall budget. Within that budget, the school would have to provide established levels of

*"Putting children and families first to ensure high academic achievement for all."*

service but would be free to use any excess money for programs that they believe would benefit their respective students such as mentoring. If the BPS were to undertake a district wide mentoring program, it would be subject to the normal procedures for hiring an organization or individual.

Mentoring can play an important role in the lives of at-risk youth regardless of their race. Too many of our children could benefit from positive role model in their lives who takes a personal interest in their achievement and well being.

With respect to the achievement of males of African descent in the Buffalo Public Schools, we are not where anyone wants to be. We need to see great improvements. The district has been working to improve the graduation rate of males of African descent as well all of our other children that have to overcome the hurdles of poverty, language, or any other challenge. As I have said previously, we are not where we want to be.

Thank you for taking the time to contact me with your concerns. I can also be reached at lpetrucci@buffaloschools.org.

Sincerely,

Lou Petrucci

*"Putting children and families first to ensure high academic achievement for all."*

City of Buffalo
Board of Education

## RESOLUTION

## CONDUCT AN IMPACT AND COST ANALYSIS STUDY OF THE 5000 ROLE MODELS OF EXCELLENCE AND HELPING FAMILIES IN SCHOOL SUSPENSIONS PROJECTS

**Co-Sponsors: Ralph R. Hernandez and Lou Petrucci**

*At-risk children usually have one or more of the following characteristics: retention in grade level, poor attendance, behavioral problems, low socioeconomic status or poverty, low achievement, substance abuse, or teenage pregnancy. These factors are also closely associated with dropping out of school. Mentoring programs like the 5000 Role Models of Excellence Project has been shown to help students achieved better grades, established obtainable goals, and enhanced their self-esteem when partnered with caring, supportive adults.*

**Whereas,** The 5000 Role Models of Excellence Project was founded by former Miami-Dade County School Board Member, Dr. Frederica S. Wilson, now a member of the Florida Senate District-33 and initiated by the Miami-Dade County Public School Board in March 1993; and

**Whereas,** realizing an ongoing crisis in the lives of many young males, the project's mission is to intervene in the lives of at-risk students to reduce high incidences of disciplinary referrals, suspensions, alternative school placements and academic failure rates while simultaneously enhancing their higher order of thinking skills to impact their overall achievement level; and

**Whereas,** the program pairs students ages 9-19 with successful professional adult mentors, who provide students with advice, guidance, and supplemental educational services; and

**Whereas,** the 5000 Role Models of Excellence Project is steadfast in its commitment to provide high quality services to help school staff, students and their parents apply strategies and practices that promote greater inclusion, positive relationships, and respect for differences; and

**Whereas,** the 5000 Role Models of Excellence Project comes highly recommend by Charles Burgin and the Brotherman's Progress Mentors Matter Program, Buffalo Teachers Federation and the District Parent Coordinating Council

**Be It Resolved,** that the Board of Education calls on the Superintendent to conduct an impact study of the 5000 Role Models of Excellence Project complete with cost analysis and emphasis on the potential combined affect with current district academic and intervention programs like Say Yes in an effort to blend academic intervention and adult mentoring as a strategy for enhancing outcomes for elementary and high school students.

June 12, 2013

Dr. Nevergold gave a brief repot on the Health and Wellness Committee meeting she attended.

Dr. Nevergold gave a brief report on the District Parent Coordinating Council she attended.

APPROVED, a motion made by Mrs. Belton-Cottman, seconded by Mrs. Johnson, to approve the NFTA Promotion of Alcoholic Drinks Resolution (Attachment B). The vote was unanimous.

6.  Mr. Licata briefly shared the Legislative items which are forthcoming.

7.  Mr. Petrucci gave a brief update on the Joint Schools Construction Board meeting on June 3, 2013.

Mr. Petrucci shared the resolution "Conduct an Impact and Cost Analysis Study of the 5000 Role Models of Excellence and Helping Families in School Suspensions Projects".

APPROVED, a motion made by Mr. Petrucci, seconded by Mr. McCarthy, to approve the resolution to "Conduct an Impact and Cost Analysis Study of the 5000 Role Models of Excellence and Helping Families in School Suspensions Projects" (Attachment A). The vote resulted as follows:  6 – Ayes (Belton-Cottman, Johnson, McCarthy, Petrucci, Taylor, Kapsiak), 2 – Noes (Licata and Nevergold), 1 – Absent (Mr. Hernandez).  Motion carried.

\*               \*               \*               \*

Mr. Hernandez left the meeting during the Committee Reports.

\*               \*               \*               \*

The Board Approved the Agenda Items as follows:

APPROVED, a motion made by Mrs. Johnson, seconded by Mrs. Taylor to remove Item VII.C.14.b. from the table.  The vote was unanimous.

| Item VII.A.1.a. | Instructional Personnel Changes as recommended by the Superintendent; the vote was unanimous. |
| Item VII.A.1.b. | Civil Service Miscellaneous Personnel Changes as recommended by the Superintendent; the vote was unanimous. |
| Item VII.A.1.c. | Administrative Personnel Changes as recommended by the Superintendent; the vote was unanimous. |
| Item VII.B.4.a. | Consultant Contract – Cambium Education Inc. – Sopis Learning-Set Up to Writing as recommended by the Superintendent; the vote was unanimous. |



Charles Burgin< bromaninc@gmail.com>

## Request for a formal letter (attached to email from Mr Petrucci) stating that on Wed a vote was held by BOE and Resolution in support of 5000 Role Models Of Excellence Project was passed etc.

2 messages

**Charles Burgin**< bromaninc@gmail.com>
To: Lou Petrucci <lpetrucci@buffaloschools.org>, rhernandez@buffaloschools.org

Thu, Jun 13, 2013 at 10:44 PM

Greetings Mr. Petrucci and Mr. Hernandez,

I want you two men of integrity to know that your actions and support as co-sponsors of the 5000 Role Models Of Excellence Project Resolution, and remaining steadfast to see that the Resolution was passed-- is greatly appreciated!! You have helped lay the foundation for "real" change in the lives of our at-risk BPS students and improving the lives of future generations, as we continue to mobilize and build bridges with progressive individuals and organizations in the education, business, civic, government, faith-based and communications media fields. Yes there is much more work to do but we fully understand that the journey of a thousand miles begins with the very first step! Mr. Petrucci, as per our last conversation, you will be getting certain materials to me which helps to undergird technical matters and perhaps we can sit down and also discuss things at your convenience. Right now, I just want to be able to offer people proof that the Resolution actually passed and discuss with them how they may effectively assist our mission movement, so some sort of official document or letter that you can attach to an email will suffice. A copy of the actual Resolution passed is also needed for my records. I will be contacting Congresswoman Frederica S. Wilson after I receive the requested documentation from you. I also will be contacting Supt. Brown, just to make sure she received a copy of the letter which was sent to the Board from Congresswoman Frederica S. Wilson--and that she has read the full contents. Without getting into any specifics of program matters such as size, number of students or schools served etc., I just want to get Supt. Brown's overall feelings about Congresswoman Wilson's offer to come to Buffalo, if the Resolution passed. That way, Supt. Brown and I can be on the same page in strategizing how to make everything come together for the benefit our our students, their families and the greater community. That is one reason why I still have the ongoing Nonviolence Pro Mentor Petition seeking 50,000 plus signatures from the "good neighbors" of WNY. In addition, I will be calling you, just to see what the actual vote count was--as I intend to strenghen ties with Board members who voted to support the Resolution. Don't you think that this would be a wise move since we will be missing 2 of our greatest supporters when you and Mr. Hernandez step down after the next couple of weeks. Perhaps before you 2 guys step down, we can have some sort of press conference (along with Supt. Brown and any other willing Board Members) to hilite the effects of passing the Mentor Resolution and what it means to the hopes of students and families in terms of attaining high academic achievement etc. Again, thank you for what I like to call Manning-up and Standing-up for our at-risk youth. Even when you two no longer sit on the Board, I want to feel as if I still have two friends that I can call on from time to time when I may need guidance or help with other issues, since you two have quite a bit of experience and expertise of service to the community over the years. Shanti, Charles Burgin

**LPetrucci@buffaloschools.org** < LPetrucci@buffaloschools.org>
To: bromaninc@gmail.com

Fri, Jun 21, 2013 at 2:43 PM

Mr. Burgin-

The vote was 7-2. Ralph sponsored the resolution but had to leave before the vote. I will count him in the affirmative.

