Gmail - Components - 5000 Role Models of Excellence



by Google

# Components - 5000 Role Models of Excellence

**Charles Burgin** <bromaninc@gmail.com>
To: "Wells, Gail" <WELLSGV@buffalostate.edu>

Mon, Oct 14, 2013 at 8:47 PM

Greetings,

This is to inform that I am not available for the 18th of Oct. I will be available for a meeting on Friday the 25th after 1:30 pm or from the 28th thru 31st of October after 1:30 pm. At that meeting we shall discuss the formal role of the BPS Mentor Committee as regarding the 5000 Role models of Excellence Project—which has nothing to do with the so-called Buffalo Mentor Initiative! We valso shall discuss for the record, how the Steering Committee which I'm putting together to advance the objectives and implementation of the 5000 Role models of Excellence Project in BPS; along with the "impact study and cost analysis which can not be performed until after my business plan and budget has been perfected, along with other pertinent concerns and timelines. Shanti, Bro. Charles

[Quoted text hidden]

*For Supt. Brown*
*12-4-13*

*☆ To Refute*
*Charles Brondy's*
*(BPS mentor Committee Chairman)*
*assertion that*
*"Mr. Burgin did*
*not participate in the October*
*12th conference call with the*
*Committee and closed all*
*communication."*

*Also to prove that Charles*
*Brondy is a liar with*
*ulterior motives see, Gail*
*Wells email of 10-23-13 at*
*1:30 PM stating she was leaving for*
*Baltimore on 24th. Note that*
*she had called me to state that*
*she was going out of town and*
*could no meet with the mentor*
*Committee until she returned. This*
*is my last official communication received*
*from the mentor Committee Supt. Brown, I previously sent you*
*material dated Sept 3 2013 email relating to "Conflict of Interest" with (see next page)*



*Charles Brandy and Dr Will*
*Keresztes as regard their being*
*appointed to do impact study/*
*Cost analysis per Resolution*
*see #13 ext #14*

*See also March 22, 2013*
*Email to Charles*
*Brandy & Dr. Will Keresztes*
*— March 19, 2013 Email*
*to Tracy Cooley*

## FW: Policy Bridge Report -- Cleveland, Ohio

**Wells, Gail** <WELLSGV@buffalostate.edu>
To: "modellgault@yahoo.com" <modellgault@yahoo.com>, "Brandy, W. Charles (WBrandy@buffaloschools.org)" <WBrandy@buffaloschools.org>, "Cooley, Tracy (tcooley1@hilbert.edu)" <tcooley1@hilbert.edu>, "bromaninc@gmail.com" <bromaninc@gmail.com>

Wed, Oct 23, 2013 at 1:30 PM

Dear Team,

I am leaving for Baltimore tomorrow morning BUT I have attached an article that was sent to me by a national Black Think Tank which I belong to. Please read it and send comments/reactions.

Ubuntu,

"We are because I am, I am because we are."

Gail

---

**From:** Howard, Tekeia [mailto:howardt@xavier.edu]
**Sent:** Wednesday, October 23, 2013 3:07 PM
**To:** Howard, Tekeia
**Subject:** Policy Bridge Report -- Cleveland, Ohio



*A premier repository that shines as a beacon for forward-thinkers who reveal issues and disseminate solutions affecting Blacks in higher education, as well as, serving as an exceptional resource for networking, career management and leadership development. In addition, an African-centered approach guides and fosters community building among its members and friends.*

## RE: Easing the Pain - Communities Must Act to Heal Wounds of African-American Boys and Young Men
by Randell McShepard & Gregory L. Brown

*[handwritten notes in top margin: "From L. Nathon Hare, Chairman of United Black means Think Tank"]*

## Mentoring Initiative Update 12/6/13

## Meeting with Dr. Keresztes:

- Need to create a single document that contains all of the cooperating mentoring initiatives, identifying the age groups they can serve, any special attachments or affiliations the potential mentee must have, the days and times and locations group activities will take place, who to contact to discuss a potential child's enrollment with a particular mentoring program.
- Dr. Keresztes, working through the District's mentoring structure led by Charles (Woody) Brandy), will provide our mentoring collaboration access to Buffalo Public school Forums and spaces to enable recruitment of children. Dr. Keresztes will also coordinate the engagement of the BPS Director of Parent Engagement, Heath Frisch.
- There is a February BPS sponsored College Fair at Bennett H.S., at which we can roll out the mentoring initiative, assuming the composite document of all collaborating mentoring programs is ready.
- Dr. Keresztes noted that the Big Brother – Big Sister, Cradle Beach Camp, and Project L.E.E. are already mounting mentoring programs in the schools.
- We should try to mount a 'Greeks' for mentoring initiative
- We will need to construct and organize a mentoring training initiative.
- Dr. Keresztes will utilize his administration's apparatus to data mine participant school site behaviors and academic performance.
- Planned to meet again on January 14th

## Additional Input from the UBMTT meeting, November 23rd

- Need to create a system for serving the mentoring initiatives
- How will we connect parents to mentoring organizations, allowing parents to take action
- How will we match parents and mentoring programs, and individual youth with mentors
- The CAO will create an add-on to its website for the mentoring initiative, listing all of the participating mentoring programs, their criteria, their



# Common Council
## CITY OF BUFFALO
### OFFICE OF MAJORITY LEADER

**CHAIRMAN**
BUDGET
EDUCATION
MINORITY BUSINESS ENTERPRISE
**COMMITTEES**
CIVIL SERVICE
COMMUNITY DEVELOPMENT
FINANCE
RULES
**SPECIAL COMMITTEES**
WATERFRONT DEVELOPMENT
**MEMBER**
JOINT SCHOOLS CONSTRUCTION BOARD
**LEGISLATIVE ASSISTANTS**
FRANK GARLAND
TIANNA MARKS

**DEMONE A. SMITH**
MAJORITY LEADER
MASTEN DISTRICT COUNCIL MEMBER
65 NIAGARA SQUARE, ROOM 1414
BUFFALO, NY 14202-3318
PHONE: 851-5145 • FAX: 851-5443
E-mail: dsmith@city-buffalo.com
Website: http://www.city-buffalo.com

November 27, 2013

Mr. Charles Burgin
P.O. Box 1073
Buffalo, NY 14201

Dear Mr. Charles Burgin,

The United Black Men's Think Tank (UBMTT) seeks to help reduce in-school violence and disruptive behavior, and to increase student's persistence in achieving high educational outcomes.

All of our research indicates that connecting children with caring adults, willing to coach the children through life's distractions and obstacles, can be the difference in a child's success in becoming educationally, socially and vocationally prepared for adulthood.

The United Black Men's Think Tank is working to help mobilize all of the capacity that exists in our community to provide any form of mentoring support for our youth, be it spiritual, social, recreational or sports.

We are trying to bring together representatives of every Faith-based Organization, Sorority, Fraternity, and or Boys and Girls groups who currently conduct any form of individual and group mentoring and or youth development activity within the City. We will develop a capacity analysis, and how we might build on that capacity, working in collaboration with the Community Action Organization's Youth Development Department, each of you, and the Student Services Division of the Buffalo Board of Education.

Please send a representative to the next mentoring collaboration meeting, **December 7th, from 2 – 4 pm at the Rafi Greene resource Center at 1423 Fillmore Avenue. We look forward to seeing you there.**

**For further information please contact Bernadine Kennedy at (716) 884-3312.**

Sincerely,

The United Black Men's Think Tank

Gmail - BPS Mentoring Committee Meeting

Page 1 of 2

EXHIBIT 26

## Gmail

Charles Burgin< bromaninc@gmail.com>

### BPS Mentoring Committee Meeting
1 message

**Cooley, Tracy**< tcooley1@hilbert.edu>                                    Thu, Aug 29, 2013 at 3:01 PM
To: "W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>,
"w.a.v.e.buffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "wellsgv@buffalostate.edu"
<wellsgv@buffalostate.edu>, "bromaninc@gmail.com" <bromaninc@gmail.com>,
"jwatts@wattseducation.com" <jwatts@wattseducation.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-
gyambrah@hilbert.edu>, "dsmith@ch.ci.buffalo.ny.us" <dsmith@ch.ci.buffalo.ny.us>,
"samradford3@gmail.com" <samradford3@gmail.com>, "modellgault@yahoo.com"
<modellgault@yahoo.com>

*[Handwritten note: Note: Why are Sam Rodford and Councilman Demone Smith copied in this email when neither one is a member of BPS Mentor Committee]*

Hello Team,

On Thursday, September 5, from 2-4pm, at 150 Lower Terrace 4th Floor, the BPS Mentoring
Committee will be reconvening to begin discussions surrounding the 5000 Role Models of
Excellence Mentoring Program.

I have also attached an invite to an event taking place on September 11th at the Delevan Grider
Community Center in anticipation of the program.

*[Handwritten note: Note: this event is being sponsored by Demone Smith with assistance of Charles Brandy. Further note that I had to go meet with Demone Smith to discuss what his connection was in regards to the BPS Mentor Committee's Impact Study / Cost analysis) etc.]*

Please RSVP by Tuesday, 9/3, if you will be attending this meeting.

Thanks

Tracy

76-888-0647

*"I hope that my achievements in life shall be these-that I will have fought for what was right
and fair, that I will have risked for that which mattered, that I will have given help to those who
were in need, and that I will have left the earth a better place for what I've done and who I've
been."*

*[Handwritten note: Further Note: Gail was also working with Hare, Smith + Brandy on Buffalo Mentoring Initiative and attended 9-11-13 meeting with them at Delevan Grider Center, that is one of the reasons that I wanted to have a meeting with all committee members to discuss this matter since Gail made a statement in her email about Buffalo Mentor Initiative Using 5000 Role]*

https://mail.google.com/mail/?ui=2&ik=f166c1f510&view=pt&search=inbox&th=140cb7...   8/29/2013



The Buffalo Mentoring Initiative

SEPTEMBER 11TH, 2013

IF YOU HAVE A YOUTH PROGRAM AND CAN ACCOMODATE MORE STUDENTS,
OR HAVE TIME TO BE A MENTOR

WE WANT TO WORK WITH YOU!

PLEASE RSVP BY SEPTEMBER 9TH BY CONTACTING W. CHARLES
BRANDY, DIRECTOR OF SOCIAL STUDIES. @826-3948 EXT 8779
OR WBRANDY@BUFFALOSCHOOLS.ORG

26



# Implementation Plan - 5000 Role Models of Excellence

**Brandy, W. Charles** <WBrandy@buffaloschools.org>
To: "Cooley, Tracy" <tcooley1@hilbert.edu>, "bromaninc@gmail.com" <bromaninc@gmail.com>

Fri, Sep 6, 2013 at 9:35 AM

Bro Burgin,

Mr. Smith is available to meet today at 2:00 p.m. at City Hall in his office.  Can you make it?  Please call me at 465-5343 (cell).


Thank you,

W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

---

**From:** Cooley, Tracy [tcooley1@hilbert.edu]
**Sent:** Friday, September 06, 2013 9:38 AM
**To:** bromaninc@gmail.com; Brandy, W. Charles
**Subject:** Implementation Plan - 5000 Role Models of Excellence


Bro. Burgin,


If you need assistance developing your plans I can assist you.


Tracy


*"I hope that my achievements in life shall be these-that I will have fought for what was right and fair, that I will have risked for that which mattered, that I will have given help to those who were*





# The Buffalo Mentoring Initiative Stakeholders' Meeting

September 11, 2013

## Agenda

Welcome

Opening Remarks

Overview of Buffalo Public Schools

Introduction of Stakeholders

Requirements for Engaging in Mentoring

Questions and Answers

Closing Remarks

Next Steps

**"Putting children and families first to ensure high academic achievement for all"**

ex # 27



Charles Burgin< bromaninc@gmail.com>

## Hello Mr. Hare,

9 messages

---

**Charles Burgin** < bromaninc@gmail.com>                    Tue, Aug 13, 2013 at 8:37 AM
To: lnhare@cao.org, pbrown@buffaloschools.org, sonia1ssr@verizon.net

This is to inform that I have been in recent contact with staff of Supt. Brown and have been informed of
your request that Dr. Brown support an "event" during the week of August 19-23--related to the 5000 Role
Models of Excellence Project, in which you included the Black Mens Think Tank and Demone Smith
amongst others. You were made completely aware of my plans regarding Supt. Brown, Congresswoman
Frederica S. Wilson's forthcoming visit to Buffalo and the current work that I and the committee are
currently working on, which entails bringing together professional dedicated community stakeholders in the
education, business, civic, government, faith-based and communications field to fully support and advance
the cause of replicating the 5000 Role Models of Excellence Project in Buffalo Public Schools and
supporting fully, Cong. Wilson when she comes to Buffalo. At the last meeting of the Black mens Think
Tank I specifically advised that you could help me collect technical data on the schools which require the
greatest need for mentor related services impacting minority males. Furthermore, I have been advised by
Dr. Brown's staff that she can't support duplicative efforts and that there has to be one person in charge
which she will deal with. As lead person who got the BOE to approve the resolution in support of 5000 Role
Models of Excellence Project and who has gotten Cong. Wilson personally involved, that person has to be
myself! I welcome your assistance but we can't keep bumping heads on this important initiative. I
appreciate what you wish to accomplish, however I think that in the future you shold run things by me--
preferably in writing via email so that everything is clear for the record. Thank you. Charles Burgin, Founder
of Brotherman's Progress Mentors Matter Advocacy Program and Chairman of District Parent Coordinating
Council Mentor Committee

---

**Charles Burgin**< bromaninc@gmail.com>                    Tue, Aug 13, 2013 at 5:54 PM
To: lhens@buffaloschools.org

Dear Ms. Bryant, As per our conversation, please let me know that you received this email which was
indvertantly sent to "pbrown." In addition, I will call Nate Hare to see if he has received this message. I'm
still awating contact from Elena Cala. Thank you.
[Quoted text hidden]

---

**Hens, LaRae** < LHens@buffaloschools.org>                    Wed, Aug 14, 2013 at 8:55 AM
To: Charles Burgin <bromaninc@gmail.com>

Thank you, Mr. Burgin. I received your e-mail. Please contact me after you've heard from and/or
spoken to Nathan Hare.


LaRae Hens Bryant

Stenographic Secretary to the Superintendent

65 Niagara Square

712 City Hall

ext # 2 g



**Charles Burgin< bromaninc@gmail.com>**

---

## 5000 Role Models of Excellence
2 messages

---

**L. Nathan Hare**< lnhare@caoec.org>                                Thu, Aug 15, 2013 at 5:17 PM
To: "Brown, Pamela C" <PCBrown@buffaloschools.org>
Cc: Charles Burgin <Bromaninc@gmail.com>, "Hens, LaRae" <LHens@buffaloschools.org>, Linda Williams
<ldwilliams@caoec.org>, Catherine Roberts <croberts@caoec.org>, Hosie Arnold <bjhha@yahoo.com>

   Hi Dr. Brown,

   I think I may have created some confusion with regard to how we are trying to pull together the 5000 Role Models
   of Excellence initiative.

   Charles Burgin is the chairperson of the United Black Men's Think Tank Mentoring Committee.

   In my July 20th email to you, I sought to try and get the ball rolling by establishing a framework for the project's
   launch. However, I did not mean to convey that Charles was not our point person on this effort.

   To eliminate any perception of cross purposes, I would ask that Charles be the person with whom  the District works
   to get this initiative moving. I will work through Charles and the Think Tank to do everything I can to support the
   success of this effort.

   Sincerely,

   L. Nathan Hare

---

**Charles Burgin**< bromaninc@gmail.com>                             Thu, Aug 15, 2013 at 6:27 PM
To: sonia1ssr@verizon.net

   Sonia,
   Today, I met with Nate Hare and we have cleared up any confusion as to the fact that I will be the person in
   charge of the Buffalo intiative to replicate 5000 Role Models of Excellence Project in Buffalo Public
   Schools. He will of course assist my efforts as i look forward to working with him and others whom he will
   recommend. I will send you a copy of the Pastor Pridgen letter via another email as an "attachment", later
   this evening. Take care.

