

BRIAN HIGGINS
27TH DISTRICT, NEW YORK

COMMITTEE ON HOMELAND SECURITY
SUBCOMMITTEE ON
BORDER AND MARITIME SECURITY
SUBCOMMITTEE ON COUNTERTERRORISM
AND INTELLIGENCE

COMMITTEE ON FOREIGN AFFAIRS
SUBCOMMITTEE ON THE
MIDDLE EAST AND SOUTH ASIA
SUBCOMMITTEE ON TERRORISM,
NONPROLIFERATION AND TRADE

REVITALIZING OLDER CITIES
TASK FORCE
CO-CHAIR

# Congress of the United States
## House of Representatives
### Washington, DC 20515–3227

WASHINGTON OFFICE:
2459 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3306
(202) 226-0347 (FAX)

WESTERN NEW YORK OFFICES:
LARKIN BUILDING
726 EXCHANGE STREET
SUITE 601
BUFFALO, NY 14210
(716) 852-3501
(716) 852-3929 (FAX)

FENTON BUILDING
2 EAST 2ND STREET
SUITE 300
JAMESTOWN, NY 14701
(716) 484-0729
(716) 484-1049 (FAX)

higgins.house.gov

January 25, 2013

The Honorable Arne Duncan
Secretary
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

The Honorable Dr. John King
Commissioner
New York State Education Department
89 Washington Avenue
Albany, NY 12234

Dear Secretary Duncan and Commissioner King:

I am writing to express my concerns regarding the reported abuse of federal Title 1 funds within the Buffalo City School District.

Western New York residents and parents of school children deserve a government and public education system committed to the highest standards of integrity. However, recent reports reveal that over $330,000 of Title 1 funds were inappropriately used to benefit the family, friends, and businesses close to a former administrator – a far cry from its intended use to aid schools with a significant percentage of students from low-income families.

An investigative report done at the direction of former Interim Superintendent Amber Dixon highlights arrant misconduct and abuse that beg several questions, including how someone with such little qualifications would have control over such large sums of money with little accountability or oversight.

Those entrusted with the public's confidence, particularly those directly involved in schooling our children, must meet a higher standard. And at a time when guarantees of federal aid are uncertain, it is more important than ever that every dollar is used to achieve a positive outcome.

Further, more rigorous inquiry into this matter is the only way to maintain the public's confidence in our education system. I respectfully request that you direct a comprehensive audit that both gets to the bottom of this issue and provides assurance that future public resources will be used in the interest of the students for whom it is intended.

Sincerely,

BRIAN HIGGINS
Member of Congress

PRINTED ON RECYCLED PAPER

*[handwritten top: Note: this is part of exhibit #18 to show the motive for Charles Brandy falsifying his November 12, 2013 "Report"]*

*[handwritten right: 11-6-13  From 11-6-13 Email download]*

# PRESS RELEASE - EDITORIAL

## THE UNITED BLACK MEN'S THINK TANK OF BUFFALO INITIATES MENTORING EFFORT

The Buffalo Public Schools are plagued by an extraordinary percentage of it's students achieving below grade level proficiency in English Language Arts and Math skills (89%), as measured by the Common Core Standards. Virtually every study of the education and life outcomes of children performing at such low levels indicate that these children are at a very high risk of diminished economic viability, social development and even incarceration. The United Black Men's Think Tank of Buffalo has decided to take the lead in developing a meaningful approach to changing this condition.

One of the critical assets every child needs in her or his life is a caring adult willing to follow the child's development and literally coach the child through the barriers and distractions that might impede the child's developmental success. Mentoring strategies, both individual and group mentoring, have proven to be effective tools to provide children such support.

The United Black Men's Think Tank (UBMTT) seeks to help by identifying every Faith-based Organization, Sorority, Fraternity, Boys and Girls Scout groups who currently conduct any form of individual and group mentoring and or youth development activity within the City. We would bring representatives of these efforts together to develop a capacity analysis, determine what additional capacity exists and how we might build on that capacity, working in collaboration with the Community Action Organization's Youth Development Department, each of you, and the Student Services Division of the Buffalo Board of Education. *[handwritten: X (Dr. Will Kerest)]*

The United Black Men's Think Tank of Buffalo is a group of men who are dedicated to solving problems that plague our community, and offering a platform for the operation of other like-minded groups and individuals. Finding ways to improve our educational institutions' success in developing our youth is critical to their futures and the quality of life in our communities.

The UBMTT is extending a personal invitation to everyone of you to meet at the A. Rafi Greene Resource Center at 1423 Fillmore Avenue in Buffalo, November 9, 2013, from 2 – 4pm, to begin organizing ourselves in a collective effort to rescue the futures of our children and our community. In addition to the mapping and capacity analysis described earlier, the focus of the meeting will be to determine how we can support existing efforts, expand on those efforts, and develop plans to pull together all available resources so that we may collectively strengthen our initiatives.

*[handwritten right: MOTIVE!!  XX  3 days before Charles Brandy's bogus letter of Nov. 12 2013]*

Ultimately, we hope to work with the Buffalo Board of Education and our core of fraternal societies, churches and other faith-based initiatives to build a broad base of mentoring initiatives which combines volunteer and institutional support systems.

*[handwritten: Impact Study regarding Agit dentions Role Models of Excellence Project]*

*[handwritten bottom: Note: this is from Black Mans Think Tank 11-06-13 Email. It was sent 6 days before Charles Brandy gave Bogus report to Supt. Brown on 11-12-13]*

If you currently have a mentoring program at your church or community-based institution, or would like to become involved in a mentoring program, please joining us at our **"Developing A Meaningful Mentoring Initiative"** meeting set for Saturday, November 9th at the "A. Rafi Green" Community Center, 1423 Fillmore Avenue, from 2 - 4PM.

Please bring your friends and all like-minded associates, who like yourself, are concerned with the future development and well-being of our children. Please call our **Facilitator, Ms. Bernadine J. Kennedy** to let us know you are attending at 884-3312.

We often say that the "children are our future." The fundamental truth is that we are our children's future. The future they will inhabit will be based on the decisions and efforts we make to today.

I look forward to this opportunity to bring ourselves together to improve our present and secure our collective future.

Most Sincerely,


**L. Nathan Hare,** Chairman,
The United Black Men's Think Tank of Buffalo



may collectively strengthen what programs are in effect now, and also determine how we might expand these individual and group mentoring efforts.

The ultimate goal will be to recruit additional caring adult's mentors as volunteers into existing efforts, identify what supports systems are needed to enhance the effectiveness of existing efforts, and establish a method of working together with these groups and the Buffalo Board of Education to build a broad base of mentoring initiatives which combines volunteer and institutional support systems.



If you currently have a mentoring program at your church or community-based institution, or would like to become involved in a mentoring program , please joining us at our "Developing A Meaningful Mentoring Initiative" meeting set for Saturday, November 9th at the "A. Rafi Green Community Center, 1423 Fillmore Avenue, from 2 - 4PM. Note, this 3 days before Charles Brandy filed his fraudulent "committee report" with the intent to shut me and 5,000 role models of Excellence Project - Impact Study Cost analysis DOWN.

Please bring your friends and all like-minded associates, who like yourself, are concerned with the future development and well-being of our children, and who want to work with the United Black Men's Think Tank of Buffalo in building a collective of "Mentors" whose sole purpose is to created meaning full change in the lives of our children.

Please call our Facilitator, Ms. Bernadine J. Kennedy if you would like to register your organization and reserve a speaking opportunity at this meeting.  She can be reached at 884-3312.  As time and space are limited, please contact her with your intent to participate soon as possible.

I look forward to this opportunity to meet with all of you and work to developing programs of "effective mentoring" that I know will positively change the lives of so many loving and deserving children.

**L. Nathan Hare, Chairman,**

   **The United Black Men's Think Tank of Buffalo**

**New Business : Daveed M.** urged us to join in the efforts to provide for our communities food security by supporting the National Treasury for Farmland.

**All committee reports accepted by motion**
**Meeting adjourned at 3:15 PM**

**Next meeting Saturday December 7, 2013 at 2 – 4 PM**

**Mentoring Meeting**

**Meeting Minutes -** November 23 2013
**- Meeting started at 2:20PM**

**Present :** 12 members and 8 guests
**Introduction**

**New Business :**

Nate Hare announced that the School District wants to take part in the "Developing a Meaningful Mentoring Initiative."   The Purpose and Strategies Plan were discussed as outlined in the meeting agenda document on pg 6 and 7.There is funding  available for mentoring events.  Marilyn Gibson is recruitment leader and sign up list was passed around for team members. A meeting is scheduled for Monday, November 25, 2013 at City Hall with Dr. Will Keresztes at  1:PM. Samuel R. suggested that school based management teams can be comprised of any stake-holders who sign up.   Fritzgerald T. committed to contact greek letter organizations requesting their participation.

