

A.H
8/2/2015



Charles Burgin <bromaninc@gmail.com>

## Fight for 5000 Role Models Of Excellence Project

1 message

**Charles Burgin** <bromaninc@gmail.com>                     Sat, May 11, 2013 at 12:57 PM
To: BJHHA@yahoo.com, Inhare@caoec.org
Cc: ewriter52@aol.com

Bros. Hosie&Nate,

Recently, I copied you with emails that evidece my struggle with powers-that-be-in BPS Anministration. I'm
fighting for the 5000 Role Models Of Excellence Project as the correct model to be implemented in BPS to serve
our minority students who have been consistently shortchanged by the educational system into dropping out of
BPS and being exposed to mass incarceration, early graves, guns, gangs drugs--you name it! Nate, when I
attended your "BOE Speakers List Meeting" as a show of support--you were given a copy of the 5ooo Role
Models Of Excellence Project letter I received from Executive Director Tammy Reed. Bro. Nate, you then signed
the Nonviolence Pro Mentor Petition which incorporates the 5000 Role models Of Excellence Project (see
atached). I explained how I was contacting people on the "most influential list" of WNY to have them sign and
support the initiative to uplift and empower our minority youth. It just so happen to be that Carl Paladino is the
No.1 on the most "influential" list and we talked about things as he was on the March 13 BOE Speakers List
when I made my plea to the BOE and Supt Brown for their support for our initiative. Supt. Brown told Associate
Supt Keresztes to work with me but he has tried to stymie my efforts (see and read the emails I previously
forwarded). My plan is to get cooperation from the education, business, labor, government, civic, and faith-based
leaders and individuals to sign on to the movement of the petition as I then would ask certain community leaders
such as Bro. Nate to sit on a prestigous, qualified panel to help bring in the resources to effectively begin setting
up the Buffalo version of 5000 Role Models Of Excellence Project and begin the extensive ongoing community
advertising campaign to have mentors sign on etc. Of course, I want to bring Congresswoman Frederica S.
Wilson here. I don't know if you recall that for the past 15 months, I have been working with a Special BPS
Mentor Committee, upon which I was appointed to by Interim Supt. Amber Dixon--only in RESPONSE to my
HEAVY advocacy on behalf of our at-risk minority students. In addition, I believe that you are aware that I chair
the DPCC Mentor Committee and my platform is highly motivated ro bring change in the status quo--stop the
selling out of our most precious resource! Well the snakes-in-the-grass have begun to slither and I wanted your
input and the support of my Brothers at the Black Mens Think Tank. I want everyone to know that my only focus
at the moment is the MENTOR aspect to serve minority youth. All the other issues and problems with the BPS--I
leave to you and others. I have people like Mayor Brown, David Rust of Say Yes, Phil Rumore and Carl Paladino
who have not only signed the petition but have agreed to meet with me and offer their assistance. Just keep one
thing in mind--I am NOT being paid one dime by ANYONE--my message remains the focus of empowering and
uplifting our at-risk minority students when it comes to the subject of MENTORING!!!!! I welcome and will accept
the help and support of anyone offering it as long as there are NO STRINGS! Please take some time to read
those forwarded emails and I need your immediate feed back as I have to meet with BOE member Lou Petrucci
who is bringing the 5000 Role Models Of Excellece Project/Nonviolence Pro Mentor Of At-risk Youth Petition
Initiative before Board Committee member Hernandez's Committee to be further discussed before the full body
can have a vote etc. Shanti, Bro. Charles

**3 attachments**

BUFFALO PUBLIC SCHOOLS   DPCC    9-20-11 MINUTES

There is a BPS Garden committee is working with grass roots gardens to create a tool kit for students who want to begin a community garden.

The health committee is working to include a wellness component in every Comprehensive Education Plan for schools.  They are also a pushing to facilitate the conducting of physicals at schools for those who have not been able to receive one from a primary care provider.

**Ad Hoc Committee on Mentoring**

*Mr. Charles Burgin made a motion to form a mentoring committee and Lafayette seconded it.  The motion passed* without opposition, with Mr. Burgin as its chair.

**BOE Member Ralph Hernandez**
We took a moment to recognize former Board of Education President Ralph Hernandez.  He wanted to re-commit to the DPCC, and welcomed our calls to any of the board members to ask for intervention on our issues.  He assured us that should we not get satisfactory responses, that he himself would respond.  We may reach him at 864-4983.

**In Closing:**
*We asked every one to take the skills form provided in our agendas to indicate the qualities that we possess that can be utilized by the group, in order to be the best Parent body that we can be.

**Announcements:**
City Honors Testing Dates:
*October 1st for 9th grade, Saturday, Oct 1st at 8:00.
Oct 15th for 5th grade, 8am, Oct 22nd, 6-8th graders, then essay test on Nov. 5th.  Contact the City Honors rep at minevos@hotmail.com, cell: 716-207-1458

*School #74 has a uniform.

*Hutch tech open house and chicken dinner from 4 – 8 pm on Wednesday, October 5th

*Southside will host its grand opening on Thursday, Sept 22, from 6pm -8pm.  Its new building holds 1100 students.

*Glen Jumper has been laid off.

**Closing Comments:  What did you like, and what skills can you offer the DPCC?**
*Liked that we covered a lot of information on the parent facilitators.  Am good with PR.
*Liked hearing from Lloyd Hargrave on Title One information.  Can contribute life skills.
*Liked the information that was given.  Can annoy the bejeebers out of district people.
*Liked the establishment of the mentoring committee.  Have legal skills to contribute.
*Liked information from Lloyd Hargrave, and the opportunity to work on the budget.  Liked plan for advocates for the student, and the possibility of a raise.  Can contribute community and PR skills.
*Liked Lloyd Hargrave's comments, and the information about City Honors, Liked the plan to have an advocate at each grade level.
*Good information.  Got a hornets nest going, and we're proving a point.  We're gonna be right in there.  Can work on accounting and business end.
*Very informative, and can contribute in a lot of areas.
*Everything was good, can help with fundraising.
*Everything was beautiful, can help with fundraising.



**Buffalo Public Schools**
**District Parent Coordinating Council**
**Howard Lewis Parent University**
**179 Albany Street**
**Buffalo, New York 14213**

Co-Leen Webb, President                                  Sabirah Muhammad, Recording Secretary
Samuel L. Radford III, Vice President                    Kim M. Walek, Corresponding Secretary
Kamala Muhammad, Treasurer                               Gloria Sanchez, Parliamentarian

Brother Charles Burgin
Brotherman's Progress
P.O. Box 1073
Buffalo, NY 14201

Dear Brother Charles Burgin,

The District Parent Coordinating Council consists of representatives and parent leaders from every school within the Buffalo Public Schools. Member of the council feel it is important that parent voices be heard in all district initiatives and that we learn together about ways to help increase student achievement. The DPCC believes that it is important for parents to be involved learn the many ways to help their students. We were pleased to learn of your important petition and the efforts you have made to help the youth in our community. You presented the goals of your petition and received a motion from the DPCC to support your efforts to share your petition with all BPS schools and the parent leadership, the motion was passed unanimously.

Your petition seeks **Resolution for the people of WNY, in support of the Brother Man Petition for nonviolence and increasing life skills mentoring programs for at-risk youth**. The DPCC endorses this petition as a means to acknowledge the concerns of our community, parents, and school leaders and to hopefully point our district toward identifying means and methods to help support our at-risk youth.

The DPCC membership looks forward to working with you to help District officials, public schools and individuals from our community learn more about your efforts. The council will work with you to distribute your petition so that the information may be shared with others across the district. The District Parent Coordinating Council commends you on your effort to; 1. stem gun violence and provide more quality mentoring programs in safe environments, and 2. ask that leaders personally take a stand to show support for the people of WNY, through a series of meetings with representatives across a board range of services, agencies, businesses, and community based groups.

If there are any questions you have regarding the District Parents' Coordinating Council's support of your petition please contact Co-Leen Webb at 812-4626.

Sincerely,

Co-Leen Webb
President, District Parent Coordinating Council

**The District Parent Coordinating Council is:**
"Building capacity for parent involvement to improve student achievement".

9/11/2015     Gmail - Support for our NonViolence Pro Mentoring Of At-Risk Youth Petition and your answer to DPCC mentoring Questions

