# Notice Of Claim

RECEIVED

MAR 0 3 2014

Office of Labor Relations
& Legal Counsel

1.) That, I reside in city of Buffalo, County of Erie, State of New York.

2.) That, I founded Brotherman's Progres mentors matter advocacy Organization to advocate on behalf of at Risk minority male see exhibit # 1.

3) That, I joined District Parent Coordinatin Council of Buffalo Public Schools in 2011.

4) That, Buffalo Board Of Education President Ralph Hernandez agreed to respond to a set of Written questions I prepared as regarding Board Of Education (hereafter BOE) policies toward mentoring minority male. see exhibit # 2

5) That, Ralph Hernandez did not immediately respond and thereby the task fell upon new BOE President Lou Petrucci, who responded Via letter dated 12-11-2011. see exhibit # 3

6) That, in his letter, Lou Petrucci answere my enquiries as to minority male student and also acknowledged that Due to my advocacy on their behalf, I had been appointed to a newly established mentoring Committee

( 1 )

chaired by Charles Brandy ... With respect
to the achievement of males of African descent
in Buffalo Public Schools (hereafter BPS) We are
not where anyone Wants to be. We need
to see great improvements."

7.) That, I sat down with Charles Brandy
(who had been appointed to Chair the
BPS Mentor Committee by Interim
Superintendent Amber Dixon) and instructed
to contact me in order to build the
committee and come up with Comprehensive
District Wide Mentor Program and policies
with emphasis on minority male students.

8) That, Gail Wells, employee of Buffalo
State College joined our committee at the
behest of Dr. Hunter a Buffalo State
Professor who formerly worked with us.

9.) That, Tracy Cooley joined our Committee
and served as secretary and coordinator.

10.) That, Doctor Will Keresztes, Director
of Student Services interacted with
our committee.

11.) That as a result of my Brotherman's

(2)

Progress Mentoring Matters Advocacy on behalf of minority males in BPS, I sought help from BOE members Lou Petrucci and Ralph Hernandez in Spring of 2013, in sponsoring a BOE Resolution "Conduct an Impact Study and Cost Analyses Study of the 5000 Role Models of Excellence Project". See exhibit #4.

12.) That, after the resolution was passed, Lou Petrucci via email discussed the need for me to put together a business plan amongst other Considerations. See exhibit #5.

13.) That, BPS Mentor Committee secretary Tracy Cooley offered to assist me with formulating Business Plan. See exhibit #6.

14.) That, BOE President Barbara A. Nevergold supported implementation of 5000 Role Models of Excellence Project in BPS. See exhibit #7.

15.) That, by letter dated 8-13-13, Ellicott District Councilmember Darius Pridgen endorsed the need for "diversity" and implementing 5000 Role Models of Excellence Project in BPS, while also agreeing to "serve in advisory capacity" on a distinguished

(3)

steering committee that I was putting together to assure success. see exhibit # 8.

16.) That, many distinguished community leaders supported our initiative, such as Erie County Sheriff Tim Howard, Phil Rumore of B T F, Carl Paladino and Erie County Legislator Tim Hogue, along with David Rust of Say Yes. see exhibit #9

✓ 17.) That, a key player regarding my business plan was 5000 Role Models of Excellence Project founder Congresswoman Frederica S. Wilson who wrote an August 16, 2013 letter "In Congress I am working to bring the 5000 Role Models of Excellence Project to a national scale. I informed the member of the school board that I would be delighted to come to Buffalo to help move their initiative forward." see exhibit #10

✓ 18.) That, at the 9-11-13 Speakers List BOE meeting I requested that a letter of invitation be sent to Congresswoman Wilson and that Supt. Brown publicly agreed to do it. see exhibit #11.

19.) That, on 9-26-2013, I hand delivered a letter ✓ to Supt. Brown's office enquiring as to when she would be sending the agreed upon

(4)

letter, and informed her that I had attended a Congressional Black Caucus Educational forum having been invited by congresswoman Wilson to meet Key Playe see exhibit #12

20) That by emails letters dated 9-11-13 +9-21-13, I had also asked Supt. Brown to send me a copy when the letter would be sent out to Cong. Wilson, so that I could share it with community stakeholders. see exhibit #13

21) That, at the 11-13-13 BOE Speakers fest again I took the opportunity to ask Supt. Brown, just why had she not sent out the above referenced letter as promised. see exhibit #14

22) That, Supt. Brown's response was that she had received a "committee report" from committee Chairman Charles Brandy as regarding the Impact Study / Cost Analysis.

