

G**M**ail

# Charles Burgin - 5000 Role Models for Excellence

**Brown, Pamela C** <PCBrown@buffaloschools.org>
To: "bromaninc@gmail.com" <bromaninc@gmail.com>, "Brandy, W. Charles" <WBrandy@buffaloschools.org>

Wed, Nov 27, 2013 at 4:20 PM

When: Wednesday, December 04, 2013 3:30 PM-3:45 PM. (UTC-05:00) Eastern Time (US & Canada)

*~*~*~*~*~*~*~*~*~*~*

Dr. Brown would like to meet with you on December 4, at 3:30 p.m. in her office. Please confirm your attendance by return e-mail or phone at 816-3575. Thank you.

LaRae Hens Bryant
816-3575
lhens@buffaloschools.org

📄 **invite.ics**
2K

---

**Charles Burgin** <bromaninc@gmail.com>
To: "Brown, Pamela C" <PCBrown@buffaloschools.org>
Cc: "Brandy, W. Charles" <WBrandy@buffaloschools.org>

Sat, Nov 30, 2013 at 9:30 AM

Yes I can make this meeting, however in terms of full transparency it is imperative that I immediately receive a copy of the so-called "impact study/cost analysis" bogus report submitted to Supt. Brown without my participation or knowledge! Regards

[Quoted text hidden]



exhbt
16



# FW: 5,000 Role Models of Excellence Program Recommendation

**Brown, Pamela C** <PCBrown@buffaloschools.org>                    Tue, Dec 3, 2013 at 4:04 PM
To: "bromaninc@gmail.com" <bromaninc@gmail.com>

Mr. Burgin,

Please see the committee's report attached.  I look forward to our meeting tomorrow.

Best,

Pamela Brown

Pamela C. Brown, Ed.D.
Superintendent
Buffalo Public Schools
(816)716-3575

---

From: Brandy, W. Charles
Sent: Monday, December 02, 2013 8:21 AM
To: Brown, Pamela C
Cc: Keresztes, Will
Subject: FW: 5,000 Role Models of Excellence Program Recommendation

Dr. Brown,
Happy Thanksgiving.  Please refer to the attached report that was submitted on November 13, 2013.

Best regards,
W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

*exhibit 17*

📄 **5,000 Role Models of Excellence Mentoring Committee Report (11-13).doc**
64K





**BUFFALO PUBLIC SCHOOLS**
**Department of Social Studies**
**W. Charles Brandy, Director**
150 Lower Terrace, Room 447
Buffalo, New York 14202
(716) 816-3048 ext. 8779

exhibit
18

**To:**          **Will Keresztes, Ed.D.**
              **Associate Superintendent of Educational Services**

**From:**       **W. Charles Brandy, Director of Social Studies**

**Date:**        **November 12, 2013**

**Subject:**     **5,000 Role Models of Excellence Mentoring Program**

---

**Purpose:** The Buffalo Public Schools mentoring committee was convened to determine the feasibility of implementing the 5,000 Role Models of Excellence Mentoring Program.

**Methods:** The mentoring committee met on September 5, 12, 16; October 10 and had a final conference call on October 12, 2013.  Committee members included: W. Charles Brandy, Chair, Charles Burgin, Tracey Cooley, Marilyn Gibson, Modell Gault, Samuel Radford, Gail Wells and Dr. Tara Jabbar-Gyambrah.

**Findings:**

9/5

- Charles Burgins provided the committee with letters of support from former Legislature Timothy R. Hogues, Philp Rumore, Council Member Darius R. Pridgen and Dr. Barbara A. Seals Nevergold.  Additionally, copies of the Buffalo Board of Education Resolution on the 5000 Role Models of Excellence, a letter of support from Congresswoman Frederica S. Wilson, 24th District of Florida, a brief history of the 5000 Role Models of Excellence Project as well as an open page dissertation titled "The Impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males."

- The committee explored piloting the 5,000 Role Models of Excellence Mentoring Program in one Elementary ( K-8) and one secondary (9-12) buildings for the 2013-14 School Year and additional implementation to two or more schools in 2014-15.  Proposed sites included Marva J. Daniel School of Excellence School #37 (formerly Futures Academy), Build Academy School #91, Burgard or East high schools.

9/12

- The committee suggested focusing on 10 out of the 25 components of the 5,000 Role Models of Excellence Program:
  *"Putting children and families first to ensure high academic achievement for all"*

1. One to One Mentoring, Group Mentoring, and Peer Mentoring
2. Year Round curriculum survival skills for boys
3. Employment opportunities for students
4. Youth summits and Health symposiums
5. Annual recognition of mentors
6. Annual scholarship presentations for graduating seniors
7. Field trips to college campuses
8. African American History and Culture
9. Community Service performed by all student participants
10. Critical Thinking Training

9/26, 10/10, 10/12

- The Pilot would take place during the 3rd marking period of the 2013-2014 school year. The pilot program was expected to begin on January 13, 2014 and end on March 28, 2014. Additionally, the committee developed an action plan with four components. Below is the outline of the first component.

  - Mr. Charles Burgin was charged with calling the Director of the 5,000 Role Models of Excellence Program to discuss the program's components. The Mentoring Committee was charged with providing a list of questions to Mr. Burgin for the phone call. Some of the topics of discussion included:

1. Pre/Post Test

2. Program Modules Components

3. Parent and Mentor Informational and Other materials packets

4. Interactions with the admin and other staff of the schools

5. Outline for Orientation (schedule of all of the framework of the program)

6. Student Selection Method

7. Mentor/Student match up method

8. Parental Involvement

9. Budget

10. Assessment methodology

None of the abovementioned information was provided to the committee for review and discussion. Mr. Burgin did not participate in the October 12th conference call with the committee and ceased all communication.

*"Putting children and families first to ensure high academic achievement for all"*

**Recommendations:** The 5,000 Role Models of Excellence Mentoring Program is not recommended for implementation in the Buffalo Public Schools in a limited or full capacity at this time. Specifics of the program's core components remain unknown.

Please feel free to contact me, if you have additional questions or concerns.

cc: Mentoring Committee File

*"Putting children and families first to ensure high academic achievement for all"*

ex 19,



Gmail - "How do you know that I wanted that woman to come here in the first place"

# "How do you know that I wanted that woman to come here in the first place"

**Charles Burgin** <bromaninc@gmail.com>
To: "Brown, Pamela C" <pcbrown@buffaloschools.org>, carl@carlpaladino.com

Wed, Dec 4, 2013 at 6:02 PM

Buffalo Public Schools Superintendent
Pamela C. Brown
Re; Our meeting to discuss the November 12, 2013 "report" of Charles Brandy concerning 5000 Role Models of Excellence Project

Dr. Brown, I don't know why you wasted your and my time with the brief meeting in your office today to discuss my objections to the above report. You stated that you had already sent the report to the Buffalo Board of Education. So your mind was already made up and there was no way you were going to listen to anything I had to say in a fair and objective manner. You further stated that there is no "appeal" of your decision and that you would not be sending me a letter explaining what we discussed. We will certainly see if your decision and actions are to be appealed or reviewed. Certainly the Buffalo Board of Education has the power to review your actions along with the misrepresentations made by BPS Mentor Chairman Charles Brandy. I will most certainly be seeking a legal opinion on the matter along with drafting a complaint to the State Education Dept. But the thing that really disgusts me is how you can have the unmitigated·gall to say to me in response to my assertion that Congresswoman Frederica S. Wilson should have been welcomed here to assist in this most important initiative regarding implementation of 5000 Role Models of Excellence Project in Buffalo Public Schools—"How do you know that I wanted that woman to come here in the first place." I clearly see that you do not truly have the best interest for our children when it comes to supporting a proven mentor initiative which graduates 70 percent of the minority male students and sends them to college.Yes, Board of Education member Carl Paladino was right, and you don't have a clue as to leadership in this school district and it's just status quo! Well I for one will not waste any time exposing you in the public forums every chance that I get!