The second part of the resolution is now for you to formulate a business plan for your mentoring program. As a board member I do not write up the specs, I can tell you what I

have seen come across my desk over the years and the general questions that may be asked.

-Number of schools
-Number of children that you can serve in each school
-Outcome over a specified time period. For example, we plan on mentoring 50 young males of African descent in ten schools with a goal of improving attendance, suspension, ELA, Math, graduation rate, etc. by so many percentage points over a specified time period
-How are mentors selected
-Mentor training
-Partnerships with other groups
-Costs
-Reporting- how often are you going to report out your results- quarterly, biannual, annual?

Anything that we can do to improve African and Hispanic Male graduation rates should be explored. If it works in Florida, hopefully it will work here in Buffalo.

Thank you for your efforts.

Sincerely,

Lou Petrucci
-----Charles Burgin <bromaninc@gmail.com> wrote: -----

To: Lou Petrucci <lpetrucci@buffaloschools.org>, rhernandez@buffaloschools.org
From: Charles Burgin <bromaninc@gmail.com>
Date: 06/13/2013 10:44PM
Subject: Request for a formal letter (attached to email from Mr Petrucci) stating that on Wed a vote was held by BOE and Resolution in support of 5000 Role Models Of Excellence Project was passed etc.

Greetings Mr. Petrucci and Mr. Hernandez,

I want you two men of integrity to know that your actions and support as co-sponsors of the 5000 Role Models Of Excellence Project Resolution, and remaining steadfast to see that the Resolution was passed--is greatly appreciated!! You have helped lay the foundation for "real" change in the lives of our at-risk BPS students and improving the lives of future generations, as we continue to mobilize and build bridges with progressive individuals and organizations in the education, business, civic, government, faith-based and communications media fields. Yes there is much more work to do but we fully understand that the journey of a thousand miles begins with the very first step! Mr. Petrucci, as per our last conversation, you will be getting certain materials to me which helps to undergird technical matters and perhaps we can sit down and also discuss things at your convenience. Right now, I just want to be able to offer people proof that the Resolution actually passed and discuss with them how they may effectively assist our mission movement, so some sort of official document or letter that you can attach to an email will suffice. A copy of the actual Resolution passed is also needed for my records. I will be contacting Congresswoman Frederica S. Wilson after I receive the requested documentation from you. I also will be contacting Supt. Brown, just to make sure she received a copy of the letter which was sent to the Board from Congresswoman Frederica S. Wilson--and that she has read the full contents. Without getting into any specifics of program matters such as size, number of students or schools served etc., I just want to get Supt. Brown's overall feelings about Congresswoman Wilson's offer to come to Buffalo, if the Resolution passed. That way, Supt. Brown and I can be on the same page in strategizing how to make everything come together for the benefit our our students, their families and the greater community. That is one reason why I still have the ongoing Nonviolence Pro Mentor Petition



## Implementation Plan - 5000 Role Models of Excellence

**Cooley, Tracy** <tcooley1@hilbert.edu>
To: "bromaninc@gmail.com" <bromaninc@gmail.com>, "W.CharlesBrandy@buffaloschools.org"
<W.CharlesBrandy@buffaloschools.org>
Fri, Sep 6, 2013 at 6:38 AM

Bro. Burgin,

If you need assistance developing your plans I can assist you.

Tracy

*"I hope that my achievements in life shall be these-that I will have fought for what was right and fair, that I will have risked for that which mattered, that I will have given help to those who were in need, and that I will have left the earth a better place for what I've done and who I've been."*

**Charles Burgin** <bromaninc@gmail.com>
To: "Cooley, Tracy" <tcooley1@hilbert.edu>
Fri, Sep 6, 2013 at 7:28 AM

Tracy,

Thanks for the offer, I will free to confer with you on related subject matter which you may have expertise. I'm always open to ideas as I have checked my ego at the door before I leave the premises. I'm the last person to think that I know it all myself--and totally understand that things work out for the better when you surround yourself with dedicated competent people who you can rely on and trust. Shanti, (Peace)
[Quoted text hidden]

**Cooley, Tracy** <tcooley1@hilbert.edu>
To: Charles Burgin <bromaninc@gmail.com>
Fri, Sep 6, 2013 at 8:27 AM

What is your phone number

*"I hope that my achievements in life shall be these-that I will have fought for what was right and*

ex #6



# 09/05 BPS Mentoring Committee Meeting Notes

**Cooley, Tracy** <tcooley1@hilbert.edu>                           Fri, Sep 6, 2013 at 10:47 AM
To: Charles Burgin <bromaninc@gmail.com>
Cc: "W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>

Bro. Burgin,

Thanks for the info.

You have put in a lot of work and it is very appreciated. You have a ton of material and you are a wealth of knowledge on the Program.

In order to bring a program to fruition, you have to begin to plan by creating a team that can help develop the implementation plan and business plan. The program piece already exists, now you need to brainstorm on all the pieces you need to make the program happen.

You have input which are your resources such as mentors, training materials, space, time, money, partners, supplies, etc. Then you have your throughput, the items that require an intervention that will give you your output. For example, mentors need to get trained. Are there current procedures in place supplied by te 5000 Role Models of Excellence Program that we can use, what do we need to change to adapt it to Buffalo? The output, a well trained mentor.



May I suggest creating a planning team of experienced people committed and willing to assist in this endeavor?

This is a basic Project Planning endeavor. There are questions for the implementation plan you should be asking, assumptions you should be making, and objectives that need to be set. Again, these are just suggestions, and if you need assistance I am available.



ex #6

Charles Burgin <bromaninc@gmail.com>

## 09/05 BPS Mentoring Committee Meeting Notes

**Charles Burgin** <bromaninc@gmail.com>
To: "Cooley, Tracy" <tcooley1@hilbert.edu>

Fri, Sep 6, 2013 at 10:20 AM

Cc: "W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>, "dsmith@ch.ci.buffalo.ny.us" <dsmith@ch.ci.buffalo.ny.us>, "samradford3@gmail.com" <samradford3@gmail.com>, "wellsgv@buffalostate.edu" <wellsgv@buffalostate.edu>, "Jabbaar-Gyambrah, Tara" <tJabbaar-gyambrah@hilbert.edu>, "Marilyn.Gibson@tax.ny.gov" <Marilyn.Gibson@tax.ny.gov>, "w.a.v.e.buffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "pelliott@caoec.org" <pelliott@caoec.org>

Hello team,

Please find attached to this email, the components of the 5000 Role Models Of Excellence Project used in Miami-Dade County Public Schools I don't see it on the components sheet, but's it's on other material sent to me by the Executive Director—that is the fact that the program recruits all elements of the community to assist or act as role models such as police, judges, actors and other celebrities in the community. I have met with Commissioner Derenda and he has pledged his support and will later send me a letter of confirmation. On my contact list are judges, U.S. Attorney, Erie County Sheriff, County Executive etc. etc. Also team I would like to explore the idea of recruiting and training peer mentors in the BPS. Shanti, (Peace)

[Quoted text hidden]

*Note: This component was to be utilized in the later development of my business plan—*

**Components**

**25 components of 5000Role Mod Program 001.jpg**
807K

Gmail - RE: In light of the latest reports on student poverty combined with lowered gradu...   Page 1 of 2

 EXHIBIT 7

Charles Burgin< bromaninc@gmail.com>

## RE: In light of the latest reports on student poverty combined with lowered graduation rates for at-risk minority males, I'm asking for your support as regarding the 5000 Role Models of Excellence Initiative which studies show will improve high school ...
1 message

**Nevergold, Barbara A**< BANevergold@buffaloschools.org>      Mon, Jul 8, 2013 at 12:47 AM
To: Charles Burgin <bromaninc@gmail.com>

Mr. Burgin, thanks for your email.  As you know the Board supported the resolution regarding your program and staff were instructed to conduct a cost analysis.  I will support the Board's resolution and I suggest that you use this as support by the Board for the program.  Best, Barbara Seals Nevergold

Barbara A. Seals Nevergold, PhD

At-Large Member, Buffalo Board of Education

801 City Hall

Buffalo, New York 14202

716-225-8074

# CITY OF BUFFALO
## COMMON COUNCIL

**DARIUS G. PRIDGEN**
ELLICOTT DISTRICT COUNCIL MEMBER
65 NIAGARA SQUARE, 1408 CITY HALL
BUFFALO, NY 14202-3318
PHONE: (716) 851-4980 ♦ FAX: (716) 851-6576
City of Buffalo Website: www.city-buffalo.com
Ellicott District Website: www.buffaloellicottdistrict.com

**COMMITTEE CHAIR**
LEGISLATION
**COMMITTEES**
COMMUNITY DEVELOPMENT
BUDGET, EDUCATION, FINANCE,
**CHIEF OF STAFF**
VERNEE W. SHAW
**LEGISLATIVE AIDE**
FELICIA C. WILLIAMS

August 13, 2013

Mr. Charles Burgin
P.O. Box 1073
Buffalo, New York 14201

Dear Mr. Burgin,

I am writing in support of the 5000 Role Models of Excellence Project initiative, to increase the high school and college graduation rates of minority males in the Buffalo Public School system. This program will add diversity into the multiple programs available to our youth.