   [Quoted text hidden]

 

*2 sided document*



## 5000 ROLE MODELS
## OF EXCELLENCE PROJECT

February 5, 2013

Mr. Charles Burgin
P.O. Box 1073
Buffalo, New York 14201

Dear Mr. Burgin:

It was a pleasure speaking to you. As promised, attached is information regarding the **5000 Role Models of Excellence Project**. I wish you success in your efforts to establish and build a mentoring program that positively impacts the lives of our children.

Sincerely,

Tammy T. Reed
Executive Director
**5000 Role Models of Excellence Project**

Attachments

**MIAMI-DADE COUNTY PUBLIC SCHOOLS**

1450 N.E. 2nd Avenue, Suite 227, Miami, Florida 33132•Phone (305) 995-2451•Fax (305) 995-2455
Congresswoman Frederica S. Wilson, Founder/Tammy T. Reed, Executive Director
website address: **5000rolemodels.com**
*"Committed to guiding minority boys along a carefully chartered path and sending them to college."*



**Congresswoman Frederica S. Wilson**
*Founder*

# *5000 ROLE MODELS OF EXCELLENCE PROJECT*

Founded 1993

## Brief History

While serving on the School Board of Miami-Dade County, Florida, Congresswoman Frederica S. Wilson noticed a pattern of young minority boys being incarcerated, entering the drug trade, or dropping out of school. Not willing to sit back and allow society and poverty to destroy the lives of children, Wilson began to challenge the men of Miami-Dade County to intervene in the lives of "at-risk" youth. In March 1993, initiated by The School Board of Miami-Dade County, Florida, the *500 African American Male Role Models of Excellence* was born. Wilson's vision gained immediate response from the community and continues to serve as a major force in the transition of raising young boys to become men.

In its first year, the 500 African American Male Role Models of Excellence began its acclaim on a national stage, being featured on *"The Les Brown Show."* This exposure attracted many prominent Americans to become involved with the program. In 1994, the name was changed to the *500 Role Models of Excellence Project*. Given the increased enrollment of mentors and students, it is now recognized as the *5000 Role Models of Excellence Project*. Adult Role Model men help to intervene in the lives of "at-risk" youth, who are considered candidates for society's endangered species list. Male students, ages 9-19, benefit from the program through the involvement of successful professional adult volunteers, who provide advice, guidance and educational assistance.

The impact of the *5000 Role Models of Excellence Project* continues to skyrocket as the program has received numerous awards and accolades, including the National Medical Association's Scroll of Merit Award (2008), National Conference of Black Mayors, The Bold and Blood Award Pennsylvania Legislature (1995), Emmy Award National Black Journalist (1995), President's Summit for America's Future Teaching Example for the Nation (1997), HBO Worldwide Commercial (1997), Florida's First Union Kid's Count Award (1998), Florida Promise to Youth Award (1998), and M-DCPS Board Magna Award (1998), and the (2008) Scroll of Senator Wilson. The *5000 Role Models of Excellence Project* has also appeared on CBS Evening News, CBS This Morning, The Jerry Springer's Crime Prevention Show, and HBO Documentary.

Presently, the *5000 Role Models of Excellence Project* serves students in nearly 100 schools within Miami-Dade County Public Schools. The program boasts thousands of student participants and adult volunteers and each year it continues to grow. Designed to teach healthy living, responsibility and respect, the program's components include, but are not limited to, teen youth summits, leadership training, college tours, job training, community service, substance abuse awareness, and scholarships.

The mission of the *5000 Role Models of Excellence Project*, which is to give minority boys hope as well as the vision of greatness to emulate in their everyday lives, has formed a fraternal bond of brotherly love throughout Miami-Dade County, and **WILL SOON SPREAD ACROSS THE NATION**.

Questions
(305) 995-2451, extension 2
(305) 995-2455 (fax)
www.5000RoleModels.com

5000 ROLE MODELS OF EXCELLENCE PROJECT

# Components

## MIAMI-DADE COUNTY PUBLIC SCHOOLS

5000 ROLE MODELS OF EXCELLENCE PROJECT - PROGRAM COMPONENTS

1. GENERAL CONFERENCES, SUMMITS AND SYMPOSIUMS/HIV/AIDS CONFER
2. ALCOHOL, TOBACCO, AND OTHER DRUG AWARENESS "FRIDAYS"
3. WORKSHOPS AND TRAINING FOR MENTORS
4. ONE-TO-ONE MENTORING, GROUP MENTORING AND PEER MENTORING
5. YEAR ROUND CURRICULUM TEACHING SURVIVAL SKILLS FOR YOUNG BO
6. EMPLOYMENT OPPORTUNITIES FOR STUDENTS
7. YOUTH SUMMITS AND HEALTH SYMPOSIUMS IN COOPERATION WITH LOC
8. ANNUAL POLICE AND YOUTH RELATIONS CONFERENCES AND WORKSHO
9. SPIRITUAL ASPECTS INCLUDING MINISTERIAL INVOLVEMENT
10. ANNUAL RECOGNITION OF MENTORS AND INDUCTION OF NEW MENTORS
11. ANNUAL REV. DR. MARTIN LUTHER KING, JR. UNITY SCHOLARSHIP BREAK
12. ANNUAL "FINISHED HIGH SCHOOL. . . NOW WHAT"? CONFERENCE AND RI1
13. ANNUAL SCHOLARSHIP PRESENTATIONS TO GRADUATING SENIORS
14. FIELD TRIPS TO CORRECTIONAL FACILITIES
15. FIELD TRIPS TO COLLEGE CAMPUSES
16. 5000 ROLE MODELS OF EXCELLENCE BILLBOARD PROJECT
17. EMPHASIS ON AFRICAN-AMERICAN HISTORY AND CULTURE
18. COMMUNITY SERVICE PERFORMED BY ALL STUDENT PARTICIPANTS
19. DAILY PLANNER
20. WPLG CHANNEL 10 "BY KIDS . . .FOR KIDS"
21. A REWARD FOR GOOD GRADES (5000 ROLE MODELS SNEAKERS)
22. AMBASSADORS PROGRAM
23. MIAMI-DADE COUNTY DAYS - STATE LEGISLATURE
24. PUBLICATIONS: POLICE & YOUTH BROCHURE
25. CRITICAL THINKING TRAINING


e4529

already have an account? **Log In**    Sign Up

JOIN UDINI -manage your research in the cloud for free and buy articles in the Udini store. Learn more

Academic research, news, and trade news from authoritative publications -See what's in stock

Free tools keep your work in one place, with beautiful reading and notes -Learn more

No subscription required - pay per article, project or month -Get started for free

Arts & History>African American studies
Arts & History>Black studies
Education>Sociology of education
Education>School counseling
Education>Educational psychology

# The impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males



Full Version
unlimited access with print and download

Free

Get this

Share

Search 150 million articles from 12,000 publications

The impact of the 5000 R

Search

Dissertation
Author: Benjamin Davis

Abstract:
This dissertation explores the impact of the 5000 Role Models of Excellence Project, an academic intervention and mentoring program for African-American males, on 30 African-American high school graduates. The 5000 Role Models of Excellence Project has a fifteen year history. What makes the project unique is that it is - unlike many such programs -fully funded by local school board and state funds. Several factors made this study relevant: (1) the high level of financial commitment by the school district, (2) its longevity, (3) the fact that thousands of students have matriculated through it, and (4) the fact that it has never been formally studied, made this study relevant. By examining the academic and career choices of 30 African-American males graduates who participated in the 5000 Role Models of Excellence Project during high school, the researcher indentified elements of the program that may have led to the participants' choices to set and achieve high goals. The researcher, using a qualitative case study methodology, collected data via surveys and interviews. The surveys and interviews yielded responses that gave insight into elements of the program (i.e., counseling, mentoring, academic support, trips, celebrity speaker, etc.) which increased the student's desire to go into postsecondary education. The analysis of these responses, which were charted, compared and narratively sampled, formed the raw data of the study. The results show that mentoring alone is not a sufficient tool for redirecting the academic outcomes of African-American males; rather, academic intervention, mentoring and counseling, together, can be used to help African-American males succeed both in and beyond high school.

TABLE OF CONTENTS CHAPTER ONE INTRODUCTION 1 The 5000 Role Models of Excellence Project 3 Purpose of the Study 5 Definition of Key Terms 6 Problem Statement 9 Limitations of the Study 10 Intended Audience , 10 Organization of the Remainder of the Study 11 CHAPTER TWO REVIEW OF RELATED LITERATURE 15 Introduction 15 Educational Leadership 18 The Purpose of Public Education 21 The Present State of Public Education 24 The Social Impact of Failure for Students and Society 29

*A Note from C. Burgin

In Fall of 2010 The Council of Great City Schools released Report "A Call For Change The Social and Educational Factors Contributing To the Outcomes of Black Males in urban schools"

29

 **Apathy is But One Link**  **In The Chain Of Indifference** 

*"Freedom under the law doesn't matter much if you don't liberate your mind."*

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

**Be Part of the Solution**                    **Man-up, Stand-up, Mentor-up!**

We, the undersigned, are in full support of the:

**Resolution of WE The People Of Western New York in support of the BROTHER MAN PETITION FOR NONVIOLENCE AND INCREASING LIFE SKILLS MENTORING PROGRAMS FOR AT-RISK YOUTH**

| | NAME | ADDRESS w/ zip | Phone | E-mail |
|---|---|---|---|---|
| 1. | Tarenza Kurga Sr. | | | |
| 2. | Byron W. Brown | | | |
| 3. | Paul Curt | | | |
| 4. | L. Nathan Hare | 28 Park Lawn Dr. | 564-8887 | LNHARE@CAREDG... |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |







*Have they taken the Shackles off our Wrists and put them on our Brains?*

**APATHY IS BUT ONE LINK IN**    **THE CHAIN OF INDIFFERENCE**

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

**Brotherman's Progress
Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



MAN-UP!
MIND-UP!

KNOW THYSELF

MAAT

October 17, 2013

**To: Mayor Byron Brown
Buffalo City Hall**

**From: Charles Burgin, Founder Brotherman's Progress
Mentors Matter Org., Chairman District Parent Coordinating
Council Mentor Committee**

**Re: Your agreement to support my plans for 5000 Role Models
of Excellence Project to be implemented in Buffalo Public
Schools as one viable solution to help alleviate cycle of
generational poverty amongst minority male students**

**Dear Mayor Brown,**

**This is to inform:**

**1. That, I received a letter (with material documents) dated
February 5, 2013, from Executive Director Tammy T. Reed, of
5000 Role Models of Excellence Project, informing "I wish you
success in your efforts to establish and build a mentoring
program that positively impacts the lives of our children."**

**2. That, shortly after receiving the letter and materials related
to the 5000 Role Models of Excellence Project, I had an
opportunity to speak with you at one of our monthly District
Parent Coordinating Council Buffalo Public School meetings in
which I shared the letter and program documents with you.**

3. That, I further requested your support in my endeavor to have this program replicated in Buffalo Public Schools, while referencing a dissertation by Benjamin Davis "The Impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males."

4. That, you stated that you would wholeheartedly support my efforts to replicate the program in Buffalo Public Schools and that I could stop in your office with any concerns or make an appointment.

5. That, in the ensuing months, I was able to get Buffalo Board of Education members Lou Petrucci and Ralph Hernandez to help draft a resolution in support of 5000 Role Models of Excellence Project in which June 12, 2013 was the date for the full Board to vote on the resolution.

6. That, on the day of that vote, I contacted the office of program founder Congresswoman Frederica S. Wilson, to ask if someone from her office could send the Board an email telling them to vote yes on the resolution.

7. That, to my surprise, Congresswoman Wilson herself sent an email to the Buffalo Board of Education informing them that if they voted to approve the resolution then she would be willing to come to Buffalo to help "move this important initiative forward."

8. That, on June 12, 2013, the Buffalo Board of Education voted to approve the resolution with an impact study and cost analysis ordered--and I'm in process of putting together a business plan, along with a steering committee of dedicated professional people to help get everything that the program needs to succeed.

9. That, on August 26, 2013, I was invited by Congresswoman Wilson to attend an educational forum with the Congressional Black Caucus as her guest in Wash. D.C., in which I could meet

various officials connected with the 5000 Role Models of
Excellence Project, along with the class of 2014 of Miami-Dade
County Schools etc., which was held on Sept. 19th and 20th.

10. That I did attend and make some important connections
which included David Johns, Executive Director of White
House Initiative on Educational Excellence for African
Americans; and many others who will support my efforts to
establish the Buffalo chapter of 5000 Role Models of Excellence
Project in Buffalo Public Schools,

11. That, I have received letters of support from such
distinguished individuals as Phil Rumore of Buffalo Public
Schools; Darius Pridgen, Councilman of Ellicott District; Carl
Paladino of Buffalo Board of Education; to name a few of the
people whom have offered to help bring this important
generational poverty reduction program to empower families
of minority males in the Buffalo Public Schools.

12. That, on August 5, 2013, I did as you instructed (Mayor
Brown) and went to your city hall office to leave a message
requesting that you provide a letter of support which would
signal to others that you supported this important initiative.

13. That, after waiting weeks and not getting any response, I
made two additional trips to your office over a period of  more
weeks, in which I sought to either have a personal meeting with
you or for you to simply provide a letter stating that you
supported our initiative and would be supporting
Congresswoman Wilson when she comes to Buffalo.

14. That to date, I'm still awaiting your response.

15. That over this period of time, I was informed by Sam

30

Radford that he was aware of all the work that I had done on the 5000 Role Models of Excellence Project and that he would hate to see me left out as Councilman Demone Smith, Charles Brandy and Nate Hare were going to connect with you (Mayor Brown) to reach out to Congresswoman Wilson and bring her to Buffalo so that they could take over the 5000 Role Models of Excellence Project--in which I simply responded that Mayor Brown had already pledged his support and besides, I was already in contact with Congresswoman Wilson and her Chief of Staff.

Mayor Brown, since I have not heard anything from you after visiting your office three times and also meeting with your secretary, I'm now wondering if there is something political going on to circumvent my efforts to implement this very important generational cycle poverty reduction mentor program to assist our at-risk minority males in Buffalo Public Schools to finish high school and graduate college.

To clear things up, I have decided to personally write you this memo for the record! I also read the Buffalo News article "Hands Across Buffalo", in which you "assigned Deputy Mayor Ellen Grant to the Hands Across Buffalo Steering Committee." From my understanding, you have previously appointed someone to act on your behalf with the Buffalo Board of Education Buffalo Public Schools, and I don't recall if that person has the title of Deputy Mayor, but can that person work with me and the steering committee which I'm putting together composed of dedicated professionals from business, education, government, and faith-based organizations, to set in motion all it takes to insure that the 5000 Role Models of Excellence Project is replicated in Buffalo Public Schools! I believe that it is imperative that we meet. Your consideration in the matter is greatly appreciated as I await you reply. Shanti

30

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CHARLES BURGIN
P.O. BOX 1073
BUFFALO, N.Y. 14201

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BUFFALO NY 14202

| | | |
|---|---|---|
| Postage | $ | $1.72 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.37 |

0207
07

Postmark

10/16/2013

7009 3410 0001 1646 7951

Sent To Mayor Byron Brown
Street, Apt. No.; or PO Box No. mayors office at Hall
City, State, ZIP+4 Buffalo NY 14202

PS Form 3800, August 2006                    See Reverse for Instructions





Charles Burgin <bromaninc@gmail.com>

---

## Urgent!! Need to meet with you (amongst other important considerations) to discuss issues and disputes concerning credibility, conflict of interest relating to Dr. Keresztes and Charles Brandy Chair of the BPS Mentor Committee along with your recent appointment of Dr. Kerztes as "lead person on this project" i.e. 5000 Role Models Of Excellence Project, wherby he has selected Charles Brandy to do "impact study"

1 message

---

**Charles Burgin** <bromaninc@gmail.com>
To: pcbrown@buffaloschools.org

Tue, Sep 3, 2013 at 10:52 AM

Dear Dr. Brown,

Please let the record reflect:

1.) That, as a representative of community stakeholders i.e. Founder of Brotherman's Progress Mentors Matter Org., Chairman of District Parent Coordinating Council Mentor Committee, and menber of the BPS Mentor Committee created by Interim Superintendent Amber Dixon—I have sought to meet with you several times since our initial discussion at Olmstead School about matters related to improving the condition and graduation rate for minority males, and as to our Brotherman's Progress Anti Violence/5000 Role Models Of Excellence Project initiative.