**Announcements :**

William P. reminded   us of the Convening of Elders event on December 7, 2013.
Brent R. warned of "Knockout Games" where young men score points among their peer group by Knocking out unsuspecting, random strangers with a single punch.   Solomon M. informed us of the importance of getting our young people engaged in outdoor winter activities at Chestnut Ridge Park.

*[Handwritten note: Note: Charles Brandy had submitted his bogus report of 11-12-13 to Supt. Brown and I was not provided a copy until 12-3-13]*

*[Handwritten note: there might be a need to subpoena the minutes of this meeting]*

**Closing Prayer by Daveed Muhammed**

**Meeting adjourned at 4:25PM**

**Next Meeting ??**



**United Black Men's Think of Buffalo**
**251 East Delaware Avenue**
**Buffalo, New York 14208**
**716-884-3312**

**Meeting Minutes** – November 23, 2013
**Meeting started at 2:20**

**Present: 12 members**

**Guests:** Rafiq Salim, Richard Daniels, Darold Fountain, Kobie Lewis, Janeen Drayton, Linda Hughes, Marilyn Gibson

**Opening Prayer:** Percy Jones

**Welcome/New Introductions**

**Approval of Minutes :** approved with revisions

**Old Business :** N/R

**Committee Reports**

Communications : Brent Rollins – some members report they are unable To open email attachments. Others didn't receive them. He will work to correct this
Political Employment : N/R.
Nomination/Mentorship
Education/Mentoring : mentors will meet with us at 3 PM today
Finance : Hosie Arnold substituting for Floyd J.- membership fees and dues discussed as well as need for a bank account and P.O.Box.   Funds are needed for mailing expenses and programs. Hat passed to fund mailings. $213.00 was collected to be handled by CAO. Nate H. will contribute $100 .   Secretary will submit expense invoices at future meeting. Finance committee meets November 30th at Rafi Green Center at 2PM.

**Economic Development** : Jabril S. – most beneficiaries of affirmative action are European American women.   Black contractors are bribed, and compliance officers bought.

**Youth Development :** Solomon M. stressed importance of engaging youth in outdoor winter activities.

**Nomination/Membership :** Fritzgerald T – N/R

**Public Relations :** N/R

**Spiritual Development :** N/R



*"The idea is to take our acumen to try to figure out ways to go forward so we can make our community stronger."*
— L. NATHAN HARE, UNITED BLACK MEN'S THINK TANK

*11-18-13 ☆☆*
*6 days after Brandy submitted 11-12-13*
*Bogus Report*

Charles Lewis/Buffalo News

...han Hare, chairman of United Black Men's Think Tank of Buffalo, addresses meeting of group in Alphonso "Rafi" Greene Jr.
...n Resource Center on Fillmore Avenue about its "Developing a Meaningful Mentoring Initiative" to help inner-city students.

# Creating opportunities for kids

## Group coordinates paths for student achievement

BY DEIDRE WILLIAMS
NEWS STAFF REPORTER

Elim Christian Fellowship could use a few more female mentors to work with approximately 40 girls enrolled in a life-skills training program.

College scholarships are available for marksmanship through the Dorie Miller Rifle and Pistol Club and the National Rifle Association.

And Jabriel Shareef, owner of an East Side construction business, suggests that at-risk youth shadow adult role models at their jobs or businesses. Seeing black men going to work and owning businesses could motivate the young men to achieve the same – or more – in their lives, Shareef said.

Those are just some of the opportunities already available for Buffalo students, or programs that could fill in the gaps in many students' lives, according to community leaders who have come together under the auspices of the United Black Men's Think Tank of Buffalo to plan a coordinated strategy for boosting academic achievement and helping young people succeed.

"Developing a Meaningful Mentoring Initiative" is being launched in a district that has only 12 of its 56 schools deemed in "good standing" by the state, even as Say Yes to Education has promised a college education to all graduates who qualify academically.

The mentoring initiative – launched earlier this month in the Alphonso "Rafi" Greene Jr. Masten Resource Center on Fillmore Avenue, with another meeting slated there for Saturday – provides an opportunity for groups and individuals to see what others are doing, what additional resources are needed and how everyone can stream-

See **Mentoring** on Page D2

# Think Tank brings action to mentoring

*By Rod Watson*   on December 18, 2013 - 6:00 PM

If the concept pans out, some of the most promising developments for hiking achievement in city schools won't take place in the classroom.

They will take place after school in community centers, churches, museums and anyplace else where adults can demonstrate the value of education and model for kids the type of behavior – academic and otherwise – that is a prerequisite for success.

In the process, the effort by the United Black Men's Think Tank of Buffalo will address teachers' long-standing complaints about being unable to teach because too many students with bad attitudes and no motivation disrupt the classroom.

Other educators counter that classroom management and being able to cultivate students' interest is part of the art of teaching. But rather than get bogged down in those polarizing debates, the Think Tank wants to deal with the realities facing city schools – including the need to meet the Common Core standards. While suburbanites are up in arms over the higher bar, many in the city who have long recognized that their kids aren't being prepared are embracing it.

However, they also recognize that too many city kids come to school without the necessary guidance and aspirations, or the exposure to people, events and experiences that can cultivate those aspirations. Hence, the Think Tank effort to catalog existing mentoring and tutoring programs, figure out where the gaps are and recruit more adults to contribute.

While many community groups already run tutoring programs, the goal is to create a structure that also allows potential mentors without a lot of time to step into a kid's life. It could be as simple as talking with the student a couple of times a week, meeting for a half-hour or hour once a week or every other week, and taking the student to a museum or similar venue every quarter, said L. Nathan Hare, Think Tank chairman.

The idea is to expose young people to what education and proper attitude and behavior can lead to, and give them a chance to build relationships with adults who have parlayed those attributes into successful lives.

"If we could get kids into that kind of structure, so they respond to that role model rather than what they're responding to in the street, we could calm the atmosphere in the schools," said Hare, who also is executive director of the Community Action Organization of Erie County. If the community can help teachers in that way, Hare said, "hopefully they will give more of themselves to the teaching process."

The Think Tank already has begun meeting with Buffalo school officials, who are excited. Will Keresztes, district chief of student support, says the plan has "great potential." While contractual and legal issues limit direct ties, he says the district wants to be "a vessel with these organizations," letting parents know what's available and then letting them follow up. The Think Tank effort will be officially launched at the district's College Fair in February.

No one expects mentors to teach test prep. Rather, the goal is the larger issue of getting students to understand, in Hare's words, "what the terms of engagement are" to be successful.

Still, if the Think Tank partners can accomplish that, it will make teachers' jobs a lot easier – and students' lives a lot better.

**United Black Men's Think of Buffalo**
**251 East Delaware Avenue**
**Buffalo, New York 14208**
**716-884-3312**

**Meeting Minutes –** January 4, 2014
**Meeting started at 2:15**

**Opening Prayer :** Percy Jones

**Welcome /New Introductions :** Dean and Gabriel

**Present :** 8 members and 2 guests

**Reading of Minutes :** approved on motion

**Old Business :** Nat Hare will give us shell for calendar of meetings and events -
approved on motion.

**Committee Reports**
> **Nomination/Membership :** Hosie Arnold suggested all members present
> submit their membership applications at next meeting.
> **Education/Mentoring :** Mentoring meeting is next Wednesday at 5:30 pm
> at Rafi Green Center…Committee members should plan to attend College Fair
> on February 8, 2014. One table will be set up for brochures and programs.
> Hosie Arnold tells kids to focus on achievement.  David Milling of Black AMA
> will present before the kids.  Rev. Pridgin sent approval letter of our initiative
> and will meet with us.
> **Website Development :** Ken Rippy working alone
> **Finance/Fundraising :** Fundraiser on hold-date may be set later
> **Economic Development :** N/R
> **Youth :** N/R
> **Public Relations/Communications :** Brent Rollins will execute email test
> through Nate Hare and Hosie Arnold to improve communications.
> **Spiritual Development :** Percy Jones and Nate Hare will meet with Baptist
> Ministers conference and will reach out to diocese, Lutherans and other for
> Mentoring.  Education can be changed by getting 4000 kids into mentoring.
> Parent advocates in schools should recruit mentees.  Children need consistency
> to be successful. Dr Keresztes is offering two contracts for mentoring.

**All Committee Reports approved on motion**
**Discussion :** The Price of Political ignorance as outlined in todays agenda pgs 6-8.
**New Business :** Fund raising meeting will be Tuesday the 7th of January 2014 at CAO at
2pm Rafi Green Center.
**Secretary :** Brent Rollins



# United Black Men's Think Tank of Buffalo
## P O Box 1553
## Buffalo, New York 14215
## 716-884-3312


January 21, 2014

Dear Mentors:

The United Black Men's Think Tank (UBMTT) seeks to help reduce in-school violence and disruptive behavior, and to increase student's persistence in achieving high educational outcomes.