Case 1:15-cv-00201-WMS-MJR   Document 18-1   Filed 12/15/15   Page 4 of 41



Charles Burgin <bromaninc@gmail.com>

## Support for our NonViolence Pro Mentoring Of At-Risk Youth Petition and your answer to DPCC mentoring Questions

4 messages

**charles burgin** <bromaninc@gmail.com>               Fri, Oct 28, 2011 at 11:18 AM
To: lpetrucci@buffaloschools.com

Mr. Petrucci, This is my 2nd. email to you as I do not believe my very detailed first one went through minutes ago. I was at your online site and typed email but got message that server could not send etc. So here we go again. Short version. You came to our DPCC meeting and was publicly aprised of the set of mentoring related questions which I typed up for past BOE President Hernandez, who never got around to answering as he had promised while publicly appearing before DPCC. I seek a meeting with you for your response to the written questions as you agreed to do when you appeared before DPCC as new BOE President. This matter has been ongoing since April, before you became President and we need to conclude this business. Another thing, I was never given any clear understanding when I asked for the BOE to deal with the Council Of Great City Schools report of October 2010, which specifically calls for more Black male mentors and counselors in School Districts across the nation to specifically deal with the drop-out rate of young Black males. Our horrendous gradustion rate of approximately 25%, which contributes to drugs, gangs, fratricide and mass incarceration of young Black males. Of course you (the schools) have no idea of how to deal with the negative self-hate which is one of the reasons for the rage and anger found in many of those youth still in school and those who have dropped out. Yes Black males can and do make a difference. I'm not asking you or anybody to do anything that I wont do for these at-risk youth. I walk the talk and have served the last four years as a volunteer mentor at Enterprise charter School. My mentee has graduated to start at Seneca this past September. Then we have the matter of the BOE simply ignoring my requested support for our "Nonviolence Pro Mentoring Of At-Risk Youth Petition initiative. Several months ago, I have appeared on occasion as a speaker to BOE and have specifically requested support for our petition initiative. Other times, I have personally handed copies to individual Board members with no response. I reiterate that this petition (attached) has the names and faces of some of your students such as 15 year-old Dominique Maye who was gunned down with an AK-47 while doing her homework on computer; 14 year-old Nancylia Salter, gunned down on streets, student Juwan Daniels who was gunned down after leaving school per suspension. Afew days ago a student at Bourgard was victim of homicide/fratricide and his name and picture is being added to petition. To put it bluntly, I'm sick and tired of begging the BOE for support of this petition initiative while only being ignored. It sends a very negative message that the BOE is insensitive to supporting a movement that seeks systemic change and support for our youth, some of which are living in fear for their lives. I want you to know that the DPCC took a unanimous vote in support of our petition. Recently, I was made the Chairman of the DPCC Mentoring Committee. I want you to know that last October, the Buffalo Common Council gave us a 2 day event in support of our Nonviolence Pro Mentoring initiative. They included a written proclamation urging other officials and governmental bodies to hold events to support our petition which seeks 50,000 plus signatures from the "good neighbors" of Western New York. In addition, I have sat down with Teachers Union President Phil Rumore who whole heartedly embraces our petition movement, has sent me a letter of support and has left the door open to be of assistance. The movement is being taken to another level as we encourage the faith-based, business, civic, education, government, and media people to get behind us to show love and give more hope to the countless students and youth living in fear for their lives. This is my last request that you (The Board) act and if not satisfactory then I will simp[ly make known to the community and media, the facts of the mater as how we were put on hold and basically ignored while these so-called leaders do the wrong thing when it comes to our children who don't appear to count when it comes to acting on their behalf. Your consideration in the matter is greatly appreciated as I await your immediate reply. Shanti. Charles Burgin: Founder of Brotherman's Progress, Chair of DPCC Mentor Committee, member of Build Unity Independence Liberty Dignity.





# BOARD OF EDUCATION

65 Niagara Square • Room 801 City Hall
Buffalo, New York 14202
Phone: (716) 816-3570 • Fax: (716) 851-3937

**BOARD OF EDUCATION MEMBERS**

**MR. LOUIS J. PETRUCCI**
President

**MRS. SHARON M. BELTON-COTTMAN**
**MR. RALPH R. HERNANDEZ**
**MR. CHRISTOPHER L. JACOBS**
**MRS. FLORENCE D. JOHNSON**
**MRS. MARY RUTH KAPSIAK**
Vice-President-Student Achievement

**MR. JOHN B. LICATA**
**MR. JASON M. McCARTHY**
**MRS. ROSALYN L. TAYLOR**
Vice-President-Executive Affairs

**MRS. AMBER M. DIXON**
Interim Superintendent

12/11/2011

Charles Burgin
Founder
Brotherman's Progress Mentors Matters
PO Box 1073
Buffalo, NY 14201

Dear Mr. Burgin:

I have had the opportunity to read your questions and ask senior staff about your concerns. I have received some answers but not all. I have also been informed that you have been recently appointed to the newly established Mentoring Committee chaired by Charles Brandy.

With respect to mentoring organizations working within the Buffalo Pubic Schools, it has been inconsistent. We have had large organizations that have adopted individual schools and provided help to said institutions. We have had individuals who have worked with the principals at various schools on particularly occasions or for specific events.  We as a board asked for a report showing by school what particularly extracurricular programs are provided at that location so that we have a better understanding of the need across the district.

We have established the aforementioned Mentoring Committee to establish policies, practices, and practices for interested groups and individuals. There has been a renewed interest in mentoring the students of the Buffalo Public Schools. These offers range from well intentioned individuals to well established organizations. The Buffalo Public Schools need to have a well articulated policy that both provides access to mentoring programs and ensures the safety and well being of our students.

With respect to Title 1 funds, federal school "turnaround" funds, or the general payment of mentors by the Buffalo Public Schools, historically our mentors have all been volunteers. We are talking about school based budgeting by which the district would provide each individual school an overall budget. Within that budget, the school would have to provide established levels of

*"Putting children and families first to ensure high academic achievement for all."*

Brotherman's Progress
12/11/2011

service but would be free to use any excess money for programs that they believe would benefit their respective students such as mentoring. If the BPS were to undertake a district wide mentoring program, it would be subject to the normal procedures for hiring an organization or individual.

Mentoring can play an important role in the lives of at-risk youth regardless of their race. Too many of our children could benefit from positive role model in their lives who takes a personal interest in their achievement and well being.

With respect to the achievement of males of African descent in the Buffalo Public Schools, we are not where anyone wants to be. We need to see great improvements. The district has been working to improve the graduation rate of males of African descent as well as all of our other children that have to overcome the hurdles of poverty, language, or any other challenge. As I have said previously, we are not where we want to be.

Thank you for taking the time to contact me with your concerns. I can also be reached at lpetrucci@buffaloschools.org.

Sincerely,

Lou Petrucci

*"Putting children and families first to ensure high academic achievement for all."*



RECEIVED

JUN 1 1 2013

SUPERINTENDENT'S OFFICE



## 5000 ROLE MODELS OF EXCELLENCE PROJECT

February 5, 2013

Mr. Charles Burgin
P.O. Box 1073
Buffalo, New York 14201

Dear Mr. Burgin:

It was a pleasure speaking to you. As promised, attached is information regarding the **5000 Role Models of Excellence Project**. I wish you success in your efforts to establish and build a mentoring program that positively impacts the lives of our children.

Sincerely,

Tammy T. Reed
Executive Director
**5000 Role Models of Excellence Project**

Attachments

### MIAMI-DADE COUNTY PUBLIC SCHOOLS

1450 N.E. 2nd Avenue, Suite 227, Miami, Florida 33132•Phone (305) 995-2451•Fax (305) 995-2455
Congresswoman Frederica S. Wilson, Founder/Tammy T. Reed, Executive Director
website address: **5000rolemodels.com**
*"Committed to guiding minority boys along a carefully chartered path and sending them to college."*



SAY YES
— TO EDUCATION —
BUFFALO
sayyestoeducation.org

April 1, 2013

Charles Burgin
CEO/Founder
Brotherman's Progress Mentors Matters
P.O. Box 1073
Buffalo, NY  14201

Dear Mr. Burgin:

Say Yes Buffalo is committed to working with organizations and community-members in Western New York who share our dedication toward increasing educational opportunities for Buffalo's young people.

One part of our approach is to leverage partnerships in the community to create a network of mentors who can provide guidance and support to those students who can benefit from a one-to-one relationship with a stable and responsible adult.  Research is unequivocal that to be successful, mentors must be carefully screened, trained and supported so that they can provide the quality relationship necessary to be a positive force for a young person – particularly one who is considered at-risk.  As such we will endorse and partner with organizations that demonstrate best practices and evidence-based principles of mentoring designed to encourage youth to be competent, confident and independent.

These programs empower students and provide a welcoming and safe environment that fosters a positive means for self-expression, promotes healthy decision-making skills, and encourages community awareness and pride.

Thank you for your dedication to youth and community.

Sincerely,

David P. Rust
Executive Director

*Have they taken the Shackles off our Wrists and put them on our Brains?*

 **APATHY IS BUT ONE LINK IN**  **THE CHAIN OF INDIFFERENCE** 

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**Brotherman's Progress
Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com

**MAN-UP!
MIND-UP!**





**KNOW THYSELF**

 **MAAT**

May 15, 2013
**To: Buffalo Board Of Education Committee, R. Hernandez et al
From: Charles Burgin, Founder of Brotherman's Progress Mentors
Matter Program Org.
Re: BOE RESOLUTION IN SUPPORT of our Nonviolence Pro
Mentor/5000 Role Models of Excellence Project Initiative**

**Please find enclosed, copies of materials submitted for consideration by
your BOE Committee and the full Buffalo Board of Education as
regarding the above request made on behalf of our at-risk marginalized
minority students, parents, the community at large, and especially the
many youth in the community who are living in fear for their lives. This
extensive material evidencing the need for the above Resolution in
support of our initiative, can possibly be summed up by the BOE
Committee and full body, reading the enclosed copy of an email which I
sent to BOE member John Licata, dated May, 17, 2011. Thank you!**



Charles Burgin< bromaninc@gmail.com>

# City of Buffalo Board of Education Resolution: Conduct an Impact Study and Cost Analysis Study of The 5000 Role Models of Excellence Project, cosponsored by L. Petrucci and Ralph Hernandez

2 messages

**Charles Burgin**< bromaninc@gmail.com>                                    Fri, Jun 7, 2013 at 11:16 AM
To: rhernandez@buffaloschools.org, Lou Petrucci <lpetrucci@buffaloschools.org>,
cpaladino@ellicottdevelopment.com

Dear Sirs,
This is to inform that I sat from 5pm to, approximately 10:pm before the BOE Committee referenced my connection to the above. They did not have any additional inquiry and were ready to go home. I simply reiterated my position that I wanted to know when a formal vote on the resolution would be done. Dr. Nevergold stated that it can be done at next Wednesday's BOE meeting--if the sponsors ask for a vote. Of course Mr. Petrucci, you and Mr. Hernandez had exited the meeting way before then. I explained to the remaining members that I expected to have an up or down vote this coming Wednesday on behalf of our young minority males who have been disparately educated for decades. When well versed professionals study the problems of miseducating young minority males--often there is a discussion on what educators call institutional racism. I for one, will use my extensive contacts, written and videotaped to speak volumes about my experience with the past Administrators and Buffalo Board of Education elected officials. While I'm not personally calling anyone a racist--one has to look at the implication of racist policies over the past few decades and how it negatively impacted minority students into mass incarceration etc! My intuition (amongst other considerations) tell me that certain BOE members don't really want to have that vote on the above Resolution. That is why I'm asking you personally, Mr. Petrucci and Mr. Hernandez to keep your word--be there to request the vote!! Then cast yours in a movement to improve and empower the lives of young minority males. Mr. Paladino, I'm simply covering you on this email so that you understand exactly where we (and BOE) are. If for some reason we do not receive our vote next Wed--then I would be calling upon you as a new BOE member to demand an public investigation and let the chips fall whereever they may! It's time that the BOE understand that they work for the benefit of ALL the students who are entitled to high academic achievement--not just the cream of the crop so to speak. Of course, I will steadfastly continue to speak up for our students who are being disparately educated. I now fully understand how the good old boy network works--but you wont catch me playing any games with the lives of our students!! Mr. Petrucci and Mr. Hernandez, I will be expecting you to be there this coming Wednesday to stand for real change!! Thank you!