23) That, I informed Supt. Brown that any "report" presented to her by Charles Brandy should be viewed with suspicion since no other BPS Mentor Committee members had participated in the compilation of "report"

24) That, at this same 11-13-13 BOE Speakers

List meeting I had requested a copy of the so-called "committee report" from Supt. Brown and Charles Brandy who had attended the public meeting.

✓ 25) That, I wrote a 6 page 11-27-13 follow-up letter to Supt. Brown and hand-delivered it to her office
See exhibit # 15

26) That, the 6 page follow-up letter amongst other considerations informed Supt Brown that Brandy's report was "bogus" and again demanded that I be given a copy so that I may properly respond to it and ask BOE for investigation of fraud if Supt Brown denied myself and stakeholders seeking to empower minority Males in BPS our due process rights. Copies of this 11-27-13 letter were placed in mail boxes of Dr. Haren-Tigg; Mr. Paladino and Dr. Barbara A. Newgold of BOE.

27) That, I received an email response stating that "Dr. Brown would like to meet with you on Dec 4, 2013, at 3:30 PM" (15 minutes).
See exhibit #16

28.) That, I responded I could make meeting however "it is imperative that I immediately receive a copy of the so-called impact study cost analysis bogus

(6)

report submitted to Supt Brown without my participation and Knowledge." See exhibit #16.

29) That, on Dec 3, 2013, Supt. Brown sent email "Please see the committee's report attached - I look forward to meeting with you tomorrow." See exhibit # 17.

30) That, I maintained Charles Brandy was intentionally being deceptive in his arbitrary report which was done without the Knowledge or assistance of any other BPS mentor committee members. A copy of Charles Brandy's "committee report" of 11-12-13 es attached. See exhibit # 18.

31) That, during our Dec 4, 2013 meeting (15 minutes allotted) Supt. Brown was informed by assistant Elaine Cala that she had another engagement to attend. Supt. Brown refused to take the time to read any of the documentary evidence I offered to prove Charles Brandy had intentionally misled her in composing his arbitrary and false report.

32) That, I offered to leave her copies of the material documents that exposed Charles

(7)

Brandy's "Committee Report" of November 12, 2013 as Fraudulent, but she refused to accept my documents offering the excuse that she had already turned Charles Brandy's "Committee Report" over to B O E. I then asked her why did she schedule this 15 minute meeting if she had no intention of dealing with my claim that Charles Brandy had intentionally misrepresented the facts as regarding this "Committee report".

33). That, When I asked Supt. Brown why she had not kept her word and sent out the agreed upon invitation to Congresswoman Wilson weeks ago - She replied to my astonishment "How do you know that I wanted that woman to come here in the first place." Our meeting was over.

34) That, on the evening of the above meeting I sent Supt. Brown an email placing her on notice that by no means was this matter over as she was wrong in telling me that there could be no appeal of her decision not to accept my material documents which prove that Charles Brandy intentionally misrepresented the

faces in his 11-12-13 "committee report" in
which he stated I had "ceased all communications." see exhibit # 19

35) That, The material evidence and
documents which I tried to present
to Supt. Brown during our meeting
of December 4, 2013 consists of the following:

— An October 10, 2013 email from
Gail Wells (BPS committee member) to
Tracy Cooley (and rest of committee) which
states "Brother Charles (Charles Burgin)
and I spent some time fine tuning
the work from the meeting." She
then lists the program framework
"which will be completed by November 1st."
She then states "Charles Burgin will be
calling the Director of the 5000 Role
Models of Excellence Program to discuss
the program and ask questions. The
mentoring committee will provide
a list of questions and bases to
cover to Charles for his phone call
he will be making ... Charles
and I are offering everything that
is in red as a framework for our
conference call tomorrow (October 11, 2013).
see exhibit # 20

36) That, in his November 12, 2013 "Committee

(9)

Report" Charles Brandy states "None of the above mentioned information was provided to the Committee for review and discussion. Mr. Burgin did not participate in the October 12th conference call with the committee and ceased all communications. Recommendation: The 5000 Role Models of Excellence Mentoring Program is not recommended for implementation in Buffalo Public Schools in a limited or full capacity at this time. Specifics of the program core components remain unknown." Note for the record, at all times prior to his composing the blatantly false report of 11-12-13, Charles Brandy had my phone number and email address yet made no attempt to contact me and falsely states that I "ceased all communications."