Regards,

Charles Burgin
Chair of District Parent Coordinating Committee&
Founder of Brotherman's Progress Mentors Matter Org, <



exhibit
19

11/10/15

*exhibit H 20*

# GMail

## Components - 5000 Role Models of Excellence

**Wells, Gail** <WELLSGV@buffalostate.edu>

Thu, Oct 10, 2013 at 1:49 PM

To: "Cooley, Tracy" <tcooley1@hilbert.edu>, "w.a.v.ebuffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>", "Brandy, W. Charles" <WBrandy@buffaloschools.org>, "samradford3@gmail.com" <samradford3@gmail.com>, "bromaninc@gmail.com" <bromaninc@gmail.com>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-gyambrah@hilbert.edu>

Cc: "'Gail Wells' (wellsgv)" <wellsgv>

Dear Tracy,

Thanks for the excellent note taking. Brother Charles and I spent some time fine tuning the work from the meeting. So what we both would like to add to what is below can be seen in red:

I.    Program Framework

*Proof that Brandy lied when he said that I was charged with calling the Director of 5000 Role Models of Excellence Program on October 12th conference call with the committee and closed the communication*

Will be completed by November 1st, which is three weeks

A. Charles Burgin will be calling the Director of the 5000 Role models of Excellence Program to discuss the program and ask questions. The Mentoring Committee will provide a list of questions and bases to cover to Charles for this phone call he will be making. Some of the topics of discussion should cover the following:

1) Pre/Post Test

2) Program Modules Components

3) Parent and Mentor Informational and Other materials packets

4) Interactions with the admin and other staff of the schools

5) Outline for Orientation (schedule of all of the framework of the program)

6) Student Selection Method

7) Mentor/Student match up method

8) Parental Involvement

9) Budget

10) Assessment methodology

11) Does the mentoring program have a logo that we can use? If so, can you send it to us.

12) Can you provide any financial or any other support for our program? (eg, $$, incentives for participants, participation in the trip to Washington with the congressional black congress etc.)

13) Does your mentoring program have corporate or other types of sponsorship that we can approach to assist our program?



*exhibit 20*

14) Ccdocuptation-twasaltuwsehemicht their complete assessment data for example)

15) What is the size of your staff? Do you have an organization chart and can you send it to us?

16) Do the mentoring participants (students, parents, mentors and school administrators) sign a pledge or contract? If so, can you send us copies?

17)Would you be able to support a visit from our team to come visit or could you send a team to us  for purposes of marketing and training?

B.  Task                                    Description
                                  Person/s Responsible              Partners
Starting Date   Completion Date      Status

Budget                              Create a budget that includes expenses and income

                                    Identify possible grants, corporate/educational partners

Assessment                          Develop pre and post-test, create methodology that includes

                                    Who will process the data and how the data be used/shared

Calendar                            Create a calendar of events and activities for each category of
participation

                                    The calendar would contain location, time, presenter, any cost for
attendance,

                                    Transportation information etc.

Program outline                     List all components of the program with description, learning outcomes

                                    incentives for participation, and products that demonstrate competency

                                    including orientation and training modules for all participants

Organizational outline              Create an organizational chart that lists staff and volunteers, job

                                    responsibilities of each, salary for staff

Logistics                           Develop a plan that identifies space for training, orientation workshops

                                    and transportation to and from etc.

Marketing                           Develop the marketing plan for this project using print, social media etc.

                                    The plan would include target populations, outreach strategies etc.

Strategic Planning          Develop the strategy for rolling out the project. This would include

meetings with stakeholders, setting priorities, etc.

**Component 2 would be the implementation of the marketing plan, development of materials and securing corporate and other partners. This component may take 6 weeks, so in effect there would only be 3 components and not 4. Yet the entire process would still take 12 weeks!**

**Component 3 would be training, orientation and of mentors, parents, school officials. This component would take 3 weeks.**

**I would like to suggest that we use the BSC creative problem solving model from this point onward in our meeting where we clarify, ideate, develop and implement....using sentence stems such as In what ways might we, How can we. I can provide more detail when we meet next time.**

**Charles and I are offering everything that is in red as a framework for our telephone conference call tomorrow.**

*again note that this was supposed to be a conference call amongst committee members only to discuss Gail Wells suggestion There was no agreement to dial the Director of 5000 Role Models of Excellence Project on the phone to just start talking about all the questions and issues that Gail proposed*

Ubuntu, "We are because I am, I am because we are."

Gail

*Also To clarify things Gail asked if me and her could talk after the 10-10-13 full Committee meeting. She then typed everything into her computer then sent it to Tracy. Tracy then sent out email as if everything she received from Gail Wells was OKed by me. *See my 0-11-13 Reply to Gail via email*

**From:** w.a.v.ebuffalo@gmail.com [w.a.v.e.buffalo@gmail.com]
**Sent:** Thursday, October 10, 2013 11:54 AM
**To:** Brandy, W. Charles; Cooley, Tracy; wellsgv@buffalostate.edu; w.a.v.e.buffalo@gmail.com; samradford3@gmail.com; bromaninc@gmail.com; modellgault@yahoo.com; Jabbaar-Gyambrah, Tara
**Cc:** 'Gail Wells' (wellsgv)
**Subject:** Re: Components - 5000 Role Models of Excellence

[Quoted text hidden]

**Brandy, W. Charles** <WBrandy@buffaloschools.org>                         Thu, Oct 10, 2013 at 12:56 PM
To: "Cooley, Tracy" <tcooley1@hilbert.edu>, "w.a.v.e.buffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "wellsgv@buffalostate.edu" <WELLSGV@buffalostate.edu>, "samradford3@gmail.com" <samradford3@gmail.com>, "bromaninc@gmail.com" <bromaninc@gmail.com>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-gyambrah@hilbert.edu>

Hello Everyone,
Our conference call is scheduled for 4:00 p.m. on Friday, October 11, 2013.  Please refer to:

Conference Dial-in Number: (712) 432-1500
Participant Access Code: 257355#

Thank you for your cooperation.

Best regards,

W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

*exhibit 21*

**From:** Cooley, Tracy [tcooley1@hilbert.edu]
**Sent:** Thursday, October 10, 2013 2:24 PM
**To:** w.a.v.e.buffalo@gmail.com; Brandy, W. Charles; wellsgv@buffalostate.edu; samradford3@gmail.com; bromaninc@gmail.com; modellgault@yahoo.com; Jabbaar-Gyambrah, Tara
[Quoted text hidden]

[Quoted text hidden]

Spam
Not spam
Forget previous vote

**Wells, Gail** <WELLSGV@buffalostate.edu>                                Thu, Oct 10, 2013 at 12:57 PM
To: "Brandy, W. Charles" <WBrandy@buffaloschools.org>, "Cooley, Tracy" <tcooley1@hilbert.edu>, "w.a.v.ebuffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "samradford3@gmail.com" <samradford3@gmail.com>, "bromaninc@gmail.com" <bromaninc@gmail.com>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-gyambrah@hilbert.edu>

Thanks.

Gail

# Gmail

## Components - 5000 Role Models of Excellence

**Charles Burgin** <bromaninc@gmail.com>                    Fri, Oct 11, 2013 at 3:39 AM
To: "Wells, Gail" <WELLSGV@buffalostate.edu>

Gail,

Hold on! After taking time to read the various emails sheet that
Tracy provided me with, I want to clarify matters as regarding your
October 1 st email conversation with Tracy, in which you state..."your
thoughts and concerns could be discussed at the upcoming meeting on
10/10 and should be brought to the attention of Charles Burgin.
Brother Charles is the member of the committee who is most familar
with the 5000 Role Models of Excellence Program and may become the
Director of the Program. Based on my understanding our committee is
using the 5000 Role models of Excellence Program as the foundation for
BPS mentoring Initiative and we are only adding or subtracting
elements based on the specific set of circumstances that challenge
male students in the Buffalo Public School system and on our
limitations as a committee." Instead of holding a conference call
today, I find it imperitive that we meet to discuss the BPS Mentoring
Initiative and "Gail's understanding." Furthermore, I'm still i8n the
process of putting together the Steering Committee which will be
addressing the major issues and concerns with implementing the 5000
Role models of Excellence Project in BPS and preparing for
Congresswoman Frederica S. Wilson's visit to Buffalo—especially in
light of the fact her visit will cordinate the on-going campaign to
build a movement to recruit and sustain mentors etc. i do not intend
to rush things and fully understand that everything can not be done by
the January 13,2014 tentative date so I'm looking at September 2014 as
a more realistic goal for implementing the 5000 Role Models of
Excellence Project in BPS.