If I can be of further assistance, please contact my office at (716) 851-4980. I would serve in an advisory capacity as needed.

Sincerely,

Darius G. Pridgen
Ellicott District Councilmember

*Ellicott District... A Great Place To Work, Live and Enjoy.*

Facebook: Buffalo Ellicott District
Twitter: @Ellicott1410



President PHILIP RUMORE



**btf**

BUFFALO TEACHERS
FEDERATION, INC

271 PORTER AVENUE
BUFFALO, N.Y. 14201
(716) 881-5400
FAX (716) 881-5676

August 22, 2013

To whom it may concern;

Recently, I had the pleasure of meeting with Mr. Charles Burgin, who has founded the
Brotherman's Progress Mentoring Program, Mentors Matter. In addition, he chairs the District
Parent Coordinating Council mentor committee for Buffalo Public Schools.
Mr. Burgin was able to work with Buffalo Board of Education members Lou Petrucci and Ralph
Hernandez to introduce and sponsor a resolution in support of 5,000 Role Models of Excellence
Project which was approved by the full Board in June of 2013. As a result of his advocacy,
program founder, Congresswomen Frederica S. Wilson has agreed to come to Buffalo to "help
move this essential initiative forward."
I have advised Mr. Burgin that I will support the initiative to replicate the 5,000 Role Models of
Excellence Project on the Buffalo Public Schools, which will help reduce student drop-out rates
and improve minority males graduation rates in high school and beyond (See attached study by
Benjamin Davis). I look forward to supporting the efforts of Congresswomen Frederica D. Wilson
when she visits Buffalo to help mobilize community support for the 5,000 Role Models of
Excellence Project.

Sincerely,

Philip Rumore
President,
Buffalo Teachers Federation, Inc.

PR:su
Enclosure: 1

*Carl P. Paladino*
*Attorney at Law*
*295 Main Street, Suite 210*
*Buffalo, New York 14203*

October 7, 2013

To Whom It May Concern:

By way of this letter, I express my support of the 5000 Role Models of Excellence Project in its efforts to increase high school and college graduation rates of minority males in the Buffalo Public Schools.

Sincerely,

Carl P. Paladino
Buffalo Board of Education, Park District
Chairman, Ellicott Development Company

**TIMOTHY B. HOWARD**
SHERIFF OF ERIE COUNTY



October 10, 2013

To Whom It May Concern:

As a 40 year member of the law enforcement community and elected Sheriff of Erie County, I am proud to support and participate in the expansion of a program designed to teach healthy living, personal responsibility and respect for others.

I look forward to meeting with Congresswoman Frederica S. Wilson upon her arrival in Buffalo.

Sincerely,

TIMOTHY B. HOWARD
SHERIFF OF ERIE COUNTY

TBH/lmp

# ERIE COUNTY LEGISLATURE

## TIMOTHY R. HOGUES
*1st District Legislator*

Chair, Public Safety Committee
Finance & Management Committee
Vice-Chair, Health & Human Services Committee
Economic Development Committee
Energy & Environment Committee



☐ 427 William Street
Buffalo, New York 14204
716/842-0490
FAX: 716/854-5722

☐ 92 Franklin Street, 4th Floor
Buffalo, New York 14202
716/858-8825
FAX: 716/858-8695

June 12, 2013

Dear School Board Officials,

I am writing you to request that you vote yes for the Resolution in support of the 500 Role Models of Excellence Project which will be before you today.

Thank you, in advance for your time and consideration regarding this matter of importance.

Sincerely,

Timothy R. Hogues
Erie County Legislator
1st District

TRH/mc

Website: www.erie.gov/legislature/district01 ● E-Mail: Timothy.Hogues@erie.gov



**SAY YES**
— TO EDUCATION —
**BUFFALO**
sayyestoeducation.org

April 1, 2013

Charles Burgin
CEO/Founder
Brotherman's Progress Mentors Matters
P.O. Box 1073
Buffalo, NY 14201

Dear Mr. Burgin:

Say Yes Buffalo is committed to working with organizations and community-members in Western New York who share our dedication toward increasing educational opportunities for Buffalo's young people.

One part of our approach is to leverage partnerships in the community to create a network of mentors who can provide guidance and support to those students who can benefit from a one-to-one relationship with a stable and responsible adult. Research is unequivocal that to be successful, mentors must be carefully screened, trained and supported so that they can provide the quality relationship necessary to be a positive force for a young person – particularly one who is considered at-risk. As such we will endorse and partner with organizations that demonstrate best practices and evidence-based principles of mentoring designed to encourage youth to be competent, confident and independent.

These programs empower students and provide a welcoming and safe environment that fosters a positive means for self-expression, promotes healthy decision-making skills, and encourages community awareness and pride.

Thank you for your dedication to youth and community.

Sincerely,

David Rust

David P. Rust
Executive Director

COMMITTEE ON
EDUCATION AND THE WORKFORCE
SUBCOMMITTEES
EARLY CHILDHOOD, ELEMENTARY, AND
SECONDARY EDUCATION
HEALTH, EMPLOYMENT, LABOR, AND PENSIONS

FREDERICA S. WILSON
CONGRESS OF THE UNITED STATES
24TH DISTRICT, FLORIDA

COMMITTEE ON
SCIENCE, SPACE, AND TECHNOLOGY
SUBCOMMITTEES
RANKING MEMBER - TECHNOLOGY
SPACE



August 16, 2013

Charles Burgin
Founder
Brotherman's Progress Mentors Matter
PO Box 1073
Buffalo, NY 14201

Dear Mr. Burgin:

I am writing to thank you for your recommendation of the 5000 Role Models of Excellence Project to the Buffalo Board of Education. In my career as an educator, school principal, school board member and state and federal legislator, I have seen firsthand what works in children's lives. In situations in which a child is missing an involved parent or a strong role model, a good mentor can make all the difference. It is precisely for this reason that in 1993 I founded the Role Models of Excellence Project.

I appreciate your efforts to have the 5000 Role Models of Excellence Project adopted in the Buffalo Public School system. As you know, in a June 12, 2013 letter, I urged the members of the Buffalo Board of Education to pass a resolution co-authored by Mr. Ralph Hernandez and Mr. Lou Petrucci calling on Superintendant Pamela Brown to conduct an impact study.

In Congress, I am working to bring the 5000 Role Models of Excellence Project to a national scale. I informed the members of the school board that I would be delighted to come to Buffalo to help move the initiative forward.

Again, thank you for your support and for your commitment and dedication to improving the lives of our children.