2.) That, during a November 2012, videotaped community roundtable, you agreed to meet with me (and Phil Rumore our supporter) to discuss the above matters which were pertinent to a segment of community stakeholders, as 1,000 of them had signed our Brotherman's Progress Anti Violence Petition And Increasing Life Skils Mentoring Programs For At-risk Youth.

3.) That, during the videotaped meetingof November 2012, you accepted a manilla envelope containing various materials related to issues at hand and agreed to meet wirh me to discuss stakeholders concerns.

4.) That, having received no response from you weeks after the community roundtable of November 2012, I drafted an additional letter to you voicing our concerns and seeking a meeting, which was dated December 10, 2012, and hand-delivered to your office, which was received and stamped by your stenographer. See exhibit A, which is a 3 page letter.

5.) That, for whatever reasons, my December 10, 2012 letter was never responded to! However, I remained patient, telling stakeholders to hold tight and that eventually you would get around to setting up a meeting, since there seemed to be a crisis you had to handle every other week.

6.) That, That I continued to remain active on behalf of stakeholders seeking to uplift and empower minority males, while working to improve conditions for elevating their graduation rates, and to attend college so that they could avoid the stigma of generational poverty!

7.) That, as a resultt of my past years of advocacy on behalf of minority males in the Buffalo Public Schools, Board Of Education members Ralph Hernandez and Lou Petrucci, (who was instrumental in seeing that Interim Supt. Amber Dixon appoint me to the newly created BPS Mentor Committee)—agreed that it was time to help me out by assisting in the drafting of a resolution to BOE in support of the 5000 Role Models Of Excellence Project. See my attached June 13, 2013 email sent to Ralph Hernandez and Lou Petrucci, along with the June 21, 2012 email response of Board member Lou Petrucci. He reveals how the Board Of Education voted to approve the resolution for 5000 Role Models Of Excellence Project and what my next moves should be in terms of moving forward. "The second part of the resolution is now for you to formulate a business plan for your mentoring

Case 1:15-cv-00201-WMS-MJR   Document 1-2   Filed 03/04/15   Page 22 of 69

11/30/13                Gmail - Urgent!! Need to meet with you (amongst other important considerations) to discuss issues and disputes concerning credibility, conflict of interest ...

$3l$     program..." See attached 2 page email marked as exhibit B.

8.) That, on the actual day of the BOE vote on the resolution, I was able to contact the Founder of 5000 Role Models Of Excellence Project, Congresswoman Frederica S. Wilson, who then sent the Buffalo Board Of Educarion a letter dated 6-12-13 stating that if they approved the resolution, she would be happy to come to Buffalo to help "move this important initiative forward."

9.) That, I'm in contact with Congresswoman Wilson's Chief of Staff and the Executive Director for the 5000 Role Models Of Excellence Project and they have agreed to assist me with data and material help in putting together our business plan. I will also need certain data on Buffalo Public Schools and the minority students which is another reason that I seek your cooperation as Superintendent of BPS.

10.) That after the resolution was approved, Dr. Nevergold was voted President of the newly elected Buffalo Board of Education. She originally had voted against the resolution. I sent her an email dated July 2, 2013, requesting that she now support the 5000 Role Models Of Excellence Project which our minority males in BPS were in such need of the program. She agreed to support our initiative and sent me an email dated July 8, 2013, stating that this email could be used as evidence of her and the Board's support for 5000 Role Models Of Excellence Project. See exhibit C.

11.) That once again, I drafted you a letter dated June 14, 2013, which included a copy of Congresswoman Wilson's letter of June 12, 2013, sent to the Buffalo Board of Education. This letter was hand delivered to your stenographer LaRue Hens Bryant who stamped it received as of June 14, 2013, and again contained me request for a short meeting along with a letter of support from you regarding the 5000 Role Models Of Excellence Project and Congresswoman Wilson's coming to Buffalo "to help move this important initiative forward." As leader of the Buffalo School District, our stakeholders felt that it would be a good thing if you showed your approval and support for an initiative that would improve the graduation rates of our minority males!

12.) That, Again I awaited your response to our letter and request for a meeting!

X  13.) That, while awaiting your response to my letter of June 14, 2013, I had put together various materials and emails which related to serious disputes within the BPS Mentor Committee related to the actions of Chairman Charles Brandy and Dr. Will Karesztes who also sought to have the committee adopt his notion that whatever model was created it should not involve any funding from the District. I totally disagreed with Dr. Keresztes and told him that as far as I was concerned the District could use Title 1 money and other sources of grants or federal money to support a BPS Mentor Program. Also, I thought it unethical for Charles Brandy, as Chairman and Board employee (and Dr. Kereszres) to meet on committee business affecting our model plan without including any other committee members etc. My intent was to present you with documents and records which would form the basis for an investigation into the negative conduct and activities of both Charles Brandy and Dr. Will Keresztes.

14.) That, again I received no direct response from you as regarding my June 14, 2013 letter of request for a meeting etc. Instead, about nine weeks later, I received a copy of an email dated August 21, 2013 at 11:49 AM, from your stenographer LaRae Hens Bryant which she had sent to Dr. Will Keresztes, "Subject 5000 Role Models of Excellence Project." "Charles Burgin came to me to schedule meeting with Superintendent regarding the above mentioned subject. I spoke with Dr. Brown and she said that you were the contact person that he should be meeting with. She also stated that, you were preparing a report for her review and asked if it was ready. Please follow up with me on both subjects."

X  15.) That, the record reflects, Dr. Brown that you were informed personally by me that I felt Dr. Keresztes had no credibility and that I could not effectively work with him. To help your recollection, at the Board meeting when I had broached the subject of my mentee only having 3 credits while supposedly being a Junior at Bennett High, who was permanently suspended and sent to Alternative School. Your reply to me was "I thought you and Dr. Keresztes were working on that. I told you no, and why I wasn't working with Dr. Kereszres. You then asked me for the name of the student (Dexter Knox) and subsequently Dr. Maurico told me that he had been assigned to contact Dexter's Mother.

16.) That, on August 21, 2013, an email stamped 1:01 PM was sent from Dr. Kerestzes to me stating, "Mr.

11/30/13    Gmail - Urgent!! Need to meet with you (amongst other important considerations) to discuss issues and concerns about credibility, conflict of interest …

Case 1:15-cv-00201-WMS-MJR    Document 1-2    Filed 03/04/15    Page 23 of 69

31

Burgin. Thank you for your advocacy for our students. Mr. Brandy will lead the study of the 5000 Role Models Project with the support of the mentoring committee he chairs. Thanks again for your efforts."

17.) That, by email dated August 21,2013, stamped 2:26PM, a message was sent from your stenographer LaRae Hens Bryant stating " I spoke to Dr. Brown regarding setting a meeting. She stated that Dr. Will Keresztes is the lead person on the project. Then when I emailed Dr. Keresztes, he said that Charles Brandy is working on this through the mentoring committee of which Mr. Burgin is a member. Please contact Mr. Brandy or Dr. Keresztes regarding your meeting." Dr. Brown, I will not be attaching these emails because your stenogtapher has copies and Dr. Keresztes has his original email that he sent to me.

18.) That, on or about August 28, 2013, I received a phone call from Charles Brandy informing me that "Dr. Will Keresztes had told him that I wished to speak with him (Charles Brandy) to discuss concerns which I had." I immediately told Charles Brandy that I had never spoken with or contacted Dr. Keresztes and to stop playing games, then hung up the phone. You see Dr. Brown, after the resolution was approved for the 5000 Role Models Of Excellence Project, twice I received a call from Charles Brandy on separate occasions stating that after the resolution was passed, that Mr. Hernandez had contacted Dr. Keresztes to have Dr. Keresztes and him Charles Brandy, work with me on the project. I told Charles Brandy that this was a bald faced lie and that if what you say about Dr. Keresztes being contacted by Board member Ralph Hernandez asking that you guys assist me—then tell Mr Keresztes to put it in writing via email form and I will then contact Mr. Hernandez for the truth of the matter. Of course, I did not receive anything from Dr. Keresztes, but it further evidenced how Charles Brandy sought to manipulate things in conjunction with Dr. Will Keresztes. How ironic that I am now being told that Dr. Keresztes and Charles Brandy are in charge of the "impact study."

19.). That, on August 29, 2013, Charles Brandy had an email sent to me and various other parties ( some of them not even on the BPS Mentor Committee such as Sam Radford and Councilman Demone Smith) stating "Hello Team, On ThursdaySeptember 5, from 2-4PM, at 150 Lower Terrace 4th Floor, the BPS Mentoring Committee will be reconvening to begin discussion surrounding the 5000 Role Models Of Excellence Mentoring Program. I have attached an email to an event taking place on September 11, at Delevan Grider Community Center in anticipation of the program." See exhibit D

20.) That, again I reiterate that there is a conflict of interest and other issues of integrity and credibility with Dr. Keresztes and Charles Brandy concerning the BPS Mentor Committee, which are clearly evidenced by facts and evidence which I still plan to present to you, once you grant the request for a meeting. This situation definitively calls for a meeting but the main focus should be on supporting our minority male students by getting this 5000 Role Models Of Excellence Project approved for replication in Buffalo Public Schools.

In closing, Dr. Brown, I say once again at the behest and concern of community stakeholders, I'm asking for your attention and a sit down meeting to resolve issues and move forward. Your consideration in the matter is greatly appreciated, as I await your reply.

Charles Burgin, Founder of Brotherman's Progress Mentors Matter Program Advocacy; Chairman of District Parent Coordinating Council Mentor Committee; and member of BPS Mentor Committee

**9 attachments**

Case 1:15-cv-00201-WMS-MJR    Document 1-2    Filed 03/04/15    Page 24 of 69

31



**12-10-12 letter to Supt. Brown requesring meeting 001.jpg**
1139K

**page 2 of 12-10-12 letter 001.jpg**
1320K

**page 3 of 12-10-12 letter 001.jpg**
819K

**Exhibit B Email of Petrucci re business plan & Resolution 001.jpg**
1447K

**Page 2 of Petrucci email 001.jpg**
440K

31

Case 1:15-cv-00201-WMS-MJR   Document 1-2   Filed 03/04/15   Page 25 of 69



**Exhibit C Email of BOE Pres. Nevergold 001.jpg**
1065K



**page 2 of Dr. Nevergold email 001.jpg**
695K



**Exhibit D Email of August 29, 2013 Re Mentor Committee 001.jpg**
705K



**Mentor Committee Announcement of invitation 001.jpg**
2525K



Charles Burgin <bromaninc@gmail.com>

**Yesterday, I had a meeting of the minds with BPS MENTOR COMMITTEE CHAIRMAN Charles Brandy**

2 messages

**Charles Burgin** <bromaninc@gmail.com>
To: pcbrown@buffaloschools.org

Fri, Sep 6, 2013 at 5:57 AM

Dear Dr. Brown.

Yesterday, the BPS Mentor Committee met and Charles Brandy and I ironed out any past grievance issues. I still look forward to a meeting with you and perhaps, Dr. Will Keresztes and I can discuss our issues and we can build a better and working relationship to move things forward on behalf of our at-risk students. I know that you are very busy but I do expect to hear from you when time permits. Thanking you in advance. Shanti, Charles Burgin, Founder of Brotherman's Progress Mentors Matter Program Advocacy, and Chair of the DPCC Mentor Committee



**Brown, Pamela C** <PCBrown@buffaloschools.org>
To: Charles Burgin <bromaninc@gmail.com>
Cc: "Keresztes, Will" <WKeresztes@buffaloschools.org>

Fri, Sep 6, 2013 at 11:10 AM

Mr. Burgin,

Thank you for following up on this matter and for your understanding of what a busy time this is. I was glad to learn from Dr. Keresztes that you are serving on the Mentoring Committee, which has been charged with conducting the impact study on the mentoring program that you recommended to the School Board.

I will look forward to meeting with you and the rest of the Mentoring Committee as soon as the study is completed and the Committee is prepared to make a recommendation to me. I expect that will be some time within the next few weeks.



Many thanks for your commitment to working with us to determine the potential of this mentoring model to provide services that some of our students may need.

All the best,

Pamela Brown

Pamela C. Brown, Ed.D.

Superintendent



# Re: Update

**W.CharlesBrandy@buffaloschools.org** <W.CharlesBrandy@buffaloschools.org>      Thu, May 16, 2013 at 2:39 PM
To: WELLSGV@buffalostate.edu
Cc: bromaninc@gmail.com, tcooley1@hilbert.edu, W.CharlesBrandy@buffaloschools.org, wellsgv@buffalostate.edu

Gail,
Thank you for your input. I profoundly respect you and apologize that you and Tracy were
exposed to this horrific display of poor adult discourse. I have never accepted disrespect nor will
I tolerate it now.

It has come time for me to move forward. We have moved past the stage of privately addressing
any discontent or concern related to the committee. The irrational choice was made for all of us
without any input. I will no longer subject myself to blatant disrespect from anyone. It's my
sincere hope that another administrator or department will be encouraged to continue this work.

Again, thank you and Tracy for putting children and family first.

Best regards,
W. Charles Brandy, Director
Social Studies Education
150 Lower Terrace
Buffalo, New York 14202
(716) 816-3048 Ext. 8779
(716) 851-3064 (Fax)

-----"Wells, Gail" <WELLSGV@BuffaloState.edu> wrote: -----

> To: Charles Burgin <bromaninc@gmail.com>, "Cooley, Tracy" <tcooley1@hilbert.edu>,
> "W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>
> From: "Wells, Gail" <WELLSGV@BuffaloState.edu>
> Date: 05/16/2013 12:15AM
> Cc: "'Gail Wells' (wellsgv)" <wellsgv@BuffaloState.edu>
> Subject: RE: Update
> [Quoted text hidden]

Spam
Not spam
Forget previous vote

*22/1/14 bt #57*



# Re: Update

**Charles Burgin** <bromaninc@gmail.com>                                        Fri, May 17, 2013 at 2:49 AM
To: "W.CharlesBrandv@buffaloschools.org" <W.CharlesBrandv@buffaloschools.org>
Cc: "wellsgv@buffalostate.edu" <WELLSGV@buffalostate.edu>, "Cooley, Tracy" <tcooley1@hilbert.edu>