All of our research indicates that connecting children with caring adults, willing to coach the children through life's distractions and obstacles, can be the difference in a child's success in becoming educationally, socially and vocationally prepared for adulthood.

The United Black Men's Think Tank is working to help mobilize all of the capacity that exists in our community to provide any form of mentoring support for our youth, be it spiritual, social, recreational or sports.

We are trying to bring together representatives of every Faith-based Organization, Sorority, Fraternity, and or Boys and Girls groups who currently conduct any form of individual and group mentoring and or youth development activity within the City. We will develop a capacity analysis, and how we might build on that capacity, working in collaboration with the Community Action Organization's Youth Development Department, each of you, and the Student Services Division of the Buffalo Board of Education.

Please send a representative to the next mentoring collaboration meeting, **January 22nd, at 5:30 pm at the Rafi Greene resource Center at 1423 Fillmore Avenue. We look forward to seeing you there.**

**For further information please contact Bernadine Kennedy at (716) 884-3312.**

Sincerely,

The United Black Men's Think Tank



Gmail
by Google

Charles Burgin <bromaninc@gmail.com>

## Mentor Meeting

1 message

**Hosie Arnold** <bjhha@yahoo.com>            Sun, Feb 9, 2014 at 4:15 PM
Reply-To: Hosie Arnold <bjhha@yahoo.com>
To: Hosie Arnold <bjhha@yahoo.com>, Sam Radford <samradford3@gmail.com>, Charles Burgin <Bromaninc@gmail.com>, Tanny Hollaway <tannybarb@roadrunner.com>, FritzGerald Tondreau <fritz.tondreau@gmail.com>, Kennethy Rippy <Kennyrippy@yahoo.com>, Vicent Cruz <reverophe@gmail.com>, Darold Fountain <daroldfountain@gmail.com>, james Giles <jgiles274@gmail.com>, Shiela Wallace <elimccorp@gmail.com>, Shawn <shawnxll4@gmail.com>, Eugene Davis <hlcbles@gmail.com>, Kobie Lewis <kobielewis@gmail.com>, Rafig Salim <rsalim9@gmail.com>, Kristie Patton-Foster <kfoster410@aol.com>, Brother Reginald Muhammad <reginaldmuhammad@yahoo.com>, Malilc Edwards <mueayc100@gmail.com>, Alexander Wright <alwright@wright-wayconsulting.com>, Dwayne Muhammad <foi360@yahoo.com>, Ramone Alexander <liberty@buffalo.edu>, Ramone Alexander <raa1@buffalo.edu>, Derek Summers <thefamily251@verizon.net>, David Allen <djdavidallen2005@yahoo.com>, Bob & Linda Kuebler <ywapbuffalo@yahoo.com>, Kimberly Rollek <kim.rollek@yahoo.com>, Naomi Porter <naomi.porter@gmail.com>, Kareema Morris <lanasharosefoundation@gmail.com>, Shawn Montgomery <smontgomery@heartfound.org>, Janeen Drayton <drayjs28@yahoo.com>, Daveed Mohammed <closingthegapyouthservice@gmail.com>, Paul Richardson <pvrichardson@bryantsratton.edu>, Dolly Randle <casnydmr@rocketmail.com>, Jabril Shareef <jabril777@hotmail.com>, Crystal Austin-Seymore <kaleidoscope.competitions@yahoo.com>, Floyd Jones <fjones870@gmail.com>, frank garland <fgarland@city-buffalo.com>, frank garland <fgarland1966@gmail.com>, Brent Rollins <bjdaddy7@gmail.com>, Brent Rollins <bjdaddy7@roadrunner.com>
Cc: "L. Nathan Hare" <Lnhare@caoec.org>, Linda D Williams <ldwilliams@caoec.org>, Marilyn Gibson <marilynstvc@gmail.com>


Hi Everyone

On Wednesday February 12 at 6pm we will have a follow up meeting on the Mentoring initiative, the meeting will be at the Rafi Green Community Center 1423 Fillmore Ave.

We would like to up date every one on our meeting with Dr. Keresztes and results of college fair. We will also go over how we will track youth that are being mentor.



Hosie Arnold

*R*

# United Black Men's Think Tank of Buffalo
## P.O Box 1553
## Buffalo, New York 14215
## 716-884-3312

**Meeting Minutes** – March 1, 2014
**Meeting started at 2:10pm**

**Opening Prayer:** Jabril Shareef and Percy Jones

**Present: 9** members called in: Brent Rollins, Tanny Hollaway

**New Member / Visitor:** Mr. Ronal Rassham

**Reading of Minutes:** approved with corrections

**Committee Reports**

> **Communication Committee: None**

> **Education/Mentoring:** Hosie Arnold – updated members on mentoring project
> **Economic Development:**
> **Finance:** Nate and Hosie updated members on results of Dinner dance Hosie said we will have a profit the amount is unknown but it could be from $1200 to $3000.
> **Nomination: N/R**
> **Public Relations:** N/R
> **Spiritual Development: N/R**
> **Youth: N/R**

**All committee reports there was no motion to approve reports**

X **Discussion**   Nate began discussion on Mayor Brown looking into taking over Buffalo Public schools. The discussion centered around if it would work, what changes would be made if he does, and how this would affect the BTF contract. There was discussion in regard to Charter schools and how they would be a part of this.

Sam discussed the role parents would play, and Nate asked the men to call in to his radio program for discussion on this.

> **Reminder to all members remember to pay your monthly dues Please.**

**Meeting adjourned @ 4:15pm**
**Closing prayer:** Percy Jones

**Submitted by Hosie Arnold**

**Next meeting dates: Saturday March 15, March 29, April 12, April 26, May 10**



**United Black Men's Think Tank of Buffalo**
**P.O Box 1553**
**Buffalo, New York**

716-884-3312

**Meeting Minutes – March 1, 2014**
Meeting started at
**2:10pm**

**Opening Prayer:** Jabril Shareef and Percy Jones

Present: 8 members called in: Brent Rollins  Tammy Holloway

**New Member / Visitor:** Mr. Ronal Rassham

**Reading of Minutes:** approved with corrections

Committee
**Reports**

**Communication Committee: None**

**Education/Mentoring:** Hosie Arnold – updated members on mentoring project
Economic Development:
**Finance:** Nate and Hosie updated members on results of Dinner dance Hosie said
we will   have a profit the amount is unknown but it could be from $1200 to $3000.
**Nomination: N/R**
**Public Relations:** N/R

**Spiritual Development:**
N/R
**Youth: N/R**

**All committee reports there was no motion to approve reports**

**Discussion**        Nate began discussion on Mayor Brown looking into taking over Buffalo
Public schools.

The discussion centered around if it would work, what changes would be made if he
does, and how this would affect the BTF contract. There was discussion in regard to
Charter schools and how they would be a part of this.

Sam discussed the role parents would play, and Nate asked the men to call in to his
radio program for discussion on this.

**Reminder to all members remember to pay your monthly dues Please.**





Charles Burgin <bromaninc@gmail.com>

## Mentor Program

4 messages

**Hosie Arnold** <bjhha@yahoo.com>                    Tue, May 27, 2014 at 3:31 PM
Reply-To: Hosie Arnold <bjhha@yahoo.com>
To: Hosie Arnold <bjhha@yahoo.com>, Sam Radford <samradford3@gmail.com>, "L. Nathan Hare"
<Lnhare@caoec.org>, Dahveed Muhammad <yesdahveed@hotmail.com>, Charles Burgin
<Bromaninc@gmail.com>, Tanny Hollaway <tannybarb@roadrunner.com>, Brent Rollins
<bjdaddy7@roadrunner.com>, FritzGerald Tondreau <fritz.tondreau@gmail.com>, Kennethy Rippy
<Kennyrippy@yahoo.com>, Vicent Cruz <reverophe@gmail.com>, Darold Fountain <daroldfountain@gmail.com>,
james Giles <jgiles274@gmail.com>, Shiela Wallace <elimccorp@gmail.com>, Shawn <shawnx114@gmail.com>,
Eugene T Davis <hlcbles@gmail.com>, Kobie Lewis <kobielewis@gmail.com>, Rafig Salim <rsalim9@gmail.com>,
"Will DR. Keresztes" <wkeresztes@buffaloschools.org>, Kristie Patton-Foster <kfoster410@aol.com>, Marilyn
Gibson <marilynstvc@gmail.com>, Malilc Edwards <mueayc100@gmail.com>, Dwayne Muhammad
<foi360@yahoo.com>, David Allen <djdavidallen2005@yahoo.com>, Bob & Linda Kuebler
<ywapbuffalo@yahoo.com>, Kimberly Rollek <kim.rollek@yahoo.com>, Naomi Porter <naomi.porter@gmail.com>,
Kareema Morris <lanasharosefoundation@gmail.com>, Ramone Alexander <liberty@buffalo.edu>, Shawn
Montgomery <smontgomery@heartfound.org>, Janeen Drayton <drayjs28@yahoo.com>, Daveed Mohammed
<closingthegapyouthservice@gmail.com>, "Paul V. Richardson" <pvrichardson@bryantstratton.edu>, Dolly Michelle
Randle <casnydmr@rocketmail.com>, Sue Franclemont <slfranclemont@bryantstratton.edu>, Heath Frisch
<hhfrisch@buffaloschools.org>, Jabril Shareef <jabril777@hotmail.com>, Crystal Austin-Seymore
<kaleidoscope.competitions@yahoo.com>, Erin Moss <erinmmoss@gmail.com>, "Kennedy James (Gillibrand)"
<James_Kennedy@gillibrand.senate.gov>, "Rasheed N.C. Wyatt" <rwyatt@city-buffalo.com>, Tracy Cooley
<tcooley1@hilbert.edu>, Paulette Chatman <teensinprogress@gmail.com>, Floyd Jones <fjones870@gmail.com>,
frank garland <fgarland@city-buffalo.com>, Linda Hughes <hisangel1990@aol.com>

Hi Everyone

Just updating you the Mentoring Initiative will continue as is but it will fall
under Nate Hare and the CAO, it will no longer be under The United Black
Men's Think Tank.  He will advise you on upcoming activities and your new
Chairman / Administrator.