**LPetrucci@buffaloschools.org** < LPetrucci@buffaloschools.org>           Fri, Jun 7, 2013 at 12:19 PM
To: Charles Burgin <bromaninc@gmail.com>

Charles
I received your call yesterday and email today. I had to leave to pick my daughter up from work. My family commitment is my highest priority. My leaving is in no way associated with your proposal. I am fine bringing the matter to a vote. I do not know if it will be on the agenda or in open session.
Thank you for your continued efforts to improve our student achievement.
Sincerely
Lou Petrucci

Sent from my iPhone

On Jun 7, 2013, at 11:16 AM, "Charles Burgin" <bromaninc@gmail.com> wrote:

COMMITTEE ON
EDUCATION AND THE WORKFORCE
SUBCOMMITTEES
EARLY CHILDHOOD, ELEMENTARY, AND
SECONDARY EDUCATION
HEALTH, EMPLOYMENT, LABOR, AND PENSIONS

**FREDERICA S. WILSON**
CONGRESS OF THE UNITED STATES
24TH DISTRICT, FLORIDA



COMMITTEE ON
SCIENCE, SPACE, AND TECHNOLOGY
SUBCOMMITTEES
RANKING MEMBER - TECHNOLOGY
SPACE

June 12, 2013

**RECEIVED**

**JUN 14 2013**

SUPERINTENDENT'S OFFICE

To the Members of the Buffalo Board of Education:

I was so pleased to learn that you are considering a resolution, co-authored by Mr. Ralph Hernandez and Mr. Lou Petrucci, calling on Superintendent Pamela C. Brown to conduct an impact assessment of the 5000 Role Models of Excellence Project and to expand the role of mentoring in your school system.

I urge you to pass this important measure.

In my career as an educator, school principal, school board member, and state and federal legislator, I have seen *firsthand* what works in children's lives. In situations in which a child is missing an involved parent or a strong role model, there is one simple intervention that can make all the difference: A good mentor.

I founded the *Role Models of Excellence Project* in 1993, during my time as a member of the Miami-Dade School Board, for precisely this reason. The project has now transformed thousands of lives. It has received national recognition since its inception and was central to *America's Promise*, a summit chaired by former President Bill Clinton and General Colin Powell. The program was featured in an article entitled "*Here's One Idea That Really Works*" by nationally-syndicated columnist Leonard Pitts as part of a series on programs that promote positive change in the lives of African-American youth. Most recently, The Miami Herald celebrated our program's twenty years of success in a front-page feature article.

There are over 8,000 bright eyed boys in the Miami-Dade project today, ages 9 to 19, searching for guidance and looking for a hug. Most are without a dad or an uncle to emulate. Thousands of accomplished men in Miami guide them, tutor them, and give them hope. Our drop-out rate has decreased phenomenally since the inception of the program. Principals, teachers, and parents sing praises of the results and the students are proud to be associated with this extremely successful program.

In Congress, I am working to bring this important initiative to a national scale. If this resolution is passed, I would be delighted to come to Buffalo to help you move this essential initiative forward.

Sincerely,

*Frederica S. Wilson*

Frederica S. Wilson
Member of Congress

WASHINGTON, DC OFFICE
208 CANNON HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-4506

MIAMI-DADE OFFICE
18425 NW 2ND AVENUE
SUITE #355
MIAMI GARDENS, FL 33169
(305) 690-5905

PEMBROKE PINES OFFICE
PEMBROKE PINES CITY HALL
10100 PINES BOULEVARD
BUILDING B, 3RD FLOOR
PEMBROKE PINES, FL 33026
(954) 450-6767

WEST PARK OFFICE
WEST PARK CITY HALL
1965 SOUTH STATE ROAD 7
WEST PARK, FL 33023
(954) 989-2688

MIRAMAR OFFICE
MIRAMAR CITY HALL
2300 CIVIC CENTER PLACE
MIRAMAR, FL 33025
(954) 883-6165

WWW.WILSON.HOUSE.GOV

Case 1:15-cv-00201-WMS-MJR    Document 18-1    Filed 12/15/15    Page 12 of 41



Charles Burgin< bromaninc@gmail.com>

## Request for a formal letter (attached to email from Mr Petrucci) stating that on Wed a vote was held by BOE and Resolution in support of 5000 Role Models Of Excellence Project was passed etc.

2 messages

**Charles Burgin**< bromaninc@gmail.com>                    Thu, Jun 13, 2013 at 10:44 PM
To: Lou Petrucci <lpetrucci@buffaloschools.org>, rhernandez@buffaloschools.org

Greetings Mr. Petrucci and Mr. Hernandez,

I want you two men of integrity to know that your actions and support as co-sponsors of the 5000 Role Models Of Excellence Project Resolution, and remaining steadfast to see that the Resolution was passed-- is greatly appreciated!! You have helped lay the foundation for "real" change in the lives of our at-risk BPS students and improving the lives of future generations, as we continue to mobilize and build bridges with progressive individuals and organizations in the education, business, civic, government, faith-based and communications media fields. Yes there is much more work to do but we fully understand that the journey of a thousand miles begins with the very first step! Mr. Petrucci, as per our last conversation, you will be getting certain materials to me which helps to undergird technical matters and perhaps we can sit down and also discuss things at your convenience. Right now, I just want to be able to offer people proof that the Resolution actually passed and discuss with them how they may effectively assist our mission movement, so some sort of official document or letter that you can attach to an email will suffice. A copy of the actual Resolution passed is also needed for my records. I will be contacting Congresswoman Frederica S. Wilson after I receive the requested documentation from you. I also will be contacting Supt. Brown, just to make sure she received a copy of the letter which was sent to the Board from Congresswoman Frederica S. Wilson--and that she has read the full contents. Without getting into any specifics of program matters such as size, number of students or schools served etc., I just want to get Supt. Brown's overall feelings about Congresswoman Wilson's offer to come to Buffalo, if the Resolution passed. That way, Supt. Brown and I can be on the same page in strategizing how to make everything come together for the benefit our our students, their families and the greater community. That is one reason why I still have the ongoing Nonviolence Pro Mentor Petition seeking 50,000 plus signatures from the "good neighbors" of WNY. In addition, I will be calling you, just to see what the actual vote count was--as I intend to strenghen ties with Board members who voted to support the Resolution. Don't you think that this would be a wise move since we will be missing 2 of our greatest supporters when you and Mr. Hernandez step down after the next couple of weeks. Perhaps before you 2 guys step down, we can have some sort of press conference (along with Supt. Brown and any other willing Board Members) to hilite the effects of passing the Mentor Resolution and what it means to the hopes of students and families in terms of attaining high academic achievement etc. Again, thank you for what I like to call Manning-up and Standing-up for our at-risk youth. Even when you two no longer sit on the Board, I want to feel as if I still have two friends that I can call on from time to time when I may need guideance or help with other issues, since you two have quite a bit of experience and expertise of service to the community over the years. Shanti, Charles Burgin

**LPetrucci@buffaloschools.org** < LPetrucci@buffaloschools.org>          Fri, Jun 21, 2013 at 2:43 PM

To: bromaninc@gmail.com

Mr. Burgin-

The vote was 7-2. Ralph sponsored the resolution but had to leave before the vote. I will count him in the affirmative.

The second part of the resolution is now for you to formulate a business plan for your mentoring program. As a board member I do not write up the specs, I can tell you what I

have seen come across my desk over the years and the general questions that may be asked.

-Number of schools
-Number of children that you can serve in each school
-Outcome over a specified time period. For example, we plan on mentoring 50 young males of African descent in ten schools with a goal of improving attendance, suspension, ELA, Math, graduation rate, etc. by so many percentage points over a specified time period
-How are mentors selected
-Mentor training
-Partnerships with other groups
-Costs
-Reporting- how often are you going to report out your results- quarterly, biannual, annual?

Anything that we can do to improve African and Hispanic Male graduation rates should be explored. If it works in Florida, hopefully it will work here in Buffalo.

Thank you for your efforts.

Sincerely,

Lou Petrucci
-----Charles Burgin <bromaninc@gmail.com> wrote: -----

To: Lou Petrucci <lpetrucci@buffaloschools.org>, rhernandez@buffaloschools.org
From: Charles Burgin <bromaninc@gmail.com>
Date: 06/13/2013 10:44PM
Subject: Request for a formal letter (attached to email from Mr Petrucci) stating that on Wed a vote was held by BOE and Resolution in support of 5000 Role Models Of Excellence Project was passed etc.