37.) That, had Supt. Brown accepted the following documentary evidence which I offered her at the 12-4-13 meeting, she could have ascertained the falsity of Charles Brandy's "Committee Report" of 11-12-13.

(10)

38.) — A document dated October 10, 2013 12:56PM, sent by BPS Committee Chairman Charles Brandy to myself and other BPS Mentor Committee members "Hello everyone, our conference call es scheduled for 4:PM on Friday October 11, 2013. Please refer to conference Dial-en Number: (712) 432-1500." (see exhibit #21) Now Contrast this with Charles Brandy's November 12, 2013 "Committee report" (Now marked exhibit #18) and his assertion that "Mr. Bugin did not participate in the October 12th Conference Call with the committee and ceased all Communication Note, THERE NEVER WAS ANY CONFERENCE CAll Scheduled FOR OCTOBER 12, 2013. Charles Brandy's error with the dates shows lack of integrity. Now there was actually a conference call made by BPS mentor Committee members on October 11, 2013.

39.) — A document dated October 11, 2013 at 3:39 AM Email, sent from myself to BPS mentor Committee member Gail Wells. See middle paragraph, whereby I state "Instead of holding a conference call today

I find it imperative that we meet to discuss the BPS mentoring Initiative and Gails Understanding. Furthermore I'm still in process of putting together the Steering Committee which will be addressing the major issues and concerns with implementing 5000 Role Models Of Excellence Project in BPS and preparing for Congresswoman Frederica S. Wilson's Visit to Buffalo — especially in light of the fact her Visit will coordinate the on-going campaign to build a movement to recruit and sustain mentors etc. I do Not intend to rush things and fully understand that everything cannot be done by the January 13, 2014 tentative date so I'm looking at September 2014 as a more realistic goal for implementing the 5000 Role models of Excellence Project in BPS."
See exhibit # 21(A)

40.) — Gail Wells of BPS mentor committee responds via email dated Friday october 11, 2013 at 1:57 PM. "Hotep Brother
See exhibit # 22

Charles (Charles Burgin) Everyone
who called in for the conference
call felt the conference call should
be cancelled and as per your
suggestion be replaced with a
meeting. A meeting time was identified
therefore we need to know if you are
available to meet next Friday on
October 18th at 11 AM. The meeting
would be held at the regular location
If this is not convenient for you please
provide another time when you are
available as we feel we cannot
proceed without your ~~input.~~"

41.) — That my reply to Gail Wells
was via ~~email~~ ~~dated~~ October 14, 2013
at 8:47 PM. "Greetings, this is to
to inform that I am not available
for a meeting on the 18th of Oct. I
will be available for a meeting
on Friday the 25th after 1:30 PM or
from the 28th thru 31st of October
after 1:30 PM. At that meeting we
shall discuss the formal role of
BPS mentor committee as regarding the
5000 role models of Excellence Project —
which has nothing to do with the

so-called Buffalo Mentor Initiative
We also shall discuss for the record,
how the Steering Committee (which
Councilman Pridgen) offered to serve in
an advisory capacity) which Jim
putting together to advance the objectives
and implementation of 5000 Role models
of Excellence Project in BPS; along with
the impact study and cost analysis
which cannot be performed until
after my business plan and budget
has been perfected, along with other
pertinent concerns and time lines."
See exhibit # 23

42.) — That for the record, I said Wells
called me after she received my october
14, 2013 email; she stated that she
would not be available to meet on
the dates which I offered and would
be going out of town. She later
sent myself and the full committee
an email dated october 23, 2013
stating "I am leaving for Baltimore
tomorrow morning." That is the
last communication which I received
from any BPS mentor committee
member. I anticipated hearing from
secretary Tracy Cooley to suggest
See exhibit # 24

(14)

some New meeting dates once
Gail Wells returned from Baltimore
Clearly Charles Brandy falsely
stated that I had "Closed all
Communications" with the BPS Mentor Committee