Regards
[Quoted text hidden]
> implement....using sentence stems such as In what ways might we, How can we.
[Quoted text hidden]
> From: w.a.v.ebuffalo@gmail.com<mailto:w.a.v.ebuffalo@gmail.com>
> [w.a.v.e.buffalo@gmail.com]
> Sent: Thursday, October 10, 2013 11:54 AM
> To: Brandy, W. Charles; Cooley, Tracy;
> wellsgv@buffalostate.edu<mailto:wellsgv@buffalostate.edu>;
> w.a.v.e.buffalo@gmail.com<mailto:w.a.v.e.buffalo@gmail.com>;
> samradford3@gmail.com<mailto:samradford3@gmail.com>;
> bromaninc@gmail.com<mailto:bromaninc@gmail.com>;
> modellgault@yahoo.com<mailto:modellgault@yahoo.com>; Jabbaar-Gyambrah, Tara
> Cc: 'Gail Wells' (wellsgv)
> Subject: Re: Components - 5000 Role Models of Excellence
> Just returning Jacinto work from vacation. I had more work than expected so
> I may not make the meeting.  :(
>

*Handwritten annotations:*

12-4-13
For Supt. Brown
To refute assertions
of Charles Brandy (BPS
Mentor Committee Chairman)
that "Mr. Burgin did
not participate in the
October 12 conference call
with the committee
and closed all
Communications."
See further Gail
Burgin (myself)
Wells email of 10-11-13 to Charles
at 1:57 PM

exhibit
21 (A)



# Components - 5000 Role Models of Excellence

**Wells, Gail** <WELLSGV@buffalostate.edu>
To: Charles Burgin <bromaninc@gmail.com>
Cc: "'Gail Wells' (wellsgv)" <wellsgv>

Fri, Oct 11, 2013 at 1:57 PM

*[handwritten]: P Strange*
*because the conference call was scheduled by Gail email no at Brandy for 4PM, yet 1:57PM*

Hotep Brother Charles,

Everyone who called in for the conference call felt the conference call should be cancelled and as per your suggestion be replaced with a meeting. A meeting time was identified therefore we need to know if you are available to meet next Friday on October 18th at 11am. The meeting would be held at the regular location. If this is not convenient for you please provide another time when you are available as we feel we cannot proceed without your input.

I got your number from Tracy and I will be calling you this weekend to clear up any misunderstanding that we might have regarding the email I wrote. My cell phone no longer works because it got wet. I will contact you using my landline. Have a great weekend!

Ubuntu,
"We are because I am, I am because we are."

Gail

——Original Message——
From: Charles Burgin [mailto:bromaninc@gmail.com]
Sent: Friday, October 11, 2013 6:39 AM
To: Wells, Gail
[Quoted text hidden]
> ls.org>; w.a.v.e.buffalo@gmail.com<mailto:w.a.v.e.buffalo@gmail.com>;
> samradford3@gmail.com<mailto:samradford3@gmail.com>;
> bromaninc@gmail.com<mailto:bromaninc@gmail.com>;
> modellgault@yahoo.com<mailto:modellgault@yahoo.com>; Jabbaar-Gyambrah,
> Tara
>
> Cc: 'Gail Wells' (wellsgv)
>
> Subject: RE: Components - 5000 Role Models of Excellence
>
>
>
> See everyone tomorrow!
>
>
>
> gail
>
>
>



*[handwritten]: Exhibit 22*

> From: Cooley, Tracy [mailto:tcooley1@hilbert.edu]
>
> Sent: Wednesday, October 09, 2013 1:52 PM



## Components - 5000 Role Models of Excellence

**Charles Burgin** <bromaninc@gmail.com>
To: "Wells, Gail" <WELLSGV@buffalostate.edu>

Mon, Oct 14, 2013 at 8:47 PM

Greetings,

This is to inform that I am not available for the 18th of Oct. I will be available for a meeting on Friday the 25th after 1:30 pm or from the 28th thru 31st of October after 1:30 pm. At that meeting we shall discuss the formal role of the BPS Mentor Committee as regarding the 5000Role models of Excellence Project—which has nothing to do with the so-called Buffalo Mentor Initiative! We also shall discuss for the record, how the Steering Committee which I'm putting together to advance the objectives and implementation of the 5000 Role models of Excellence Project in BPS; along with the "impact study and cost analysis which can not be performed until after my business plan and budget has been perfected, along with other pertinent concerns and timelines.Shanti, Bro. Charles

[Quoted text hidden]

*For Supt. Brown*
*12-4-13*

*# To Refute*
*Charles Brandy's*
*( BPS Mentor Committee*
*Chairman )*
*assertion that*
*"Mr. Burgin did*
*not participate in the October*
*12th Conference Call with the*
*committee and closed all*
*Communication".*

*Also to prove that Charles*
*Brandy is a liar with*
*ulterior motives see, Gail*
*Wells email of 10-23-13 at*
*1:30 PM stating she was leaving for*
*Baltimore on 24th. Note that*
*she had called me to state that*
*she was going out of town and*
*could not meet with the Mentor*
*Committee until she returned. This*
*is my last official Communication received*
*from the mentor Committee. Supt. Brown, I previously sent*
*material dated Sept 3 2012 email related to "Conflict of Interest" with ......*

*exhibit 23*

*[handwritten:] Charles Brandy and Dr Will Kereszter as regard their being appointed to do impact study/ cost analysis per Resolution*

# Gmail

## FW: Policy Bridge Report -- Cleveland, Ohio

**Wells, Gail** <WELLSGV@buffalostate.edu>                    Wed, Oct 23, 2013 at 1:30 PM
To: "modellgault@yahoo.com" <modellgault@yahoo.com>, "Brandy, W. Charles (WBrandy@buffaloschools.org)"
<WBrandy@buffaloschools.org>, "Cooley, Tracy (tcooley1@hilbert.edu)" <tcooley1@hilbert.edu>,
"bromaninc@gmail.com" <bromaninc@gmail.com>

*[handwritten:] See also: March 22, 2013 Email to Charles Brandy + Dr. Will Kereszler — March 19, 2013 Email to Tracy Cooley*

Dear Team,

I am leaving for Baltimore tomorrow morning BUT I have attached an article that was sent to me by a
national Black Think Tank which I belong to. Please read it and send comments/reactions.

Ubuntu,

"We are because I am, I am because we are."

Gail



*[handwritten:] Exhibit 24*

**From:** Howard, Tekeia [mailto:howardt@xavier.edu]
**Sent:** Wednesday, October 23, 2013 3:07 PM
**To:** Howard, Tekeia
**Subject:** Policy Bridge Report -- Cleveland, Ohio



*A premier repository that shines as a beacon for forward-thinkers who reveal issues and disseminate
solutions affecting Blacks in higher education, as well as, serving as an exceptional resource for networking,
career management and leadership development. In addition, an African-centered approach guides and
fosters community building among its members and friends.*

## RE: Easing the Pain - Communities Must Act to Heal Wounds of African-American Boys and Young Men
## by Randell McShepard & Gregory L. Brown

*From L. [illegible] of United Black Men Think Tank*

## Mentoring Initiative Update 12/6/13

## Meeting with Dr. Keresztes:

*exhibit 25*

- Need to create a single document that contains all of the coope[...] mentoring initiatives, identifying the age groups they can serv[...] attachments or affiliations the potential mentee must have, the[...] times and locations group activities will take place, who to co[...] a potential child's enrollment with a particular mentoring program.



- Dr. Keresztes, working through the District's mentoring structure led by Charles (Woody) Brandy), will provide our mentoring collaboration access to Buffalo Public school Forums and spaces to enable recruitment of children. Dr. Keresztes will also coordinate the engagement of the BPS Director of Parent Engagement, Heath Frisch.
- There is a February BPS sponsored College Fair at Bennett H.S., at which we can roll out the mentoring initiative, assuming the composite document of all collaborating mentoring programs is ready.
- Dr. Keresztes noted that the Big Brother – Big Sister, Cradle Beach Camp, and Project L.E.E. are already mounting mentoring programs in the schools.
- We should try to mount a 'Greeks' for mentoring initiative
- We will need to construct and organize a mentoring training initiative.
- Dr. Keresztes will utilize his administration's apparatus to data mine participant school site behaviors and academic performance.
- Planned to meet again on January 14th

## Additional Input from the UBMTT meeting, November 23rd

- Need to create a system for serving the mentoring initiatives
- How will we connect parents to mentoring organizations, allowing parents to take action
- How will we match parents and mentoring programs, and individual youth with mentors
- The CAO will create an add-on to its website for the mentoring initiative, listing all of the participating mentoring programs, their criteria, their

9

# Common Council
## CITY OF BUFFALO
### OFFICE OF MAJORITY LEADER

**DEMONE A. SMITH**
MAJORITY LEADER
MASTEN DISTRICT COUNCIL MEMBER
65 NIAGARA SQUARE, ROOM 1414
BUFFALO, NY 14202-3318
PHONE: 851-5145 • FAX: 851-5443
E-mail: dsmith@city-buffalo.com
Website: http://www.city-buffalo.com

**CHAIRMAN**
BUDGET
EDUCATION
MINORITY BUSINESS ENTERPRISE
**COMMITTEES**
CIVIL SERVICE
COMMUNITY DEVELOPMENT
FINANCE
RULES
**SPECIAL COMMITTEES**
WATERFRONT DEVELOPMENT
**MEMBER**
JOINT SCHOOLS CONSTRUCTION BOARD
**LEGISLATIVE ASSISTANTS**
FRANK GARLAND
TIANNA MARKS

November 27, 2013

Mr. Charles Burgin
P.O. Box 1073
Buffalo, NY 14201

Dear Mr. Charles Burgin,

The United Black Men's Think Tank (UBMTT) seeks to help reduce in-school violence and disruptive behavior, and to increase student's persistence in achieving high educational outcomes.