Sincerely,

Frederica S. Wilson
Member of Congress

WASHINGTON, DC OFFICE
208 CANNON HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-4506

MIAMI-DADE OFFICE
18425 NW 2ND AVENUE
SUITE #355
MIAMI GARDENS, FL 33169
(305) 690-5905

PEMBROKE PINES OFFICE
PEMBROKE PINES CITY HALL
10100 PINES BOULEVARD
BUILDING B 3RD FLOOR
PEMBROKE PINES, FL 33026
(954) 450-6767

WEST PARK OFFICE
WEST PARK CITY HALL
1965 SOUTH STATE ROAD 7
WEST PARK, FL 33023
(954) 989-2688

MIRAMAR OFFICE
MIRAMAR CITY HALL
2300 CIVIC CENTER PLACE
MIRAMAR, FL 33025
(954) 883-6165

WWW.WILSON.HOUSE.GOV



## BOARD OF EDUCATION – CITY OF BUFFALO
Buffalo, New York

# INTEROFFICE MEMORANDUM

**Date**: 8/22/13 – 9/10/13

**SUBJECT**:    <u>Speakers List</u> for the Board Meeting of
**Wednesday, <u>September 11, 2013</u>**

**TO**:    All Board Members and Dr. Pamela C. Brown

**FROM**:    James M. Kane, Chief of Staff

08/22/13    Cindy Chan, CEO – Non-Profit Company
             Re:    Innovative and Community Partnerships

08/22/13    Charles Burgin, Parent
             Re:    5000 Role Model and Non-Violence Project

08/22/13    Dorothy Turley, Parent/Concerned Citizen
             Re:    Status of the School District

08/22/13    Norman Bakos, Concerned Citizen
             Re:    Modern Socratic Teachings at School #43

08/26/13    Tony Blackman, Teacher
             Re:    Plan for the Failing Schools

08/26/13    Patricia LoGrassa, Parent/Concerned Citizen
             Re:    The Structuring of Our District

08/28/13    Jason Amos, Parent
             Re:    Transportation Policy

08/29/13    Thomas Somerville, Concerned Citizen
             Re:    School #77

09/03/13    Ina Ferguson, Grandparent
             Re:    Education

09/04/13    Kamau Fields, Parent/Concerned Citizen
             Re:    Better Education

Speakers List
Board Meeting of 9/11/13
Page 2

09/09/13          Al Robinson, Pastor
                          Re:     School #43

09/09/13          Dwayne Kelly, Concerned Citizen
                          Re:     School #8

09/10/13          Sam Radford, Concerned Grandparent
                          Re:     Scarves, Transportation and
                                  Respect of Parents

2412                                                                                                    B

   **Have they taken the Shackles off our Wrists and put them on our Brains?**

**APATHY IS BUT ONE LINK IN**    **THE CHAIN OF INDIFFERENCE**  

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

TO: Supt. Brown
From: Charles Bergin
DPCC Mentor-
Committee Chair

**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

Bromaninc@Gmail.com

Sept. 26, 2013

**RECEIVED**

**SEP 2 6 2013**

SUPERINTENDENT'S OFFICE

Supt. Pamela C. Brown,

Re: Sending a letter of Invitation To Congresswoman Frederica S. Wilson in response to her 6-12-13 letter to Buffalo Board of Education stating that she was willing to come to Buffalo to help "move this important initiative forward".

Dear Supt. Brown,

Please let me know where you are in terms of readying the letter to congresswoman Wilson. You agreed to send it during the BOE speaker list meeting held 2 weeks ago. Please find enclosed with this letter some material related to my visit to Wash. D.C. Congressional Black Caucus educational Forum. Please read the bio of Miami Dade School Superintendent Alberto M. Carvalho

x13



Charles Burgin< bromaninc@gmail.com>

## Support for Congresswoman Wilson, Founder of 5000 Role Models of Excellence Project

1 message

**Charles Burgin** < bromaninc@gmail.com>                    Wed, Sep 11, 2013 at 2:06 PM
To: taharris-tigg@buffaloschools.org, "Nevergold, Barbara A" <banevergold@buffaloschools.org>,
pcbrown@buffaloschools.org, "Snyder, Alexis" <Alexis.Snyder@mail.house.gov>

Dear Dr. Harris-Tigg,

Per our conversation at the DPCC meeting, please find attached to this email—a letter dated August 16,
from Congresswoman Frederica S. Wilson sent to me. I am writing to thank you for your recommendation
of the 5000 Role Models of Excellence Project to the Buffalo Board of education...I appreciate your efforts
to have the 5000 Role Models of excellence Project adopted in the Buffalo Public School system. As
you know, in a June 12, 2013 letter, I urged the members of the Buffalo Board of Education to pass a
resolution co-authored by Mr. Ralph Hernandez and Mr. Lou Petrucci calling on Superintendent Pamela C
Brown to conduct an impact study. InCongress, I am working to bring 5000 Role Models of Excellence
Project to a national scale. I informed the members of the school board that I would be delighted to come to
Buffalo to help move the initiative forward." For now , Dr. Harris-Riggs, I'm simply asking that Dr. Nevergold
as President of the Buffalo Board of Education, and Dr. Brown as Superintendent of BPS, send a letter of
response to Congresswoman Wilson inviting her to Buffalo at her convenience to help move the mentor
program project initiative forward. I'm still working on the business plan aspect and the BPS Mentor
Committee is still working on the impact study etc. Would you be so kind as to send me a copy of the letter
as it will be used by myself and DPCC Mentor Committee members to show the community which we are
trying to mobilize—that we have your full support in terms of bringing the 5000 Role Models of Excellence
Project to BPS.

**Cong. Wilson's letter of Aug 16,2013 001.jpg**
684K



Charles Burgin <bromaninc@gmail.com>

# Official Letter of Invitation to 5000 Role Models of Excellence Project founder Congresswoman Frederica S. Wilson

1 message

**Charles Burgin** <bromaninc@gmail.com>                              Sat, Sep 21, 2013 at 3:31 PM
To: pcbrown@buffaloschools.org, "Nevergold, Barbara A" <banevergold@buffaloschools.org>, taharris-tigg@buffaloschools.org

Dear Supt. Brown & BOE President Nevergold,

At the last BOE "Speakers List" meeting, I made a request, that since Congresswoman Frederica S. Wilson, founder of 5000 Role Models of Excellence Project, (by letter to BOE dated June 12, 2013, stating, she would be willing to come to Buffalo to help "move this important initiative forward")--that it would only be right for the BPS leadership to respond accordingly by sending Congresswoman Wilson, a letter of acceptance and welcome! I had further requested that I be cc:ed a copy. It has now been approx. 13 weeks since Cong. Wilson sent her letter to BOE. Supt. Brown's answer to me at last Speakers List meeting, was that a letter would be sent out. While I truly understand that so much is going on in terms of other Board member's issues with Supt. Brown--important stakeholders business can not be simply ignored or placed on hold. All parties are aware of the potential for alleviating some of the generational poverty amongst our minority male students and their families--as you were given citations to Dr. Benjamin Mays dissertation on why the 5000 Role Models of Excellence Project empowers at-risk minority males. Again, all parties can agree that nothing like this program exists in Western New School Districts. I reiterate that I, along with my DPCC Mentor Committee members, have been contacting individuals and organizations in the business, government, civic, labor, education, faith-based and communications fields to support our movement of laying the foundation of establishing the 5000 Role Models of Excellence Project in BPS. One good example of why a copy of the letter of invitation and support for Cong. Wilson is needed is evidenced by my meeting with Buffalo Police Commissioner Derenda. The very first question he asked of me was whether or not Superintendent Brown supported our initiative. He stated that he did not know too much about her. I explained to him that she along with the BOE supports our mission. He has agreed to support our initiative. Remember one reason that this mentor program is unique is because it involves all progressive factions of the community to work with the mentor program and to support it in various ways. Another positive example would be the support we are receiving from people such as Brenda Mc Duffie Executive Director of Buffalo Urban League. Having statements of support from key parties is invaluable when one is trying to convince other parties that he has backing of key elements or players. For example, the letter that BTF President Phil Rumore wrote for me opens many doors when I am meeting other community leaders for the very first time and seeking their support. So, Supt. Brown and BOE President Nevergold--this is a very simple request--Can a letter be sent out to Cong. Wilson simply stating that BPS leadership welcomes her visit "to help move this important initiative forward" etc. I don't know what the formal protocols are between the BPS leadership and members of Congress who wish to visit--however, I'm sure things can be worked out between the respective parties. I'm in direct contact with Cong. Wilson and her Chief of Staff and will be notified once things are formalized regarding her anticipated visit. Once we know the date, we will surely have the community mobilized to support her visit and to stand-up for empowering our at-risk minority male students of BPS--which will lead to indirect empowerment and uplifting other segments of the BPS students and their families. Yes it certainly takes a village to raise our children! Let's get to work and place our priorities accordingly! Now, I hope it's not asking too much to have that letter of invitation and welcome sent out to Congresswoman Wilson within the next 10 days. Your consideration in the matter is greatly appreciated AS I AWAIT YOUR REPLY!! Sincerely, Charles Burgin, DPCC Mentor Committee Chair, Founder of Brotherman's Progress Mentors Matter Program Advocacy