Gail,

I have no problem with Mr. Brandy stepping aside and going about his business. The real reason he does not want to meet and face us is because he knows that he can't produce any evidence that the committee met to discuss and make a "Recommendation." In fact Gail, no member of the committee can produce any evidence that it actually happened. Tracy kept all the minutes and records and if she can produce any records substantiating Mr. Brandy's contention then I will gladly donate $100.00 to her youth organization. Vice versa, I challenge Mr. Brandy to produce the evidence or failing to do so--donate $100.00 to Tracy's youth organization. If you look at My last email response to Mr. Brandy you will see that I told him that I did not want to come to his office to argue over any facts but to simply pick up a copy of any evidence that he has that proves his point about the so-called "recommendation." You would think that since I quoted the law to him that it ain't slander if one believes it to be true--that he most certainly would put truth on record. In order for him to prevail in any Court of Law he would have to show that he offered proof to the committee of the truthfullness of his factual assertions about the mentor actually having met to discuss and approve a "recommendation." Now if he had done that and I continued to call him a liar etc. in public then he would somewhat have a legal grounds to sue for damages. He knows that he can't prove his point, so the best thing for him to do is act like he is so offended that he will not "Tolerate" being called a "liar"--yet he wont offer the evidence to other committee members. Of course he does not have to deal with me, but any reasonable person in this situation would offer the rest of the committee the evidence to show that he has been defamed, wronged, or slandered by Charles Burgin. Also keep in mind that me and Dr. Kerestzes will be having our meeting and I will politely ask him to provide me a copy of any documentation that he has in his possession that proves that the committee met (and that includes me because I have never missed a meeting) whereby we discussed and made a ""recommendation."  Of particular interest to the mentor committee members in terms of Mr. Brandy's  proclivity to stretch the truth, is the situation whereby he wanted to change the facts about how this BPS Mentor Committee came into existence. He forgot that most everyone on the committee had known about how Gail was given a copy of BOE member Lou Petrucci's letter to myself, which partially evidenced how the committeee came about. Mr. Brandy apparently also forgot that I saved his original emails to me.  Now when it came to Tracy writing (the origins of how the BPS Mentor Committee came into existence) letter to Sam Radford of DPCC, Brandy wanted Tracy to include a completely different and false version of how/why the BPS Mentor Committee got started. Tracy certainly remembers that episode and probably was wondering why is Bro. Charles so adamant about the facts, that he challenges Mr. Brandy who is the Chair of the Committee? In the end, I accepted Mr. Brandy's revision of truth to simply include me into his version of how the mentor Committee came about because of an earlier community mentor event he and Radford had held. Tracy certainly remembers how his first version of the facts excluded any mention of my name. He wanted the official record to reflect that after he and Radford had a "Community event on mentoring", the BPS Mentor Committee was formed as a result. Well just to prove the facts in the matter and show how Mr. Brandy has his own version of factual reality--I'm now attaching this current email, a copy of (an email that he had sent to Sam Radford which was later forwarded to me) dated "November 18, 2011 at 1:08 pm." That email sent bty Brandy to Radford--unquestionably states "Bro. Sam I would like to meet with Charles Burgon regarding developing a comprehensive district-wide mentoring program for BPS. The plan will be presented to Superintendent Dixon. I need his input ASAP! Please have him call me..." Now Gail, you may not really appreciate the signifigance of this email--but Tracy sure does since she was put in the middle while me and Brandy disagreed about how this BPS Mentor Committee got started. Tracy should remember how I stuck to my guns. and insisted the truth be told! She then had to revise the first letter because I simply would not let Brandy get away with changing the facts. Tracy can read the attached email and see that there is NOTHING ambiguous about how Supt. Dixon had told Brandy to contact me to start the mentor committee. You see, I had been

advocating on behalf of our marginalized and at-risk youth and Dixon had to respond. When you put Dixon's email with the Lou Petrucci Board of education letter, which Gail had copied and said herself, that it had cleared up a few things for her in terms of the committee's mission. Gail thanked me for offering the committee a copy. My point of all this, is to show that it's very evident that I keep meticulous records and when I think someone is blowing smoke or outright manipulating the factual record (nice way of saying liar, liar, pants on fire--I let the record speak for itself. Tracy, Gail, I think my point is well proven, and I could care less, if Mr Brandy left the committee. Just like I was man enough to apologize to Keresztes--Brandy would have received one if he had produced his evidence. If it was reversed and I was in his situation, I may tell Bro. Charles where he could go and what he could do--but I certainly would have shown the rest of the committee members my proof which would have proved Bro. Charles had no credibility. Keeping it real, I'm not to thrilled to be working with someone who has no credibility, but I would remain on the committee to wrap things up and at least give an official report-- having served on committee for more than 15 months. I say let Mr. Brandy run as he chooses. I will however keep my credibility and make sure that Supt. Brown receives a final comprehensive report. I also have no problem putting into the report, the real reason that the Chairman left. That makes it even more practical for him to provide his evidence that an official "recommendation" was promulgated by the full committee. Tracy, Gail, I 've had enough of the typing back and forth. If committee members want to meet at some later date to discuss matters, its fine with me. You are also welcome to any of my documents if you think it will help clarify things. Remember that I apologized to Dr. Keresztes for the way I handled myself by putting things out via email! I never stated that I was wrong about the facts! Again, Mr. Brandy is entitled to his opinion--but certainly not his very own set of facts. He had every opportunity to produce the evidence but for some strange reason he does not want to prove me wrong and guilty of slandering his good name. Go figure! I wish him well in his endeavors! Sincerely, Bro Charles

[Quoted text hidden]



**Mr. Brandy's email on how mentor committee formed 001.jpg**
631K



"How do you know that I wanted that woman to come here in the first place"

# "How do you know that I wanted that woman to come here in the first place"

**Charles Burgin** <bromaninc@gmail.com>
To: "Brown, Pamela C" <pcbrown@buffaloschools.org>, carl@carlpaladino.com          Wed, Dec 4, 2013 at 3:02 PM

Buffalo Public Schools Superintendent
Pamela C. Brown
Re; Our meeting to discuss the November 12, 2013 "report" of Charles Brandy concerning 5000 Role Models of
Excellence Project

Dr. Brown, I don't know why you wasted your and my time with the brief meeting in your office today to discuss
my objections to the above report. You stated that you had already made up and there was no way you were going to listen to anything I had
Education. So your mind was already made up and there was no way you were going to listen to anything I had
to say in a fair and objective manner. You further stated that there is no "appeal" of your decision and that you
would not be sending me a letter explaining what we discussed. We will certainly see if your decision and
actions are to be appealed or reviewed. Certainly the Buffalo Board of Education has the power to review your
actions along with the misrepresentations made by BPS Mentor Chairman Charles Brandy. I will most certainly
be seeking a legal opinion on the matter along with drafting a complaint to the State Education Dept. But the
thing that really disgusts me is how you can have the unmitigated gall to say to me in response to my assertion
that Congresswoman Frederica S. Wilson should have been welcomed here to assist in this most important
initiative regarding implementation of 5000 Role Models of Excellence Project in Buffalo Public Schools—"How do
you know that I wanted that woman to come here in the first place." I clearly see that you do not truly have the
best interest for our children when it comes to supporting a proven mentor initiative which graduates 70 percent of
the minority male students and sends them to college.Yes, Board of Education member Carl Paladino was right,
and you don't have a clue as to leadership in this school district and it's just status quo! Well I for one will not
waste any time exposing you in the public forums every chance that I get!

Regards,

Charles Burgin
Chair of District Parent Coordinating Committee&
Founder of Brotherman's Progress Mentors Matter Org, <

# RIGHT KNOWLEDGE CORRECTS WRONG BEHAVIOR



**APATHY IS BUT ONE LINK IN**  **THE CHAIN OF INDIFFERENCE**

## IT IS EASIER TO BUILD STRONG CHILDREN THAN TO REPAIR BROKEN MEN: Frederick Douglas

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

**Brotherman's Progress
Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



**KNOW THYSELF**



MAN-UP!
MIND-UP!



MAAT

**We concerned students, parents, community stakeholders, and progressive leaders, are aware of the efforts of DPCC Mentor Committee Chairman Charles Burgin to replicate the 5000 Role Models of Excellence Project in the Buffalo Public School System. He also claims that his serious efforts to bring this poverty reduction program for at-risk students in BPS, has met with "political interference and crabs-in-a-barrel syndrome." He states that he has been waiting months for certain Board members to meet with him (as promised) to discuss this critical matter and settle things before he is forced to move the Legal Notice of Claim filed (March 3, 2014) on behalf of himself, stakeholders, parents, and all minority male BPS students who would have benefited from the above program--into the courts. WE THE UNDERSIGNED, demand that Buffalo Board of Education leaders timely schedule a meeting with Mr. Charles Burgin (parents & stakeholders) to fully discuss and settle the people's grievances:**

| NAME | ADDRESS w/ zip | Phone | E-mail |
|------|----------------|-------|--------|
| 1. Charlene Miller | 218 Winslow Ave | 874-1709 | |
| 2. Karuma Padiba | 131 Carl St | 893-6524 | Karuymat@AOL |
| 3. Wanda L. Strong Howard | 168 Berkshire 14215 | 716-715-1969 | |
| 4. Bettyjean Brent | 100 Parkridge Ave | 602-5877 | |
| 5. [signature] | 2427 Sherman Ave | 368 0940 | |

| 6. | MICHAEL | | | | | |
|----|---------|---|---|---|---|---|
| 7. | Debra Jefferson | 20 Jefferson Ave | Bflo, N.Y. 1420 | | | |
| 8. | Marcella Fenty | 203 A Langfield Dr | Bflo | NY | 14215 | |
| 9. | Jamie Jalbur | 22 University | Bflo | 14214 | | |
| 10. | Glen Black | 11 Kenfield | Buff | 14215 | | |
| ★ 11. | Betty Lawrence | 1015 Delaware | Bflo | 14209 | | |
| 12. | Pam James | 163 Richmond Ave | Buf | 14222 | | |
| 13. | Eleanore Chillis | 347 Minnesota Ave | Bfl. | 14215 | | |
| 14. | Karla Thomas | 78 Fernhill | Bflo | 14215 | | |
| 15. | Fred Gibney | 940 Broadway | Tyle | 14212 | | |
| 16. | Michael Williams | 82 Georg Urban | Chkt, NY | 14225 | | |
| 17. | C. Twiggy Billue | 235 Rockland Ave Syracuse NY | Syra NY | 13207 | | |
| 18. | Angela Logan | 1044 | Buffalo | 14215. | | |
| 19. | Ras Semien Any | 235 Rockland Ave | Syk | 13207 | | |
| 20. | Karima Amin | 200 Millicent Ave | Bflo | 14215 | | |
| 21. | Beverly White | 234 Roslyn St | Bflo | 14215 | | |
| 22. | Peggy Heath | 286 E Amherst St | Bflo | 14214 | | |
| 23. | Cynthia Watt | 431 Cornwall Ave | Buffalo | 14215 | | |
| 24. | Shabaka Amon Ra | 2132 Sawyer Dr | Niagra Falls | 14304 | | |
| 25. | Christopher Reynolds | 116 Olympic Ave | Buffalo | 14215 | | |

Brotherman Charles - P.O. Box 1073, Buffalo, NY 14201 - bromaninc@gmail.com - (716) 207-4186

1. QeeNia Asheeláat   125 J Jasper Parrish Drive   QeeNia17@gmail.co  (917) 476-5741
2. AAliyah Roach-Bentzelakes   125 J Jasper Parris Dr   Buffalo   ameh2002@gmail.co
3. Asheen Ali   125 J Jasper Parrish Drive Boffalo N Y
4. Ibonna C. ____   162 Oakmont Ave   716-715-7512
5. Florence Thomas   21 Hempstead Ave   716 862-0381
6. Cleveland Howell   962 KENSINGTON   716-715-7696   percisionbarber@gmail
7. Eugene Coplin II   230 Comstock Ave   258-3252   EugeneCoplin@gmail.
8. Donnetta Pride   163 E. Parade Ave 14211   903-16169   neHa_pI@yahoo
9. DAMONE HENDERSON   2997 BAILEY Ave 14215   716 602 8183   Monkeyool@Gmail.
10. KAMAVRE FIELDS   123 OXFORD AVE 14209   716 602-1674   KAMAVRE@GMAIL
11. CARY DIXON   1440 JEFFERSON #14B   (716) 771-0138
12. GAYLA thompson   354 Florida St 14208   716-308-0672
13. Deborah Jordan   P.O. Box 975 14068   716-906-9682
14. Yvette Suarez   P.O. Box 1044 14215   716 364 4397
15. Therese Jordan   335 Summer St. #209 Pslo, 14222   tcj52@yahoo.com
16. Shango Oya   88 Dunlop St   716-400-8649   KmTProductions.com
17. Curtis Jackson   12 Stevens Ave   (716)563-9958
18. ____
19. ____
20. ____
21. ____
22. ____
23. ____
24. ____
25. ____

Brotherman Charles - P.O. Box 1073, Buffalo, NY 14201 - bromaninc@gmail.com - (716) 207-4186





11/24/2014   Gmail - Follow-up to our conversation at last DPCC Meeting in which you informed that you had not yet read the materials I had BOE clerk place in your ma...

# Follow-up to our conversation at last DPCC Meeting in which you informed that you had not yet read the materials I had BOE clerk place in your mailbox concerning the need for an investigation of Charles Brandy's bogus report of 11-12-13 regarding 5000 Role Models of Excellece Project

**Charles Burgin** <bromaninc@gmail.com>

To: taharris-tigg@buffaloschools.org, "Nevergold, Barbara A" <banevergold@buffaloschools.org>

Fri, Dec 20, 2013 at 9:31 AM

Dear Dr. Harris-Tigg,

This is Charles Burgin, Chairman of DPCC Mentor Committee. Also, I sit on a Special BPS Mentor Committee Chaired by Charles Brandy head of Social Studies Dept. for Buffalo Schools. For the record, this Special BPS Mentor Committee was created by former Interim BPS Supt. Amber Dixon partly in response to my fervent advocacy on behalf of young Black male and minority students. As Board member liaison to District Parent Coordinating Council, I'm requesting an urgent meeting with you to discuss the materials which I had dropped off to your mailbox on 11-27-13, as regarding a bogus report submitted to Supt. Brown on November 12, 2013, concerning the "impact study/cost analysis" which the Board authorized in a June 12, 2013 Resolution in support of the 5000 Role Models of Excellence Project. The materials which I dropped of to your mailbox (along with copies to Board President Nevergold and Carl Paladino) dealt with the fact that I was a member of the Special Buffalo Public Schools Mentor Committee which was tasked with working with Charles Brandy to help complete the above impact study/cost analysis. Mr. Brandy summarily and fraudulently wrote the November 12, 2013 report and presented to Supt. Brown without the knowledge of myself and apparently any other BPS Special Mentor Committee members. I only found out about the existence of the bogus report because at the November 13, 2013 Speakers List Board meeting—I had requested that Supt. Brown keep her word in which she had agreed during the September Speakers List Board Meeting, that she would be sending out a letter to 5000 Role Models of Excellence Project founder Congresswoman Frederica S. Wilson—accepting her offer to come to Buffalo "to help move this important initiative forward." Long story short Supt Brown informed during the November 13, Speakers List Board meeting that she had received a report from Charles Brandy and had to read it before she could proceed any further concerning the 5000 Role Models of Excellence Project. That same day (November 13, 2013) I had requested that she and Mr. Brandy send me a copy which neither complied. Later I specifically via email requested a meeting with Supt. Brown in her office, and again requested a copy of the bogus report. Supt. Brown then agreed to meet with me on the 4th of December, while having Mr. Brandy send me a copy one day before that meeting. During her short meeting with me, Supt. Brown would not accept my written material BPS Mentor Committee evidence that proved Charles Brandy had intentionally misrepresented the facts in his November 12, 2013 report which he had presented to her. She stated that she would not send me a letter attesting to what transpired at our meeting in her office, and that there could be no appeal to anyone as she had already submitted the November's 12, 2013 report of Mr. Brandy, to the Board of Education. What completely shocked me was Supt. Brown's statement or question to me when I had pointed out to her that she previously had agreed during a public Speakers List Board meeting to send a letter of acceptance in response to Congresswoman Frederica S. Wilson's offer to come to Buffalo, "to help move this important initiative forward." Supt. Brown stated to me "How do you know that I wanted that woman to come here in the first place." I will stop her as I believe that you now have the gist of the matter upon which there is a need to meet, discuss and call for an official ethical investigation amongst other considerations which the Board has power to entertain. In addition, I have attached a copy of the email dated Dec. 4th which I had sent to Supt. Brown right after our meeting.