Hosie Arnold

**Youth With A Purpose** <ywapbuffalo@yahoo.com>                    Tue, May 27, 2014 at 4:46 PM
Reply-To: Youth With A Purpose <ywapbuffalo@yahoo.com>
To: Hosie Arnold <bjhha@yahoo.com>, Sam Radford <samradford3@gmail.com>, "L. Nathan Hare"
<Lnhare@caoec.org>, Dahveed Muhammad <yesdahveed@hotmail.com>, Charles Burgin
<Bromaninc@gmail.com>, Tanny Hollaway <tannybarb@roadrunner.com>, Brent Rollins
<bjdaddy7@roadrunner.com>, FritzGerald Tondreau <fritz.tondreau@gmail.com>, Kennethy Rippy
<Kennyrippy@yahoo.com>, Vicent Cruz <reverophe@gmail.com>, Darold Fountain <daroldfountain@gmail.com>,
james Giles <jgiles274@gmail.com>, Shiela Wallace <elimccorp@gmail.com>, Shawn <shawnx114@gmail.com>,
Eugene T Davis <hlcbles@gmail.com>, Kobie Lewis <kobielewis@gmail.com>, Rafig Salim <rsalim9@gmail.com>,
"Will DR. Keresztes" <wkeresztes@buffaloschools.org>, Kristie Patton-Foster <kfoster410@aol.com>, Marilyn
Gibson <marilynstvc@gmail.com>, Malilc Edwards <mueayc100@gmail.com>, Dwayne Muhammad
<foi360@yahoo.com>, David Allen <djdavidallen2005@yahoo.com>, Kimberly Rollek <kim.rollek@yahoo.com>,



Charles Burgin <bromaninc@gmail.com>

## Think Tank Finance Reports

1 message

**L.N. Hare** <lnhare@caoec.org>    Tue, May 27, 2014 at 9:56 AM
To: Hosie Arnold <bjhha@yahoo.com>, Kamau Fields <kamaure@hotmail.com>, Sam Radford <samradford3@gmail.com>, Spencer Gaskin <swgaskin@gmail.com>, Dahveed Muhammad <yesdahveed@hotmail.com>, James C Clemons <lordjamesjc@gmail.com>, Antwan K Diggs <antwankdiggs@aol.com>, Charles Burgin <Bromaninc@gmail.com>, Charlie Fisher <chfisher3rd@yahoo.com>, Wellington SMITH <wellington.smith@mutualofomaha.com>, Richard Stenhouse <bethelbflo@yahoo.com>, Kenneth Quinniey <twoqtravel@yahoo.com>, Habib Johnson <savebuffalo1st@yahoo.com>, Tanny Hollaway <tannybarb@roadrunner.com>, Bryon McIntyre <bryonm8@aol.com>, Sabu Nafeeza Adeyola <sabuadeyola@yahoo.com>, Frank Pratcher <Frpratcher@gmail.com>, Dwyane Gillison <Truthmatters626@yahoo.com>, mark blue <Mblue50@msn.com>, Jamal Fareed <RosebroughJ@yahoo.com>, Paul Hypolite <paulhypolite@gmail.com>, FritzGerald Tondreau <fritz.tondreau@gmail.com>, Ken Eason <de320eas@aol.com>, Henry Taylor <htaylor@buffalo.edu>, Bruce Cosby <Cosby@ecc.edu>, Kennethy Rippy <Kennyrippy@yahoo.com>, Eugene T Davis <hlcbles@gmail.com>, Kobie Lewis <kobielewis@gmail.com>, Rafig Salim <rsalim9@gmail.com>, Malilc Edwards <mueayc100@gmail.com>, Dwayne Muhammad <foi360@yahoo.com>, Bill Peoples <umojacan@roadrunner.com>, David Allen <djdavidallen2005@yahoo.com>, Brian K Lewis <BrianKLewisFuneralHome@yahoo.com>, Mohamed Albanna <Abands@roadrunner.com>, Nagi Awass <Busserunlm@yahoo.com>, Fred Merukeb <FMerukeb@roadrunner.com>, Jabril Shareef <jabril777@hotmail.com>, Judge James McLeod <jmcleod@courts.state.ny.us>, Richard Cummings <racarccomm@verizon.net>, Darrin M Strickland <darrin.sbwny@aol.com>, "Kennedy James (Gillibrand)" <James_Kennedy@gillibrand.senate.gov>, "Rasheed N.C. Wyatt" <rwyatt@city-buffalo.com>, Renijah Long <ralong@gmail.com>, Antione Thompson <antoinethompson@yahoo.com>, "Rev. James Lewis III" <Jlewis@ecmc.edu>, Floyd Jones <fjones870@gmail.com>, George Alexander <galexa1080@aol.com>, De Mario Badger <mandmw1@yahoo.com>, Ros Jomo Akono <accesstoafreeka@hotmail.com>, "Rev. Quinton Foster" <revqcf1@aol.com>, Russell Smith <smith7923@roadrunner.com>, frank garland <fgarland@city-buffalo.com>, Fajri Ansari <fansari53@hotmail.com>, Brent Rollins <bjdaddy7@gmail.com>, Percy Jones <dudleywl05@aol.com>

Attached are the last two finance reports compiled by the CAO business Office for the funds held in trust by the CAO on behalf of the Think Tank.

We will continue to hold these funds without cost to the Think Tank until you provide alternative direction.

In addition to the funds identified here, Ron Gresham provided a check for $100 for Dues and annual fees this past Saturday.

Nathan



Charles Burgin <bromaninc@gmail.com>

## RE: Final distribution of Think Tank funds being held in trust by the CAO

4 messages

**L.N. Hare** <lnhare@caoec.org>                                          Thu, Jul 10, 2014 at 8:59 AM
To: Hosie Arnold <bjhha@yahoo.com>, Kamau Fields <kamaure@hotmail.com>, Sam Radford
<samradford3@gmail.com>, Spencer Gaskin <swgaskin@gmail.com>, Dahveed Muhammad
<yesdahveed@hotmail.com>, James C Clemons <lordjamesjc@gmail.com>, Antwan K Diggs
<antwankdiggs@aol.com>, Charles Burgin <Bromaninc@gmail.com>, Charlie Fisher <chfisher3rd@yahoo.com>,
Wellington SMITH <wellington.smith@mutualofomaha.com>, Richard Stenhouse <bethelbflo@yahoo.com>, Kenneth
Quinniey <twoqtravel@yahoo.com>, Habib Johnson <savebuffalo1st@yahoo.com>, Tanny Hollaway
<tannybarb@roadrunner.com>, Bryon McIntyre <bryonm8@aol.com>, Sabu Nafeeza Adeyola
<sabuadeyola@yahoo.com>, Frank Pratcher <Frpratcher@gmail.com>, Dwyane Gillison
<Truthmatters626@yahoo.com>, mark blue <Mblue50@msn.com>, Jamal Fareed <RosebroughJ@yahoo.com>,
Paul Hypolite <paulhypolite@gmail.com>, FritzGerald Tondreau <fritz.tondreau@gmail.com>, Ken Eason
<de320eas@aol.com>, Henry Taylor <htaylor@buffalo.edu>, Bruce Cosby <Cosby@ecc.edu>, Kennethy Rippy
<Kennyrippy@yahoo.com>, Eugene T Davis <hlcbles@gmail.com>, Kobie Lewis <kobielewis@gmail.com>, Rafig
Salim <rsalim9@gmail.com>, Malilc Edwards <mueayc100@gmail.com>, Dwayne Muhammad
<foi360@yahoo.com>, Bill Peoples <umojacan@roadrunner.com>, David Allen <djdavidallen2005@yahoo.com>,
Brian K Lewis <BrianKLewisFuneralHome@yahoo.com>, Mohamed Albanna <Abands@roadrunner.com>, Nagi
Awass <Busserunlm@yahoo.com>, Fred Merukeb <FMerukeb@roadrunner.com>, Jabril Shareef
<jabril777@hotmail.com>, Judge James McLeod <jmcleod@courts.state.ny.us>, Richard Cummings
<racarccomm@verizon.net>, Darrin M Strickland <darrin.sbwny@aol.com>, "Kennedy James (Gillibrand)"
<James_Kennedy@gillibrand.senate.gov>, "Rasheed N.C. Wyatt" <rwyatt@city-buffalo.com>, Renijah Long
<ralong@gmail.com>, Antione Thompson <antoinethompson@yahoo.com>, "Rev. James Lewis III"
<Jlewis@ecmc.edu>, Floyd Jones <fjones870@gmail.com>, George Alexander <galexa1080@aol.com>, De Mario
Badger <mandmw1@yahoo.com>, Ros Jomo Akono <accesstoafreeka@hotmail.com>, "Rev. Quinton Foster"
<revqcf1@aol.com>, Russell Smith <smith7923@roadrunner.com>, frank garland <fgarland@city-buffalo.com>, Fajri
Ansari <fansari53@hotmail.com>, Brent Rollins <bjdaddy7@gmail.com>, Percy Jones <dudleywl05@aol.com>
Cc: 'Deanne Montgomery <dmontgomery@caoec.org>