Greetings Mr. Petrucci and Mr. Hernandez,

I want you two men of integrity to know that your actions and support as co-sponsors of the 5000 Role Models Of Excellence Project Resolution, and remaining steadfast to see that the Resolution was passed--is greatly appreciated!! You have helped lay the foundation for "real" change in the lives of our at-risk BPS students and improving the lives of future generations, as we continue to mobilize and build bridges with progressive individuals and organizations in the education, business, civic, government, faith-based and communications media fields. Yes there is much more work to do but we fully understand that the journey of a thousand miles begins with the very first step! Mr. Petrucci, as per our last conversation, you will be getting certain materials to me which helps to undergird technical matters and perhaps we can sit down and also discuss things at your convenience. Right now, I just want to be able to offer people proof that the Resolution actually passed and discuss with them how they may effectively assist our mission movement, so some sort of official document or letter that you can attach to an email will suffice. A copy of the actual Resolution passed is also needed for my records. I will be contacting Congresswoman Frederica S. Wilson after I receive the requested documentation from you. I also will be contacting Supt. Brown, just to make sure she received a copy of the letter which was sent to the Board from Congresswoman Frederica S. Wilson--and that she has read the full contents. Without getting into any specifics of program matters such as size, number of students or schools served etc., I just want to get Supt. Brown's overall feelings about Congresswoman Wilson's offer to come to Buffalo, if the Resolution passed. That way, Supt. Brown and I can be on the same page in strategizing how to make everything come together for the benefit our our students, their families and the greater community. That is one reason why I still have the ongoing Nonviolence Pro Mentor Petition

June 12, 2013

Dr. Nevergold gave a brief repot on the Health and Wellness Committee meeting she attended.

Dr. Nevergold gave a brief report on the District Parent Coordinating Council she attended.

APPROVED, a motion made by Mrs. Belton-Cottman, seconded by Mrs. Johnson, to approve the NFTA Promotion of Alcoholic Drinks Resolution (Attachment B).  The vote was unanimous.

6. Mr. Licata briefly shared the Legislative items which are forthcoming.

7. Mr. Petrucci gave a brief update on the Joint Schools Construction Board meeting on June 3, 2013.

Mr. Petrucci shared the resolution "Conduct an Impact and Cost Analysis Study of the 5000 Role Models of Excellence and Helping Families in School Suspensions Projects".

APPROVED, a motion made by Mr. Petrucci, seconded by Mr. McCarthy, to approve the resolution to "Conduct an Impact and Cost Analysis Study of the 5000 Role Models of Excellence and Helping Families in School Suspensions Projects" (Attachment A).  The vote resulted as follows:  6 – Ayes (Belton-Cottman, Johnson, McCarthy, Petrucci, Taylor, Kapsiak), 2 – Noes (Licata and Nevergold), 1 – Absent (Mr. Hernandez).  Motion carried.

\*                    \*                    \*                    \*

Mr. Hernandez left the meeting during the Committee Reports.

\*                    \*                    \*                    \*

The Board Approved the Agenda Items as follows:

APPROVED, a motion made by Mrs. Johnson, seconded by Mrs. Taylor to remove Item VII.C.14.b. from the table.  The vote was unanimous.

| | |
|---|---|
| Item VII.A.1.a. | Instructional Personnel Changes as recommended by the Superintendent; the vote was unanimous. |
| Item VII.A.1.b. | Civil Service Miscellaneous Personnel Changes as recommended by the Superintendent; the vote was unanimous. |
| Item VII.A.1.c. | Administrative Personnel Changes as recommended by the Superintendent; the vote was unanimous. |
| Item VII.B.4.a. | Consultant Contract – Cambium Education Inc. – Sopis Learning-Set Up to Writing as recommended by the Superintendent; the vote was unanimous. |



Gmail - RE: In light of the latest reports on student poverty combined with lowered gradu...   Page 1 of 2



Charles Burgin< bromaninc@gmail.com>

## RE: In light of the latest reports on student poverty combined with lowered graduation rates for at-risk minority males, I'm asking for your support as regarding the 5000 Role Models of Excellence Initiative which studies show will improve high school ...

1 message

**Nevergold, Barbara A**< BANevergold@buffaloschools.org>                     Mon, Jul 8, 2013 at 12:47 AM
To: Charles Burgin <bromaninc@gmail.com>

Mr. Burgin, thanks for your email.  As you know the Board supported the resolution regarding your program and staff were instructed to conduct a cost analysis.  I will support the Board's resolution and I suggest that you use this as support by the Board for the program.  Best, Barbara Seals Nevergold

Barbara A. Seals Nevergold, PhD

At-Large Member, Buffalo Board of Education

801 City Hall

Buffalo, New York 14202

716-225-8074

# CITY OF BUFFALO
## COMMON COUNCIL

**DARIUS G. PRIDGEN**
ELLICOTT DISTRICT COUNCIL MEMBER
65 NIAGARA SQUARE, 1408 CITY HALL
BUFFALO, NY 14202-3318
PHONE: (716) 851-4980 ♦ FAX: (716) 851-6576
City of Buffalo Website: www.city-buffalo.com
Ellicott District Website: www.buffaloellicottdistrict.com



**COMMITTEE CHAIR**
LEGISLATION
**COMMITTEES**
COMMUNITY DEVELOPMENT
BUDGET, EDUCATION, FINANCE,
**CHIEF OF STAFF**
VERNEE W. SHAW
**LEGISLATIVE AIDE**
FELICIA C. WILLIAMS

August 13, 2013

Mr. Charles Burgin
P.O. Box 1073
Buffalo, New York 14201

Dear Mr. Burgin,

I am writing in support of the 5000 Role Models of Excellence Project initiative, to increase the high school and college graduation rates of minority males in the Buffalo Public School system. This program will add diversity into the multiple programs available to our youth.

If I can be of further assistance, please contact my office at (716) 851-4980. I would serve in an advisory capacity as needed.

Sincerely,

Darius G. Pridgen
Ellicott District Councilmember

COMMITTEE ON
EDUCATION AND THE WORKFORCE
SUBCOMMITTEES
EARLY CHILDHOOD, ELEMENTARY, AND
SECONDARY EDUCATION
HEALTH, EMPLOYMENT, LABOR, AND PENSIONS

# FREDERICA S. WILSON
## CONGRESS OF THE UNITED STATES
24TH DISTRICT, FLORIDA



COMMITTEE ON
SCIENCE, SPACE, AND TECHNOLOGY
SUBCOMMITTEES
RANKING MEMBER - TECHNOLOGY
SPACE

August 26, 2013

Mr. Charles Burgin, Founder
Brotherman's Progress Mentors Matter
PO Box 1073
Buffalo, NY 14201

Dear Mr. Burgin,

I invite you to join me for this year's Congressional Black Caucus Foundation's (CBCF) Annual Legislative Conference (ALC). For more than forty-three years, the Congressional Black Caucus Foundation has convened the premier conference on legislative and policy issues impacting the African-American community. ALC provides the platform for collaboration and policy development to occur among international, national, state and local leaders and their constituents through regional forums, national summits, and policy-centered conferences.

This year's ALC theme, **It Starts With You**, is a call to action to be and lead the positive change needed in public policy. ALC provides an African-American perspective on public policy with thought-provoking and educational policy forums, community education workshops and policy briefs.

This year I am honored to serve as the honorary host for two forums during the ALC that I believe would be of interest to you. I would be honored if you would join me in Washington, DC this September. The first forum will be held on Thursday, September 19 from 1:30- 5:00 pm titled "Improving Educational Success for African-American Men— Initiatives that Work". During this forum, I will discuss my work with the 5000 Role Models of Excellence Project as a proven solution. Friday, September 20, 2013 I will host "The High School Class of 2014: Educating and Empowering Black Boys to Men" forum which will feature leaders in the realm of breaking barriers for black men and boys in education, economic development and criminal justice. Again, we will discuss the 5000 Role Models of Excellence Project and its role in engaging and uplifting young black boys.

Also of note, a contingent of forty boys and staff from the 5000 Role Models of Excellence Project will travel to Washington, DC from Miami, FL to participate in this year's conference. This would provide you an opportunity to see the program in action and speak with staff.

WASHINGTON, DC OFFICE
208 CANNON HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-4506

MIAMI-DADE OFFICE
18425 NW 2ND AVENUE
SUITE #355
MIAMI GARDENS, FL 33169
(305) 690-5905

PEMBROKE PINES OFFICE
PEMBROKE PINES CITY HALL
10100 PINES BOULEVARD
BUILDING B, 3RD FLOOR
PEMBROKE PINES, FL 33026
(954) 450-6767

WEST PARK OFFICE
WEST PARK CITY HALL
1965 SOUTH STATE ROAD 7
W. PARK, FL 33023
(954) 989-2688

MIRAMAR OFFICE
MIRAMAR CITY HALL
2300 CIVIC CENTER PLACE
MIRAMAR, FL 33025
(954) 883-6165

WWW.WILSON.HOUSE.GOV



Charles Burgin <bromaninc@gmail.com>

---

## Pleasure Meeting You

**WILSON, PAUL V** <PWilson@dadeschools.net>      Mon, Sep 23, 2013 at 7:22 AM
To: "bromaninc@gmail.com" <bromaninc@gmail.com>

Good Morning:

It was indeed a pleasure making your acquaintance this past week In Washington D.C. for the ALC Conference. I hope that we connect and do some great work in our respective communities on behalf of our children. If there is anything I can do to assist you, please do not hesitate to ask.