43.) Is it simply coincidence that as
soon as Charles Brandy compiled
his fraudulent letter or so-called
"committee report" of November 12, 2013
that Charles Brandy and Dr Will
Kereztes is working with
Councilman Demone Smith and
C A O Director/Black Mens Think Tank
Director L. Nathan Hare as regarding
the funding etc of mentor Programs
in BPS.
See exhibit #25

44.) Here is additional material that goes
to Charles Brandy's state of mind
on November 12, 2013 when he decides
To draft or compose his falsified
"mentor committee report". This
Document relates to Charles Brandy's
relationship with Councilman Demone
Smith and his "Buffalo Mentoring
Initiative" that includes L. Nathan Hare

Director of CAO and United Black Mens
Think Tank and Sam Radford.
Note that when Brandy was
first appointed by Dr Will
Keresztes to do the Impact Study
Cost Analysis for BOE Resolution
pertaining to 5000 Role Models of
Excellence Project — he tried to
join it with the "Buffalo
Mentoring Initiative" which was
formed by the above parties who
associate with Charles Brandy.
Brandy also set up a meeting
with Demone Smith and myself
once I made it clear that the
5000 Role Models of Excellence
Project was not being controlled by
their "Buffalo Mentoring Initiative" —
(see exhibit #16)

45.) Further Note that there was an
issue which I had to straighten out
with L. Nathan Hare as he sought
to wrest control of 5000 Role Models
Of Excellence Project from myself
and Contacted Supt. Brown who
stated she would only be working with
one person who was in charge of
5000 Role Models of Excellence Project. I

(16)

sent Mr. Hare an Email and he then
sent Supt. Brown an Email stating
that I was the person in charge of
5000 Role Models of Excellence Project.
See exhibits #27 and #28.

46.)    A Related issue which goes to
the state of mind of Charles Brady
when he "falsified" his 11-12-13
"committed report" rs his Connection
with Mayor Brown. The record
reflects that during the month of April
2013, Mayor Brown Visited the District
Parent Coordinator Council in which I Chair
their mentor committee. I shared him
documentation of the 5000 Role Models
Of Excellence Project and he pledged
his support after signing our
"Brotherhmen's Progress Petition For
Nonviolence and Increasing Life Skill
mentoring Programs For at Risk Youth:
See exhibit #29

47.)   After taking Mayor Brown at his
Word and visiting his office and
leaving messages several times with
his secretary and not receiving any
response, I wrote him a certified
letter dated october 17, 2013. This

4 Page letter to Mayor Brown informed him
(at page 2, paragraph # 8 at exhibit # 30)
that "I'm in process of putting together
a business plan along with a steering
committee of dedicated professional
people to help get everything that the
program needs to succeed." on page
4, last paragraph, I also asked if Mayor
Brown could have a Deputy Mayor Work
with myself and the Steering Committee
Now does that sound like someone
who intends to "Close all communication
with the BPS Mentor Committee tasked
with completing an Impact Study/Cost
Analysis of 5000 Role Models of Excellence
Project? At page 3 I informed Mayor
Brown that I had been to his office
several times seeking either a personal
meeting or a letter stating he
supported our initiative and would
be supporting Congresswoman Frederica S.
Wilson when she comes to Buffalo. I
also informed him that "todate I'm still
awaiting your response. That over
this period of time I was informed
by Sam Radford that he was aware
of all the work that I had done on the
5000 Role Models of Excellence Project and

that he would hate to see me left
out as Councilman Demone Smith,
Charles Brandy and Nate Hare
were going to connect with you
(Mayor Brown) to reach out to
Congresswoman Wilson and bring her
to Buffalo so that they could take
over the 5000 Role Models of Excellence
Project — In which I simply Responded
that Mayor Brown had already pledged
his support and besides, I was already
in contact with Congresswoman Wilson
and her Chief of Staff. Mayor Brown
since I have not heard from you
after visiting your office three times
and also meeting with your secretary;
I'm now Wondering if there is something
political going on to circumvent my
efforts to implement this very important
generational cycle poverty reduction
mentor Program to assist our at-risk
minority youth males in Buffalo Public Schools
to finish high school and graduate."
See exhibit # 30.