All of our research indicates that connecting children with caring adults, willing to coach the children through life's distractions and obstacles, can be the difference in a child's success in becoming educationally, socially and vocationally prepared for adulthood.

The United Black Men's Think Tank is working to help mobilize all of the capacity that exists in our community to provide any form of mentoring support for our youth, be it spiritual, social, recreational or sports.

We are trying to bring together representatives of every Faith-based Organization, Sorority, Fraternity, and or Boys and Girls groups who currently conduct any form of individual and group mentoring and or youth development activity within the City. We will develop a capacity analysis, and how we might build on that capacity, working in collaboration with the Community Action Organization's Youth Development Department, each of you, and the Student Services Division of the Buffalo Board of Education.

Please send a representative to the next mentoring collaboration meeting, **December 7th, from 2 – 4 pm at the Rafi Greene resource Center at 1423 Fillmore Avenue. We look forward to seeing you there.**

**For further information please contact Bernadine Kennedy at (716) 884-3312.**

Sincerely,

The United Black Men's Think Tank

Gmail - BPS Mentoring Committee Meeting                                        Page 1 of 2

# Gm il

*handwritten: EX#21724*

Charles Burgin< bromaninc@gmail.com>

## BPS Mentoring Committee Meeting
1 message

**Cooley, Tracy**< tcooley1@hilbert.edu>                          Thu, Aug 29, 2013 at 3:01 PM
To: "W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>,
"w.a.v.e.buffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "wellsgv@buffalostate.edu"
<wellsgv@buffalostate.edu>, "bromaninc@gmail.com" <bromaninc@gmail.com>,
"jwatts@wattseducation.com" <jwatts@wattseducation.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-
gyambrah@hilbert.edu>, "dsmith@ch.ci.buffalo.ny.us" <dsmith@ch.ci.buffalo.ny.us>,
"samradford3@gmail.com" <samradford3@gmail.com>, "modellgault@yahoo.com"
<modellgault@yahoo.com>

*handwritten note: Note: Why are Sam Radford and Councilman Demone Smith copied in this email when neither one is a member of BPS Mentor Committee*

Hello Team,

On Thursday, September 5, from 2-4pm, at 150 Lower Terrace 4th Floor, the BPS Mentoring
Committee will be reconvening to begin discussions surrounding the 5000 Role Models of
Excellence Mentoring Program.

I have also attached an invite to an event taking place on September 11th at the Delevan Grider
Community Center in anticipation of the program.

*handwritten note: Note: This event is being sponsored by Demone Smith with assistance of Charles Brandy. Furthermore that I had to go meet with Demone Smith to discuss what his connection was in regards to the BPS Mentor Committee's [?] Study / Cost analysis etc.*

Please RSVP by Tuesday, 9/3, if you will be attending this meeting.

Thanks

Tracy

76-888-0647

*handwritten: Mentor Committee's [?] Study / Cost analysis etc.*

"I hope that my achievements in life shall be these-that I will have fought for what was right
and fair, that I will have risked for that which mattered, that I will have given help to those who
were in need, and that I will have left the earth a better place for what I've done and who I've

*handwritten note: * Further Note: Gail was also working with Hare, Smith, + Brandy on Buffalo Mentoring Initiative and attend 9-11-13 meeting with them at Delevan Center, that is one of that I wanted to have an all committee member to de matter serves Gail made a sta...*

htt  *exhibit 16*  ik=f166c1f510&view=pt&search=inbox&th=140cb7...    8/29/2013



The Buffalo Mentoring Institute

SEPTEMBER 11TH, 2013

IF YOU HAVE A YOUTH PROGRAM AND CAN ACCOMIDATE MORE STUDENTS,
OR HAVE TIME TO BE A MENTOR

WE WANT TO WORK WITH YOU!

PLEASE RSVP BY SEPTEMBER 9TH BY CONTACTING W. CHARLES
BRANDY, DIRECTOR OF SOCIAL STUDIES. @826-3948 EXT 8779
OR WBRANDY@BUFFALOSCHOOLS.ORG

26

**GMail**

# Implementation Plan - 5000 Role Models of Excellence

**Brandy, W. Charles** <WBrandy@buffaloschools.org>                    Fri, Sep 6, 2013 at 9:35 AM
To: "Cooley, Tracy" <tcooley1@hilbert.edu>, "bromaninc@gmail.com" <bromaninc@gmail.com>

Bro Burgin,

Mr. Smith is available to meet today at 2:00 p.m. at City Hall in his office.  Can you make it?  Please call me at
465-5343 (cell).


Thank you,

W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

**From:** Cooley, Tracy [tcooley1@hilbert.edu]
**Sent:** Friday, September 06, 2013 9:38 AM
**To:** bromaninc@gmail.com; Brandy, W. Charles
**Subject:** Implementation Plan - 5000 Role Models of Excellence


Bro. Burgin,



If you need assistance developing your plans I can assist you.



Tracy



*"I hope that my achievements in life shall be these-that I will have fought for what was right and*

*fair, that I will have risked for that which mattered, that I will have given help to those who were*





# The Buffalo Mentoring Initiative Stakeholders' Meeting

## September 11, 2013

### Agenda

Welcome

Opening Remarks

Overview of Buffalo Public Schools

Introduction of Stakeholders

Requirements for Engaging in Mentoring

Questions and Answers

Closing Remarks

Next Steps

**"Putting children and families first to ensure high academic achievement for all"**

ex # 27



Gmail - Hello Mr. Hare,

Charles Burgin< bromaninc@gmail.com>

# Hello Mr. Hare,
9 messages

Tue, Aug 13, 2013 at 8:37 AM

**Charles Burgin** < bromaninc@gmail.com>
To: lnhare@cao.org, pbrown@buffaloschools.org, sonia1ssr@verizon.net

This is to inform that I have been in recent contact with staff of Supt. Brown and have been informed of your request that Dr. Brown support an "event" during the week of August 19-23--related to the 5000 Role Models of Excellence Project, in which you included the Black Mens Think Tank and Demone Smith amongst others. You were made completely aware of my plans regarding Supt. Brown, Congresswoman Frederica S. Wilson's forthcoming visit to Buffalo and the current work that I and the committee are currently working on, which entails bringing together professional dedicated community stakeholders in the education, business, civic, government, faith-based and communications field to fully support and advance the cause of replicating the 5000 Role Models of Excellence Project in Buffalo Public Schools and supporting fully, Cong. Wilson when she comes to Buffalo. At the last meeting of the Black mens Think Tank I specifically advised that you could help me collect technical data on the schools which require the greatest need for mentor related services impacting minority males. Furthermore, I have been advised by Dr. Brown's staff that she can't support duplicative efforts and that there has to be one person in charge which she will deal with. As lead person who got the BOE to approve the resolution in support of 5000 Role Models of Excellence Project and who has gotten Cong. Wilson personally involved, that person has to be myself! I welcome your assistance but we can't keep bumping heads on this important initiative. I appreciate what you wish to accomplish, however I think that in the future you shold run things by me-- preferably in writing via email so that everything is clear for the record. Thank you. Charles Burgin, Founder of Brotherman's Progress Mentors Matter Advocacy Program and Chairman of District Parent Coordinating Council Mentor Committee

Tue, Aug 13, 2013 at 5:54 PM

**Charles Burgin**< bromaninc@gmail.com>
To: lhens@buffaloschools.org

Dear Ms. Bryant, As per our conversation, please let me know that you received this email which was indvertantly sent to "pbrown." In addition, I will call Nate Hare to see if he has received this message. I'm still awating contact from Elena Cala. Thank you.
[Quoted text hidden]

Wed, Aug 14, 2013 at 8:55 AM

**Hens, LaRae** < LHens@buffaloschools.org>
To: Charles Burgin <bromaninc@gmail.com>

Thank you, Mr. Burgin. I received your e-mail. Please contact me after you've heard from and/or spoken to Nathan Hare.

LaRae Hens Bryant

Stenographic Secretary to the Superintendent

65 Niagara Square

712 City Hall

exhibit
27

ex #28



**Charles Burgin< bromaninc@gmail.com>**

## 5000 Role Models of Excellence
2 messages

**L. Nathan Hare**< lnhare@caoec.org>                                Thu, Aug 15, 2013 at 5:17 PM
To: "Brown, Pamela C" <PCBrown@buffaloschools.org>
Cc: Charles Burgin <Bromaninc@gmail.com>, "Hens, LaRae" <LHens@buffaloschools.org>, Linda Williams
<ldwilliams@caoec.org>, Catherine Roberts <croberts@caoec.org>, Hosie Arnold <bjhha@yahoo.com>

Hi Dr. Brown,

I think I may have created some confusion with regard to how we are trying to pull together the 5000 Role Models
of Excellence initiative.