ex 14

## BOARD OF EDUCATION – CITY OF BUFFALO
Buffalo, New York

# INTEROFFICE MEMORANDUM

**Date**: 10/25/13 – 11/12/13

**SUBJECT:**   **Speakers List** for the Board Meeting of
**Wednesday, November 13, 2013** – *Waterfront School*

**TO:**   All Board Members and Dr. Pamela C. Brown

**FROM:**   James M. Kane, Chief of Staff

| | |
|---|---|
| 10/25/13 | Charles Burgin, Parent |
| | RE:   Five Thousand Role Models of Excellence Project |
| 10/28/13 | Joan Simmons, Parent |
| | RE:   The Superintendent |
| 10/30/13 | Jason Amos, Parent |
| | RE:   Teacher Preparation |
| 11/04/13 | Anna Blatto/Christina Schultz, Students |
| | RE:   Film |
| 11/07/13 | Neil Pawlowski, Concerned Citizen |
| | RE:   Teach for America |
| 11/07/13 | Christine Salamone, Teacher @ Bennett HS |
| | RE:   Bennett HS |
| 11/07/13 | Christen LeBruna, Teacher @ 197 |
| | RE:   Update on Busses & In Door Air Quality |
| 11/08/13 | Machael Sherry, Concerned Citizen |
| | RE:   Teach for America |
| 11/08/13 | Jason Zwara, Concerned Citizen |
| | RE:   Teach for America |
| 11/08/13 | Markita Harns, Concerned Citizen |
| | RE:   Teach for America |
| 11/08/13 | Anne Dimatheo, Concerned Citizen |
| | RE:   Teach for America |

*Handwritten note:* Note: at this meeting I asked Supt. Brown to keep her pledge made at the 9-11-13 speakers list Board meeting whereby she agreed to send an acceptance letter to Congresswoman Wilson's August 16, 2013 offer to come to Buffalo to help move this initiative forward. Supt. Brown then informed me that she had to review a report (Charles Brandy and Dr. Will Keresztes) had submitted to her. Note for the record that the bogus report was dated 11-12-13, and Brandy had not sent me a copy. He agreed that evening of the Board meeting to send me a copy. I finally received a copy after making a demand to Supt. Brown. She had Charles Brandy send me a copy on Dec 3, which was one day before the scheduled meeting with Supt. Brown to hear my objections to the bogus report. She then informed me that she had turned report over...

Speaker's List-11/13/13
Page 2

11/08/13          Edward Sundquist, Concerned Citizen
                        RE:     Teach for America

11/12/13          Richard Speth, Concerned Citizen
                        RE:     The Future of the Buffalo Public Schools

11/12/13          Daniel Green, Concerned Citizen
                        RE:     Teach for America

11/12/13          Dwayne Kelly, Concerned Citizen
                        RE:     The Representative from the Park District

11/12/13          Anna Klapakis, Teacher @ Bennett HS
                        RE:     Bennett HS

11/12/13          Angelica Rivera, Parent
                        RE:     Education

11/12/13          Julie Christiano, Teacher/Concerned Citizen
                        RE:     Bennett HS

11/12/13          Ina Ferguson, Parent Facilitator @ MST
                        RE:  Students in the Buffalo Public Schools



*Have they taken the Shackles off our Wrists and put them on our Brains?*

APATHY IS BUT ONE LINK IN  THE CHAIN OF INDIFFERENCE

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**Buffalo Public Schools**
**Supt. Pamela C. Brown**

**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

**November 27, 2013**

**RECEIVED**
NOV 27 2013
SUPERINTENDENT'S OFFICE

Subject: BOE Resolution Impact Study/Cost Analysis approved by Board on 6-12-13 as regarding replication of 5000 Role Models of Excellence Project in BPS

Re:  Follow-up to the 11-13-13 "Speakers List" Board Meeting when I requested that you keep your pledge made at 9-12-13 "Speakers List" Board Meeting--whereby you agreed to send a letter on behalf of the Buffalo Public School Administration--accepting the 6-12-13 offer of 5000 Role Models of Excellence Project founder, Congresswoman Frederica S. Wilson, "to come to Buffalo to help move this important initiative forward."

Dear Supt. Brown:

The record as regarding the above resolution clearly reflects that you agreed to send Congresswoman Wilson a written invitation per my request made at the 9-12-13 Board Meeting. Subsequently, at the 11-13-13 Board Meeting when I asked you to keep your word--you stated that you wanted to wait until you had time to review a report pertaining to the previously ordered Impact study/Cost analysis submitted to you by Charles Brandy/Dr. Keresztes. At the conclusion of the Speakers List portion of the official Board Meeting, I explained to you that any report which Mr. Brandy and Dr. Keresztes may have given you, could possibly be based on fraud because, I as a sitting member of the BPS Mentor Committee and the only person responsible for the business plan and implementation of the 5000 Role Models of Excellence Project (with the assistance of Congresswoman Wilson and her staff) had not been given notice concerning the preparation of any report, nor had I participated the compilation or received a copy of the bogus report-- which could not possibly have contained a valid and completed "impact study and cost analysis" as work is still being done! See email from Board sponsor of the resolution, Lou Petrucci, dated June 21, 2013, whereby he states "The second part of the resolution is now for you to formulate a business plan for your mentoring program. As a Board member I do not write up the specs, I can tell you what I HAVE SEEN

IS

come across my desk over the years and the general questions that may be asked. --Number of schools--number of children that you can serve in each school...Outcome over specified period of time, attendance, suspension, math, ELA, graduation rate etc. by so many percentage points over a specified period of time...Mentor training... Partnerships with other groups...Costs...Reporting...Anything that we can do to improve African and Hispanic Male graduation rates should be explored. IF IT WORKS IN FLORIDA , HOPEFULLY IT WILL WORK HERE IN BUFFALO." See exhibit -A- which also includes BPS Mentor Committee notes from committee member Tracy Cooley. I have kept accurate and meticulous records and will provide you a detailed and proper response to the bogus report once you provide me with a copy!

At that same Board Meeting, I immediately asked Charles Brandy to send me a copy of his bogus report and his reply was that the report was based on things which (the BPS Mentor Committee) agreed and that he would send me a copy of it that evening. To date, he has not responded to my valid request since I serve on that committee. That same evening, I spoke with Dr. Kerestzes and informed him that an investigation of the so-called bogus report would be forthcoming.

Dr. Brown, you previously (via written notice prior to your appointing Dr. Keresztes to do impact study/cost analysis--in which he then gave the duty to Charles Brandy and the BPS Mentor Committee) were made aware of my concerns as to the integrity and credibility of Charles Brandy and Dr. Keresztes--in regards to past issues and concerns relating to our work on the BPS Mentor Committee. It was formed by Interim Superintendent Amber Dixon and then BPS Board President Lou Petrucci--partly due to my fervent advocacy on behalf of minority males and their disparate educational opportunities evidenced throughout the Buffalo Public School System. Everyone knows that I'm a staunch advocate for change and have been working for years to bring about change. The 5000 Role Models of Excellence Project is THAT vehicle for CHANGE--especially in terms of reducing the impact of generational poverty amongst African American and Hispanic families who have male students attending Buffalo Public Schools.

Dr. Brown, here it has been 14 days since you spoke on the existence of

(22)

/ S

(a possibly fraudulent) written report and your need to read it before you could respond to my request. Specifically that you keep your pledge ( made in public) agreeing to send a letter accepting Congresswoman Wilson's 6-12-13 offer, and her subsequent offer by letter of August 16, 2013. Her letter further stated "In Congress, I am working to bring the 5000 Role Models of Excellence Project to a national scale. I informed the members of the school board that I would be delighted to come to Buffalo to help move the initiative forward." See exhibit -B-. If this is any indication as to your Administration's acting "in the best interest of the children", then maybe it's time that we stakeholders (working to empower and uplift at-risk minority male students in BPS) stop giving you the benefit of the doubt when it comes to accessing equality of opportunities and high academic achievement i.e. leadership!

I don't know why you have not given any priority to the efforts of the community to see that the 5000 Role Models of Excellence Project be implemented in BPS--especially in light of the fact that the Board supports our efforts as evidenced by email from Board President Nevergold, dated July 8, 2013. "Mr. Burgin, thanks for your email. As you know the Board supported the resolution regarding your program and staff were instructed to conduct a cost analysis. I will support the Board's resolution and I suggest that you use this as support by the Board for the program. Best, Barbara Seals Nevergold." See exhibit -C-.