Regards,

Charles Burgin
DPCC Mentor Committee Chairman&
Founder of Brotherman's Progress Mentors Matter Advocacy



## Hypocrisy

**Charles Burgin** <bromaninc@gmail.com>                    Tue, Dec 24, 2013 at 6:30 AM
To: Carl Paladino <carl@carlpaladino.com>

Hello Mr. Paladino,

I would like to make an appointment with you to personally share my experience evidencing the "hypocrisy" and incompetency of BPS Supt. Pamela C. Brown—as regarding the 5000 Role Models of Excellence Project which the Buffalo Board of Education voted for and approved in their June 12, 2013 Resolution—ordering Supt. Brown to effect an "impact study cost analysis etc. See exhibit# 1 which is attached below. The founder of the above mentor program, Congresswoman Frederica S. Wilson of Miami-Dade County, had sent the Buffalo Board of Education a letter stating that if the above resolution was passed, she would be willing to come to Buffalo to help "move this important initiative forward." After prodding from myself on behalf on community stakeholders, and Supt. Brown being evasive, for months, I was able to get Supt. Brown to publicly agree (during Speakers List Board Meeting in September) to send Congresswoman Wilson a letter welcoming her to Buffalo to help move the 5000 Role Models of Excellence Project forward. In spite of the public utterance on public TV camera, Supt. Brown never kept her word to act in this matter! At the November 13, 2013 Speakers List Board Meeting, I again called her out and asked that she keep her word. She then responded that she had received a report (dated November 12, 2013, from Dr. Will kresztes and Social Studies Dept. Head Charles Brandy) concerning the impact study/.cost analysis, and that she would have to read it before she could proceed further in the matter. See attached exhibit #2, the bogus Nov. 12, 2013 Report of Dr. keresztes and Charles Brandy. The fact is that Supt. Brown had tasked Dr. Will Keresztes to do the above impact study/ cost analysis. He in turn gave the assignment to Charles Brandy and a Special BPS Mentor Committee of which I have been serving on since it's inception. That committee was created by former BPS Interim Supt Amber Dixon and then BOE President Lou Petrucci, partly in response to my fervent advocacy on behalf of minority males students in BPS. It is important to note that on the very same evening of the November 13, 2013 Speakers List Board Meeting—I had informed Supt Brown that any report that she had received from Keresztes and Brandy could possibly be based on intentional misrepresentations, because, as to my knowledge no other members of the BPS Special Mentor Committee had participated in composing that report nor had we received a copy. I asked that Supt. Brown immediately send me a copy, and also requested the same from Charles Brandy who was at that Speakers List Board Meeting. Neither of them complied until after I sent Supt. Brown an email demanding a meeting with her to discuss the possible fraud being perpetrated by Keresztes and  Brandy. She set up a meeting for Dec. 4th and had Brandy send me a  copy of his November 12, 2013 report on Dec. 3rd—one day before the scheduled meeting. During this very short meeting in her office, she would not accept my BPS Special Mentor Committee records and emails which proves that Charles Brandy fraudulently composed his November 12, 2013 report, which was collusively accepted by Dr. Keresztes without any cursory investigation of the contents and truthfulness of Brandy's report! During our meeting in her office, Supt. Brown, in response to my inquiry as to why she had not fully supported our efforts to mobilize the community and bring 5000 Role Models of Excellence Project Founder Congresswoman Frederica S. Wilson to Buffalo—she replied "HOW DO YOU KNOW THAT I WANTED THAT WOMAN TO COME HERE IN THE FIRST PLACE." See exhibit #3 attached, which is a copy of the email which I had sent to Supt. Brown after our meeting in which she had informed me that she had already turned Brandy's November 13, 2013 report over to the Buffalo Board of Education, and that there was no way that I could appeal her decision. Of course, I was shocked to find out that after all these months since the June 12, 2013 BOE Resolution was passed—Supt. Brown never supported having the 5000 Role Models of Excellence Project replicated in Buffalo Public Schools to help empower and inspire our minority male students to high academic achievement. I had specifically written to Supt. Brown and given her a copy of Benjamin Davis' dissertation and Impact Study on why the 5000 Role Models of Excellence Project would work in other schools across the nation. See exhibit #4 which is the first page to his study. In addition, I had specifically informed Supt. Brown as to how the 5000 Role Models of Excellence Project would be enhanced as a vehicle to help vanquish generational poverty, found rampant among families with children in Buffalo Public Schools--when coupled with

the comprehensive services and plans of SAY YES!! In closing, I wish to inform that I'm awaiting a response for a meeting with Board member Dr.Harris-Tigg. She has become the Board liaison with the Buffalo Public Schools District Parent Coordinating Council, and I of course Chair the Mentor Committee for DPCC. Mr. Paladino, I am very aware from past experience with the Buffalo Board of Education on how they can move at a snail's pace when something of importance needs to be addressed immediately, such as what is going on with the unethical and fraudulent conduct of Supt. Brown, Charles Brandy and Dr. Will Keresztes. To protect my rights and those of minority male students who would have been impacted by implementing the 5000 Role Models of Excellence Project in Buffalo Public Schools—I'm embracing our DUE Process Rights by preparing a legal "Notice of Claim" to be filed and served upon the District within the procedural or jurisdictional 90 day period. In addition, I intend to write or compose a formal complaint against Supt. Brown and those involved in deliberately denying myself and minority males a chance to effectuate real change in the structural deficient status qou, which condemns our students to receiving disparate educational services and opportunities while remaining impoverished, dying prematurely, and being mass incarcerated—while the so-called establishment MIS-LEADERS waste billions!! Again, I look forward to meeting with you to discuss not only this grave matter of importance to minority males and their families—but the need for equal educational opportunities for ALL the families who send their children to Buffalo Public Schools! It's time for people to man-up, woman-up, mind-up, measure-up, speak-up, mentor-up and most importantly work to make a real change in the policies, procedures and practices which negatively impact not only the students and families, but the entire community! WHATEVER IT TAKES, AS WE ALL KNOW THE DEFINITION OF INSANITY! We can't let the status qou people keep doing the same things over and over! IT"S ALSO NOT ABOUT COLOR BUT COMPETENCY!!!!!!!!!!!!!!!

[Quoted text hidden]

**4 attachments**



**6-12-13 BOE Resolution approved & impact study ordered 001.jpg**
992K



**Brandy's Bogus Report of 11-12-13 001.jpg**
822K

**Dec 4th email to Supt Brown 001.jpg**
856K



**Impact study dissertation done by Dr. Benjamin Davis-5000 Role 001.jpg**
1510K

9/10/2014    Gmail - STILL WAITING ON YOU TO SET UP MEETING REGARDING 5000 ROLE MODELS OF EXCELLENCE PROJECT PERTAINING TO BOE ...

Case 1:15-cv-00201-WMS-MJR   Document 1-2   Filed 03/04/15   Page 38 of 69



*Email sent to you on 9-9-14 but Delivery Not accepted.*

# STILL WAITING ON YOU TO SET UP MEETING REGARDING 5000 ROLE MODELS OF EXCELLENCE PROJECT PERTAINING TO BOE RESOLUTION OF JUNE 12, 2013 & NOTICE OF CLAIM FILED MARCH 3, 2014

*HANd Delivered*

**Charles Burgin** <bromaninc@gmail.com>                    Tue, Sep 9, 2014 at 12:21 PM
To: TAHarris-Tiggs@buffaloschools.com, cppaladino@buffaloschools.org, queenia17@gmail.com, BettyJean.Grant@erie.gov, dpridgen@city-buffalo.com

To: Buffalo Board of Education members Carl Paladino and Dr. Theresa Harris-Tiggs.

From: Charles Burgin, founder of community stakeholders advocacy organization Brotherman's Progress; District Parent Coordinating Council Mentor committee Chairman for Buffalo Public Schools.

Re: Your previous pledges to meet with me to discuss the Board Resolution passed June 12, 2013, in which Supt. Pamela Brown was directed to conduct "Impact study/cost analysis regarding the possible replication in BPS of a proven poverty reduction program that uplifts and empowers minority male students--500 Role Models of Excellence Project.

This is to inform that since late December of 2013, I have submitted various documents and communications to you concerning the involvement of Board employees in a fraudulent scheme against myself, students, parents and community stakeholders in which we were forced to file a legal Notice of Claim on March 3, 2014 to protect our interest in the above matter--since the Board of Education moves at a snails pace.

Again, following the election and the seating of new Board members, I hand delivered letters in the first week of August 2014 to the Board office, seeking a meeting. To date there has been no reply from either of you. I understand that you both are very busy with Board business and private individual lives and other matters. However, Mr. Paladino, you promised that the above matter would be dealt with in a satisfactory manner once Supt. Brown was discharged and a new Board was sworn in. Dr. Tiggs, we last spoke at the memorial held for murdered student Ameer Al Shammari and you agreed for the need for us to meet and discuss the above issues. You have not found time, even though you are the liaison between the Board and the District Parent Coordinating Council--of which I Chair the Mentor Committee.

We students, parents, community stakeholders and various government leaders urge the both of you to immediately reply to our request for a meeting to discuss the above issue and contemplate a viable solution. In addition, we stakeholders are collecting signatures to support our cause and if necessary we will seek to mobilize the community to march and demonstrate to protect the best interest of our minority male students of BPS who would have been positively impacted by the proven poverty reduction, high school graduation, college success foundation program, as evidenced by Dr. Benjamin Davis' dissertation. "The Impact of the 5000 Role Models of Excellence Project on the Lives of 30 African-American males." Especially in light of the fact, the Board's resolution of June 12, 2013 stated "Be it resolved that the Board of Education calls on the Superintendent to conduct an impact study of the 5000 Role Models of excellence Project complete with cost analysis and emphasis on the potential combined effect with current district academic and intervention programs like Say Yes in an effort to blend academic enhancing outcomes for elementary and high school students." See attached letter dated April 1, 2013 from Say Yes Executive Director David Rust acknowledging support.

Of course, you both are aware of the on-going dynamics of politics being played in the Buffalo School District as regarding Board and Administrative support for mentor related projects and programs. We students, parents and community stakeholders WILL NOT BE DENIED OUR DUE PROCESS RIGHTS--and urge that you immediately contact Charles Burgin to schedule a meeting to discuss a proper resolution of our grievances.



To: Mr. Carl Paladino
Buffalo Board of Education Member

From: Charles Burgin DPCC Mentor Committee
Chairman; Founder of Brotherman's Progress
Mentors Matter Advocacy Organization (716) 207-4186
email bromaninc@gmail.com

Re; Conduct of Supt. Brown et al and why I had to file
legal Notice of Claim on behalf of myself and all
minority males in BPS who would have benefited from
implementation of 5000 Role Models of Excellence
Project and the BOE ordered "impact study/ cost
analysis which was intentionally and fraudulently shut
down by Dr. Will Keresztes; Board employee Charles
Brandy and Supt. Brown

April 10, 2014

Mr. Paladino, Please find enclosed a copy of the actual
Notice of Claim I was forced to file in regards to Board
Resolution of June 12, 2013 regarding the 5000 Role
Models of Excellence Project and the impact study/cost
analysis which was fraudulently compromised by the
above parties acting in collusion. I'm asking that you
review the Notice of Claim and set up a meeting to
discuss this matter and how I can also file a complaint
with New York State Education Department. Your
consideration in this matter is greatly appreciated as I
await your reply.

Charles Burgin

3/2/2015

Gmail - Cycle of Poverty



**Charles Burgin <bromaninc@gmail.com>**

---

## Cycle of Poverty
1 message

---

Carl Paladino <carl@carlpaladino.com>
Reply-To: Carl Paladino <carl@carlpaladino.com>
To: bromaninc@gmail.com

Sat, Feb 28, 2015 at 10:00 AM

---

I received another email on this subject and have again included my response:

To: Carl Paladino

What an enlightened person that wrote to you. WOW!
Thanks for sharing. There is light at the end of the tunnel!

Thanks

From: Carl Paladino
To: Mark
Date: February 26, 2015 at 2:54:16 PM EST
Subject: Re: Cycle of Poverty

Our Buffalo Public Schools are a plaque on the community. We have allowed the nonsense to go on for decades. The patients are running the asylum. The one thing that successful people owe their community is to fix its dysfunctional school system and appearances are that to do that the first step is leadership. I rid the Board of an incompetent superintendent and her senior staff. I then got the community so excited they gave us a Board majority of good people intent on a reform agenda. The opposition fills the room with brainwashed kids, wacko activists, phil Rumor's clan of parasitic teachers and other misinformed who have nothing better to do.

We need everyone to get into the Arena to conquer this beast, Mark. The Board minority can no longer intimidate weak members looking for higher office as they did in the past.

The Buffalo News hierarchy is still tone deaf on what the community needs but at

least the education writers are real people writing truth.

The business community has become so accustomed to being observers that the noise of them scratching their asses is deafening. That was the problem with Andy Rudnick and there is nothing different with Dandes, his fat ass successor. Where is the partnership, the infamous Group of 18 useless bunch of anachronisms?

On Feb 25, 2015 Herman wrote:

Mr Paladino,

I applaud you for your efforts to help fix the Buffalo School system, but you have a hinderence.

Blacks think different, we are comfortable playing the part of being the VICTIM, and always blaming others for things we should be doing for our self. Proverbs 1:7 the fear of the LORD is the beginning of knowledge, but fools despise wisdom and instruction. We always make accusations of racism, when in fact Blacks are more racist than anyone. I haven't ever heard any Black,or minister say they forgive those who placed us into slavery, but the Bible states condemn not so you will not be condemned, judge not so you will not be judged,and forgive,so you will be forgiven.

We (Blacks) don't understand capitalism, economics or investments. We are selfish, and have intention of taking responsibility for our self.

All we want is to have things given to us.

Affirmative action, quota system and twenty points afforded to us is the result of what you are dealing with when it comes to the miniority school board members (Ignorance)

You are an intellegent man, but you will never come across to those idiots. This is why, we are at the bottom of the food chain.
I don't get anywhere when relating these thoughts to other Blacks. I feel it's hopeless GOOD LUCK to YOU

From Carl Paladino:

Wow, Herman that was inspiring.

The Board majority intends to lead them kicking and screaming
to the promised land. Only with acrimony will the sky's turn blue and will the
waves wash the footprints in the sand for those 34,000 kids suffering at the
hands of a pathetic Board minority more interested in self empowerment than
ending the cycle of poverty in our urban centers.

*Copyright © 2015 Carl Paladino, All rights reserved.*
You are receiving this from Carl Paladino.

**Our mailing address is:**
Carl Paladino
295 Main Street
Buffalo, NY 14203

Add us to your address book


unsubscribe from this list    update subscription preferences


# Crossroads
### AT THE

**Monday, March 2, 2015**

By Barbara Seals Nevergold

### "Herman"? Inspires Paladino

Yes, it was another contentious week in the Boardroom. Carl Paladino continues to instigate intimidating and bullying attacks on anyone who disagrees with him. Now, he's threatening to sue Dr. Theresa Harris-Tigg, Ms. Sharon Belton Cottman, Rashondra Martin, Esq. (the Board's attorney) and me for slander. This latest threat came in a February 25th email alleging that we had called him a "racist and sexist" and putting us on notice of his intent to pursue legal action against us. This is the latest in an escalating series of assaults on the African American women on the Board and on the staff. This is clearly part of a coordinated plan to create distractions designed to take the focus away from the serious issues that we need to address in this District. Not one to leave well enough alone, Mr. Paladino subsequently published a copy of an email that he received from "Herman", an individual he identifies as a friend. In fact, "Herman" is an African American friend, who decided to weigh in on the subject of the nature of Black people.

And I quote from "Herman's" email: "I applaud you for your efforts to help fix the Buffalo School system, but you have a hinderence (sic). Blacks think different, we are comfortable playing the part of being the VICTIM, and always blaming others for things we should be doing for our self.....We always make accusations of racism, when in fact Blacks are more racist than anyone......We (Blacks) don't understand capitalism, economics or investments. We are selfish, and have intention of taking responsibility (sic) for our self.... All we want is to have things given to us.....when it comes to the miniority (sic) school board members (ignorance). You are an intellegent (sic) man, but you will never come across to those idiots. This is why, we are at the bottom of the food chain." Mr. Paladino's response: "Wow, Herman that was inspiring." This was followed by his own prediction that "The Board majority intends to lead them (a reference to the minority Board members) kicking and screaming to the promised land."

Normally, I wouldn't dignify this latest instance of Tomfoolery with a response. As an educator and community historian, however, I'm compelled to address a number of issues raised by "Herman's" email. It's significant that "Herman's" missive arrives as we are concluding the observance of African American history month. It offers a striking, contemporary, example of the age-old ploy of pitting one African American against another. Before I go further, I should acknowledge that African Americans are certainly not a monolithic group who always agree. And "Herman" does have the right to voice his opinion. But, we also know that the manipulation of one (or more) African Americans, whether his name is Herman, Tom or Harry, to denigrate, berate and undermine the integrity of other African Americans has historical roots in an era that was damaging to all; Blacks and Whites. It's a strategy that allows expressions that might otherwise be considered inflammatory, if voiced by a white person, to be attributed to intra-group diversity and yet validate outer group assertions.

"Herman's" anonymity compounds the problem. It makes him and his message suspect. Most of us would ignore a letter from an anonymous source or at least question its intent and veracity. After all, it's difficult to believe someone who does not have the courage or the integrity to stand by his words by signing his name to such an impactful communication. In fact, people have told me that they question whether "Herman" really exists or is just the figment of someone's imagination. Even the structure of the email itself, calls for a closer look at "Herman" and conjures up a picture of him that is not flattering. Shared as it was for public discourse, inclusive of its poor grammar and bad spelling, the email was sure to raise questions on those points alone. "Herman's" statements condemn not just an entire group of people, but HIS people. No doubt, some will judge them as reprehensible, disloyal and fallacious although others may agree. But, until Herman decides to come out of the shadows of anonymity, it's all debatable. One might also question the reputed friendship between the two men.