Hosie,


I am uncomfortable issuing a check for the balance of funds being held in trust by the CAO for the Think Tank to
you or anyone else as an individual person.


Has the Think Tank established an account with a bank in the name of the Think Tank so we can write a check
to that entity?


If we write a check to you, and other Think Tank members object to that outcome of the funds, we would have no
recourse.


Can you provide minutes of a meeting in which the Think Tank voted on where they would like to see the funds




Charles Burgin <bromaninc@gmail.com>

## Your membership in the United Black Men's Think Tank has been rescinded - effective Immediately

6 messages

---

**Hosie Arnold** <bjhha@yahoo.com>      Thu, Jul 17, 2014 at 11:45 AM
Reply-To: Hosie Arnold <bjhha@yahoo.com>
To: "L. Nathan Hare" <Lnhare@caoec.org>
Cc: Kamau Fields <kamaure@hotmail.com>, Hosie Arnold <bjhha@yahoo.com>, Sam Radford <samradford3@gmail.com>, "L. Nathan Hare" <Lnhare@caoec.org>, Dahveed Muhammad <yesdahveed@hotmail.com>, James C Clemons <lordjamesjc@gmail.com>, Antwan K Diggs <antwankdiggs@aol.com>, Charles Burgin <Bromaninc@gmail.com>, Charlie Fisher <chfisher3rd@yahoo.com>, Wellington SMITH <wellington.smith@mutualofomaha.com>, Richard Stenhouse <bethelbflo@yahoo.com>, Kenneth Quinniey <twoqtravel@yahoo.com>, Habib Johnson <savebuffalo1st@yahoo.com>, Tanny Hollaway <tannybarb@roadrunner.com>, Bryon McIntyre <bryonm8@aol.com>, Sabu Nafeeza Adeyola <adeyola@verizon.com>, Frank Pratcher <Fpratcher@gmail.com>, Dannette Gilliam <Truthmatters626@yahoo.com>, mark blue <Mblue50@msn.com>, Jamal Fareed <RosebroughJ@yahoo.com>, Paul Hypolite <paulhypolite@gmail.com>, FritzGerald Tondreau <fritz.tondreau@gmail.com>, Ken Eason <de320eas@aol.com>, Henry Taylor <htaylor@buffalo.edu>, Bruce Cosby <Cosby@ecc.edu>, Kennethy Rippy <Kennyrippy@yahoo.com>, Eugene T Davis <hlcbles@gmail.com>, Kobie Lewis <kobielewis@gmail.com>, Rafig Salim <rsalim9@gmail.com>, Malik Edwards <mueayc100@gmail.com>, Dwayne Muhammad <foi360@yahoo.com>, Bill Peoples <umojacan@roadrunner.com>, David Allen <djdavidallen2005@yahoo.com>, Brian K Lewis <BrianKLewisFuneralHome@yahoo.com>, Mohamed Albanna <Abands@roadrunner.com>, Nagi Awass <Busserunlm@yahoo.com>, Fred Merukeb <FMerukeb@roadrunner.com>, Jabril Shareef <jabril777@hotmail.com>, Judge James McLeod <jmcleod@courts.state.ny.us>, Richard Cummings <racarccomm@verizon.net>, Darrin M Strickland <darrin.shwny@aol.com>, "Kennedy James (Gillibrand)" <James_Kennedy@gillibrand.senate.gov>, Rasheed NC Wyatt <RWYATT@city-buffalo.com>, Renijah Long <ralong@gmail.com>, Javon Z Slaughter <jzs2@buffalo.edu>, Antione Thompson <antoinethompson@yahoo.com>, "Rev. James Lewis III" <Jlewis@ecmc.edu>, Floyd Jones <fjones870@gmail.com>, George Alexander <galexa1080@aol.com>, De Mario Badger <mandmw1@yahoo.com>, Ros Jomo Akono <accesstoafreeka@hotmail.com>, "Rev. Quinton Foster" <revqcf1@aol.com>, Russell Smith <smith7925@roadrunner.com>, frank garland <garland1966@gmail.com>, Fajri Ansari <fansari53@hotmail.com>, Brent Rollins <bjdaddy7@gmail.com>, Percy Jones <dudleywil05@aol.com>



Mr. Hare:

Due to your recent actions which have been determined to be unbecoming of a professional and a gentleman, your membership in the United Black Men's Think Tank of Buffalo has been rescinded effective immediately.

Therefore, all privileges previously extended to you as a member in good standing have been revoked. Please return any and all property and materials that are the property of the United Black Men's Think Tank to us upon receipt of this letter, a copy of which has been mailed to you, via registered mail in care of your home address, 28 Parkhaven Drive, Amherst, New York 14228.

Further, your membership in the United Black Men's Think Tank has been rescinded - effective immediately

Further, your annual membership fee of $75. will be refunded to you within the next thirty day, and has been pro rated to equal an amount of $37.50  (50%) as it was an annual payment of which the first six months has passed.

Any further communication  you deem necessary should be addressed to us at United Black Men's Think Tank of Buffalo, P.O. Box 1553, Buffalo, New York  14215.

Sincerely yours,


Bernadine J. Kennedy, Administrative Manager
& Owner (DBA), United Black Men's Think Tank of Buffalo

Hosie Arnold
BJ Kennedy

---

**bryonm8** <bryonm8@aol.com>
To: Hosie Arnold <bjhha@yahoo.com>, "L. Nathan Hare" <Lnhare@caoec.org>

Thu, Jul 17, 2014 at 3:41 PM

Cc: Kamau Fields <kamaure@hotmail.com>, Sam Radford <samradford3@gmail.com>, Dahveed Muhammad <yesdahveed@hotmail.com>, James C Clemons <lordjamesjc@gmail.com>, Antwan K Diggs <antwankdiggs@aol.com>, Charles Burgin <Bromaninc@gmail.com>, Charlie Fisher <chfisher3rd@yahoo.com>, Wellington SMITH <wellington.smith@mutualofomaha.com>, Richard Stenhouse <bethelbflo@yahoo.com>, Kenneth Quinniey <twoqtravel@yahoo.com>, Habib Johnson <savebuffalo1st@yahoo.com>, Tanny Hollaway <tannybarb@roadrunner.com>, Sabu Nafeeza Adeyola <sabuadeyola@yahoo.com>, Frank Pratcher <Frpratcher@gmail.com>, Dwyane Gillison <Truthmatters626@yahoo.com>, mark blue <Mblue50@msn.com>, Jamal Fareed <Rosebrough1@yahoo.com>, Paul Hypolite <paulhypolite@gmail.com>, FritzGerald Tondreau <fitz.tondreau@gmail.com>, Ken Egan <ke200an@aol.com>, Henry Taylor <htaylor@buffalo.edu>, Brian Cosby <Cosby@ecc.edu>, Kennethy Rippy <Kennyrippy@yahoo.com>, Eugene T Davis <hlcbles@gmail.com>, Kobie Lewis <kobielewis@gmail.com>, Rafig Salim <rsalim9@gmail.com>, Malilc Edwards <mueayc100@gmail.com>, Dwayne Muhammad <foi360@yahoo.com>, Bill Peoples <umojacan@roadrunner.com>, David Allen <djdavidallen2005@yahoo.com>, Brian K Lewis <BrianKLewisFuneralHome@yahoo.com>, <Abands@roadrunner.com>, Nagi Awass <Busserunim@yahoo.com>, Mohamed Albanna <FMerukeb@roadrunner.com>, Jabril Shareef <jabril777@hotmail.com>, Fred Merukeb <jmcleod@courts.state.ny.us>, Richard Cummings <racarccomm@verizon.net>, Judge James McLeod <darrin.sbwny@aol.com>, "Kennedy James (Gillibrand)" <James_Kennedy@gillibrand.senate.gov>, Darrin M Strickland Wyatt <RWYATT@city-buffalo.com>, Renijah Long <ralong@gmail.com>, Rasheed NC Antione Thompson <antoinethompson@yahoo.com>, Javon Z Slaughter <jzs2@buffalo.edu>, <jones870@gmail.com>, George Alexander <galexa1080@aol.com>, De Mario <demario@ecmc.edu>, Floyd Jones Ros Jomo Akono <accesstoafreeka@hotmail.com>, De Mario Barber <mardmw1@yahoo.com>, <smith7923@roadrunner.com>, "Rev. Quinton Foster" <revqcf1@aol.com>, Russell Smith Brent Rollins <bjdaddy7@gmail.com>, Percy Jones <dudleywl05@aol.com>, Fajri Ansari <fansari53@hotmail.com>,