P.S.- We are going to get this 5000 Role Models off the ground in Buffalo! I can't wait!

Regards,

Paul V. Wilson, Administrative Director

**Office of Labor Relations**

**Miami-Dade County Public Schools**

1450 Northeast 2nd Avenue

Miami, FL 33132

(305) 995-2381 (direct)

(305) 995-2375 (fax)

pwilson@dadeschools.net



Charles Burgin <bromaninc@gmail.com>

## 09/05 BPS Mentoring Committee Meeting Notes

**Cooley, Tracy** <tcooley1@hilbert.edu>                              Fri, Sep 6, 2013 at 7:47 AM
To: Charles Burgin <bromaninc@gmail.com>
Cc: "W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>

Bro. Burgin,

Thanks for the info.

You have put in a lot of work and it is very appreciated.  You have a ton of material and you are
a wealth of knowledge on the Program.

In order to bring a program to fruition, you have to begin to plan by creating a team that can help
develop the implementation plan and business plan.  The program piece already exists, now
you need to brainstorm on all the pieces you need to make the program happen.

You have input which are your resources such as mentors, training materials, space, time,
money, partners, supplies, etc.  Then you have your throughput, the items that require an
intervention that will give you your output.  For example, mentors need to get trained.  Are there
current procedures in place supplied by te 5000 Role Models of Excellence Program that we
can use, what do we need to change to adapt it to Buffalo?  The output, a well trained mentor.

May I suggest creating a planning team of experienced people committed and willing to assist
in this endeavor?

This is a basic Project Planning endeavor.  There are questions for the implementation plan
you should be asking, assumptions you should be making, and objectives that need to be set.
Again, these are just suggestions, and if  you need assistance I am available.

Tracy

# Gmail

Charles Burgin <bromaninc@gmail.com>

## Implementation Plan - 5000 Role Models of Excellence

**Brandy, W. Charles** <WBrandy@buffaloschools.org>          Fri, Sep 6, 2013 at 9:35 AM
To: "Cooley, Tracy" <tcooley1@hilbert.edu>, "bromaninc@gmail.com" <bromaninc@gmail.com>

Bro Burgin,

Mr. Smith is available to meet today at 2:00 p.m. at City Hall in his office. Can you make it? Please call me at 465-5343 (cell).


Thank you,

W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

---

**From:** Cooley, Tracy [tcooley1@hilbert.edu]
**Sent:** Friday, September 06, 2013 9:38 AM
**To:** bromaninc@gmail.com; Brandy, W. Charles
**Subject:** Implementation Plan - 5000 Role Models of Excellence


Bro. Burgin,


If you need assistance developing your plans I can assist you.


Tracy


*"I hope that my achievements in life shall be these-that I will have fought for what was*
*right and fair, that I will have risked for that which mattered, that I will have given help to*



Charles Burgin< bromaninc@gmail.com>

## Support for Congresswoman Wilson, Founder of 5000 Role Models of Excellence Project

1 message

**Charles Burgin** < bromaninc@gmail.com>                                    Wed, Sep 11, 2013 at 2:06 PM
To: taharris-tigg@buffaloschools.org, "Nevergold, Barbara A." <banevergold@buffaloschools.org>,
pcbrown@buffaloschools.org, "Snyder, Alexis" <Alexis.Snyder@mail.house.gov>

Dear Dr. Harris-Tigg,

Per our conversation at the DPCC meeting, please find attached to this email--a letter dated August 16, from Congresswoman Frederica S. Wilson sent to me. I am writing to thank you for your recommendation of the 5000 Role Models of Excellence Project to the Buffalo Board of education...I appreciate your efforts to have the 5000 Role Models of excellence Project adopted in the Buffalo Public School system. As you know, in a June 12, 2013 letter, I urged the members of the Buffalo Board of Education to pass a resolution co-authored by Mr. Ralph Hernandez and Mr. Lou Petrucci calling on Superintendent Pamela C Brown to conduct an impact study. InCongress, I am working to bring 5000 Role Models of Excellence Project to a national scale. I informed the members of the school board that I would be delighted to come to Buffalo to help move the initiative forward." For now , Dr. Harris-Tigg, I'm simply asking that Dr. Nevergold as President of the Buffalo Board of Education, and Dr. Brown as Superintendent of BPS, send a letter of response to Congresswoman Wilson inviting her to Buffalo at her convenience to help move the mentor program project initiative forward. I'm still working on the business plan aspect and the BPS Mentor Committee is still working on the impact study etc. Would you be so kind as to send me a copy of the letter as it will be used by myself and DPCC Mentor Committee members to show the community which we are trying to mobilize—that we have your full support in terms of bringing the 5000 Role Models of Excellence Project to BPS.

**Cong. Wilson's letter of Aug 16,2013 001.jpg**
684K



**Have they taken the Shackles off our Wrists and put them on our Brains?**

APATHY IS BUT ONE LINK IN    THE CHAIN OF INDIFFERENCE

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



MAN-UP!
MIND-UP!

**KNOW THYSELF**

**MAAT**

August 1, 2014

To: Carl Paladino

From: Charles Bergin
District Parent
Coordensory Council
Mentor Committee
Chairman

Note: See attached
letter to Interim
Supt. Ogilvie
concerning March 3, 2014
Notice of Claim

RE: The March 03, Legal
Notice of Claim filed on
behalf of myself, parents
students + stakeholders pertaining to "5000 Role Models of Excellency
Project" and the 6-12-13 Board Resolution in support of "Impact Study
cost analysis"

(Dear Mr. Paladino)

This is a formal request to discuss
all the letters, emails and materials you have
received from me concerning the action of
Supt. Brown, Dr. Kereszter and Charles Brendel
(Director of Social Studies Dept). You promised that
once a new Board was seated and Dr. Brown was
sent packing then we could deal with this matter
and help benefit out our at-risk students in need of mentorship.
Call me to set up meeting.  Charles Bergin

**Have they taken the Shackles off our Wrists and put them on our Brains?**



**APATHY IS BUT ONE LINK IN**  **THE CHAIN OF INDIFFERENCE**

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com

**MAN-UP!**
**MIND-UP!**

**KNOW THYSELF**




**MAAT**

August 1, 2014

To: Dr. Harris-Tegg

From: Charles Burgin
DPCC Chairman of
Mentor Committee

Re: 5000 Role Models of
Excellence Project—BOE
Resolution of 6-12-13
in support of "Impact
Study Cost Analysis" and
Legal Notice of Claim filed
with Supt. and Board on
march 03, 2014

Dear Dr. Teggs,
As you Know, I have been patiently waiting on
you contact me for a meeting to discuss the
above. Would you be so Kind as to set up a meeting
to help resolve this very important matter concerning
myself, parents, students and stakeholders who support
the implementation of the 5000 Role Models of Excellence Project. I've
enclosed for you, a copy of my letter to Supt. Ogilvie and materials
which you received  months ago. Basically, I need to meet with
You. I will also be seeking to meet with Mr. Paladino who has promised

RECEIVED BOARD OFFICE 2014 AUG -4  PM 3:17





**Have they taken the Shackles off our Wrists and put them on our Brains?**

**APATHY IS BUT ONE LINK IN**    **THE CHAIN OF INDIFFERENCE**

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**MAN-UP!**
**MIND-UP!**

**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



**KNOW THYSELF**



**MAAT**

2014 AUG -4 PM 3:37
RECEIVED
D/OFFICE

To: Dr. Nevergold

From: Charles Burgin
DPCC Mentor
Committee Chairman

Date: Aug 4, 2014

Re: Request urgent meeting to discuss notice of Claim filed per 3-4-14 5000 Role Models of Excellence Project in which a BOE Resolution on impact study/cost analysis was ordered by board.

You were copied to several emails sent out to Carl Paladino, Dr. Harris-Tig and Supt. Brown. However, you are aware that Supt. Brown agreed to send out letter of invitation to Congressman Frederica S. Brown - but never did so. Also there was bogus letter of Recommendation made to Supt. Brown dated 11-12-13. Thank You

Charles Burgin
DPCC Mentor Cmttee Chair

7/24/2014    Gmail - Follow-up to our conversation at last DPCC Meeting in which you informed that you had not yet read the materials I had BOE clerk place in your ma...