48.) For the record, I never received a
reply from the above certified letter
of October 17, 2013 to Mayor Brown
and certainly believe it is due to

(19)

his political relationship with
Charles Brandy, Demone Smith,
L. Nathan Hare and Sam Radford
who have their own "Buffalo Mentoring
Initiative" and are dealing with
Dr. Will Keresztes, head of student
services for BPS. It reminds me
of crabs-in-the-barrel syndrome.
Especially when Mayor Brown is
full of hypocrisy. When it comes
down to actually keeping his Word
to help uplift and empower our at-Ris-
munity male students.

49.) As regarding Dr. Will Keresztes
and his conflect of interest in
being appointed by Sup't Brown to
be in charge of getting the Impact Study
Cost Analysis done, before he passed
it off to Charles Brandy and the BPS
mentor committee — I had sent Sup't
Brown a 3 page email dated Septembe
3, 2013 detailing the conflect of interest
(See exhibit #31) with her appointing Dr. Keresztes to
be in charge of the impact study/cost
analysis (along with Charles Brandy). At
paragraph # 13 thru 20, I informed
Sup't Brown of the serious disputes

(20)

and issues of integrity and character
exhibited by Charles Brandy and Dr.
Will Keresztes while working with
them on the mentor committee prior
to the BOE Resolution involving
the impact study/cost analyses for
5000 Role models of Excellence Project.
Having received no reply from
Supt. Brown after the above letter,
I was forced to deal with Charles
Brandy and took him at his word
to forget past grievances as he was
supposedly only interested in support
my efforts to get the 5000 Role models
of Excellence Project implemented in BPS
the evidence shows otherwise. See
exhibit #37 which is another email I
sent to Supt. Brown dated sept 6, 2013.
Note how she states "I look forward
to meeting with you and the rest of
the mentoring Committee as soon as the
study is completed and the Committee
Is Prepared To Make A Recommendation
To me." Her actions certainly prove
otherwise as she would not accept my
documentary materials which exposed
Charles Brandy. She never sent out
the letter to congresswomen Wilson

(21)

over a period of months after publicly
stating she would do so. She most
certainly revealed her true colors and
lack of integrity when she stated
to me during our December 4, 2013
meeting "How do you know that
I wanted that woman (Congresswoman Wilson
to come here in the first place."

50. Of Relevance to Charles Brandy's state
of mind is an email dated May 16
2013 in which he practically had
resigned from the BPS Mentor Committee
several months prior to his being
appointed to do the impact study/
cost analysis. It is an email sent
by Charles Brandy to myself and
Gail Wells and Tracy Cooley.
see exhibit # 33

51.) I then drafted a 7 page response
email to Charles Brandy dated
May 17, 2013.
see exhibit # 34

52.) Clearly the evidence presented here
shows the the due process rights of
myself and the intended beneficiaries
of the BOE Resolution — Minority male

(22)

students have been flagrantly
violated by willful fraudulent
misconduct of Board employees
and a superintendent who lacks
integrity and courage.

53.) I implore the Buffalo Board of
Education to expediently use it's
power to address this grave
situation. On December 20, 2013, I
contacted Board member Dr. Harris-T.
who serves as Board Liaison to
our District Parent Coordinating Coun.
via email and am still awaiting a
reply to meet with me to help
remedy this situation.

54.) For the record, at our December 4,
2013 meeting, I placed Supt. Brown
on notice that I would appeal
her negative and arbitrary decision
to ignore the evidence in this
Case. She stated to me that the
matter could not be appealed.
Can someone in her position actual
take the Board for granted until
she can not be over ruled by the
Board which hired her or did

(23)

she miscalculate my resolve to see that justice is done when it comes to my advocacy on behalf of minority males? My request a full investigation by the Board and to remedy this situation, along with appoint a person of integrity and charac to work with myself and community stakeholders to comple the BOE Resolution Cost Analys Impact Study. President OBama recent unveiling of his program to uplift and empower minority males- My Brothers Keeper, evidence that what jim fighting for in terms of replicating the 5000 Role Models of Excellence Project in Buffa Public Schools essential! Man-up! mind-up! Stand-up! Mentor-up!

Charles Burgin

Box 1073
Buffalo NY 14201

Ellen L Snekser 3/3/14

RECEIVED

MAR 0 3 2014

Office of Labor Relations
& Legal Counsel

ELLEN L. SNEKSER
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 8/28/14

(24)