Charles Burgin is the chairperson of the United Black Men's Think Tank Mentoring Committee.

In my July 20th email to you, I sought to try and get the ball rolling by establishing a framework for the project's
launch. However, I did not mean to convey that Charles was not our point person on this effort.

To eliminate any perception of cross purposes, I would ask that Charles be the person with whom  the District works
to get this initiative moving. I will work through Charles and the Think Tank to do everything I can to support the
success of this effort.

Sincerely,

L. Nathan Hare

---

**Charles Burgin**< bromaninc@gmail.com>                              Thu, Aug 15, 2013 at 6:27 PM
To: sonia1ssr@verizon.net

Sonia,
Today, I met with Nate Hare and we have cleared up any confusion as to the fact that I will be the person in
charge of the Buffalo intiative to replicate 5000 Role Models of Excellence Project in Buffalo Public
Schools. He will of course assist my efforts as i look forward to working with him and others whom he will
recommend. I will send you a copy of the Pastor Pridgen letter via another email as an "attachment", later
this evening. Take care.

[Quoted text hidden]







# 5000 ROLE MODELS OF EXCELLENCE PROJECT

February 5, 2013

Mr. Charles Burgin
P.O. Box 1073
Buffalo, New York 14201

Dear Mr. Burgin:

It was a pleasure speaking to you. As promised, attached is information regarding the *5000 Role Models of Excellence Project*. I wish you success in your efforts to establish and build a mentoring program that positively impacts the lives of our children.

Sincerely,

Tammy T. Reed
Executive Director
*5000 Role Models of Excellence Project*

Attachments

exhibit
2q

**MIAMI-DADE COUNTY PUBLIC SCHOOLS**

1450 N.E. 2nd Avenue, Suite 227, Miami, Florida 33132•Phone (305) 995-2451•Fax (305) 995-2455
Congresswoman Frederica S. Wilson, Founder/Tammy T. Reed, Executive Director
website address: **5000rolemodels.com**
*"Committed to guiding minority boys along a carefully chartered path and sending them to college.'*

5000 ROLE MODELS OF EXCELLENCE PROJECT

# Components

## MIAMI-DADE COUNTY PUBLIC SCHOOLS

5000 ROLE MODELS OF EXCELLENCE PROJECT - PROGRAM COMPONENTS

1. GENERAL CONFERENCES, SUMMITS AND SYMPOSIUMS/HIV/AIDS CONFER
2. ALCOHOL, TOBACCO, AND OTHER DRUG AWARENESS "FRIDAYS"
3. WORKSHOPS AND TRAINING FOR MENTORS
4. ONE-TO-ONE MENTORING, GROUP MENTORING AND PEER MENTORING
5. YEAR ROUND CURRICULUM TEACHING SURVIVAL SKILLS FOR YOUNG BO'
6. EMPLOYMENT OPPORTUNITIES FOR STUDENTS
7. YOUTH SUMMITS AND HEALTH SYMPOSIUMS IN COOPERATION WITH LOC
8. ANNUAL POLICE AND YOUTH RELATIONS CONFERENCES AND WORKSHOI
9. SPIRITUAL ASPECTS INCLUDING MINISTERIAL INVOLVEMENT
10. ANNUAL RECOGNITION OF MENTORS AND INDUCTION OF NEW MENTORS
11. ANNUAL REV. DR. MARTIN LUTHER KING, JR. UNITY SCHOLARSHIP BREAK
12. ANNUAL "FINISHED HIGH SCHOOL. . . NOW WHAT"? CONFERENCE AND RIT
13. ANNUAL SCHOLARSHIP PRESENTATIONS TO GRADUATING SENIORS
14. FIELD TRIPS TO CORRECTIONAL FACILITIES
15. FIELD TRIPS TO COLLEGE CAMPUSES
16. 5000 ROLE MODELS OF EXCELLENCE BILLBOARD PROJECT
17. EMPHASIS ON AFRICAN-AMERICAN HISTORY AND CULTURE
18. COMMUNITY SERVICE PERFORMED BY ALL STUDENT PARTICIPANTS
19. DAILY PLANNER
20. WPLG CHANNEL 10 "BY KIDS . . .FOR KIDS"
21. A REWARD FOR GOOD GRADES (5000 ROLE MODELS SNEAKERS)
22. AMBASSADORS PROGRAM
23. MIAMI-DADE COUNTY DAYS - STATE LEGISLATURE
24. PUBLICATIONS: POLICE & YOUTH BROCHURE
25. CRITICAL THINKING TRAINING

already have an account?Log In     Sign Up

JOIN UDINI -manage your research in the cloud for free and buy articles in the Udini store.Learn more

Academic research, news, and trade news from authoritative publications -See what's in stock

Free tools keep your work in one place, with beautiful reading and notes -Learn more

No subscription required - pay per article, project or month -Get started for free

Arts & History>African American studies
Arts & History>Black studies
Education>Sociology of education
Education>School counseling
Education>Educational psychology

# The impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males

Full Version
unlimited access with print and download

Free

Get this

Share

Search 150 million articles from 12,000 publications

The impact of the 5000 R

Search

Dissertation
Author: Benjamin Davis

Abstract:
This dissertation explores the impact of the 5000 Role Models of Excellence Project, an academic intervention and mentoring program for African-American males, on 30 African-American high school graduates. The 5000 Role Models of Excellence Project has a fifteen year history. What makes the project unique is that it is - unlike many such programs -fully funded by local school board and state funds. Several factors made this study relevant: (1) the high level of financial commitment by the school district, (2) its longevity, (3) the fact that thousands of students have matriculated through it, and (4) the fact that it has never been formally studied, made this study relevant. By examining the academic and career choices of 30 African-American males graduates who participated in the 5000 Role Models of Excellence Project during high school, the researcher indentified elements of the program that may have led to the participants' choices to set and achieve high goals. The researcher, using a qualitative case study methodology, collected data via surveys and interviews. The surveys and interviews yielded responses that gave insight into elements of the program (i.e., counseling, mentoring, academic support, trips, celebrity speaker, etc.) which increased the student's desire to go into postsecondary education. The analysis of these responses, which were charted, compared and narratively sampled, formed the raw data of the study. The results show that mentoring alone is not a sufficient tool for redirecting the academic outcomes of African-American males; rather, academic intervention, mentoring and counseling, together, can be used to help African-American males succeed both in and beyond high school.

TABLE OF CONTENTS CHAPTER ONE INTRODUCTION 1 The 5000 Role Models of Excellence Project 3 Purpose of the Study 5 Definition of Key Terms 6 Problem Statement 9 Limitations of the Study 10 Intended Audience , 10 Organization of the Remainder of the Study 11 CHAPTER TWO REVIEW OF RELATED LITERATURE 15 Introduction 15 Educational Leadership 18 The Purpose of Public Education 21 The Present State of Public Education 24 The Social Impact of Failure for Students and Society 29

*Note from C. Berg
In Fall of 2010 The Council of Great City Schools released Repo
"A Call For Change The Social and Educational Factors Contributing To The Outcomes of Black Males i Urban Schools"

file://C:\Use...\Ch...\The impact of the 5000 Role Models of Excellence Project o...   6/11/2013

29

 **Apathy is But One Link**  **In The Chain Of Indifference** 

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

**Be Part of the Solution**              **Man-up, Stand-up, Mentor-up!**

We, the undersigned, are in full support of the:

### Resolution of WE The People Of Western New York in support of the BROTHER MAN PETITION FOR NONVIOLENCE AND INCREASING LIFE SKILLS MENTORING PROGRAMS FOR AT-RISK YOUTH

| NAME | ADDRESS w/ zip | Phone | E-mail |
|------|----------------|-------|--------|
| 1. Tavonza Rexynta | | | |
| 2. Byron W. Brown | | | |
| 3. Paw Cur | | | |
| 4. L. Nathan Harr | 28 Park Lawn Dr. | 564-8887 | LNHAREC@... |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

*Have they taken the Shackles off our Wrists and put them on our Brains?*



**APATHY IS BUT ONE LINK IN**  **THE CHAIN OF INDIFFERENCE**



"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



MAN-UP!
MIND-UP!