Clearly Dr. Brown, it is evident by your actions and non response to my many inquiries and requests that you provide support and leadership for this important mentor program initiative--that you have not taken the time to read Dr. Benjamin Davis' dissertation, "The impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males." See exhibit -D- which contains the 1st. Page of dissertation. I will denote some of the specific paragraphs which are relevant to our implementation efforts. "The results show that mentoring alone is not a sufficient tool for redirecting the academic outcomes of African-American males; rather, academic intervention, mentoring and counseling, together, can be used to help African-American males succeed both in and beyond high school." Now that is why I had taken the time to approach Say Yes executive Director David Rust back in April of 2013, and he sent me a response by letter dated April 1, 2013 stating "One part of our approach is to leverage

partnerships in the community to create a network of mentors who can provide guidance and support to those students who can benefit from a one -to-one relationship with a stable and responsible adult..." See exhibit -E-. In addition, at the last Board meeting I again spoke with Mr. David Rust and reiterated that we had to sit down to discuss his support for the 5000 Role Models of Excellence Project and he agreed. Here are some more of the important points found in Dr. Benjamin Mays' dissertation. "Success for participants in the program was more than mere graduation; it was defined as going on to higher education and professional careers. The key elements of the program were its ability to provide students with a wider exposure to life--namely access to professional, African American males (6000 volunteers who act as father figures), out-of-town trips, teen summits, employment and career counseling, take an apprentice to work  day, and police and youth conferences. Overall, students who participated in the program did not just graduate but went on to college and successful careers. The graduation rate in the 5000 Role Models of Excellence Project was 83%, which was higher than the school district's overall graduation rate of 49%. Students in the Role Models Project also chose higher education at a rate higher than other district students. Another key aspect of the program was its complete integration into the Miami-Dade County Public Schools, from which it receives the majority of its funding. The students engaged in program activities during school hours and were not penalized for their absences from class but expected to keep up with assignments and excel. 5000 Role Models of Excellence Project is also an academic intervention program that was founded in Miami-Dade County by a former principal to combat the problems of dropouts, poor academic performance, and low graduation rates for African American students. Academic achievement focuses on the performance results of all students in the classroom as well as on standardized tests administered by the respective states. Academic intervention--programs seeks to combine mentoring and academic achievement as a way of encouraging students to reach stated objectives. The intended audience for this study was high school educational leaders, school counselors, designers of academic intervention programs for secondary students, teachers, parents, teacher-training programs, administrators, and community-based organizations that partner with schools to produce better outcomes for minority children. This study was intended to aid its audience in identifying the elements of a successful academic

intervention program that could be instrumental in improving graduation rates for an underserved segment of the student population. The goal of this discussion is to arrive at how one special program has overcome problems to create high rates of success for graduation and employment for one group of African American males.

Dr. Brown, as regarding full transparency and fairness to our minority male students (and their families) I'm requesting that you appoint a distinguished person of character and integrity to complete the impact study/cost analysis of the 5000 Role Models of Excellence Project and work with me as regarding the BOE resolution approved on 6-12-13. This program offers a real opportunity for minority male students in BPS to lay a life-skills foundation which will empower them to succeed.

In addition, I'm demanding a copy of the so-called impact study/cost analysis report allegedly done by Charles Brandy, so that I may properly respond to it--and then demand an investigation of the matter by the Buffalo Board of Education and the State Education Department via formal complaint. If necessary, I'm prepared to initiate litigation on behalf of myself (community stakeholders) and the minority males whom were the intended beneficiaries of the impact study/cost analysis ordered by resolution of the Board pertaining to 5000 Role Models of Excellence Project. WE WILL NOT BE DENIED DUE PROCESS!!

In closing Dr. Brown, I want to state that I have read your response to Sam Radford, in regards to how your inference that from the beginning of your tenure, you were always meeting with the District Parent Coordinating Council representatives to discuss community related initiatives. Well I wish to state for the record that it has been my experience that you have practically ignored the many public pleas and written letters when I have tried to captivate your interest and receive a proper or timely response while serving as Chair of the District Parent Coordinating Council Mentor Committee or founder of Brotherman's Progress Mentors Matter Advocacy Org. In fact since October 2012, I have been waiting for you to keep your agreement (which was taped on DVD during your community roundtable) to meet with myself and BTF President Phil Rumore, who whole heartedly supports a nonviolence pro mentoring initiative which was designed to help reduce the violence in our schools but you were too busy to even grant us a meeting. Here I

LS

had the leader of the teachers union willing to support our initiatives with your consideration but of course you were too busy or unconcerned. Please do not ignore the seriousness of the above matter as we (community stakeholders) fully expect you to keep your pledge and send the letter of welcome to Congresswoman Frederica S. Wilson (along with a copy to myself). It's only the right and professional thing to do! Your consideration in the matter is greatly appreciated as I await your immediate reply.

Charles Burgin

*Charles Burgin*

Chairman of DPCC Mentor Committee
Founder Brotherman's Progress
Mentors Matter Advocacy Org.

CC: those with the need to know

(6)

ex L16

12/5/13

 **GMail**
by Google

Charles Burgin <bromaninc@gmail.com>

## Charles Burgin - 5000 Role Models for Excellence

2 messages

**Brown, Pamela C** <PCBrown@buffaloschools.org>
To: "bromaninc@gmail.com" <bromaninc@gmail.com>, "Brandy, W. Charles" <WBrandy@buffaloschools.org>

Wed, Nov 27, 2013 at 4:20 PM

When: Wednesday, December 04, 2013 3:30 PM-3:45 PM. (UTC-05:00)
Eastern Time (US & Canada)

*~*~*~*~*~*~*~*~*~*~*

Dr. Brown would like to meet with you on December 4, at 3:30 p.m. in her office. Please confirm your attendance by return e-mail or phone at 816-3575. Thank you.

LaRae Hens Bryant
816-3575
lhens@buffaloschools.org

📄 **invite.ics**
2K

**Charles Burgin** <bromaninc@gmail.com>
To: "Brown, Pamela C" <PCBrown@buffaloschools.org>
Cc: "Brandy, W. Charles" <WBrandy@buffaloschools.org>

Sat, Nov 30, 2013 at 9:30 AM

Yes I can make this meeting, however in terms of full transparency it is imperative that I immediately receive a copy of the so-called "impact study/cost analysis" bogus report submitted to Supt. Brown without my participation or knowledge! Regards

[Quoted text hidden]

*et 19*



Gmail - FW: 5,000 Role Models of Excellence Program Recommendation

by Google

Charles Burgin <bromaninc@gmail.com>

## FW: 5,000 Role Models of Excellence Program Recommendation

1 message

**Brown, Pamela C** <PCBrown@buffaloschools.org>
To: "bromaninc@gmail.com" <bromaninc@gmail.com>

Tue, Dec 3, 2013 at 4:04 PM

Mr. Burgin,

Please see the committee's report attached.  I look forward to our meeting tomorrow.

Best,

Pamela Brown

Pamela C. Brown, Ed.D.
Superintendent
Buffalo Public Schools
(816)716-3575

From: Brandy, W. Charles
Sent: Monday, December 02, 2013 8:21 AM
To: Brown, Pamela C
Cc: Keresztes, Will
Subject: FW: 5,000 Role Models of Excellence Program Recommendation

Dr. Brown,
Happy Thanksgiving.  Please refer to the attached report that was submitted on November 13, 2013.

Best regards,
W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

**5,000 Role Models of Excellence Mentoring Committee Report (11-13).doc**
64K





**BUFFALO PUBLIC SCHOOLS**
**Department of Social Studies**
**W. Charles Brandy, Director**
150 Lower Terrace, Room 447
Buffalo, New York 14202
(716) 816-3048 ext. 8779

**To:**          **Will Keresztes, Ed.D.**
                 **Associate Superintendent of Educational Services**

**From:**        **W. Charles Brandy, Director of Social Studies**

**Date:**        **November 12, 2013**

**Subject:**     **5,000 Role Models of Excellence Mentoring Program**

**Purpose:** The Buffalo Public Schools mentoring committee was convened to determine the feasibility of implementing the 5,000 Role Models of Excellence Mentoring Program.

**Methods:** The mentoring committee met on September 5, 12, 16; October 10 and had a final conference call on October 12, 2013.  Committee members included: W. Charles Brandy, Chair, Charles Burgin, Tracey Cooley, Marilyn Gibson, Modell Gault, Samuel Radford, Gail Wells and Dr. Tara Jabbar-Gyambrah.