After all, who would expose a friend to such scrutiny?

This email w as sent to bromaninc@gmail.com
*why did I get this?*   unsubscribe from this list    update subscription preferences
Carl Paladino · 295 Main Street · Buffalo, NY 14203 · USA



**Charles Burgin <bromaninc@gmail.com>**

## Jason L Riley, Wall Street Journal Race Relaions and Law Enforcement

1 message

Tue, Mar 3, 2015 at 1:22 PM

Carl Paladino <carl@carlpaladino.com>
Reply-To: Carl Paladino <carl@carlpaladino.com>
To: bromaninc@gmail.com

---

To:      Ms. Nevergold
From:   Carl Paladino
Subject: Herman

Ms. Nevergold, you chose to dump on Herman, how about Jason Riley?

(See Nevergold's blog below)

---

# Imprimis

NOTE: *Due to this being 8 pages long And MS. Nevergold's Blog is 2 pages for a total of 10 pages — I have printed out only pages 1,4,5,7,8,9, And 10. The Reader can go online to get pages 2,3,6 As I'm running short on ink*

## Race Relations and Law Enforcement

January 2015 | Volume 44, Number 1

### Jason L. Riley

Editorial Board Member, *Wall Street Journal*

---

**Jason L. Riley** is an editorial board member and a senior editorial page writer at the *Wall Street Journal*, where he writes on politics, economics, education, immigration, and race. He is also a FOX News contributor and appears regularly on *Special Report with Bret Baier*. Previously, he worked for *USA Today* and the *Buffalo News*. He earned a bachelor's degree in English from the State University of New York at Buffalo. He is the author of *Please Stop Helping Us: How Liberals*

out has become almost taboo. How can we even begin to address problems if we won't discuss them honestly?

"High rates of black violence in the late twentieth century are a matter of historical fact, not bigoted imagination," wrote the late Harvard Law professor William Stuntz. "The trends reached their peak not in the land of Jim Crow but in the more civilized North, and not in the age of segregation but in the decades that saw the rise of civil rights for African Americans—and of African American control of city governments."

The Left wants to blame these outcomes on racial animus and poverty, but back in the 1940s and '50s, when racial discrimination was legal and black poverty was much higher than today, the black crime rate was lower. The Left wants to blame these outcomes on "the system," but blacks have long been part of running that system. Black crime and incarceration rates spiked in the 1970s and '80s in cities such as Cleveland, Detroit, Chicago, and Philadelphia under black mayors and black police chiefs. Some of the most violent cities in the U.S. today are run by blacks.

Some insist that our jails and prisons are teeming with young black men due primarily to racist drug laws, but the reality is that the drug laws are neither racist nor driving the black incarceration rate. It's worth remembering that the harsher penalties for crack cocaine offenses that were passed in the 1980s were supported by most of the Congressional Black Caucus, including Rep. Charles Rangel of Harlem, who at the time headed the House Select Committee on Narcotics Abuse and Control. Crack was destroying black communities and many black political leaders wanted dealers to face longer sentences. In other words, black legislators in Washington led the effort to impose tougher drug laws, a fact often forgotten by critics today.

When these laws passed, even their opponents didn't claim that they were racist. Those charges came later, as the racially disparate impact of the laws became apparent. What's been lost in the discussion is whether these laws leave law-abiding blacks better off. Do you make life in the ghetto harder or easier by sending thugs home sooner rather than later? Liberal elites would have us deny what black ghetto residents know to be the truth. These communities aren't dangerous because of racist cops or judges or sentencing guidelines. They're dangerous mainly due to black criminals preying on black victims.

Nor is the racial disparity in prison inmates explained by the enforcement of drug laws. Blacks are about 37.5 percent of the population in state prisons, which house nearly 90 percent of the nation's inmates. Remove drug offenders from that population and the percentage of black prisoners only drops to 37 percent. What drives black incarceration rates are violent offenses, not drug offenses. Blacks commit violent crimes at seven to ten times the rate that whites do. The fact that their

Case 1:15-cv-00201-WMS-MJR   Document 1-2   Filed 03/04/15   Page 47 of 69

victims tend to be of the same race suggests that young black men in the ghetto live in danger of being shot by each other, not cops. Nor is this a function of blacks being picked on by cops who are "over-policing" certain neighborhoods. Research has long shown that the rate at which blacks are arrested is nearly identical to the rate at which crime victims identify blacks as their assailants. The police are in these communities because that's where the 911 calls originate.

If liberals want to help reverse these crime trends, they would do better to focus less on supposed racial animus and more on ghetto attitudes towards school, work, marriage, and child-rearing. As recently as the early 1960s, two out of three black children were raised in two-parent households. Today, more than 70 percent are not, and the number can reach as high as 80 or 90 percent in our inner cities. For decades, studies have shown that the likelihood of teen pregnancy, drug abuse, dropping out of school and other bad social outcomes increases dramatically when fathers aren't around. One of the most comprehensive studies ever undertaken in this regard concluded that black boys without a father are 68 percent more likely to be incarcerated than those with a father—that overall, the most critical factor affecting the prospect of young males encountering the criminal justice system is the presence of a father in the home. All other factors, including family income, are much less important.

As political scientist James Q. Wilson said, if crime is to a significant degree caused by weak character, if weak character is more likely among children of unmarried mothers, if there are no fathers who will help raise their children, acquire jobs, and protect their neighborhoods, if boys become young men with no preparation for work, if school achievement is regarded as a sign of having sold out—if all these things are true, then the chances of reducing the crime rate among low income blacks anytime soon is slim.

Many on the Left sincerely want to help the black underclass. The problem is that liberals believe bigger government is the best way to help. But having looked at the track record of government policies aimed at helping the black underclass, I'm skeptical.

This year marks the 50th anniversary of President Lyndon Johnson's commencement speech at Howard University. Johnson had signed the Civil Rights Act a year earlier and would sign the Voting Rights Act two months later. And he used the speech to talk about what the government should do next on behalf of blacks. These two laws marked merely the end of the beginning, he said:

That beginning is freedom; and the barriers to that freedom are tumbling down. Freedom is the right to share, share fully and equally, in American society—to vote, to hold a job, to enter a public place, to go to school. . . . But freedom is not enough. . . . You do not take a person who, for years, has been hobbled by chains and liberate him, bring him up to the starting line of a race and then

Fred Siegel, an expert on urban public policy, has written extensively about the liberal flight from evidence and empiricism that began in the 1960s. The Left, wracked by guilt over America's diabolical treatment of blacks, decided to hold them to different standards of behavior. Blacks, Siegel writes, were invited to enter the larger society on their own terms. Schools, which had helped poor whites, ceased incorporating poor blacks from the South into the mainstream culture. Discipline as a prerequisite for adult success was displaced by the authentic self-expression of the ill-educated. Blacks were not culturally deprived but simply differently-abled—more spontaneous and expressive and so forth. Liberals tried to improve conditions for blacks without passing judgment on antisocial black culture. And this sort of thinking continues to this day. Walter Williams once wrote that he's glad he grew up in the 1940s and '50s, before it became fashionable for white people to like black people. He received a more honest assessment of his strengths and weaknesses, he says, than black kids today are likely to receive from white teachers and employers who are more interested in being politically correct.

After George Zimmerman was acquitted in the shooting death of Trayvon Martin, President Obama explained the black response to the verdict this way. Blacks understand, he said, that some of the violence that takes place in poor black neighborhoods is born out of a very violent past in this country, and that the poverty and dysfunction that we see in those communities can be traced to that history. In other words, Obama was doing exactly what the Left has been conditioning blacks to do since the 1960s, which is to blame black pathology on the legacy of slavery and Jim Crow.

This is a dodge. That legacy is not holding down blacks half as much as the legacy of efforts to help. Underprivileged blacks have become playthings for intellectuals and politicians who care more about revelling in their good intentions or winning votes than advocating behaviors and attitudes that have allowed other groups to get ahead. Meanwhile, the civil rights movement has become an industry that does little more than monetize white guilt. Martin Luther King and his contemporaries demanded black self-improvement despite the abundant and overt racism of their day. King's self-styled successors, living in an era when public policy bends over backwards to accommodate blacks, insist that blacks cannot be held responsible for their plight so long as someone, somewhere in white America, is still prejudiced.

The more fundamental problem with these well-meaning liberal efforts is that they have succeeded, tragically, in convincing blacks to see themselves first and foremost as victims. Today there is no greater impediment to black advancement than the self-pitying mindset that permeates black culture. White liberals think they are helping blacks by romanticizing bad behavior. And black liberals are all too happy to hustle guilty whites.

Blacks ultimately must help themselves. They must develop the same attitudes and behaviors and habits that other groups had to develop to rise in America. And to the extent that a social policy, however well-intentioned, interferes with this self-development, it does more harm than good.

This concept of self-help and self-development is something that black leaders once understood quite well, and at a time when blacks faced infinitely more obstacles than they face today. Asked by whites in 1865 what to do for freed blacks, Frederick Douglass responded: "I have had but one answer from the beginning. Do nothing with us! . . . If the apples will not remain on the tree of their own strength . . . let them fall! . . . And if the Negro cannot stand on his own legs, let him fall also. All I ask is, give him a chance to stand on his own legs!" Douglass was essentially saying, give blacks equal opportunity and then leave them alone.

Booker T. Washington, another late 19th century black leader who had been born a slave, once said that it is important and right that all privileges of the law be granted to blacks, but it is vastly more important that they be prepared for the exercise of these privileges.

Douglass and Washington didn't play down the need for the government to secure equal rights for blacks, and both were optimistic that blacks would get equal rights eventually, although neither man lived to see that day. But both men also understood the limits of government benevolence. Blacks would have to ready themselves to meet the challenge of being in a position to take advantage of opportunities once equal rights had been secured. The history of 1960s liberal social policies is largely a history of ignoring this wisdom.

# Buffalo, NY Schools: At the



Buffalo.com   Marketplace   Jobs   Cars   Real Estate   Rentals   Classifieds   Pets   Tickets   Bflo Magazine   Brides

City & Region    Sports    Business    Opinion    Life & Arts    Gusto

▶ Free Resume Template        ▶ Free Resume Formatting
▶ Free Resume Samples         ▶ Free Resume Builder

Login   Activate

Saturday July 19, 2014

# SCHOOL ZONE

SUBSCRIBE
Daily news delivered to
your home or office.

SEARCH SCHOOL ZONE

# Interim Superintendent Donald Ogilvie's employment contract

July 10, 2014 · 12:13 PM

Donald Ogilvie, the former superintendent for Erie 1 BOCES, will earn $217,500 as the new interim superintendent for Buffalo Public Schools, according to his employment contract, which can be terminated by mutual agreement or with 30 days notice to either party.

Ogilvie's salary is in addition to the pension he will draw from the state as a retired BOCES administrator. The three-page document outlines Ogilvie's pay, benefits and authority. Read below.

-- Sandra Tan

Ogilvie Employment Contract

🔍 _____    Search

ADVERTISEMENT

 

VILLA MARIA COLLEGE
WHERE TALENT TAKES YOU
CLICK HERE TO LEARN MORE ▶

ABOUT SCHOOL ZONE



**Denise Jewell Gee**

*Denise Jewell Gee joined The Buffalo News in 2007 and currently covers education and suburban schools. She also writes a column for the City & Region section and previously covered government in Erie County and Niagara Falls. Gee graduated from Boston University with degrees in journalism and political science.*

*@denisejewellgee | djgee@buffnews.com*



**Tiffany Lankes**

*Tiffany Lankes joined The Buffalo News in 2013 and primarily covers the Buffalo Public Schools. She has written about education since 2003 at newspapers in Florida and New York. In 2008, she was a nominated finalist for The Pulitzer Prize. Lankes is an Amherst native and graduate of Sacred Heart Academy and Syracuse University. She started her journalism career writing for the News' NeXt section.*

*@TiffanyLankes | tlankes@buffnews.com*

*Have they taken the Shackles off our Wrists
and put them on our Brains?*



**APATHY IS BUT ONE LINK IN**      **THE CHAIN OF INDIFFERENCE**





"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**Brotherman's Progress
Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



**MAN-UP!
MIND-UP!**

**KNOW THYSELF**

**MAAT**

2014 AUG -4 PM 3: 15
RECEIVED
BOARD OFFICE

August 1, 2014
TO: Supt. Ogivie
From: Charles Burgin
Founder Brotherman's
Progress Mentors Matter
Advocacy org; Chairman
of District Parent Coordinating
Council for Buffalo Public Schools

Re: Request for an immediate meeting to discuss
a legal "Notice of Claim" I was forced to file on
behalf of myself, stakeholders and minority male
students of Buffalo Public Schools as pertaining
to "5000 Role Models of Excellence Project" EX.1 which
we seek to implement in BPS. The notice of claim
is dated March 03, 2014, and received by your "office
of labor relations + legal counsel" with a copy being
hand-delivered to former Supt. Brown. see attached
pages 1, 23, and 24 EX.2 as Supt. Brown's office received
and-delivered a 24 page hand written legal notice
claim, which also contained approx 34 exhibits
in supports the notice of claim.

The reason that I included a 3 page paragraph is so that you can understand that a full copy of everything was also served on the Buffalo Board of Education on March 03, 2014. Page 23 simply was included in this letter to you because it informs that I was in Contact with Board member Dr. Harris-Tigg as she serves as Board Liason to our District Parent Coordinating Council. In addition I have been in contact with other Board members and Mr. Paladino promised me that this situation will certainly be investigated and resolved. Therefore I'm also including as attachments to this letter, a letter I sent to Mr. Paladino dated Dec 24, 2013. Ex. 3. A letter pertaining to the notice of claim sent to Board member Paladino is dated april 10, 2014. See exhibit #4 attached. In addition, I'm including in this letter an email dated Sept 21, 2013 which was sent to Supt. Brown and then BOE President Dr. Nevergold, see exhibit #5. Another pertinent email is to former BPS Supt. Brown dated Dec 4, 2013. See Exhibit #6 which helps to understand the conduct of Supt. Brown and why I had to appeal to the BOE, and then file a legal notice of when the matter was not being properly addressed by the current board of the time. For example I'm including in this letter an email dated Dec 20, 2013, which I sent to Board member Dr. Harris-Tigg and still await her reply. See exhibit #7. I'll stop here as for citing any more materials. I just wanted for you to understand the gist of this problem and how Mr. Paladino had explained that the best way to

3) deal with this matter was to wait until the new Board was elected. That has happened and this issue of parents and stakeholders, and students needs to be resolved. It's been a full month since the new Board took office and we will no longer be put on-hold!! A copy of this letter is being hand-delivered to the offices of Board members: Dr. Harris-Tigg; Mr. Paladino; Dr. Nevergold, and Board President Sampson, whom I intend to meet and fully discuss this important matter. Of course, Supt. Ogilvie, you and the Board members listed here, need to read the full 24 page legal notice of Claim to fully understand our Issues and concerns. It's rather extensive as I wanted everything on the record as I fight hard for our at-risk students, parents and stakeholders.

Would you be so kind as to schedule a meeting so that you and I can discuss not only the above matters but other important Mentor issues such as using the schools and resources to combat issues of senseless violence. I have issues with Dr. Kereszter +NATE HARE which also need to be addressed by the Superintendent and the Board. Any questions you can reach me at (716) 207-4186 or email me at above heading.

Sincerely,
Charles Burgen
Chairman District Parent
Coordinating Council
Mentor Committee for
Buffalo Public Schools

*Have they taken the Shackles off our Wrists and put them on our Brains?*

**APATHY IS BUT ONE LINK IN**  **THE CHAIN OF INDIFFERENCE**

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**MAN-UP!**
**MIND-UP!**

**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com

**KNOW THYSELF**

**MAAT**

RECEIVED
BOARD OFFICE
2014 AUG -4 PM 3:36

To: BOE President Sampson
From: Charles Burgin
   Chairman District
   Parent Coordinating
   Counsel Mentor
   Committee Chairman

Date: Aug 4, 2014

Re: Seek urgent meeting to discuss the
Notice of Claim envolving 5000 Role Models
of Excellence Project Mentor Program which
Per Board Resolution of 6-12-13, an
impact study / Cost analysis was
ordered by board. Also there are
other matters pertaining to use of
Buffalo Public Schools for Nonviolence
Projects along with mentor
Recruitment Events.