I'm curious, did the membership have discussion on this action? At what meeting? As a member do I have a state or say? What men got together and decided this? When did confirmation of their decision happen? I don't like how this is going. My dues are paid and I'm insulted. So if it be the will of the body you'll can prorate refund and erase me from the archives also. Who's really running this organization? Is it consensus or dictatorship. I can live and work with both and prefer dictatorship, that way it clear who making the decisions other than that I expect to

From Hosie Arnold

Hi Nate

Just a note to say we are sorry you chose not to meet with us for an executive committee meeting at Mattie's

on Saturday.  As you know I asked Brent to cancel the regularly scheduled meeting so that we could discuss

several problems I have been having communicating with you regarding the direction that the Think Tank is

moving toward, versus its original purpose.  As vice chair, I thought it would be best to discuss this matter

in a closed door session attended only by the signers of our DBA, and BJ, who we all know has been the

administrative back bone of the organization, since its inception.

In any event, after discussing my concerns with Brent & Floyd, and reviewing your statements in recent

emails which clearly point out your position that you  no longer wish to participate in the Think Tank as its

chairman, on behalf of those of us who will remain with the organization, I am notifying you that we will

accept your resignation, and BJ has offered to prepare an official letter to that effect, or we can have

Fritz do it, if you are too busy to do so yourself.

We have consulted with Fritz regarding the proper way to remove you as a partner on the DBA and have

been advised that we can file an amendment which will require everyone's signature and a legal notarization

of the facts. Therefore, I am asking you to please let me know if Friday, May 30th at 5:30 pm would be a

suitable time for you to meet with us at Fritz's office, 1137 Kensington Avenue, so that we can amiably conclude

this matter.

As you have stated that you have put much time and resources into the continued development of the Think Tank's

"Meaningful Mentoring Initiative", and have taken it upon yourself to move this project and its activities under the

direction of yourself, and your staff as a CAO project, none of us have any objections to your doing so. Other past and

ongoing initiatives developed by the Think Tank will remain under our domain however, and will not require any further

input from you after the date of your resignation, which I suggest to be May 29th, 2014.

If you feel that you would like to discuss anything stated in this memo in greater detail, I can be available to

meet with you on Friday the 30th at 5:30 pm, and will ask Brent & Floyd to join us also. It would be ok with

me if we meet at the attorneys office as stated above, or if you need to arrange another meeting place, our

former meeting place of 1423 Fillmore will suffice. If you like, we will be happy to discuss other matters

regarding the future of the Think Tank, its new officers, and its resources at that time. Thanks for your time and

consideration of this matter, I look forward to hearing from you soon.





**BUFFALO PUBLIC SCHOOLS**
**Department of Social Studies**
**W. Charles Brandy, Director**
150 Lower Terrace, Room 447
Buffalo, New York 14202
(716) 816-3048 ext. 8779

**To:**        **Will Keresztes, Ed.D.**
              **Associate Superintendent of Educational Services**

**From:**      **W. Charles Brandy, Director of Social Studies**

**Date:**      **November 12, 2013**

**Subject:**   **5,000 Role Models of Excellence Mentoring Program**

**Purpose:** The Buffalo Public Schools mentoring committee was convened to determine the feasibility of implementing the 5,000 Role Models of Excellence Mentoring Program.

**Methods:** The mentoring committee met on September 5, 12, 16; October 10 and had a final conference call on October 12, 2013.  Committee members included: W. Charles Brandy, Chair, Charles Burgin, Tracey Cooley, Marilyn Gibson, Modell Gault, Samuel Radford, Gail Wells and Dr. Tara Jabbar-Gyambrah.

**Findings:**

9/5

- Charles Burgins provided the committee with letters of support from former Legislature Timothy R. Hogues, Philp Rumore, Council Member Darius R. Pridgen and Dr. Barbara A. Seals Nevergold.  Additionally, copies of the Buffalo Board of Education Resolution on the 5000 Role Models of Excellence, a letter of support from Congresswoman Frederica S. Wilson, 24th District of Florida, a brief history of the 5000 Role Models of Excellence Project as well as an open page dissertation titled "The Impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males."

- The committee explored piloting the 5,000 Role Models of Excellence Mentoring Program in one Elementary ( K-8) and one secondary (9-12) buildings for the 2013-14 School Year and additional implementation to two or more schools in 2014-15.  Proposed sites included Marva J. Daniel School of Excellence School #37 (formerly Futures Academy), Build Academy School #91, Burgard or East high schools.

9/12

- The committee suggested focusing on 10 out of the 25 components of the 5,000 Role Models of Excellence Program:
    1. One to One Mentoring, Group Mentoring, and Peer Mentoring

*"Putting children and families first to ensure high academic achievement for all"*

1. One to One Mentoring, Group Mentoring, and Peer Mentoring
2. Year Round curriculum survival skills for boys
3. Employment opportunities for students
4. Youth summits and Health symposiums
5. Annual recognition of mentors
6. Annual scholarship presentations for graduating seniors
7. Field trips to college campuses
8. African American History and Culture
9. Community Service performed by all student participants
10. Critical Thinking Training

9/26, 10/10, 10/12

- The Pilot would take place during the 3rd marking period of the 2013-2014 school year. The pilot program was expected to begin on January 13, 2014 and end on March 28, 2014. Additionally, the committee developed an action plan with four components. Below is the outline of the first component.

  - Mr. Charles Burgin was charged with calling the Director of the 5,000 Role Models of Excellence Program to discuss the program's components. The Mentoring Committee was charged with providing a list of questions to Mr. Burgin for the phone call. Some of the topics of discussion included:

1. Pre/Post Test

2. Program Modules Components

3. Parent and Mentor Informational and Other materials packets

4. Interactions with the admin and other staff of the schools

5. Outline for Orientation (schedule of all of the framework of the program)

6. Student Selection Method

7. Mentor/Student match up method

8. Parental Involvement

9. Budget

10. Assessment methodology

None of the abovementioned information was provided to the committee for review and discussion. Mr. Burgin did not participate in the October 12th conference call with the committee and ceased all communication.

*"Putting children and families first to ensure high academic achievement for all"*

---

**From:** w.a.v.e.buffalo@gmail.com [w.a.v.e.buffalo@gmail.com]
**Sent:** Thursday, October 10, 2013 11:54 AM
**To:** Brandy, W. Charles; Cooley, Tracy; wellsgv@buffalostate.edu; w.a.v.e.buffalo@gmail.com; samradford3@gmail.com; bromaninc@gmail.com; modellgault@yahoo.com; Jabbaar-Gyambrah, Tara
**Cc:** 'Gail Wells' (wellsgv)
**Subject:** Re: Components - 5000 Role Models of Excellence

[Quoted text hidden]

---

Brandy, W. Charles <WBrandy@buffaloschools.org>                              Thu, Oct 10, 2013 at 12:56 PM
To: "Cooley, Tracy" <tcooley1@hilbert.edu>, "w.a.v.e.buffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "wellsgv@buffalostate.edu"
<WELLSGV@buffalostate.edu>, "samradford3@gmail.com" <samradford3@gmail.com>, "bromaninc@gmail.com"
<bromaninc@gmail.com>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-
gyambrah@hilbert.edu>

Hello Everyone,
Our conference call is scheduled for 4:00 p.m. on Friday, October 11, 2013.  Please refer to:

Conference Dial-in Number: (712) 432-1500
Participant Access Code: 257355#

Thank you for your cooperation.