Case 1:15-cv-00201-WMS-MJR   Document 18-1   Filed 12/15/15   Page 25 of 41





# Follow-up to our conversation at last DPCC Meeting in which you informed that you had not yet read the materials I had BOE clerk place in your mailbox concerning the need for an investigation of Charles Brandy's bogus report of 11-12-13 regarding 5000 Role Models of Excellece Project

**Charles Burgin <bromaninc@gmail.com>**
To: taharris-tigg@buffaloschools.org, "Nevergold, Barbara A" <banevergold@buffaloschools.org>                Fri, Dec 20, 2013 at 9:31 AM

Dear Dr. Harris-Tigg,

This is Charles Burgin, Chairman of DPCC Mentor Committee. Also, I sit on a Special BPS Mentor Committee Chaired by Charles Brandy head of Social Studies Dept. for Buffalo Schools. For the record, this Special BPS Mentor Committee was created by former Interim BPS Supt. Amber Dixon partly in response to my fervent advocacy on behalf of young Black male and minority students. As Board member liaison to District Parent Coordinating Council, I'm requesting an urgent meeting with you to discuss the materials which I had dropped off to your mailbox on 11-27-13, as regarding a bogus report submitted to Supt. Brown on November 12, 2013, concerning the "impact study/cost analysis" which the Board authorized in a June 12, 2013 Resolution in support of the 5000 Role Models of Excellence Project. The materials which I dropped of to your mailbox (along with copies to Board President Nevergold and Carl Paladino) dealt with the fact that I was a member of the Special Buffalo Public Schools Mentor Committee which was tasked with working with Charles Brandy to help complete the above impact study/cost analysis. Mr. Brandy summarily and fraudulently wrote the November 12, 2013 report and presented to Supt. Brown without the knowledge of myself and apparently any other BPS Special Mentor Committee members. I only found out about the existence of the bogus report because at the November 13, 2013 Speakers List Board meeting—I had requested that Supt. Brown keep her word in which she had agreed during the September Speakers List Board Meeting, that she would be sending out a letter to 5000 Role Models of Excellence Project founder Congresswoman Frederica S. Wilson—accepting her offer to come to Buffalo "to help move this important initiative forward." Long story short Supt Brown informed during the November 13, 2013 Speakers List Board meeting that she had received a report from Charles Brandy and had to read it before she could proceed any further concerning the 5000 Role Models of Excellence Project. That same day (November 13, 2013) I had requested that she and Mr. Brandy send me a copy which neither complied. Later I specifically via email requested a meeting with Supt. Brown in her office, and again requested a copy of the bogus report. Supt. Brown then agreed to meet with me on the 4th of December, while having Mr. Brandy send me a copy one day before that meeting. During her short meeting with me, Supt. Brown would not accept my written material BPS Mentor Committee evidence that proved Charles Brandy had intentionally misrepresented the facts in his November 12, 2013 report which he had presented to her. She stated that she would not send me a letter attesting to what transpired at our meeting in her office, and that there could be no appeal to anyone as she had already submitted the November 12, 2013 report of Mr. Brandy, to the Board of Education. What completely shocked me was Supt. Brown's statement or question to me when I had pointed out to her that she previously had agreed during a public Speakers List Board meeting to send a letter of acceptance in response to Congresswoman Frederica S. Wilson's offer to come to Buffalo, "to help move this important initiative forward." Supt. Brown stated to me "How do you know that I wanted that woman to come here in the first place." I will stop her as I believe that you now have the gist of the matter upon which there is a need to meet, discuss and call for an official ethical investigation amongst other considerations which the Board has power to entertain. In addition, I have attached a copy of the email dated Dec. 4th which I had sent to Supt. Brown right after our meeting.

Regards,

Charles Burgin
DPCC Mentor Committee Chairman&
Founder of Brotherman's Progress Mentors Matter Advocacy

... DPSC Meeting in which you informed that you had not yet read the materials I had BOE clerk place in your ma...

**Dec 4th email to Supt Brown 001.jpg**
856K

GM il

*Email sent to you on 9-9-14 but Delivery Not accepted.*

# STILL WAITING ON YOU TO SET UP MEETING REGARDING 5000 ROLE MODELS OF EXCELLENCE PROJECT PERTAINING TO BOE RESOLUTION OF JUNE 12, 2013 & NOTICE OF CLAIM FILED MARCH 3, 2014

*HAnd Delivered*

**Charles Burgin** <bromaninc@gmail.com>                         Tue, Sep 9, 2014 at 12:21 PM
To: TAHarris-Tiggs@buffaloschools.com, cppaladino@buffaloschools.org, queenia17@gmail.com,
BettyJean.Grant@erie.gov, dpridgen@city-buffalo.com

To: Buffalo Board of Education members Carl Paladino and Dr. Theresa Harris-Tiggs.

From: Charles Burgin, founder of community stakeholders advocacy organization Brotherman's Progress; District Parent Coordinating Council Mentor committee Chairman for Buffalo Public Schools.

Re: Your Previous Pledge, to meet with me to discuss the Board Resolution passed June 12, 2013, in which Supt. PAMELA BROWN WAS directed to conduct "Impact study/cost analysis regarding the possible replication in OF A PROVEN POVERTY Reduction program that uplifts and empowers minority male students--500 Role Models of EXCELLENCE PROJECT.

This is to INForm that Since late December of 2013, I have submitted various documents and communications to you concerning the involvement of Board employees in a fraudulent scheme against myself, students, parents And Community stakeholders in which we were forced to file a legal Notice of Claim on March 3, 2014 to protect our interest in the Above matter--since the Board of Education moves at a snails pace.

Again, following the election and the seating of new Board members, I hand delivered letters in the first week of August 2014 to the Board office, seeking a meeting. To date there has been no reply from either of you. I understand that you both are very busy with Board business and private individual lives and other matters. However, Mr. Paladino, you promised that the above matter would be dealt with in a satisfactory manner once Supt. Brown was discharged and a new Board was sworn in. Dr. Tiggs, we last spoke at the memorial held for murdered student Ameer Al Shammari and you agreed for the need for us to meet and discuss the above issues. You have not found time, even though you are the liaison between the Board and the District Parent Coordinating Council--of which I Chair the Mentor Committee.

We students, parents, community stakeholders and various government leaders urge the both of you to immediately reply to our request for a meeting to discuss the above issue and contemplate a viable solution. In addition, we stakeholders are collecting signatures to support our cause and if necessary we will seek to mobilize the community to march and demonstrate to protect the best interest of our minority male students of BPS who would have been positively impacted by the proven poverty reduction, high school graduation, college success foundation program, as evidenced by Dr. Benjamin Davis' dissertation, "The Impact of the 5000 Role Models of Excellence Project on the Lives of 30 African-American males." Especially in light of the fact, the Board's resolution of June 12, 2013 stated "Be it resolved that the Board of Education calls on the Superintendent to conduct an impact study of the 5000 Role Models of excellence Project complete with cost analysis and emphasis on the potential combined effect with current district academic and intervention programs like Say Yes in an effort to blend academic enhancing outcomes for elementary and high school students." See attached letter dated April 1, 2013 from Say Yes Executive Director David Rust acknowledging support.

Of course, you both are aware of the on-going dynamics of politics being played in the Buffalo School District as regarding Board and Administrative support for mentor related projects and programs. We students, parents and community stakeholders WILL NOT BE DENIED OUR DUE PROCESS RIGHTS--and urge that you immediately contact Charles Burgin to schedule a meeting to discuss a proper resolution of our grievances.



April 29, 2015

Dr. Nevergold stated for the record:  You are responding to us while there are five Board Members that are silent.  It is not your job to respond to us about the search or the nature of the search because that is not your job.  It is the job of the nine Board Members.  The Board President is sitting silently as well not saying anything here.  I think it speaks volume to the fact that the process as it has been structured, and as it has been established and is being undertaken is an illegal process - one that is hard to justify.  That is why the majority members on the Board are sitting here silently, stone faced because they don't want to open their mouth and say something incorrect or perhaps correct.  It is not your job to explain why they have not followed the process as they should.  Again, you do respond as the employee.  The only employee the  Board has is the Superintendent and so I would, again, reiterate and you should not and I understand you are feeling awkward and you are definitely caught between the rock and the hard place here but at the same time I would say you need to step back.  You don't need to respond to us.  We asked you and essentially gave you a directive to not meet with Mr. Weimer and if the other Board Members who are pushing Mr. Weimer want to indicate why he is such an excellent candidate, this is the opportunity to speak up.

Interim Superintendent thanked Dr. Nevergold.



Dr. Harris-Tigg made the following statement on a vote taken at the last Board Meeting regarding the hiring of Attorney Amy Hemenway to represent the Board in a legal matter:  Because legal matters are couched in racially polarizing situations, we feel vulnerable.  We are four African-American Board Members sitting at this table.  It is imperative for us, the four minority Board Members to have representation that we trust, that we are comfortable with, sensitive to our concerns and looks like us.  Our interests are contrary to the majority Board Members here.  The firm of Harris and Beach is already involved in the District.  We would like a diverse partner to handle our concerns not in an adversarial manner, but to have our voices heard in an equal manner.  The majority Board Members have already retained theirs', so we will be giving the name to you Superintendent of the attorney we would like to take care of our litigation and that it would also be indemnified the way it usually would be. 

\*                     \*                     \*                     \*

Speakers

The speakers made comments on various issues (see attachment).

Interim Superintendent Ogilvie responded to the speakers.

\*                \*                \*                \*

APPROVED, Board Minutes of April 15, 2015.  The vote was unanimous.

3


**Gmail**

Charles Burgin <bromaninc@gmail.com>

## 5000 Role Models of Excellence Project

**Charles Burgin** <bromaninc@gmail.com>                                        Thu, Sep 26, 2013 at 6:46 AM
To: "Young, Casey" <CYoung@buffaloschools.org>

Hello Dr. Young,

As regarding the 5000 Role Models of Excellence Project mentor pilot
program start-up date, I previously informed that we would anticipate
working with you at East High in January as we have to prescreen the
prospective mentors and train them etc. Prior to our start-up date,
you and I can meet to go over specifics as to what you feel is best
for your students and the program. One other consideration that I'm
looking at is the fact that Say Yes is looking for RFP for afterschool
programs this fall. I'm thinking of putting together a life skills.
history/culture/nonviolence, sports related (basketball clinic etc)
after school program for students, utilizing the talents of Rodney
Pierce who was the star point guard for UB about 2 years ago. This
would be my Mentor organization Brotherman's Progress putting this
together. If your school is one of those targeted for the Say Yes
afterschool program  RFP, then let me know if you are interested in
having something like this for East High students. By the way, my trip
to Wash. D.C. was a total successs with the Congressional Black caucus
forum hosted by Congresswoman Frederica S. Wilson of Miami-Dade
County—founder of 5000 Role Models of E#xcellence Project. They are
totally committed to helping make it happpen for Buffalo Public
Schools to replicate the program and will be working with me whatever
it takes. One day, I would like to do a presentation at your school
involving the upcoming 5000 Role models of Excellence Project support
for staying in school to graduate—along with culture and nonviolence.
I have extensive materials and can also share what I picked up in
Wash. D.C. Let me know your thoughts on all the above matters.