**Brotherman's Progress
Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



KNOW THYSELF

MAAT

*exhibit 30*

**October 17, 2013**

**To: Mayor Byron Brown
Buffalo City Hall**

**From: Charles Burgin, Founder Brotherman's Progress
Mentors Matter Org., Chairman District Parent Coordinating
Council Mentor Committee**

**Re: Your agreement to support my plans for 5000 Role Models
of Excellence Project to be implemented in Buffalo Public
Schools as one viable solution to help alleviate cycle of
generational poverty amongst minority male students**

**Dear Mayor Brown,**

**This is to inform:**

**1. That, I received a letter (with material documents) dated
February 5, 2013, from Executive Director Tammy T. Reed, of
5000 Role Models of Excellence Project, informing "I wish you
success in your efforts to establish and build a mentoring
program that positively impacts the lives of our children."**

**2. That, shortly after receiving the letter and materials related
to the 5000 Role Models of Excellence Project, I had an
opportunity to speak with you at one of our monthly District
Parent Coordinating Council Buffalo Public School meetings in
which I shared the letter and program documents with you.**

3. That, I further requested your support in my endeavor to have this program replicated in Buffalo Public Schools, while referencing a dissertation by Benjamin Davis "The Impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males."

4. That, you stated that you would wholeheartedly support my efforts to replicate the program in Buffalo Public Schools and that I could stop in your office with any concerns or make an appointment.

5. That, in the ensuing months, I was able to get Buffalo Board of Education members Lou Petrucci and Ralph Hernandez to help draft a resolution in support of 5000 Role Models of Excellence Project in which June 12, 2013 was the date for the full Board to vote on the resolution.

6. That, on the day of that vote, I contacted the office of program founder Congresswoman Frederica S. Wilson, to ask if someone from her office could send the Board an email telling them to vote yes on the resolution.

7. That, to my surprise, Congresswoman Wilson herself sent an email to the Buffalo Board of Education informing them that if they voted to approve the resolution then she would be willing to come to Buffalo to help "move this important initiative forward."

8. That, on June 12, 2013, the Buffalo Board of Education voted to approve the resolution with an impact study and cost analysis ordered--and I'm in process of putting together a business plan, along with a steering committee of dedicated professional people to help get everything that the program needs to succeed.

9. That, on August 26, 2013, I was invited by Congresswoman Wilson to attend an educational forum with the Congressional Black Caucus as her guest in Wash. D.C., in which I could meet

various officials connected with the 5000 Role Models of Excellence Project, along with the class of 2014 of Miami-Dade County Schools etc., which was held on Sept. 19th and 20th.

10. That I did attend and make some important connections which included David Johns, Executive Director of White House Initiative on Educational Excellence for African Americans; and many others who will support my efforts to establish the Buffalo chapter of 5000 Role Models of Excellence Project in Buffalo Public Schools,

11. That, I have received letters of support from such distinguished individuals as Phil Rumore of Buffalo Public Schools; Darius Pridgen, Councilman of Ellicott District; Carl Paladino of Buffalo Board of Education; to name a few of the people whom have offered to help bring this important generational poverty reduction program to empower families of minority males in the Buffalo Public Schools.

12. That, on August 5, 2013, I did as you instructed (Mayor Brown) and went to your city hall office to leave a message requesting that you provide a letter of support which would signal to others that you supported this important initiative.

13. That, after waiting weeks and not getting any response, I made two additional trips to your office over a period of more weeks, in which I sought to either have a personal meeting with you or for you to simply provide a letter stating that you supported our initiative and would be supporting Congresswoman Wilson when she comes to Buffalo.

14. That to date, I'm still awaiting your response.

15. That over this period of time, I was informed by Sam

Radford that he was aware of all the work that I had done on the 5000 Role Models of Excellence Project and that he would hate to see me left out as Councilman Demone Smith, Charles Brandy and Nate Hare were going to connect with you (Mayor Brown) to reach out to Congresswoman Wilson and bring her to Buffalo so that they could take over the 5000 Role Models of Excellence Project--in which I simply responded that Mayor Brown had already pledged his support and besides, I was already in contact with Congresswoman Wilson and her Chief of Staff.

Mayor Brown, since I have not heard anything from you after visiting your office three times and also meeting with your secretary, I'm now wondering if there is something political going on to circumvent my efforts to implement this very important generational cycle poverty reduction mentor program to assist our at-risk minority males in Buffalo Public Schools to finish high school and graduate college.

To clear things up, I have decided to personally write you this memo for the record! I also read the Buffalo News article "Hands Across Buffalo", in which you "assigned Deputy Mayor Ellen Grant to the Hands Across Buffalo Steering Committee." From my understanding, you have previously appointed someone to act on your behalf with the Buffalo Board of Education Buffalo Public Schools, and I don't recall if that person has the title of Deputy Mayor, but can that person work with me and the steering committee which I'm putting together composed of dedicated professionals from business, education, government, and faith-based organizations, to set in motion all it takes to insure that the 5000 Role Models of Excellence Project is replicated in Buffalo Public Schools! I believe that it is imperative that we meet. Your consideration in the matter is greatly appreciated as I await you reply. Shanti

30

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CHARLES BURGIN
P.O. BOX 1073
BUFFALO, N.Y. 14201

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

BUFFALO NY 14202

| | |
|---|---|
| Postage | $ $1.72 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.37 |

0207/20
07   Postmark

10/16/2013

7009 3410 0001 1646 7951

Sent To
Mayor Byron Brown
Street, Apt No.;
or PO Box No.   mayors office at Hall
City, State, ZIP+4   Buffalo NY 14202

PS Form 3800, August 2006          See Reverse for Instructions



Gmail - Urgent!! Need to meet with you (amongst other important considerations) to discuss issues and disputes concerning credibility, conflict of interest …

# Gmail

---

## Urgent!! Need to meet with you (amongst other important considerations) to discuss issues and disputes concerning credibility, conflict of interest relating to Dr. Keresztes and Charles Brandy Chair of the BPS Mentor Committee along with your recent appointment of Dr. Kerztes as "lead person on this project" i.e. 5000 Role Models Of Excellence Project, wherby he has selected Charles Brandy to do "impact study"

**Charles Burgin** <bromaninc@gmail.com>                                    Tue, Sep 3, 2013 at 10:52 AM
To: pcbrown@buffaloschools.org

Dear Dr. Brown,

Please let the record reflect:

1.) That, as a representative of community stakeholders i.e. Founder of Brotherman's Progress Mentors Matter Org., Chairman of District Parent Coordinating Council Mentor Committee, and menber of the BPS Mentor Committee created by Interim Superintendent Amber Dixon—I have sought to meet with you several times since our initial discussion at Olmstead School about matters related to improving the condition and graduation rate for minority males, and as to our Brotherman's Progress Anti Violence/5000 Role Models Of Excellence Project initiative.

2.) That, during a November 2012, videotaped community roundtable, you agreed to meet with me (and Phil Rumore our supporter) to discuss the above matters which were pertinent to a segment of community stakeholders, as 1,000 of them had signed our Brotherman's Progress Anti Violence Petition And Increasing Life Skils Mentoring Programs For At-risk Youth.

3.) That, during the videotaped meetingof November 2012, you accepted a manilla envelope containing various materials related to issues at hand and agreed to meet wirh me to discuss stakeholders concerns.

4.) That, having received no response from you weeks after the community roundtable of November 2012, I drafted an additional letter to you voicing our concerns and seeking a meeting, which was dated December 10, 2012, and hand-delivered to your office, which was received and stamped by your stenographer. See exhibit A, which is a 3 page letter.

5.) That, for whatever reasons, my December 10, 2012 letter was never responded to! However, I remained patient, telling stakeholders to hold tight and that eventually you would get around to setting up a meeting, since there seemed to be a crisis you had to handle every other week.

6.) That, That I continued to remain active on behalf of stakeholders seeking to uplift and empower minority males, while working to improve conditions for elevating their graduation rates, and to attend college so that they could avoid the stigma of generational poverty!

7.) That, as a resulit of my past years of advocacy on behalf of minority males i
Board Of Education members Ralph Hernandez and Lou Petrucci, (who was ins                    n
Supt. Amber Dixon appoint me to the newly created BPS Mentor Committee)—:                     me
out by assisting in the drafting of a resolution to BOE in support of the 5000 Ro              ct.
See my attached June 13, 2013 email sent to Ralph Hemandez and Lou Petruc                     2
email response of Board member Lou Petrucci. He reveals how the Board Of Ec     *exhibt*
resolution for 5000 Role Models Of Excellence Project and what my next moves     *3(*
forward. "The second part of the resolution is now for you to formulate a busines

program..." See attached 2 page email marked as Exhibit ~

8.) That, on the actual day of the BOE vote on the resolution, I was able to contact the Founder of 5000 Role Models Of Excellence Project, Congresswoman Frederica S. Wilson, who then sent the Buffalo Board Of Educarion a letter dated 6-12-13 stating that if they approved the resolution, she would be happy to come to Buffalo to help "move this important initiative forward."