**Findings:**

9/5
- Charles Burgins provided the committee with letters of support from former Legislature Timothy R. Hogues, Philp Rumore, Council Member Darius R. Pridgen and Dr. Barbara A. Seals Nevergold.  Additionally, copies of the Buffalo Board of Education Resolution on the 5000 Role Models of Excellence, a letter of support from Congresswoman Frederica S. Wilson, 24th District of Florida, a brief history of the 5000 Role Models of Excellence Project as well as an open page dissertation titled "The Impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males."

- The committee explored piloting the 5,000 Role Models of Excellence Mentoring Program in one Elementary ( K-8) and one secondary (9-12) buildings for the 2013-14 School Year and additional implementation to two or more schools in 2014-15.  Proposed sites included Marva J. Daniel School of Excellence School #37 (formerly Futures Academy), Build Academy School #91, Burgard or East high schools.

9/12
- The committee suggested focusing on 10 out of the 25 components of the 5,000 Role Models of Excellence Program:
   *"Putting children and families first to ensure high academic achievement for all"*

1. One to One Mentoring, Group Mentoring, and Peer Mentoring
2. Year Round curriculum survival skills for boys
3. Employment opportunities for students
4. Youth summits and Health symposiums
5. Annual recognition of mentors
6. Annual scholarship presentations for graduating seniors
7. Field trips to college campuses
8. African American History and Culture
9. Community Service performed by all student participants
10. Critical Thinking Training

9/26, 10/10, 10/12

- The Pilot would take place during the 3rd marking period of the 2013-2014 school year. The pilot program was expected to begin on January 13, 2014 and end on March 28, 2014. Additionally, the committee developed an action plan with four components. Below is the outline of the first component.

  - Mr. Charles Burgin was charged with calling the Director of the 5,000 Role Models of Excellence Program to discuss the program's components. The Mentoring Committee was charged with providing a list of questions to Mr. Burgin for the phone call. Some of the topics of discussion included:

1. Pre/Post Test

2. Program Modules Components

3. Parent and Mentor Informational and Other materials packets

4. Interactions with the admin and other staff of the schools

5. Outline for Orientation (schedule of all of the framework of the program)

6. Student Selection Method

7. Mentor/Student match up method

8. Parental Involvement

9. Budget

10. Assessment methodology

None of the abovementioned information was provided to the committee for review and discussion. Mr. Burgin did not participate in the October 12th conference call with the committee and ceased all communication.

*"Putting children and families first to ensure high academic achievement for all"*

18

**Recommendations:** The 5,000 Role Models of Excellence Mentoring Program is not recommended for implementation in the Buffalo Public Schools in a limited or full capacity at this time.  Specifics of the program's core components remain unknown.

Please feel free to contact me, if you have additional questions or concerns.

cc: Mentoring Committee File



"How do you know that I wanted that woman to come here in the first place"

Charles Burgin <bromaninc@gmail.com>

# "How do you know that I wanted that woman to come here in the first place"

1 message

**Charles Burgin** <bromaninc@gmail.com>

To: "Brown, Pamela C" <pcbrown@buffaloschools.org>, carl@carlpaladino.com

Wed, Dec 4, 2013 at 6:02 PM

Buffalo Public Schools Superintendent
Pamela C. Brown
Re; Our meeting to discuss the November 12, 2013 "report" of Charles Brandy concerning 5000 Role Models of Excellence Project

Dr. Brown, I don't know why you wasted your and my time with the brief meeting in your office today to discuss my objections to the above report. You stated that you had already sent the report to the Buffalo Board of Education. So your mind was already made up and there was no way you were going to listen to anything I had to say in a fair and objective manner. You further stated that there is no "appeal" of your decision and that you would not be sending me a letter explaining what we discussed. We will certainly see if your decision and that you actions are to be appealed or reviewed. Certainly the Buffalo Board of Education has the power to review your actions along with the misrepresentations made by BPS Mentor Chairman Charles Brandy. I will most certainly be seeking a legal opinion on the matter along with drafting a complaint to the State Education Dept. But the thing that really disgusts me is how you can have the unmitigated gall to say to me in response to my assertion that Congresswoman Frederica S. Wilson should have been welcomed here to assist in this most important initiative regarding implementation of 5000 Role Models of Excellence Project in Buffalo Public Schools--"How do you know that I wanted that woman to come here in the first place." I clearly see that you do not truly have the best interest for our children when it comes to supporting a proven mentor initiative which graduates 70 percent of the minority male students and sends them to college.Yes, Board of Education member Carl Paladino was right, and you don't have a clue as to leadership in this school district and it's just status quo! Well I for one will not waste any time exposing you in the public forums every chance that I get!

Regards,

Charles Burgin
Chair of District Parent Coordinating Committee&
Founder of Brotherman's Progress Mentors Matter Org, <

exhibit # 20



## Components - 5000 Role Models of Excellence

**Wells, Gail** <WELLSGV@buffalostate.edu>
To: "Cooley, Tracy" <tcooley1@hilbert.edu>, "w.a.v.ebuffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "Brandy, W. Charles" <WBrandy@buffaloschools.org>, "samradford3@gmail.com" <samradford3@gmail.com>, "bromaninc@gmail.com" <bromaninc@gmail.com>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-gyambrah@hilbert.edu>
Cc: "'Gail Wells' (wellsgv)" <wellsgv>

Thu, Oct 10, 2013 at 1:49 PM

Dear Tracy,

Thanks for the excellent note taking. Brother Charles and I spent some time fine tuning the work from the meeting. So what we both would like to add to what is below can be seen in red:

I.     Program Framework

*lied when he said Proof that Brandy with calling the Director of 5000 Role Models of Excellence Program on October 12th conference call with the Committee and closed all the communication!!*

Will be completed by November 1st, which is three weeks

A. Charles Burgin will be calling the Director of the 5000 Role models of Excellence Program to discuss the program and ask questions. The Mentoring Committee will provide a list of questions and bases to cover to Charles for this phone call he will be making. Some of the topics of discussion should cover the following:

1) Pre/Post Test

2) Program Modules Components

3) Parent and Mentor Informational and Other materials packets

4) Interactions with the admin and other staff of the schools

5) Outline for Orientation (schedule of all of the framework of the program)

6) Student Selection Method

7) Mentor/Student match up method

8) Parental Involvement

9) Budget

10) Assessment methodology

11) Does the mentoring program have a logo that we can use? If so, can you send it to us.

12) Can you provide any financial or any other support for our program? (eg, $$, incentives for participants, participation in the trip to Washington with the congressional black congress etc.)

13) Does your mentoring program have corporate or other types of sponsorship that we can approach to assist our program?

11/16/13

Smart Components - 5000 Role Models of Excellence

14) Can you provide administrative support to our program? (process and analyze our assessment data for example)

15) What is the size of your staff? Do you have an organization chart and can you send it to us?

16) Do the mentoring participants (students, parents, mentors and school administrators) sign a pledge or contract? If so, can you send us copies?

17)Would you be able to support a visit from our team to come visit or could you send a team to us  for purposes of marketing and training?

B.  Task                                    Description

Starting Date    Completion Date    Person/s Responsible              Partners
                                            Status

Budget                                      Create a budget that includes expenses and income

                                            Identify possible grants, corporate/educational partners

Assessment                                  Develop pre and post-test, create methodology that includes

                                            Who will process the data and how the data be used/shared

Calendar
participation                               Create a calendar of events and activities for each category of

attendance,                                 The calendar would contain location, time, presenter, any cost for

                                            Transportation information etc.

Program outline                             List all components of the program with description, learning outcomes

                                            incentives for participation, and products that demonstrate competency

                                            including orientation and training modules for all participants

Organizational outline                      Create an organizational chart that lists staff and volunteers, job

                                            responsibilities of each, salary for staff

Logistics                                   Develop a plan that identifies space for training, orientation workshops

                                            and transportation to and from etc.

Marketing                                   Develop the marketing plan for this project using print, social media etc.

                                            The plan would include target populations, outreach strategies etc.

**Strategic Planning**       Develop the strategy for rolling out the project. This would include meetings with stakeholders, setting priorities, etc.