Charles Burgin
DPCC Mentor Committee Ch...



# RIGHT KNOWLEDGE CORRECTS WRONG BEHAVIOR

APATHY IS BUT ONE LINK IN ... THE CHAIN OF INDIFFERENCE

IT IS EASIER TO BUILD STRONG CHILDREN THAN TO REPAIR BROKEN MEN: Frederick Douglas

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

(716) 207-4186

Brotherman's Progress:
Youth Empowerment Project
P.O. Box 1073
Buffalo, N.Y. 14201
brotaninne@gmail.com

KNOW THYSELF





MAAT

RECEIVED
BOARD OFFICE
2014 OCT 15 PH 3:50

MAN-UP:
MIND-UP:





*Lawrence Quinn*

To: Buffalo Board of Education Members Lawrence Quinn and Patricia Pierce

From: Charles Burgin, District Parent Coordinating Council Mentor Committee Chairman; Founder of Brotherman's Progress Youth Empowerment Project

Re: 5000 Role Models of Excellence Project; 6-12-13 Board of Education Resolution in support thereof; legal notice of claim filed March 3, 2014 on behalf of myself and minority male students and families who would have benefited from this proven poverty reduction mentor program had there been no fraud committed by Board employees to sabotage the impact study/cost analysis which was ordered by BOE on 6-12-13.



Exhibit L

  

MAAT

2014 OCT 16 PM 3:50

# RIGHT KNOWLEDGE CORRECTS WRONG BEHAVIOR

APATHY IS BUT ONE LINK IN          THE CHAIN OF INDIFFERENCE

## IT IS EASIER TO BUILD STRONG CHILDREN THAN TO REPAIR BROKEN MEN= Frederick Douglas

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

Brotherman's Program
Youth Empowerment Project
(716) 207-4106
P.O. Box 1073
Buffalo, N.Y. 14201
kmmanine@gmail.com



KNOW THYSELF

MAN-UP!
MIND-UP!



*Patricia Pierce*

To: Buffalo Board of Education Members Lawrence Quinn and Patricia Pierce

From: Charles Burgin, District Parent Coordinating Council Mentor Committee Chairman; Founder of Brotherman's Progress Youth Empowerment Project

Re: 5000 Role Models of Excellence Project; 6-12-13 Board of Education Resolution in support thereof; legal notice of claim filed March 3, 2014 on behalf of myself and minority male students and families who would have benefitted from this proven poverty reduction mentor program had there been no fraud committed by Board employees to sabotage the impact study/cost analysis which was ordered by BOE on 6-12-13.

**To: Buffalo Board of Education Members Lawrence Quinn and Patricia Pierce**

**From: Charles Burgin, District Parent Coordinating Council Mentor Committee Chairman; Founder of Brotherman's Progress Youth Empowerment Project**

**Re: 5000 Role Models of Excellence Project; 6-12-13 Board of Education Resolution in support thereof; legal notice of claim filed March 3, 2014 on behalf of myself and minority male students and families who would have benefited from this proven poverty reduction mentor program had there been no fraud committed by Board employees to sabotage the impact study/cost analysis which was ordered by BOE on 6-12-13.**

**Date October 8, 2014**

Exhibit
L

**This is a formal request on behalf of myself, DPCC mentor committee members, students, parents and community stakeholders, for a meeting in which I may give you newly elected Board members an update on the above matter. I previously had been assured by Board member Carl Paladino that this matter would be taken care of to our satisfaction once a new board was elected and Supt. Brown was replaced. Since the inception of the new Board we have written and hand delivered notices to Carl Paladino, Dr. Harris-Tigg, Board President Sampson and Interim Superintendent Ogilvie-- without even receiving so much as a courtesy reply. We believe that if this Board really has true concern for placing students first and acting in a manner to see that high academic achievement is a reality for our at-risk minority male students who are dropping out at totally unacceptable rates, being mass incarcerated and victims of homicide--politicization of mentor programs and projects would end! Can we have a discussion?**

Gmail - Followup to BOE & Supt. Brown Meeting                                    Page 1 of 1

Case 1:15-cv-00201-WMS-MJR   Document 1-2   Filed 03/04/15   Page 58 of 69



Charles Burgin< bromaninc@gmail.com>

## Followup to BOE & Supt. Brown Meeting
1 message

**charles burgin**< bromaninc@gmail.com>                                    Fri, Mar 22, 2013 at 10:51 AM
To: wkeresztes@buffaloschools.org, w.charlesbrandy@buffaloschools.org

Asst. Supt. Keresztes would you be so kind as to schedule a meeting so that you and I can discuss matters pertaining to my goals and objectives regarding the 5000 Role Models of Excellence Project and our Non Violence Pro Mentoring of At-Risk Youth Petition. Since Supt. Brown appointed you to represent her at the BOE meeting, I am not contacting her directly. I will be seeking separate meetings with M. Kapsiak, BOE President and perhaps other individual Board members to see exactly where they stand. One more thing when you are scheduling meetings with the Big Brothers Big Sisters Organization to discuss matters concerning their possible involvement or role in establishing a comprehensive Mentor Program, please do not forget to include me as I have questions to ask them or any one else associated with this project. As Chair of the DPCC Mentor Program, I insist that I be present at any meetings since I represent the actual parents at DPCC and the greater community as Founder of Brotherman's Progress Mentors Matter Program and Advocacy! I will not simply sign off on something which was discussed without my being there, and also I want to see what the BBBS organizational leaders have to say about the 5000 Role Models of Excellence Project and whether they support our Non Violence Pro Mentoring of At-Risk Youth Petition and initiatives as too many of our youth are becoming victims of senseless violence, early graves or mass incarceration. I did not have the opportunity to share my thoughts with Mr. Brandy as he was in a hurry to get to his meeting with you and BBBS the day of our last meeting.Mr Brandy should have been aware that it does not look right for only him to be discussing matters with you and BBBS organization officials, when he also works for BPS. I want all parties to fully understand that by no means will I be rushed into accepting any agreements made on behalf of DPCC parents or the greater community. Everything must be carefully discussed and worked out and that includes hearing from other parties in the community which I intend to contact. Just because BBBS is already in the schools and has a relationship with BPS does not mean that it constitutes just what our students need and that they have the capacity to deliver all aspects of mentor program services etc. Would you be so kind as to also send me a copy of any minutes of your last meeting with Mr. Brandy and the BBBS org. Mr. Brandy can tell you that I have been at every BPS Mentor Committee meeting since it was established over 14 months ago so I am very patient and am prepared to take as long as is needed to get the proper program to serve AS MANY of our needy students as possible! I have a 2p.m. meeting today with Mr. Brandy and will further discuss relevant matters with him. Shanti (peace) Charles Burgin

Note: when I met Mr. Brandy at the Hespanic Restaurant. He was given a copy of the 5000 Role Models Of Excellence 2 sided document. I then showed him various other copies including how the program had given out over 100 scholarships to menority students in their program along with material that showed how the entire community supported the 5000 Role models of Excellence Project including Police judges, Actors, sport Figures etc. Mr Brandy said he was impressed and that the Program was suitable for BPS Mentor Committee

# Gmail

## mentoring committee

1 message

**Cooley, Tracy** <tcooley1@hilbert.edu>                                      Fri, Apr 26, 2013 at 2:00 PM
To: "Jabbaar-Gyambrah. Tara" <tJabbaar-gyambrah@hilbert.edu>. "bromaninc@gmail.com"
<bromaninc@gmail.com>, "W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>,
"modellgault@yahoo.com" <modellgault@yahoo.com>, "w.a.v.e.buffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>,
"wellsgv@buffalostate.edu" <wellsgv@buffalostate.edu>

Hi Team,

The mentoring meeting is cancelled until further notice.

For any questions, please contact Mr. Brandy.

Thanks

Tracy

"Words mean nothing. Action is the only thing. Doing. That's the only thing." - Ernest Gaines

12/4/13　　Gmail - Update on 5000 Role Models Of Excellence Project/Brother Man Petition For Nonviolence And Increasing Life Skills Mentoring Programs For At-ri...

Case 1:15-cv-00201-WMS-MJR　Document 12　Filed 03/04/15　Page 60 of 69



**Gmail** by Google

Charles Burgin <bromaninc@gmail.com>

## Update on 5000 Role Models Of Excellence Project/Brother Man Petition For Nonviolence And Increasing Life Skills Mentoring Programs For At-risk Youth Petition Initiative

2 messages

**Charles Burgin** <bromaninc@gmail.com>                     Sat, May 11, 2013 at 9:56 PM
To: "Cooley, Tracy" <tcooley1@hilbert.edu>, wellsgv@buffalostate.edu

Hello Tracy & Gail

Tracy, first let me commend you for the great youth entreprenuerial program that you implemented at the George K. Arthur Center. I'm impressed as this is just what our youth need to be exposed to in conjunction with their history and Afrocentric Kultural roots, in terms of self-identity (Sankofa). I don't know if you had anyone taping the press conferece for you but at one point of the presentation, I pulled out my camera to tape the young vibrant participants, and got most of the event, up to the last kid giving his presentation. You are welcome to a copy if you did not have someone taping it.

Tracy, at that event, I told you that we (members) were sold out as regarding the mission of our BPS Mentor Committee. Don't worry as I have put into place counter measures and our mission to help save and improve the lives of our BPS marginalized, at-risk students WILL PREVAIL! There are powerful individuals in the community who have personally signed on to help our mission! I will go into it in a more detailed fashion later, when we can privately meet. I have copies of extensive emails to share with you for the full record of events and what has been happening with certain parties who smiled in our faces while really working to undermine our work on behalf of our minority at-risk students. Let me know how your schedules are for the upcoming week, and we can possibly meet during afternoon or evening hours. Now I totally understand why Mr. Brandy was in such a rush to leave our last meeting when we started talking about selecting the 5000 Role Models Of Excellence Project as the chosen model for uplifting and empowering our minority students in BPS. Previously, I had given you copies of the 5000 Role Models Of Excellence Project letter that I had received from Executive Director Tammy T. Reed. See attached. On the opposite side of the letter was a "Brief History of 5000 Role Models Of Excllence Project as written by Congresswoman Frederica S. Wilson who founded the program in 1993, when it was first called 500 Role Models Of Excellence before it received FULL community support, to become 5000 Role Models Of Excellence Project serving approx. 100 schools in Miami-Dade County. "Not willing to sit back and allow society and poverty to destroy the lives of children, Wilson began to challenge the men of Miami Dade County to intervene in the lives of 'at-risk' youth...The mission of the 5000 Role Models Of Excellence Project, which is to give minority boys hope as well as the vision of greatness to emulate in their everyday lives, has formed a fraternal bond of brotherly love throughout Miami-Dade County, and WILL SOON SPREAD ACROSS THE NATION." Note for the record that those capital letters were not my doing, because when you review the attached document you will see Congresswoman Wilson intentionally put them in capital letters. Gail you told me that you had went online and further investigated Congresswoman Wilson's work with the 5000 Role Models Of Excellence Project. You further interjected that this was the perfect model for implemantation in BPS. I just want to make sure that Buffalo is one of the cities it spreads to so it can help uplift and empower our minority youth--some of whom are dropping out at the rate of 75%, only to become negative statistics. I have upcoming meetings with BOE member Lou Petrucci, who has (in spite of the backstabbing actions of Associate Supt. Keresztes and complicity of a certain individual who did not have the balls to come out and divulge to our BPS Mentor Committee just what was going on with Keresztes and the other parties seeking to bring their Mentor Programs into the BPS. Board member Lou Petrucci has put it in writing (to me) that on behalf of helping our at-risk minority students and improving their lives, he is placing our official request for a BOE RESOLUTION in support of the "Brother Man Nonviolence And Increasing Life Skills Mentoring Programs For At-Risk Youth Petition/5000 Role Models Of Excellence Project Initiative--in the hands of Board member Ralph Hernandez, whose Committee will present the initiative to the full Board for discussion and a vote. I was asked to bring whatever materials or info that I want to present to the Committee or BOE to review, before they actually vote. That is one reason that I

want you Tracy, and Gail, to separately send me emails as to why you as members of the BPS Mentor Committe recommend that the 5000 Role Models Of Excellence Project be adopted of the Formal Model to serve our minority population in the BPS. Feel free to be creative as you want (in the email) because your thoughts, ideas and opinions may greater express mine. I just want to make sure we place the best reasoning on record as why the BOE should accept and vote for our initiative. Back to the back stabbers and those who may be vested in the status quo! Remember that at our last meeting I specifically informed Mr. Brandy that for him to be meeting privately with Associate Supt. Keresztes and other Mentor Oganizations (seeking to have BPS Administrators accept their Mentor Programs as the focus model for BPS), while no-one representing the interest of our parents or students (let alone our BPS Mentor Committee) was UNETHICAL! Additionally, I informed Dr. Keresztes by email that I as Chairman of DPCC, would not be signing off on any plan or program that had not been thouroughly vetted by myself and the full mebership of our BPS Committee. since we had been meeting for the past 15 months to come up with a working plan and model until such time as we heard from the 5000 Role Models Of Excellence Project Executor Tammy T. Reed on February 5, 2013. At our BPS Mentor Committee meeting, I explained to everyone how I was on the upcoming BOE Speakers List for March 13, and my topic to speak on would be a formal request for Supt. Brown and the BOE members to support the "Brother Man Petition For Nonviolence And Increasing Life Skills Mentoring Programs For At-Risk Youth." I explained to Supt. Brown and the BOE members how the 5000 Role Models Of Excellence Project had been incorporated into the petition as it was now THE MODEL chosen by the BPS Mentor Committee; The District Parent Coordinating Council; (as I Chair the DPCC Mentor Committee and speak on behalf of the BPS students and parents) and model chosen by Brotherman's Progress Mentors Matter Program Advocacy (which maintains contact and a presence within the minority community, and I as Founder) speak for the voiceless, marginalized, displaced, impoverished, and disparately educated young Black males, Hispanic students, including immigrant families such as that of Kowat Rual, the 16 year-old BPS student senselessly murdered. Having lost my brother Bernard Burgin (homicide victim of Ak-47 shooting), served with Sister Karen Klimzcak (murdered--'I Leave Peaceprints' nun), the P.E.A.C.E. Org. and Stop The Violence Coalition, Buffalo United Front—while having participated in more than 100 prayer vigils and attending more than 100 funerals (mostly young Black males) volunteering 4 years as mentor at Enterprise Charter School, and serving 15 months on BPS Mentor Committee tasked with Developing a comprehensive Mentor Program (with focus on helping minority students) I honestly believe that no-one can question my sincerity, integrity, motives, agenda, true love and service to the community. At the March 13, 2013 BOE Speakers List Meeting (which I had one of my mentees tape while I did presentation), Supt. Brown assigned Associate Supt. W. Keresztes to work with me on her behalf. I even left copies of the Nonviolence Pro Mentor Petition (along with the 5000 Role Models Of Excellence Project material) asking for signatures of the BOE body. Now they copy of the actual petition had at the bottom, only 3 spaces for signatures (as I had left a separate sheet for the various BOE members to sign). Bear with me! When I first arrived at the March 13, 2013, BOE Speakers List Meeting, I took a seat upfront next to Carl Paladino who was also scheduled to speak. While waiting for the meeting to actually start, I informed Carl Paladino that I had saw the Business Report highlighting the 200 most "influential" people in the WNY area and that he was listed as No.1 on the list. I then kindly asked if Mr. Paladino would take a moment to read a revised updated copy of our Nonviolence Pro Mentor of At-risk petition and sign the document if he agreed with the contents and mission at hand. He signed it and I asked for his card so that we could later meet to discuss his support for the 5000 Role Models Of Excellence Project as a prototype for the PBS (whether or not he was elected to the BOE during upcoming elections in May. He gave me his card for further discussion. During my presentation, I informed the Board that Carl Paladino had just signed on the top line and that the other 2 lines were for Supt. Brown and the BOE President Kapsiak. I had opportunities to meet with and also interact via emails with Will Keresztes whom Supt Brown had told to work with me as regarding the above matters. Keresztes smiled in my face and acted as if he was working to get the signatures from the BOE and his boss Supt. Brown. Some things seemed strange and were not adding up in terms of the objective, and of course Tracy, I received your email dated April 26, (informing members of the BPS Special Mentor Committee tasked with developing a comprehensive Mentor Program for the District) that "The mentoring meeting is cancelled unil further notice. For any questions, please contact Mr. Brandy." Rather strange don't you think? No explanations! Not even a call from Mr. Brandy to myself! Thats the way snakes-in-the-grass operate but, I'm loving it, because as one of my favorite songs (as sung by John Legend states "I see your true colors." Of course, I'm dealing with Brandy and Keresztes! I will give you extensive copies of emails that are part of the record. Do not worry about the future work of our BPS Mentor Committee as we will discuss details when the 3 of us meet, then of course all other parties who are on the committee or do businees with us will be apprised.