Best regards,

W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

*[handwritten note: For record there never was any October 12, 2013 meeting scheduled for Conference Call — in which Charles Brandy lied saying that I closed all communications.]*

---

**From:** Cooley, Tracy [tcooley1@hilbert.edu]
**Sent:** Thursday, October 10, 2013 2:24 PM
**To:** w.a.v.e.buffalo@gmail.com; Brandy, W. Charles; wellsgv@buffalostate.edu; samradford3@gmail.com; bromaninc@gmail.com; modellgault@yahoo.com; Jabbaar-Gyambrah, Tara
[Quoted text hidden]

[Quoted text hidden]

Spam
Not spam
Forget previous vote

---

Wells, Gail <WELLSGV@buffalostate.edu>                              Thu, Oct 10, 2013 at 12:57 PM
To: "Brandy, W. Charles" <WBrandy@buffaloschools.org>, "Cooley, Tracy" <tcooley1@hilbert.edu>, "w.a.v.e.buffalo@gmail.com"
<w.a.v.e.buffalo@gmail.com>, "samradford3@gmail.com" <samradford3@gmail.com>, "bromaninc@gmail.com" <bromaninc@gmail.com>,
"modellgault@yahoo.com" <modellgault@yahoo.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-gyambrah@hilbert.edu>

Thanks.

Gail

Gmail - Components - 5000 Role Models of Excellence

*Exhibit #21(A)*



# Components - 5000 Role Models of Excellence

**Charles Burgin** <bromaninc@gmail.com>
To: "Wells, Gail" <WELLSGV@buffalostate.edu>

Fri, Oct 11, 2013 at 3:39 AM

Gail,

Hold on! After taking time to read the various emails sheet that Tracy provided me with, I want to clarify matters as regarding your October 1 st email conversation with Tracy, in which you state..."your thoughts and concerns could be discussed at the upcoming meeting on 10/10 and should be brought to the attention of Charles Burgin. Brother Charles is the member of the committee who is most familar with the 5000 Role Models of Excellence Program and may become the Director of the Program. Based on my understanding our committee is using the 5000 Role models of Excellence Program as the foundation for BPS mentoring Initiative and we are only adding or subtracting, elements based on the specific set of circumstances that challenge male students in the Buffalo Public School system and on our limitations as a committee." Instead of holding a conference call today, I find it imperitive that we meet to discuss the BPS Mentoring Initiative and "Gail's understanding." Furthermore, I'm still i8n the process of putting together the Steering Committee which will be addressing the major issues and concerns with implementing the 5000 Role models of Excellence Project in BPS and preparing for Congresswoman Frederica S. Wilson's visit to Buffalo—especially in light of the fact her visit will cordinate the on-going campaign to build a movement to recruit and sustain mentors etc. i do not intend to rush things and fully understand that everything can not be done by the January 13,2014 tentative date so I'm looking at September 2014 as a more realistic goal for implementing the 5000 Role Models of Excellence Project in BPS.

Regards

*12-4-13*
*For Supt. Brown*
*To refute assertions*
*of Charles Brandy (BPS*
*Mentor Committee Chairman)*
*that "Mr. Burgin did*
*not participate in the*
*October 12 conference call*
*with the committee*
*and closed all*
*Communications."*
*See further I said*
*Wells email of 10-11-13 to Charles*
*Burgin (myself) at 1:57 PM*

[Quoted text hidden]
> implement....using sentence stems such as In what ways might we, How can we.
[Quoted text hidden]
> From: w.a.v.ebuffalo@gmail.com<mailto:w.a.v.ebuffalo@gmail.com>
> [w.a.v.e.buffalo@gmail.com]
> Sent: Thursday, October 10, 2013 11:54 AM
> To: Brandy, W. Charles; Cooley, Tracy;
> wellsgv@buffalostate.edu<mailto:wellsgv@buffalostate.edu>;
> w.a.v.e.buffalo@gmail.com<mailto:w.a.v.e.buffalo@gmail.com>;
> samradford3@gmail.com<mailto:samradford3@gmail.com>;
> bromaninc@gmail.com<mailto:bromaninc@gmail.com>;
> modellgault@yahoo.com<mailto:modellgault@yahoo.com>; Jabbaar-Gyambrah, Tara
> Cc: 'Gail Wells' (wellsgv)
> Subject: Re: Components - 5000 Role Models of Excellence
> Just returning Jacinto work from vacation. I had more work than expected so
> I may not make the meeting.  :(
>



# Components - 5000 Role Models of Excellence

**Wells, Gail** <WELLSGV@buffalostate.edu>
To: Charles Burgin <bromaninc@gmail.com>
Cc: "'Gail Wells' (wellsgv)" <wellsgv>

Fri, Oct 11, 2013 at 1:57 PM

Hotep Brother Charles,

Everyone who called in for the conference call felt the conference call should be cancelled and as per your suggestion be replaced with a meeting. A meeting time was identified therefore we need to know if you are available to meet next Friday on October 18th at 11am. The meeting would be held at the regular location. If this is not convenient for you please provide another time when you are available as we feel we cannot proceed without your input.

*[handwritten: P. Strange — because the conference call was scheduled by Brandy for 4PM, yet gail emails me at 1:57PM]*

I got your number from Tracy and I will be calling you this weekend to clear up any misunderstanding that we might have regarding the email I wrote. My cell phone no longer works because it got wet. I will contact you using my landline. Have a great weekend!

Ubuntu,
"We are because I am, I am because we are."

Gail

——Original Message——
From: Charles Burgin [mailto:bromaninc@gmail.com]
Sent: Friday, October 11, 2013 6:39 AM
To: Wells, Gail
[Quoted text hidden]
> ls.org>; w.a.v.e.buffalo@gmail.com<mailto:w.a.v.e.buffalo@gmail.com>;
> samradford3@gmail.com<mailto:samradford3@gmail.com>;
> bromaninc@gmail.com<mailto:bromaninc@gmail.com>;
> modellgault@yahoo.com<mailto:modellgault@yahoo.com>; Jabbaar-Gyambrah,
> Tara
>
> Cc: 'Gail Wells' (wellsgv)
>
> Subject: RE: Components - 5000 Role Models of Excellence
>
>
>
> See everyone tomorrow!
>
>
>
> gail
>
>
>
> From: Cooley, Tracy [mailto:tcooley1@hilbert.edu]
>
> Sent: Wednesday, October 09, 2013 1:52 PM



Gmail - Components - 5000 Role Models of Excellence

# Components - 5000 Role Models of Excellence

**Charles Burgin** <bromaninc@gmail.com>
To: "Wells, Gail" <WELLSGV@buffalostate.edu>

Mon, Oct 14, 2013 at 8:47 PM

Greetings,

This is to inform that I am not available for the 18th of Oct. I will be available for a meeting on Friday the 25th after 1:30 pm or from the 28th thru 31st of October after 1:30 pm. At that meeting we shall discuss the formal role of the BPS Mentor Committee as regarding the 5000 Role models of Excellence Project—which has nothing to do with the so-called Buffalo Mentor Initiative! We valso shall discuss for the record, how the Steering Committee which I'm putting together to advance the objectives and implementation of the 5000 Role models of Excellence Project in BPS; along with the "impact study and cost analysis which can not be performed until after my business plan and budget has been perfected, along with other pertinent concerns and timelines.Shanti, Bro. Charles"

[Quoted text hidden]

*For Supt. Brown
12-4-13*

*☆ To Refute
Charles Brandy's
{BPS mentor Committee}
chairman
assertion that
"Mr. Burgin did
not participate in the october
12th conference call with the
committee and closed all
communication!"*

*Also to prove that Charles
Brandy is a lion with
ulterior motives see, I send
Wells email of 10-23-13 at
1:30 PM stating she was leaving for
Baltimore on 24th. Note that
she had Called me to state that
she was going out of town and
could not meet with the Mentor
Committee until she returned. This
is my last official communication received
from the mentor Committee - Supt. Brown, I previously sent You
referred dated Sept 3 2012*

*[handwritten note, top right:]* Charles Brandy and Dr Will Keresztes as regard their bei appointed to do impact study Cost analysis per Resolution see #1 & #2

# FW: Policy Bridge Report -- Cleveland, Ohio

**Wells, Gail** <WELLSGV@buffalostate.edu>
To: "modellgault@yahoo.com" <modellgault@yahoo.com>, "Brandy, W. Charles (WBrandy@buffaloschools.org)"
<WBrandy@buffaloschools.org>, "Cooley, Tracy (tcooley1@hilbert.edu)" <tcooley1@hilbert.edu>,
"bromaninc@gmail.com" <bromaninc@gmail.com>

Wed, Oct 23, 2013 at 1:30 PM

*[handwritten note:]* See also: March 22, 2013 Email to Charles Brandy & Dr. Will Keresztes to Tracy Cooley — March 19, 2013 Em

Dear Team,

I am leaving for Baltimore tomorrow morning BUT I have attached an article that was sent to me by a national Black Think Tank which I belong to. Please read it and send comments/reactions.

*[handwritten note:]* Note: For record, I had spoken to Gail Wells over phone

Ubuntu,

"We are because I am, I am because we are."