Regards,

Charles Burgin

On 9/20/13, Young, Casey <CYoung@buffaloschools.org> wrote:
> Mr. Burgin,
>
> This e-mail is to confirm that East High is very interested in being a part
> of the 5000 Role Models of Excellence Project.  Thank you for taking the
> time to meet with myself and our EPO field manager, Dr. Branch.  We are
> hopeful that the project can begin as soon as possible.  Once you give me
> the number of mentors, names, and their backgrounds, I will begin the
> assigning of students and scheduling.  As to not interfere with the academic
> program, I would like the mentors to meet consistently with groups of
> students, numbering no larger than 10, during their lunches.  I look forward
> to our work together.
>
> Keep hope alive,

```
>
> Casey
>
>
>
>
>
> Casey Young, Ed.D.
>
> Principal
>
> East High School
>
> 820 Northampton Street
>
> Buffalo, NY  14211
>
> (716) 816-4512 (Office)
>
> (716) 440-5827 (Cell)
>
> (716) 897-8130 (Fax)
>
```



**BUFFALO PUBLIC SCHOOLS**
**Department of Social Studies**
**W. Charles Brandy, Director**
150 Lower Terrace, Room 447
Buffalo, New York 14202
(716) 816-3048 ext. 8779

**To:**    **Will Keresztes, Ed.D.**
**Associate Superintendent of Educational Services**

**From:**    **W. Charles Brandy, Director of Social Studies**

**Date:**    **November 12, 2013**

**Subject:**    **5,000 Role Models of Excellence Mentoring Program**

---

**Purpose:** The Buffalo Public Schools mentoring committee was convened to determine the feasibility of implementing the 5,000 Role Models of Excellence Mentoring Program.

**Methods:** The mentoring committee met on September 5, 12, 16; October 10 and had a final conference call on October 12, 2013.  Committee members included: W. Charles Brandy, Chair, Charles Burgin, Tracey Cooley, Marilyn Gibson, Modell Gault, Samuel Radford, Gail Wells and Dr. Tara Jabbar-Gyambrah.

**Findings:**

9/5
- Charles Burgins provided the committee with letters of support from former Legislature Timothy R. Hogues, Philp Rumore, Council Member Darius R. Pridgen and Dr. Barbara A. Seals Nevergold.  Additionally, copies of the Buffalo Board of Education Resolution on the 5000 Role Models of Excellence, a letter of support from Congresswoman Frederica S. Wilson, 24th District of Florida, a brief history of the 5000 Role Models of Excellence Project as well as an open page dissertation titled "The Impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males."

- The committee explored piloting the 5,000 Role Models of Excellence Mentoring Program in one Elementary ( K-8) and one secondary (9-12) buildings for the 2013-14 School Year and additional implementation to two or more schools in 2014-15.  Proposed sites included Marva J. Daniel School of Excellence School #37 (formerly Futures Academy), Build Academy School #91, Burgard or East high schools.

9/12
- The committee suggested focusing on 10 out of the 25 components of the 5,000 Role Models of Excellence Program:
    1. One to One Mentoring, Group Mentoring, and Peer Mentoring

*"Putting children and families first to ensure high academic achievement for all"*

2. Year Round curriculum survival skills for boys
3. Employment opportunities for students
4. Youth summits and Health symposiums
5. Annual recognition of mentors
6. Annual scholarship presentations for graduating seniors
7. Field trips to college campuses
8. African American History and Culture
9. Community Service performed by all student participants
10. Critical Thinking Training

9/26, 10/10, 10/12

- The Pilot would take place during the 3rd marking period of the 2013-2014 school year. The pilot program was expected to begin on January 13, 2014 and end on March 28, 2014. Additionally, the committee developed an action plan with four components. Below is the outline of the first component.

    - Mr. Charles Burgin was charged with calling the Director of the 5,000 Role Models of Excellence Program to discuss the program's components. The Mentoring Committee was charged with providing a list of questions to Mr. Burgin for the phone call.  Some of the topics of discussion included:

1. Pre/Post Test

2. Program Modules Components

3. Parent and Mentor Informational and Other materials packets

4. Interactions with the admin and other staff of the schools

5. Outline for Orientation (schedule of all of the framework of the program)

6. Student Selection Method

7. Mentor/Student match up method

8. Parental Involvement

9. Budget

10. Assessment methodology

None of the abovementioned information was provided to the committee for review and discussion.  Mr. Burgin did not participate in the October 12th conference call with the committee and ceased all communication.

**Recommendations:** The 5,000 Role Models of Excellence Mentoring Program is not recommended for implementation in the Buffalo Public Schools in a limited or full capacity at this time.  Specifics of the program's core components remain unknown.

Please feel free to contact me, if you have additional questions or concerns.

cc: Mentoring Committee File

*"Putting children and families first to ensure high academic achievement for all"*

12/12/2015
Case 1:15-cv-00201-WMS-MJR   Document 18-1   Filed 12/15/15   Page 33 of 41
Gmail - How do you know that I wanted that woman to come here in the first place




Charles Burgin <bromaninc@gmail.com>

# "How do you know that I wanted that woman to come here in the first place"

1 message

**Charles Burgin** <bromaninc@gmail.com>                          Wed, Dec 4, 2013 at 3:02 PM
To: "Brown, Pamela C" <pcbrown@buffaloschools.org>, carl@carlpaladino.com

Buffalo Public Schools Superintendent
Pamela C. Brown
Re; Our meeting to discuss the November 12, 2013 "report" of Charles Brandy concerning 5000 Role Models of
Excellence Project

Dr. Brown, I don't know why you wasted your and my time with the brief meeting in your office today to discuss
my objections to the above report. You stated that you had already sent the report to the Buffalo Board of
Education. So your mind was already made up and there was no way you were going to listen to anything I had
to say in a fair and objective manner. You further stated that there is no "appeal" of your decision and that you
would not be sending me a letter explaining what we discussed. We will certainly see if your decision and
actions are to be appealed or reviewed. Certainly the Buffalo Board of Education has the power to review your
actions along with the misrepresentations made by BPS Mentor Chairman Charles Brandy. I will most certainly
be seeking a legal opinion on the matter along with drafting a complaint to the State Education Dept. But the
thing that really disgusts me is how you can have the unmitigated gall to say to me in response to my assertion
that Congresswoman Frederica S. Wilson should have been welcomed here to assist in this most important
initiative regarding implementation of 5000 Role Models of Excellence Project in Buffalo Public Schools—"How do
you know that I wanted that woman to come here in the first place." I clearly see that you do not truly have the
best interest for our children when it comes to supporting a proven mentor initiative which graduates 70 percent of
the minority male students and sends them to college.Yes, Board of Education member Carl Paladino was right,
and you don't have a clue as to leadership in this school district and it's just status quo! Well I for one will not
waste any time exposing you in the public forums every chance that I get!

Regards,

Charles Burgin
Chair of District Parent Coordinating Committee&
Founder of Brotherman's Progress Mentors Matter Org, <

TIFFANY
LANKES
BN

S)

On Jan 20, 2015, at 3:50 PM, Carl Paladino <CPaladino@ellicottdevelopment.com> wrote:

Dr. Orfield, your credentials show that you are an informed person in education matters.

Mrs. Nevergold is a member and former President of the Buffalo Board of Education (BOE.)   By the way, as President of the BOE, she served on the Joint Schools Construction Board (JSCB) overseeing a ten year $1.4 billion school reconstruction program.  Recent revelations show that in the best case she was incompetent to serve in that position insofar the JSCB allowed the contractor to take over $400 million in profits on the $1.4 billion contract.

Also on her watch the Buffalo Public Schools (BPS) sank into the abyss at the hand  of an incompetent African American superintendent with no experience as a superintendent.  She was hired by an African American majority of the BOE at the time who were more interested in having a superintendent they could control and protecting their power over jobs and monies than they were concerned with the education of 34,000 kids. The Superintendent was so inept that they found it necessary to hire a $450,000/yr consultant to guide her.  That BOE majority wanted her to get on the job training showing no concern for the suffering of 34,000 children in a dysfunctional system which had a 9% proficiency in math and 11% proficiency In English with an actual graduation rate under 50% including many students pushed through to raise the numbers.

In May, 2014 the people of the City spoke and elected a new majority which had pledged to do whatever was necessary to turn a dysfunctional school system around.  The superintendent was bought out of the last year of her contract. The BOE immediately appointed as interim Don Olgovie  who had 30 years of prior experience as a superintendent and had institutional knowledge of the BPS.  The new majority is now in the midst of making necessary changes to be effective for the 2015-16 school year.  The children deserve much better than having 46 out of 57 BPS schools in a state of failure as defined NY New York State.  27,000 students in failing schools are entitled under "no child left behind" to be transferred to performing schools.

The BOE minority is seeking to use you and OCR as an excuse to slow down and or stop any progress. The BOE majority has no intention of slowing the process of ridding the system of dysfunction.  We will consider how to handle your proposed solutions, if any, when they are rendered.