9.) That, I'm in contact with Congresswoman Wilson's Chief of Staff and the Executive Director for the 5000 Role Models Of Excellence Project and they have agreed to assist me with data and material help in putting together our business plan. I will also need certain data on Buffalo Public Schools and the minority students which is another reason that I seek your cooperation as Superintendent of BPS.

10.) That after the resolution was approved, Dr. Nevergold was voted President of the newly elected Buffalo Board of Education. She originally had voted against the resolution. I sent her an email dated July 2, 2013, requesting that she now support the 5000 Role Models Of Excellence Project which our minority males in BPS were in such need of the program. She agreed to support our initiative and sent me an email dated July 8, 2013, stating that this email could be used as evidence of her and the Board's support for 5000 Role Models Of Excellence Project. See exhibit C.

11.) That once again, I drafted you a letter dated June 14, 2013, which included a copy of Congresswoman Wilson's letter of June 12, 2013, sent to the Buffalo Board of Education. This letter was hand delivered to your stenographer LaRue Hens Bryant who stamped it received as of June 14, 2013, and again contained my request for a short meeting along with a letter of support from you regarding the 5000 Role Models Of Excellence Project and Congresswoman Wilson's coming to Buffalo "to help move this important initiative forward." As leader of the Buffalo School District, our stakeholders felt that it would be a good thing if you showed your approval and support for an initiative that would improve the graduation rates of our minority males!

12.) That, Again I awaited your response to our letter and request for a meeting!

X 13.) That, while awaiting your response to my letter of June 14, 2013, I had put together various materials and emails which related to serious disputes within the BPS Mentor Committee related to the actions of Chairman Charles Brandy and Dr. Will Karesztes who also sought to have the committee adopt his notion that whatever model was created it should not involve any funding from the District. I totally disagreed with Dr. Keresztes and told him that as far as I was concerned the District could use Title 1 money and other sources of grants or federal money to support a BPS Mentor Program. Also, I thought it unethical for Charles Brandy, as Chairman and Board employee (and Dr. Keresztes) to meet on committee business affecting our model plan without including any other committee members etc. My intent was to present you with documents and records which would form the basis for an investigation into the negative conduct and activities of both Charles Brandy and Dr. Will Keresztes.

14.) That, again I received no direct response from you as regarding my June 14, 2013 letter of request for a meeting etc. Instead, about nine weeks later, I received a copy of an email dated August 21, 2013 at 11:49 AM, from your stenographer LaRae Hens Bryant which she had sent to Dr. Will Kereszres, "Subject 5000 Role Models of Excellence Project." "Charles Burgin came to me to schedule meeting with Superintendent regarding the above mentioned subject. I spoke with Dr. Brown and she said that you were the contact person that he should be meeting with. She also stated that, you were preparing a report for her review and asked if it was ready. Please follow up with me on both subjects."

X 15.) That, the record reflects, Dr. Brown that you were informed personally by me that I felt Dr. Keresztes had no credibility and that I could not effectively work with him. To help your recollection, at the Board meeting when I had broached the subject of my mentee only having 3 credits while supposedly being a Junior at Bennett High, who was permanently suspended and sent to Alternative School. Your reply to me was "I thought you and Dr. Keresztes were working on that. I told you no, and why I wasn't working with Dr. Keresztes. You then asked me for the name of the student (Dexter Knox) and subsequently Dr. Maurico told me that he had been assigned to contact Dexter's Mother.

16.) That, on August 21, 2013, an email stamped 1:01 PM was sent from Dr. Kerestzes to me stating, "Mr.

11/30/13   Gmail - Urgent!! Need to meet with you (among other important considerations )to discuss issues and disputes concerning credibility/conflict of interest …

Case 1:15-cv-00201-WMS-MJR   Document 18-5   Filed 12/15/15   Page 34 of 40

31

Burgin. Thank you for your advocacy for our students. Mr. Brandy will lead the study of the 5000 Role Models Project with the support of the mentoring committee he chairs. Thanks again for your efforts."

17.) That, by email dated August 21,2013, stamped 2:26PM, a message was sent from your stenographer LaRae Hens Bryant stating " I spoke to Dr. Brown regarding setting a meeting. She stated that Dr. Will Keresztes is the lead person on the project. Then when I emailed Dr. Keresztes, he said that Charles Brandy is working on this through the mentoring committee of which Mr. Burgin is a member. Please contact Mr. Brandy or Dr. Keresztes regarding your meeting." Dr. Brown, I will not be attaching these emails because your stenogtapher has copies and Dr. Kereszres has his original email that he sent to me.

18.) That, on or about August 28, 2013, I received a phone call from Charles Brandy informing me that "Dr. Will Kereztes had told him that I wished to speak with him (Charles Brandy) to discuss concerns which I had." I immediately told Charles Brandy that I had never spoken with or contacted Dr. Kereszres and to stop playing games, then hung up the phone. You see Dr. Brown, after the resolution was approved for the 5000 Role Models Of Excellence Project, twice I received a call from Charles Brandy on separate occasions stating that after the resolution was passed, that Mr. Hernandez had contacted Dr. Keresztes to have Dr. Kereszres and him Charles Brandy, work with me on the project. I told Charles Brandy that this was a bald faced lie and that if what you say about Dr. Keresztes being contacted by Board member Ralph Hernandez asking that you guys assist me—then tell Mr Kereszres to put it in writing via email form and I will then contact Mr. Hernandez for the truth of the matter. Of course, I did not receive anything from Dr. Keresztes, but it further evidenced how Charles Brandy sought to manipulate things in conjunction with Dr. Will Kereszres. How ironic that I am now being told that Dr. Keresztes and Charles Brandy are in charge of the "impact study."

19.). That, on August 29, 2013, Charles Brandy had an email sent to me and various other parties ( some of them not even on the BPS Mentor Committee such as Sam Radford and Councilman Demone Smith) stating "Hello Team, On ThursdaySeptember 5, from 2-4PM, at 150 Lower Terrace 4th Floor, the BPS Mentoring Committee will be reconvening to begin discussion surrounding the 5000 Role Models Of Excellence Mentoring Program. I have attached an email to an event taking place on September 11, at Delevan Grider Community Center in anticipation of the program." See exhibit D

20.) That, again I reiterate that there is a conflict of interest and other issues of integrity and credibility with Dr. Keresztes and Charles Brandy concerning the BPS Mentor Committee, which are clearly evidenced by facts and evidence which I still plan to present to you, once you grant the request for a meeting. This situation definitively calls for a meeting but the main focus should be on supporting our minority male students by getting this 5000 Role Models Of Excellence Project approved for replication in Buffalo Public Schools.

In closing, Dr. Brown, I say once again at the behest and concern of community stakeholders, I'm asking for your attention and a sit down meeting to resolve issues and move forward. Your consideration in the matter is greatly appreciated, as I await your reply.

Charles Burgin, Founder of Brotherman's Progress Mentors Matter Program Advocacy; Chairman of District Parent Coordinating Council Mentor Committee; and member of BPS Mentor Committee

**9 attachments**

11/30/13 • Gmail - U... to other important considerations) to discuss issues and disputes concerning credibility, conflict of interest ...

Case 1:15-cv-00201-WMS-MJR   Document 18-5   Filed 12/15/15   Page 35 of 40

31



**12-10-12 letter to Supt. Brown requesring meeting 001.jpg**
1139K



**page 2 of 12-10-12 letter 001.jpg**
1320K



**page 3 of 12-10-12 letter 001.jpg**
819K

**Exhibit B Email of Petrucci re business plan & Resolution 001.jpg**
1447K

**Page 2 of Petrucci email 001.jpg**
440K

3/

**Exhibit C Email of BOE Pres. Nevergold 001.jpg**
1065K

**page 2 of Dr. Nevergold email 001.jpg**
695K

**Exhibit D Email of August 29, 2013 Re Mentor Committee 001.jpg**
705K

**Mentor Committee Announcement of invitation 001.jpg**
2525K



---

# Yesterday, I had a meeting of the minds with BPS MENTOR COMMITTEE CHAIRMAN Charles Brandy

**Charles Burgin** <bromaninc@gmail.com>                    Fri, Sep 6, 2013 at 5:57 AM
To: pcbrown@buffaloschools.org

Dear Dr. Brown.