**Component 2 would be the implementation of the marketing plan, development of materials and securing corporate and other partners. This component may take 6 weeks, so in effect there would only be 3 components and not 4. Yet the entire process would still take 12 weeks!**

**Component 3 would be training, orientation and of mentors, parents, school officials. This component would take 3 weeks.**

**I would like to suggest that we use the BSC creative problem solving model from this point onward in our meeting where we clarify, ideate, develop and implement....using sentence stems such as In what ways might we, How can we. I can provide more detail when we meet next time.**

**Charles and I are offering everything that is in red as a framework for our telephone conference call tomorrow.**

*again note that this was supposed to be a conference call amongst committee members only to discern Gail Wells suggestions. There was no agreement to dial the Director of 5000 Role Models of Excellence Project on the phone to just start talking about all the questions and issues that Gail proposed. Also To clarify things Gail asked if me and her could talk after the 10-10-13 full committee meeting. She then typed everything into her computer then sent it to Tracy. Tracy then sent out email as if everything she received from Gail Wells was OK'ed by me. See my 10-11-13 Reply to Gail via email*

Ubuntu, "We are because I am, I am because we are."

Gail

exhibit # 21

---

**From:** w.a.v.ebuffalo@gmail.com [w.a.v.e.buffalo@gmail.com]
**Sent:** Thursday, October 10, 2013 11:54 AM
**To:** Brandy, W. Charles; Cooley, Tracy; wellsgv@buffalostate.edu; w.a.v.e.buffalo@gmail.com; samradford3@gmail.com; bromaninc@gmail.com; modellgault@yahoo.com; Jabbaar-Gyambrah, Tara
**Cc:** 'Gail Wells' (wellsgv)
**Subject:** Re: Components - 5000 Role Models of Excellence

[Quoted text hidden]

---

**Brandy, W. Charles** <WBrandy@buffaloschools.org>                Thu, Oct 10, 2013 at 12:56 PM
To: "Cooley, Tracy" <tcooley1@hilbert.edu>, "w.a.v.ebuffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "wellsgv@buffalostate.edu" <WELLSGV@buffalostate.edu>, "samradford3@gmail.com" <samradford3@gmail.com>, "bromaninc@gmail.com" <bromaninc@gmail.com>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-gyambrah@hilbert.edu>

Hello Everyone,
Our conference call is scheduled for 4:00 p.m. on Friday, October 11, 2013. Please refer to:

Conference Dial-in Number: (712) 432-1500
Participant Access Code: 257355#

Thank you for your cooperation.

Best regards,

W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

---

**From:** Cooley, Tracy [tcooley1@hilbert.edu]
**Sent:** Thursday, October 10, 2013 2:24 PM
**To:** w.a.v.ebuffalo@gmail.com; Brandy, W. Charles; wellsgv@buffalostate.edu; samradford3@gmail.com; bromaninc@gmail.com; modellgault@yahoo.com; Jabbaar-Gyambrah, Tara
[Quoted text hidden]

[Quoted text hidden]

---

Spam
Not spam
Forget previous vote

---

**Wells, Gail** <WELLSGV@buffalostate.edu>                Thu, Oct 10, 2013 at 12:57 PM
To: "Brandy, W. Charles" <WBrandy@buffaloschools.org>, "Cooley, Tracy" <tcooley1@hilbert.edu>, "w.a.v.ebuffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "samradford3@gmail.com" <samradford3@gmail.com>, "bromaninc@gmail.com" <bromaninc@gmail.com>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-gyambrah@hilbert.edu>

Thanks.

Gail



Charles Burgin <bromaninc@gmail.com>

## Components - 5000 Role Models of Excellence

Charles Burgin <bromaninc@gmail.com>
To: "Wells, Gail" <WELLSGV@buffalostate.edu>

Fri, Oct 11, 2013 at 3:39 AM

Gail,

Hold on! After taking time to read the various emails sheet that Tracy provided me with, I want to clarify matters as regarding your October 1 st email conversation with Tracy, in which you state..."your thoughts and concerns could be discussed at the upcoming meeting on 10/10 and should be brought to the attention of Charles Burgin. Brother Charles is the member of the committee who is most familar with the 5000 Role Models of Excellence Program and may become the Director of the Program. Based on my understanding our committee is using the 5000 Role models of Excellence Program as the foundation for BPS mentoring Initiative and we are only adding or subtracting elements based on the specific set of circumstances that challenge male students in the Buffalo Public School system and on our limitations as a committee." Instead of holding a conference call today, I find it imperitive that we meet to discuss the BPS Mentoring Initiative and "Gail's understanding." Furthermore, I'm still i8n the process of putting together the Steering Committee which will be addressing the major issues and concerns with implementing the 5000 Role models of Excellence Project in BPS and preparing for Congresswoman Frederica S. Wilson's visit to Buffalo—especially in light of the fact her visit will cordinate the on-going campaign to build a movement to recruit and sustain mentors etc. i do not intend to rush things and fully understand that everything can not be done by the January 13,2014 tentative date so I'm looking at September 2014 as a more realistic goal for implementing the 5000 Role Models of Excellence Project in BPS.

Regards
[Quoted text hidden]
> implement....using sentence stems such as In what ways might we, How can we.
[Quoted text hidden]
> From: w.a.v.ebuffalo@gmail.com<mailto:w.a.v.ebuffalo@gmail.com>
> [w.a.v.e.buffalo@gmail.com]
> Sent: Thursday, October 10, 2013 11:54 AM
> To: Brandy, W. Charles; Cooley, Tracy;
> wellsgv@buffalostate.edu<mailto:wellsgv@buffalostate.edu>;
> w.a.v.e.buffalo@gmail.com<mailto:w.a.v.e.buffalo@gmail.com>;
> samradford3@gmail.com<mailto:samradford3@gmail.com>;
> bromaninc@gmail.com<mailto:bromaninc@gmail.com>;
> modellgault@yahoo.com<mailto:modellgault@yahoo.com>; Jabbaar-Gyambrah, Tara
> Cc: 'Gail Wells' (wellsgv)
> Subject: Re: Components - 5000 Role Models of Excellence
> Just returning Jacinto work from vacation. I had more work than expected so
> I may not make the meeting. :(
>

*[Handwritten note:]*
12-4-13
For Supt. Brown
To refute assertions
of Charles Brander (BPS
Mentor Committee Chairman)
that "Mr. Burgin did
not participate in the
October 12 conference call
with the committee
and closed all
communications."
See further Email
Wells email of 10-10-13 to Charles
Burgin (myself) at 1:57 PM



Charles Burgin <bromaninc@gmail.com>

# Components - 5000 Role Models of Excellence

**Wells, Gail** <WELLSGV@buffalostate.edu>
To: Charles Burgin <bromaninc@gmail.com>
Cc: "'Gail Wells' (wellsgv)" <wellsgv>

Fri, Oct 11, 2013 at 1:57 PM

Hotep Brother Charles,

Everyone who called in for the conference call felt the conference call should be cancelled and as per your suggestion be replaced with a meeting. A meeting time was identified therefore we need to know if you are available to meet next Friday on October 18th at 11am. The meeting would be held at the regular location. If this is not convenient for you please provide another time when you are available as we feel we cannot proceed without your input.

*[Handwritten note: ? Strange because the conference call was scheduled by Brandy for 4PM, yet gail email me at 1:57PM]*

I got your number from Tracy and I will be calling you this weekend to clear up any misunderstanding that we might have regarding the email I wrote. My cell phone no longer works because it got wet. I will contact you using my landline. Have a great weekend!

Ubuntu,
"We are because I am, I am because we are."

Gail

——Original Message——
From: Charles Burgin [mailto:bromaninc@gmail.com]
Sent: Friday, October 11, 2013 6:39 AM
To: Wells, Gail
[Quoted text hidden]
> ls.org>; w.a.v.e.buffalo@gmail.com<mailto:w.a.v.e.buffalo@gmail.com>;
> samradford3@gmail.com<mailto:samradford3@gmail.com>;
> bromaninc@gmail.com<mailto:bromaninc@gmail.com>;
> modellgault@yahoo.com<mailto:modellgault@yahoo.com>; Jabbaar-Gyambrah,
> Tara
>
> Cc: 'Gail Wells' (wellsgv)
>
> Subject: RE: Components - 5000 Role Models of Excellence
>
>
>
> See everyone tomorrow!
>
>
>
> gail
>
>
>
> From: Cooley, Tracy [mailto:tcooley1@hilbert.edu]
>
> Sent: Wednesday, October 09, 2013 1:52 PM