Thursday July 24, 2014
The Buffalo News.com (/)

# City & Region

## Buffalo district to match $1 million grant to assist struggling high schoolers

BY : Sandra Tan (mailto:stan@buffnews.com)     Published:July 2, 2014, 02:56 PM
                                                Updated:July 2, 2014, 02:56 PM

One year ago, Wegmans CEO Danny Wegman pledged up to $1 million for a program to prevent students from dropping out of city high schools, provided the Buffalo School District came up with the same amount.

The district was given three years to raise the money. But in the first year, the district put up only $110,000 toward the million-dollar matching grant.

Community advocates said the school district was wasting a golden opportunity to help poor, failing high school students graduate.

Now, interim Superintendent Will Keresztes said the district will play "catch up" and earmark $840,000 over the next two years for Wegmans' Hillside Work-Scholarship Connection, enabling the program to expand at one high school and begin in two others.

"We expect to reach the $1 million mark sometime in the 2015-16 school year," Keresztes said.

The dropout prevention program, supported by the Wegmans Family Charitable Foundation, was originally started as a way of funneling more minority employees into Wegmans' upscale, suburban grocery stores.

The Hillside Work-Scholarship program works with more than 4,000 youths in Rochester, Syracuse, Buffalo and Prince George's County, Md., and currently serves 180 students in South Park and Bennett high schools.

Of the 43 struggling South Park students who joined the program four years ago, 40 graduated and three more could graduate in August, said Lamont Williams, executive director of the Hillside program in Buffalo.

The program will now expand into Emerson and Burgard high schools, Keresztes announced Wednesday. The South Park program would also grow, bringing the total number of Buffalo students served to about 360 students.

He added that he expects unanimous board approval later this month to reallocate money originally budgeted for unnecessary expenditures to cover the $420,000 in annual support for the scholarship program each of the next two years.

The district will also create a 10-year funding strategy, with planning assistance from Say Yes Buffalo, to ensure the scholarship program's continued growth, he said.

"It's about students first and foremost," Keresztes said.

It's not all good news, however.

Bennett High School's scholarship program, which started three years ago and has 90 students, was sustained by the school's partner organization Buffalo Promise Neighborhood. But now that Buffalo Promise Neighborhood has withdrawn its support from the school, the Hillside organization is picking up the $300,000 annual expense until those 90 students leave high school.

No new students will be added unless another funder steps forward, Williams said.

Organizers said the students who join the program are often failing underachievers living in poverty who are partnered with youth advocates in each school. Those advocates give the

**From:** Charles Burgin [bromaninc@gmail.com]
**Sent:** Tuesday, June 17, 2014 10:51 PM
**To:** Frisch, Heath H
**Subject:** Fwd: Rodney Pierce Named to NABC All-District Team

Mr. heath, This is info on Rodney Pierce who will head the basketball camp. See you at 10 am. 

---------- Forwarded message ----------
From: **bromaninc via PrintFriendly** <no-reply@printfriendly.com>
Date: Tue, Jun 17, 2014 at 7:39 PM
Subject: Rodney Pierce Named to NABC All-District Team
To: bromaninc@gmail.com

**bromaninc@gmail.com** sent you an article

## Rodney Pierce Named to NABC All-District Team

Posted on March 18, 2010 by UB Press Report University at Buffalo senior guard Rodney Pierce
was named to the National Association of Basketball Coaches (NABC) All-District First Team.
Buffalo is a member of District 14 , made up of schools from the Mid-American Conference. Pierce
earned the award for the second straight year. Pierce, who was also recently named a first-team All-
MAC...

Read More  |  Print & PDF

Spam
Not spam
Forget previous vote

Spam
Not spam
Forget previous vote



speak with Phil Rumore because I understand a lot of things deal with the teachers contract and he supports our DPCC Mentor initiatives and the advocacy organization Brotherman's Progress which I founded. Supt. Brown never took the time to sit down with Rumore and myself. I intend to eventually meet with Board members and whomever is interim BPS Supt.—to make sure that students and parents are better served when it comes to utilizing district resources to help empower our at-risk students in terms of DPCC Mentor Committee being able to put on anti violence and cultural programs and events which help establish life-skills foundations for our students who find themselves in challenging environments. Teachers would also benefit when youth are taught cultural self-identity, respect for self and others etc. Why must BPS leadership continue with business-as-usual when it comes to actually supporting programs, events and projects that are aimed at actually empowering our students. Let's schedule a meeting whereby we can discuss how to utilize a two week program (instead of 2 months) at the parent academy sometimes in August. Also does the Parent Academy have a gym and is it up to par? Since there is a shortage on district funds at the moment, the DPCC Mentor Committee feel that we can hold a major community mentor recruitment/cultural/stop the violence—support our students-event at the end of August (preferably at Performing Arts or Burgard) whereby we can garner financial and other support from business, government, education, faith-based entities etc. to fully support our DPCC mentor based projects and initiatives like they do in other inner-city school districts across the country. This coming week I am available to meet with you form 12 pm to 4pm Monday thru Friday. Let me know what day and time works best for you.

Thank you,

Charles Burgin


On Wed, Jun 25, 2014 at 9:34 AM, Frisch, Heath H <HHFrisch@buffaloschools.org> wrote:

Hello Mr. Burgin


Thank you for the extra time to address follow ups from our meeting.


To begin, I want to address our discussion regarding the use of school buildings for the educational component of your Summer Program. While I am in support of this program as a whole, it is doubtful that we will be able to host the program in a District building. The issue is that we would need to have a District employee on-site while your program was running. I am afraid that this department does not have funding for that type of expense and for reasons we discussed at our meeting, we would not be able to run your program simultaneously with summer school. Even if we were to hold it at the Parent Center, I am concerned that we would not be able to dedicate staff there (on a consistent, regular basis). I would, however, be up for another conversation about a 1 or maybe 2 week program, where I could potentially ensure that we had someone at the Parent Center.


Next, I will forward an email to Mr. Aubrey Lloyd for you to discuss the enrichment component of the program.


Last, you asked for a letter of recommendation for your program or other initiative...please provide me with a little more clarity and I will get that done asap!


Please let me know if you want to schedule some more time to discuss a shortened program and how I might assist.



**Charles Burgin <bromaninc@gmail.com>**

## Rodney Pierce Named to NABC All-District Team

**Charles Burgin** <bromaninc@gmail.com>                                      Thu, Jun 26, 2014 at 10:02 PM
To: "Frisch, Heath H" <HHFrisch@buffaloschools.org>

Mr. Frisch,

I think that it would be best for us to schedule another meeting as I have quite a few questions to ask about how the district actually formulates policies and decisions on use of school buildings and funding for programs etc. I previously served on the DPCC Title I Committee and we were given access to documents which revealed that the district was utilizing some of these Title I funds in a questionable manner whereby more could be spent on students etc. I know that you are not the one whom makes the decisions on actual use of buildings or funding etc., however I'm sure you can assist me with getting a better understanding of the process and how decisions are made in terms of utilizing district buildings and funding programs etc. I will later speak with Phil Rumore because I understand a lot of things deal with the teachers contract and he supports our DPCC Mentor initiatives and the advocacy organization Brotherman's Progress which I founded. Supt. Brown never took the time to sit down with Rumore and myself. I intend to eventually meet with Board members and whomever is interim BPS Supt.--to make sure that students and parents are better served when it comes to utilizing district resources to help empower our at-risk students in terms of DPCC Mentor Committee being able to put on anti violence and cultural programs and events which help establish life-skills foundations for our students who find themselves in challenging environments. Teachers would also benefit when youth are taught cultural self-identity, respect for self and others etc. Why must BPS leadership continue with business-as-usual when it comes to actually supporting programs, events and projects that are aimed at actually empowering our students. Let's schedule a meeting whereby we can discuss how to utilize a two week program (instead of 2 months) at the parent academy sometimes in August. Also does the Parent Academy have a gym and is it up to par? Since there is a shortage on district funds at the moment, the DPCC Mentor Committee feel that we can hold a major community mentor recruitment/cultural/stop the violence--support our students-event at the end of August (preferably at Performing Arts or Burgard) whereby we can garner financial and other support from business, government, education, faith-based entities etc. to fully support our DPCC mentor based projects and initiatives like they do in other inner-city school districts across the country. This coming week I am available to meet with you form 12 pm to 4pm Monday thru Friday. Let me know what day and time works best for you.

Thank you,

Charles Burgin

[Quoted text hidden]




Charles Burgin <bromaninc@gmail.com>

# Rodney Pierce Named to NABC All-District Team

**Charles Burgin <bromaninc@gmail.com>**     Fri, Jul 4, 2014 at 8:09 AM
To: "Frisch, Heath H" <HHFrisch@buffaloschools.org>

Mr. Frish,

Per my last email, I'm still waiting on you to confirm a meeting date and time to discuss the particulars contained in my last email of 6-26-14. Also in your prior email of 6-25-14 you stated "For reasons we discussed at our meeting, we would not be able to run your program simultaneously with summer school." My recollection of the conversation was it would not be feasible to do an evening program as the schools probably would be closed during summer evenings. I had no problem being able to run the program during morning/afternoon hours. Would you be so kind as to schedule a meeting so that you and I can review things and I will have a better understanding of the summer program obstacles and how things actually work in the district etc. I also would like to hear your take on the Wegman's announcement and how temporary Supt. Keresztes has found and pledged about 900,000 dollars of district money not really needed for other purposes--yet the DPCC Mentor Program and Brotherman's Progress Mentors Matter Organization is put on hold when we are trying to uplift and empower at-risk students of BPS! Thank you for your consideration in the matter as I await your immediate reply. I will be meeting with community stakeholders and supporters then seek a meeting with Phil Rumore of the Teachers Union, Board members and the new Interim Superintendent (or temporary Superintendent) to advocate for justice on behalf of our at-risk students and their parents.

Sincerely,

Charles Burgin
[Quoted text hidden]



Charles Burgin <bromaninc@gmail.com>

---

## our meeting
1 message

---

**Frisch, Heath H** <HHFrisch@buffaloschools.org>                              Thu, Jul 24, 2014 at 6:19 AM
To: Charles Burgin <bromaninc@gmail.com>

Hello Mr. Burgin

Hope all is well by you.  I had a conversation with Dr. Keresztes where I was explaining  your program and he
advised me that all mentoring programs should be coordinated through Mr. Nate Hare.

Please contact Mr. Hare about this initiative and then let me know what happens.

I am here to assist in any way possible

Heath

Heath H Frisch

Director, Parent and Family Engagement

408 City Hall

Buffalo, NY 14202

Tel:716.816.3966

Fax:716.851.3968

email:hhfrisch@buffaloschools.org



Charles Burgin <bromaninc@gmail.com>

# Title I Committee meeting questions

**Charles Burgin** <bromaninc@gmail.com>                                    Fri, Sep 27, 2013 at 12:42 PM
To: Samuel Radford III <samradford3@gmail.com>

Bro. Sam and Hargrave,

Could we please include in this conversation the fact that parents
would like to see funding either in this budget or the next to provide
mentor/academic services to BPS students. I am totally disgusted with
so much of these grant funds going into salaries or other dubious, non
crucial expenditures when our children are so much in need!! i have
researched the issue and other school districts have utilized title 1
and other federal grant monies for mentor/academics. I plan on
attending the next title 1 committee meeting but if for some reason
i'm unable to make it I would appreciate this matter being addressed.
please reply. Thank you. Shanti, Bro. Charles



On 9/27/13, Samuel Radford III <samradford3@gmail.com> wrote:
> Dr. Williams,
>
>    Can you please bring to the Committee meeting on Monday 9/30/13, any
> documentation regarding District and State policies and procedures for
> filing complaints for possible violations regarding Title I and the
> Consolidated Application.
>
> Sam
>
>
> On Fri, Sep 27, 2013 at 1:06 PM, Williams, Yamilette <
> YamWilliams@buffaloschools.org> wrote:
>
>> Thank you Mr. Radford.
>>
>> From my IPhone
>>
>> _____
>> *From:* Samuel Radford III [samradford3@gmail.com]
>> *Sent:* Friday, September 27, 2013 12:31 PM
>> *To:* Williams, Yamilette
>> *Cc:* luvmeka4ever@yahoo.com; Habeeb Johnson; Lisa Griffith;
>> bryonm824@gmail.com; Charles Burgin; Dorothy Gray; michelle cameron;
>> Janique Curry; samradford3@gmail.com; hargravel1@aol.com
>> *Subject:* Title I Committee meeting questions
>>
>>
>> Dear Dr. WIlliams,
>>
>>    Per your request, below are the questions we are submitting for your



Charles Burgin <bromaninc@gmail.com>

## Title I Committee meeting questions

8 messages

**Samuel Radford III** <samradford3@gmail.com>                                        Fri, Sep 27, 2013 at 9:31 AM
To: "Williams, Yamilette" <YamWilliams@buffaloschools.org>
Cc: luvmeka4ever@yahoo.com, Habeeb Johnson <savebuffalo1st@yahoo.com>, Lisa Griffith
<parentfac204@gmail.com>, bryon mcintyre <bryonm824@gmail.com>, Charles Burgin <bromaninc@gmail.com>,
Dorothy Gray <dotgray521@aol.com>, michelle cameron <mdc0423@yahoo.com>, Janique Curry
<curryjsc@gmail.com>, Samuel Radford III <samradford3@gmail.com>, Lloyd Hargrave <hargravel1@aol.com>

     Dear Dr. Williams,

        Per your request, below are the questions we are submitting for your to be prepared to discuss at the DPCC
     Title 1 Committee meeting on Monday, Sept. 30, 2013 at 6pm. 1423 Fillmore Ave.

     NCLB requires that the Complete TITLE I Program of the District be explained to Parents in its entirety in a way
     that is Understandable to them.  When and where will this Presentation take place?

     *Can you provided us with an Outline of the complete Buffalo Public Schools Title I program and all of it*
     *services, to include an Organizational Chart with all staff paid by Title I and what they do in the*
     *program/services.*

     1. Is there funding in Title II for Teacher Assistant training?
     2. Clarity on the exact amount of Title I funds allocated to the 2013 Summer School Program.
          A. Richard Thompson reported to us 4.4 Million.
          B. Dr. Y. Williams reported 3.2 Million.

        At the meetings with DPCC Title 1 Committee District Administrators (Dr. Brown, Richard Thompson, Fran
     Wilson) reported that all Title I money was allocated and reflected in the FS-10.  The FS-10 only showed
     $800,000.00 for Summer School/ELOP.  Please Clarify.

     3. What is the Title 1 allocation to the 2013/14 Afterschool Program and how is that reflected in the FS-10.
     4. What are the Title I services for Pinnacle (School 115)? are they reflected in the FS-10.
          a. Does that impact the Districts per pupil expenditure.
     5. What is the Plan, on how and when, Schoolwide programs will be evaluated in accordance with NCLB
     regulations?
     6. School Based Budgeting - Can we have someone available to explain to us how the calculations work.  We
     have reviewed them and the Budget calculations do not balance.
     7. According to BOE minutes of 8/21, a Catapult learning LLC consultant contract was approved with Title I
     funds.  How much is the contract and what are the services to be provided?

     For future meetings be advised that we will have additional questions related to Title I,II and III.

     We formally request that you provide all answers in writing with the supporting documentation from the
     Consolidated Application and it compliance NCLB.


     LLoyd Hargrave,  Facilitator DPCC Title I Committee