Gail

**From:** Howard, Tekeia [mailto:howardt@xavier.edu]
**Sent:** Wednesday, October 23, 2013 3:07 PM
**To:** Howard, Tekeia
**Subject:** Policy Bridge Report -- Cleveland, Ohio



*A premier repository that shines as a beacon for forward-thinkers who reveal issues and disseminate solutions affecting Blacks in higher education, as well as, serving as an exceptional resource for networking, career management and leadership development. In addition, an African-centered approach guides and fosters community building among its members and friends.*

**: Easing the Pain - Communities Must Act to Heal Wounds of African-American Boys and ng Men**

**andell McShepard & Gregory L. Brown**



**TIMOTHY B. HOWARD**
SHERIFF OF ERIE COUNTY



*October 10, 2013*

*To Whom It May Concern:*

*As a 40 year member of the law enforcement community and elected Sheriff of Erie County, I am proud to support and participate in the expansion of a program designed to teach healthy living, personal responsibility and respect for others.*

*I look forward to meeting with Congresswoman Frederica S. Wilson upon her arrival in Buffalo.*

*Sincerely,*

*TIMOTHY B. HOWARD*
*SHERIFF OF ERIE COUNTY*

*TBH/lmp*

**TEN DELAWARE AVENUE, BUFFALO, NEW YORK 14202-3999**
(716) 858-7608     FAX: (716) 858-7680     WEBSITE: http://www.erie.gov/sheriff

*op #30*

*Have they taken the Shackles off our Wrists*
*and put them on our Brains?*



**APATHY IS BUT ONE LINK IN**  **THE CHAIN OF INDIFFERENCE**

*Dr. Grant  Depty or ass*
*851-5147*

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com

**MAN-UP!**
**MIND-UP!**

**MAAT**

✈ **October 17, 2013**



**To: Mayor Byron Brown**
**Buffalo City Hall**

**KNOW THYSELF**

**From: Charles Burgin, Founder Brotherman's Progress**
**Mentors Matter Org., Chairman District Parent Coordinating**
**Council Mentor Committee**

**Re: Your agreement to support my plans for 5000 Role Models**
**of Excellence Project to be implemented in Buffalo Public**
**Schools as one viable solution to help alleviate cycle of**
**generational poverty amongst minority male students**

**Dear Mayor Brown,**

**This is to inform:**

**1. That, I received a letter (with material documents) dated**
**February 5, 2013, from Executive Director Tammy T. Reed, of**
**5000 Role Models of Excellence Project, informing "I wish you**
**success in your efforts to establish and build a mentoring**
**program that positively impacts the lives of our children."**

**2. That, shortly after receiving the letter and materials related**
**to the 5000 Role Models of Excellence Project, I had an**
**opportunity to speak with you at one of our monthly District**
**Parent Coordinating Council Buffalo Public School meetings in**



Charles Burgin <bromaninc@gmail.com>

---

## Community conversation with Superintendent Dr. Pam Brown

1 message

---

**Hosie Arnold** <bjhha@yahoo.com>                                    Mon, Jun 2, 2014 at 6:26 AM
Reply-To: Hosie Arnold <bjhha@yahoo.com>
To: Kamau Fields <kamaure@hotmail.com>, Hosie Arnold <bjhha@yahoo.com>, Sam Radford
<samradford3@gmail.com>, Spencer Gaskin <swgaskin@gmail.com>, "L. Nathan Hare" <Lnhare@caoec.org>,
"Rev. James Lewis III" <revjal3@aol.com>, Dahveed Muhammad <yesdahveed@hotmail.com>, James C Clemons
<lordjamesjc@gmail.com>, Antwan K Diggs <antwankdiggs@aol.com>, Charles Burgin <Bromaninc@gmail.com>,
Charlie Fisher <chfisher3rd@yahoo.com>, Wellington SMITH <wellington.smith@mutualofomaha.com>, Richard
Stenhouse <bethelbflo@yahoo.com>, Kenneth Quinniey <twoqtravel@yahoo.com>, Habib Johnson
<savebuffalo1st@yahoo.com>, Tanny Hollaway <tannybarb@roadrunner.com>, Bryon McIntyre
<bryonm8@aol.com>, Sabu Nafeeza Adeyola <sabuadeyola@yahoo.com>, Frank Pratcher
<Frpratcher@gmail.com>, Dwyane Gillison <Truthmatters626@yahoo.com>, mark blue <Mblue50@msn.com>,
Jamal Fareed <RosebroughJ@yahoo.com>, Paul Hypolite <paulhypolite@gmail.com>, FritzGerald Tondreau
<fritz.tondreau@gmail.com>, Ken Eason <de320eas@aol.com>, Henry Taylor <htaylor@buffalo.edu>, Bruce Cosby
<Cosby@ecc.edu>, Kennethy Rippy <Kennyrippy@yahoo.com>, Eugene T Davis <hlcbles@gmail.com>, Kobie
Lewis <kobielewis@gmail.com>, Rafig Salim <rsalim9@gmail.com>, Malilc Edwards <mueayc100@gmail.com>,
Dwayne Muhammad <foi360@yahoo.com>, Bill Peoples <umojacan@roadrunner.com>, David Allen
<djdavidallen2005@yahoo.com>, Brian K Lewis <BrianKLewisFuneralHome@yahoo.com>, Mohamed Albanna
<Abands@roadrunner.com>, Nagi Awass <Busserunlm@yahoo.com>, Fred Merukeb
<FMerukeb@roadrunner.com>, Jabril Shareef <jabril777@hotmail.com>, Judge James McLeod
<jmcleod@courts.state.ny.us>, Richard Cummings <racarccomm@verizon.net>, Darrin M Strickland
<darrin.sbwny@aol.com>, "Kennedy James (Gillibrand)" <James_Kennedy@gillibrand.senate.gov>, Rasheed NC
Wyatt <RWYATT@city-buffalo.com>, Renijah Long <ralong@gmail.com>, Antione Thompson
<antione@blackwny.com>, Floyd Jones <fjones870@gmail.com>, George Alexander <galexa1080@aol.com>, De
Mario Badger <mandmw1@yahoo.com>, Ros Jomo Akono <accesstoafreeka@hotmail.com>, "Rev. Quinton Foster"
<revqcf1@aol.com>, Russell Smith <smith7923@roadrunner.com>, frank garland <fgarland@city-buffalo.com>, Fajri
Ansari <fansari53@hotmail.com>, Brent Rollins <bjdaddy7@gmail.com>, Percy Jones <dudleywl05@aol.com>
Cc: Barbara Nevergold <banevergold@buffaloschools.org>

Fellow members:

On Friday, June 6th, I am encouraging all of you to join me in supporting the
outgoing Superintendent of Buffalo Public Schools, Dr. Pam Brown in an
event she is holding entitled "Buffalo Schools at the Crossroads: The Current
Status of the District". This "conversation" with the Superintendent should
prove to be very informative and in light of the fact that she and current School
Board President, Dr. Barbara Seals-Nevergold attended our dinner party
fundraiser last February 22nd, and assisted us in moving our mentoring
project forward with the Buffalo Schools , I personally encourage all of us to
come out and show them our appreciation and support. Hopefully we will
learn how we can continue to work in a meaningful way with the new Board and
help them in the future as they work to provide the best education possible for
all of Buffalo's children.



**BOARD OF EDUCATION – CITY OF BUFFALO**
Buffalo, New York

### INTEROFFICE MEMORANDUM

**Date**: 03/27/14 – 04/08/14

| | |
|---|---|
| **SUBJECT**: | <u>Speakers List</u> for the Board Meeting of **Wednesday, April 9, 2014** |
| **TO**: | All Board Members and Dr. Pamela C. Brown |
| **FROM**: | James M. Kane, Executive Director of Operational Services |

03/27/14          Zakea Williams, Parent
                              RE:        #115 and MEC Merger

03/27/14          Teara Williams, Student
                              RE:        #115 Merger

03/31/14          Kamau Fields, Concerned Citizen/Parent
                              RE:        Speaking Truth to Power

03/31/14          Tara Watkins, Parent
                              RE:        MEC/MST Merge

04/01/14          Adam Maurer, Concerned Citizen
                              RE:        Improvements

04/04/14          Charles Burgin, Member of DPCC
                              RE:        Five Thousand Role Model of Excellence Project

04/04/14          Steve Tomlins, Parent
                              RE:        Recommendation for BPS

04/07/14          Solomon Myree, Concerned Citizen
                              RE:        Special Needs Program in our Schools

04/07/14          Marc Bruno, Teacher/Concerned Citizen
                              RE:        Reducing Suspensions

04/08/14          Dorothy Gray, Parent
                              RE:        Questions on MLK

04/08/14          Mariana Cole-Rivera, Parent
                              RE:        Lack of Autism Programs in BPS

04/08/14          Jennifer Mecozzi, Parent
                              RE:        MEC Transition

04/08/14          Sandra McAdory, Parent
                              RE:        MEC Transition