## Have they taken the Shackles off our Wrists and put them on our Brains?

**APATHY IS BUT ONE LINK IN**     **THE CHAIN OF INDIFFERENCE**



"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



**MAN-UP!**
**MIND-UP!**

**MAAT**



**KNOW THYSELF**

**Paul V. Wilson, Administrative Director**
**Office of Labor Relations**
**Miami-Dade County Public Schools**
**1450 Northeast 2nd Avenue**
**Miami, Fl 33132**


**Greetings Paul,**

**This is to inform that I, along with some dedicated stakeholders are still fighting to have the 5000 Role Models of Excellence Project replicated in Buffalo Public Schools to help uplift and empower our minority male students.**

**Since we last spoke in Washington D.C. at the Congressional Black Caucus Educational Forum which your mom, Frederica S. Wilson was so kind to have me as her guest, the facts are: That, the Buffalo Board of Education on June 12, 2013, passed a resolution "Conduct An impact And Cost Analysis Study Of The 5000 Role Models Of Excellence And Helping Families In School Suspensions Projects." Erie County Legislator Tim Hogue had urged the Board to pass this initiative.**

Via email dated July 8, 2013, then Buffalo School Board President Barbara A. Nevergold evidenced her support for this mentor program. Ellicott District Councilman Darius Pridgen by letter of August 13, 2013, voiced his support. Teachers Union President Phil Rumore pledged his support in his August 22, 2013 letter. That Erie County Sheriff Tim Howard gave me a letter of support stating "I look forward to meeting with congresswoman Frederica S. Wilson upon her arrival in Buffalo." Businessman Carl Paladino who had been elected to the Buffalo Board of Education gave me his letter of support dated October 7, 2013. All this support I had generated was positive--however, I received a letter from program founder Frederica s. Wilson stating "In congress, I am working to bring the 5000 role Models of Excellence project to a national scale. I informed the members of the school board that I would be delighted to come to Buffalo to help move the initiative forward." Here it had been some eight weeks and Superintendent Brown had not yet sent out an invitation to Congresswoman Wilson. This was totally unacceptable so after pleading with Supt. Brown and not having received a response, I got on the Board of education "Speakers List" for September 11, 2013. I then publicly called out Supt. Brown and she agreed to send out a letter of invitation to Cong. Wilson. Having not received a copy of the letter which was supposed to be sent out by Supt. Brown, I then drafted a letter dated Sept. 26, 2013 and hand delivered it to Supt. Brown's office "please let me know where you are in terms of readying the letter to Congresswoman Wilson. You agreed to send it during the BOE Speakers list Meeting held 2 weeks ago." All the above documents have been marked as Exhibit A.

That, Supt. Brown never responded to the above letter dated

September 26, 2013, so again, I got on the Board of Education Speakers List for November 13, 2013, and publicly questioned Supt. Brown as to why she had not yet sent the letter of invitation to Cong. Wilson as she had promised months ago. Her response to me was that she had received a report dated November 12, 2013 from Charles Brandy and had to review it. I immediately informed Supt. Brown that any report she had received from Mr. Brandy had to be viewed with suspicion as none of us other members who sat on the committee that was supposed to complete the impact study cost analysis knew anything about bogus report and that furthermore Mr. brandy had a conflict of interest as he was working with another group to bring their mentor program to Buffalo Public Schools. I demanded a copy of this so-called report of November 12, 2013, from Mr. brandy himself that evening. He promised to send me a copy via email but that never happened. I then demanded a meeting with Supt. Brown and a copy of the bogus report. We met on December 4, 2013, and I received a copy of Mr. Brandy's bogus report. Basically he stated that I had "Ceased all communications" with the committee tasked to do the impact study cost analysis. I offered supt. Brown copies of the committee's records to prove that Mr. Brandy was committing intentional fraud. Supt. Brown refused to accept any of my documents and declared the meeting over. I then asked her why she had not welcomed Congresswoman Wilson to Buffalo to help move the mentor initiative forward Superintendent Brown (a Black woman) replied to me "How do you know that I wanted that woman to come here in the first place." I was totally astounded and shocked! I went home and drafted an email to her just for the record. See exhibit B.

That, via email dated December 24, 2013, I drafted a page and one half letter to Buffalo Board of Education Carl Paladino who himself had labeled Supt. Brown a liar and unfit to remain

as Superintendent of Buffalo Public Schools concerning various matters and school related issues. He had politically pledged to insure that upon the next Buffalo Board of Education elections he would work to elect members committed to firing Superintendent Pamela Brown. See my letter to Mr. Paladino dated December 24, 2013 marked exhibit C which also contains a copy of an 3 page email dated Nov. 18, 2013 that Board member Carl Paladino put out to the public calling Supt. Brown a liar. These letters will give you the gist of what I was going through in terms of fighting for our rights to have this important mentor program replicated in Buffalo Public Schools. I remembered how Cong. Wilson said to me during my visit that we could have the Buffalo Chapter of 5000 Role Models of excellence Project. Well Paul, I was nobody's fool as I knew that the only body which could overrule the fraud perpetrated against us was the full Buffalo Board of Education. I reached out to them but the new Board had not yet been elected so I simply filed a legal "Notice of Claim" on behalf of myself and all minority males who would have benefited from the 5000 Role Models of Excellence Project being replicated in Buffalo Public Schools. This would protect our interest should the Board not agree to timely rectify the fraud perpetuated against us by Supt. Brown and Board employees.

That, I drafted a hand written 24 page legal Notice of Claim containing 34 exhibits which detailed the fraud perpetrated upon us by Supt. Brown and school administrators. I fully understand that a notice of claim can simply be 1 page, but for strategic purposes I chose to place most everything on the record just in case my Notice of Claim had to morph into a legal complaint court document if the Buffalo Board of Education does not timely settle this matter. Attached to this letter as exhibit D is the first page of the legal Notice of Claim

(4)

which was served upon Supt. Brown, the Buffalo Board of Education and their counsel. To the front page is attached pages 22, 23, and 24 which sums up the claim. I did not want you to have to read the entire 24 page Notice of Claim.

That, I have also attached for your perusal as exhibit E, a copy of a memo from me to Board member Carl Paladino dated April 10, 2014, regarding the Notice of Claim.

That, since Supt. Brown has been sent packing by the newly elected Board of Education members, I have drafted a letter dated August 1, 2014 to Interim Supt. Olgivie and Board member Carl Paladino. In addition I have drafted a letter to new Board President Sampson seeking a meeting to discuss our issues and the Notice of claim. See exhibit F.

That, I will not stop fighting on behalf of our at-risk minority males who are systemically marginalized, mass incarcerated, discriminated on the basis of race in terms of employment etc, and way to often ending up in early graves. I want you  know about the crabs-in-a-barrel mentality experienced in Buffalo as the previous Superintendent and Board majority were Black-- but not UNITED. I'm enclosing a Challenger Community News article written by a young Black woman who serves as Secretary to our District Parent Coordinating Council, in which she talks about the former majority Board Black females who controlled things and colluded with Supt Brown at the expense of our children and "current 19% graduation rate for our boys". See exhibit ▪. G.

In closing Paul, I'm attaching a copy of the letter which I use to get distinguished members of the community to support our 5000 Role Models Project effort. Could you possibly have some people of influence such as Supt. Carvalho sign, then return it.

To: Mr. Carl Paladino
Buffalo Board of Education Member

From: Charles Burgin DPCC Mentor Committee
Chairman; Founder of Brotherman's Progress
Mentors Matter Advocacy Organization (716) 207-4186
email bromaninc@gmail.com

Re; Conduct of Supt. Brown et al and why I had to file
legal Notice of Claim on behalf of myself and all
minority males in BPS who would have benefited from
implementation of 5000 Role Models of Excellence
Project and the BOE ordered "impact study/ cost
analysis which was intentionally and fraudulently shut
down by Dr. Will Keresztes; Board employee Charles
Brandy and Supt. Brown

April 10, 2014

Mr. Paladino, Please find enclosed a copy of the actual
Notice of Claim I was forced to file in regards to Board
Resolution of June 12, 2013 regarding the 5000 Role
Models of Excellence Project and the impact study/cost
analysis which was fraudulently compromised by the
above parties acting in collusion. I'm asking that you
review the Notice of Claim and set up a meeting to
discuss this matter and how I can also file a complaint
with New York State Education Department. Your
consideration in this matter is greatly appreciated as I
await your reply.

*Charles Burgin*

## RIGHT KNOWLEDGE CORRECTS WRONG BEHAVIOR

APATHY IS BUT ONE LINK IN        THE CHAIN OF INDIFFERENCE

### IT IS EASIER TO BUILD STRONG CHILDREN
### THAN TO REPAIR BROKEN MEN: Frederick Douglas

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages





MAN-UP!
MIND-UP!

**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



KNOW THYSELF



Exhibit
C

[AAT

We concerned students, parents, community stakeholders, and progressive leaders, are aware of the efforts of DPCC Mentor Committee Chairman Charles Burgin to replicate the 5000 Role Models of Excellence Project in the Buffalo Public School System. He also claims that his serious efforts to bring this poverty reduction program for at-risk students in BPS, has met with "political interference and crabs-in-a-barrel syndrome." He states that he has been waiting months for certain Board members to meet with him (as promised) to discuss this critical matter and settle things before he is forced to <u>move the Legal Notice of Claim  filed (March 3, 2014) on behalf of himself, stakeholders, parents, and all minority male BPS students who would have benefited from the above program</u>—into the courts. WE THE UNDERSIGNED, demand that Buffalo Board of Education leaders timely schedule a meeting with Mr. <u>Charles Burgin</u> (<u>parents & stakeholders</u>) to fully discuss and settle the <u>people's grievances</u>:

| NAME | ADDRESS w/ zip | Phone | E-mail |
|---|---|---|---|
| 1. Charlene Miller | 218 Winslow Ave | 874-1709 | |
| 2. Karynna Padilla | 131 Carl St | 793-6524 | Karynna7 EAO |
| 3. Wanda L. Strong Howard | 168 Berkshire 14215 | 718-715-1969 | |
| 4. Bettyjean Grew | 100 Parkridge Ave | 602-5877 | |
| 5. | 2427 Sheridan | 303 (948 | |