Yesterday, the BPS Mentor Committee met and Charles Brandy and I ironed out any past grievance issues. I still look forward to a meeting with you and perhaps, Dr. Will Keresztes and I can discuss our issues and we can build a better and working relationship to move things forward on behalf of our at-risk students. I know that you are very busy but I do expect to hear from you when time permits. Thanking you in advance. Shanti, Charles Burgin, Founder of Brotherman's Progress Mentors Matter Program Advocacy, and Chair of the DPCC Mentor Committee



**Brown, Pamela C** <PCBrown@buffaloschools.org>            Fri, Sep 6, 2013 at 11:10 AM
To: Charles Burgin <bromaninc@gmail.com>
Cc: "Keresztes, Will" <WKeresztes@buffaloschools.org>

Mr. Burgin,


Thank you for following up on this matter and for your understanding of what a busy time this is.  I was glad to learn from Dr. Keresztes that you are serving on the Mentoring Committee, which has been charged with conducting the impact study on the mentoring program that you recommended to the School Board.


I will look forward to meeting with you and the rest of the Mentoring Committee as soon as the study is completed and the Committee is prepared to make a recommendation to me.  I expect that will be some time within the next few weeks.



Many thanks for your commitment to working with us to determine the potential of this mentoring model to provide services that some of our students may need.


All the best,


Pamela Brown


Pamela C. Brown, Ed.D.

Superintendent





# Re: Update

**W.CharlesBrandy@buffaloschools.org** <W.CharlesBrandy@buffaloschools.org>     Thu, May 16, 2013 at 2:39 PM
To: WELLSGV@buffalostate.edu, W.CharlesBrandy@buffaloschools.org, wellsgv@buffalostate.edu
Cc: bromaninc@gmail.com, tcooley1@hilbert.edu, W.CharlesBrandy@buffaloschools.org

Gail,
Thank you for your input. I profoundly respect you and apologize that you and Tracy were exposed to this horrific display of poor adult discourse. I have never accepted disrespect nor will I tolerate it now.

It has come time for me to move forward. We have moved past the stage of privately addressing any discontent or concern related to the committee. The irrational choice was made for all of us without any input. I will no longer subject myself to blatant disrespect from anyone. It's my sincere hope that another administrator or department will be encouraged to continue this work.

Again, thank you and Tracy for putting children and family first.

Best regards,
W. Charles Brandy, Director
Social Studies Education
150 Lower Terrace
Buffalo, New York 14202
(716) 816-3048 Ext. 8779
(716) 851-3064 (Fax)


-----"Wells, Gail" <WELLSGV@BuffaloState.edu> wrote: -----

To: Charles Burgin <bromaninc@gmail.com>, "Cooley, Tracy" <tcooley1@hilbert.edu>,
"W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>
From: "Wells, Gail" <WELLSGV@BuffaloState.edu>
Date: 05/16/2013 12:15AM
Cc: "'Gail Wells' (wellsgv)" <wellsgv@BuffaloState.edu>
Subject: RE: Update
[Quoted text hidden]


Spam
Not spam
Forget previous vote

exhibit
33

# Gmail

## Re: Update

Fri, May 17, 2013 at 2:49 AM

**Charles Burgin** <bromaninc@gmail.com>
To: "W.CharlesBrandy@buffaloschools.org" <W.Cha......................g>, "Cooley, Tracy" <tcooley1@hilbert.edu>
Cc: "wellsgv@buffalostate.edu" <WELLSGV@buffalostate.edu>, "Cooley, Tracy" <tcooley1@hilbert.edu>

Gail,

I have no problem with Mr. Brandy stepping aside and going about his business. The real reason he does not want to meet and face us is because he knows that he can't produce any evidence that the committee met to discuss and make a "Recommendation." In fact Gail, no member of the committee can produce any evidence that it actually happened. Tracy kept all the minutes and records and if she can produce any records substantiating Mr. Brandy's contention then I will gladly donate $100.00 to her youth organization. Vice versa, I challenge Mr. Brandy to produce the evidence or failing to do so—donate $100.00 to Tracy's youth organization. If you look at My last email response to Mr. Brandy you will see that I told him that I did not want to come to his office to argue over any facts but to simply pick up a copy of any evidence that he has that proves his point about the so-called "recommendation." You would think that since I quoted the law to him that it ain't slander if one believes it to be true—that he most certainly would put truth on record. In order for him to prevail in any Court of Law he would have to show that he offered proof to the committee of the truthfullness of his factual assertions about the mentor actually having met to discuss and approve a "recommendation." Now if he had done that and I continued to call him a liar etc. in public then he would somewhat have a legal grounds to sue for damages. He knows that he can't prove his point, so the best thing for him to do is act like he is so offended that he will not "Tolerate" being called a "liar"—yet he wont offer the evidence to other committee members. Of course he does not have to deal with me, but any reasonable person in this situation would offer the rest of the committee the evidence to show that he has been defamed, wronged, or slandered by Charles Burgin. Also keep in mind that me and Dr. Kerestzes will be having our meeting and I will politely ask him to provide me a copy of any documentation that he has in his possession that proves that the committee met (and that includes me because I have never missed a meeting) whereby we discussed and made a ""recommendation."  Of particular interest to the mentor committee members in terms of Mr. Brandy's  proclivity to stretch the truth, is the situation whereby he wanted to change the facts about how this BPS Mentor Committee came into existence. He forgot that most everyone on the committee had known about how Gail was given a copy of BOE member Lou Petrucci's letter to myself, which partially evidenced how the committee came about. Mr. Brandy apparently also forgot that I saved his original emails to me.  Now when it came to Tracy writing the (origins of how the BPS Mentor Committee came into existence) letter to Sam Radford of DPCC, Brandy wanted Tracy to include a completely different and false version of how/why the BPS Mentor Committee got started. Tracy certainly remembers that episode and probably was wondering why is Bro. Charles so adamant about the facts, that he challenges Mr. Brandy who is the Chair of the Committee? In the end, I accepted Mr. Brandy's revision of truth to simply include me into his version of how the mentor Committee came about because of an earlier community mentor event he and Radford had held. Tracy certainly remembers how his first version of the facts excluded any mention of my name. He wanted the official record to reflect that after he and Radford had a "Community event on mentoring", the BPS Mentor Committee was formed as a result. Well just to prove the facts in the matter and show how Mr. Brandy has his own version of factual reality—I'm now attaching to this current email, a copy of (an email that he had sent to Sam Radford which was later forwarded to me) dated "November 18, 2011 at 1:08 pm." That email sent by Brandy to Radford—unquestionably states "Bro. Sam I would like to meet with Charles Burgon regarding developing a comprehensive district-wide mentoring program for BPS. The plan will be presented to Superintendent Dixon. I need his input ASAP! Please have him call me..." Now Gail, you may not really appreciate the significance of this email—but Tracy sure does since she was put in the middle while me and Brandy disagreed about how this BPS Mentor Committee got started. Tracy should remember how I stuck to my guns. and insisted the truth be told! She then had to revise the first letter because I simply would not let Brandy get away with changing the facts. Tracy can read the attached email and see that there is NOTHING ambiguous about how Supt. Dixon had told Brandy to contact me to start the mentor committee. You see, I had been

3/2/2014

advocating on behalf of our marginalized and at risk youth and Dixon had to respond. When you put Dixon's email with the Lou Petrucci Board of education letter, which Gail had copied and said herself, that I had cleared up a few things for her in terms of the committee's mission. Gail thanked me for offering the committee a copy. My point of all this, is to show that it's very evident that I keep meticulous records and when I think someone is blowing smoke or outright manipulating the factual record (nice way of saying liar, liar, pants on fire—I let the record speak for itself. Tracy, Gail, I think my point is well proven, and I could care less, if Mr Brandy left the committee. Just like I was man enough to apologize to Keresztes—Brandy would have received one if he had produced his evidence. If it was reversed and I was in his situation, I may tell Bro. Charles where he could go and what he could do—but I certainly would have shown the rest of the committee members my proof which would have proved Bro. Charles had no credibility. Keeping it real, i'm not to thrilled to be working with someone who has no credibility, but I would remain on the committee to wrap things up and at least give an official report— having served on committee for more than 15 months. I say let Mr. Brandy run as he chooses. I will however keep my credibility and make sure that Supt. Brown receives a final comprehensive report. I also have no problem putting into the report, the real reason that the Chairman left. That makes it even more practical for him to provide his evidence that an official "recommendation" was promulgated by the full committee. Tracy, Gail, I've had enough of the typing back and forth. If committee members want to meet at some later date to discuss matters, its fine with me. You are also welcome to any of my documents if you think it will help clarify things. Remember that I apologized to Dr. Keresztes for the way I handled myself by putting things out via email! I never stated that I was wrong about the facts! Again, Mr. Brandy is entitled to his opinion—but certainly not his very own set of facts. He had every opportunity to produce the evidence but for some strange reason he does not want to prove me wrong and guilty of slandering his good name. Go figure! I wish him well in his endeavors! Sincerely, Bro Charles

[Quoted text hidden]

**Mr. Brandy's email on how mentor committee formed 001.jpg**
631K