United States District Court
Western District Of New York

Charles Burgin                          Jury Trial Demanded

                    Plaintiff

UNITED STATES DISTRICT COURT
FILED
JUN 8 2018
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

v.

Buffalo Board of Education et al
L. Nathan Hare          Defendants

Case No: 15 CV 02018

Amended Complaint

Defendant: Buffalo Board Of Education,
Associate Superintendent Buffalo Public Schools Will Keresztes,
Director Of social studies Buffalo Public Schools Charles Brandy
Interum Superentendent Buffalo Public Schools Donald A. Ogilvie
President Buffalo Board of Education James M. Sampson
Board Of Education member Carl Paladeno
Board of Education member Lawrence Quinn
Board of Education member Patricia Pierce
Board Of Education member Theresa Harris-Tigg
Board of Education member Barbara Seals-Nevergold
Former Chairman and Executive Director of United
Block Mens Think Tank of Buffalo, L. Nathan Hare

Plaintiff, In Compliance with Judge Skretny's 4-24-18 order to file an amended complaint states as follows:

1.) That, Plaintiff had filed A Notice of Claim with Buffalo Board of Education (hereafter BOE) Board members and employees who are being sued in their individual and joint Capacities; along with L. Nathan Hare, Director of Erie County C.A.O.

2.) That, at all times Buffalo Public School District (hereafter BPS) and BOE was subject to various state and federal laws, rules and regulations.

3.) That, Plaintiff Charles Burgin or grandfather of an Olmsted School student was qualified to serve on their School Based Management team and also served as their elected representate or alternate representative to the District Parent Coordinating Council.

4.) That, Plaintiff (hereafter Charles Burgin) was listed as a speaker on BOE Speaker List for May 25, 2011 With the subject being Mentoring.

See exhibit #1.

(1)

5) That, BPS in conformance with federal law ESEA section 1118) and New-York State Education Law (Regulation 100.11) recognizes District Parent Coordinating Council (hereafter DPCC) as the official representatives of parents. Charles Burgin by reference encorporates a seven page "Parent Involvement Policy" as if fully set forth herein. See exhibit #2.

6.) That in fall of 2011 Charles Burgin was elected chairman of DPCC Mentor Committee for BPS. See exhibit #3.

7.) That, the DPCC body unemously endorsed Charles Burgin's movement and advocacy to empower at-risk students impacted by gun Violence and to increase life skills mentor programs in BPS. See exhibit #4.

8. That, in 2012 Due to his advocacy on behalf of Black Male students and the impact of low graduation rates in BPS, Charles Burgin was appointed by Interem Superentendent Amber Dixon to serve on the newly created BPS Mentor Committee, which is separate from DPCC mentor committee. See exhibit #5.

9.) That, Charles Burgin served on this BPS mentor committee with Director of Social Studies Dept. Charles Brandy, Gail Wells, T Ray Cooley, (and others) as the committee had interactions with associate Superintendent Will Keresztes.

10.) That, in January 2013, Charles Burgin Contacted Tammy T. Reed, Executive Director of 5000 Role Models of Excellence Project which serves to empower Black male students of Miami-Dade county Public School System with mentoring.

11.) That, Charles Burgin received a letter from her stating "I wish you success in your efforts to establish and build a mentoring program that positively impacts the lives of our children." See Exhibit #6.

12.) That, animus evolved when Charles Burgin tried to get Charles Brandy and Will Keresztes to "fully understand that by no means will I be rushed into accepting any agreements made on behalf of DPCC parents or stakeholders. Everything must be carefully discussed and worked out and that includes hearing from other parties in the community which I intend to Contact... I have

(3)

been at every BPS mentor Committee meeting
since it was established 14 months ago, so I
am very patient and prepared to take as long
as it is needed to get the proper program
to serve as many of our needy students as possible"
See exhibit # 7 which is a March 22, 2013 email
sent to Charles Brandy and Will Keresztes. The
entire contents of this email is incorporated by
reference as if fully set forth herein.

13.) That, on April 26, 2013, Tracy Cooley acting
as secretary sent email to BPS Committee members
stating `` The mentoring meeting is cancelled
until further notice. For any questions please
contact Mr. Brandy." For the record, Charles Burgin
had been told by Will Keresztes that `BPS
has enough mentor programs and does not
need anymore, maybe you should consider
working with one of them." See exhibit # 8 which
is copy of April 26, 2013 email.

14.) That Charles Burgin sent email to Charles Brandy
stating `` you are aware that the 5000 Role Models
of Excellence Project would highly benefit our
young Black males in BPS system, but my

(4)

instincts tell me that you and others in the BPS
have already decided otherwise hence the BPS
committee meetings have been cancelled to
further notice. Trust me! You have a fight on
your hands if you think that I will allow
our young Black males to be sold out...
You know what I have been trying to make
happen yet it seems you have gone A.W.O.L.
or undercover, calling off BPS mentor meetings
without speaking to me about what is actually
going on with the so-called higher ups and people
who want to mentor our students without explicitly
showing how they intend to stem the tide and
effectively reach Black male students like my
17 year-old mentee... you know they need the
500 Role Models of Excellence project. See exhibit #9 which
Charles Bergin incorporates by reference the entire
email as if fully set forth herein.

15. That Charles Brandy via email dated May 16, 2013
effectively shut down the BPS Mentor Committee
stating "It has come time for me to move forward.
We have moved past the stage of privately addressing
any discontent or concern related to the committee.
It is my sincere hope that another administrator

(5)

or department will be encouraged to continue
their work. See exhibit # 10.

16. That, Via email dated August 13, 2013 Charles
Burgin stated to Marilyn (former BPS Committee
member) "Of course you know that Charles
Brandy and Dr. Keresztes misrepresented what
our mentor committee had recommended in terms
of the Big Brother Big Sisters org. sence they
had received that mellion dollar grant. I did
not let those two sell-outs stop my advocacy
on behalf of our young Black males, I dont
know if anyone enformed you but on my
own initiative, I was able to persuade Board
members Lou Petrucci and Ralph Hernandez to help
draft a resolution and bring it before the BOE
Committee for evaluation and the final Vote.
The resolution in support of 5000 Role Models of
Excellence Project was approved on June 12, 2013,
and Supt. Brown has been ordered to do a
cost analysis study etc" See exhibit # 11.

17. That, Charles Burgin offers a 6 page document
that BOE passed the 5000 Role Models of Excellence
Project and ordered Supt. Brown to do an impact

(6)

study / cost analysis. See exhibit #12.

18.) That, Charles Burgin received an August 16, 2013 letter from Congresswoman Fredenca S. Wilson founder of 5000 Role Models of Excellence Project stating "I appreciate your efforts to have the 5000 Role Models of Excellence Project adopted in the Buffalo Public Schools System ... I informed the members of the school board that I would be delighted to come to Buffalo to help move the initiative forward." See exhibit #13.

19.) That, Charles Burgin contacted BOE President, Supt. Brown and board member Theresa Harris-Tigg several times over a period of months, requesting that an invitation be sent to Congresswoman Wilson — but received no cooperation which was rather revealing considering the circumstance that the graduation rate at the time was 25% for Black male students in BPS.

20. That even though BPS Mentor Committee had been shut down for months after Charles Brandy's departure, Supt. Brown appointed associate superintendent Will Kerszes to be in charge of

the Board ordered 6-12-13 impact study/cost
analyses for 5000 Role Models of Excellence Project.
Will Keresztes then appointed Charles Brandy
to oversee it.

21.) That, Via 3 page, 20 paragraph email dated
Sept. 3, 2013, Charles Burgin stated to Supt. Brown
" Urgent !! Need to meet with you (amongst
other important considerations) to discuss issues
and disputes concerning credibility, conflict of
interest relating to Dr. Keresztes and Charles
Brandy of the BPS Mentor Committees, along
with your recent appointment of Dr. Keresztes
as lead person on the project " i.e. 5000
Role Models of Excellence Project, whereby he
has selected Charles Brandy to do expert study."

22.) That, at page 3, paragraph 20, Plantiff Charles
Burgin stated "That again I reiterate that there is
a conflict of interest and other issues of integrity
and credibility with Dr. Keresztes and Charles Brandy
concerning the BPS Mentor Committee which was
clearly evidenced by facts and evidence
which I still plan to present to you once you
grant the request for a meeting. This situation

(8)

definitely calls for a meeting ... In closing
Dr. Brown, I say once again at the behest
and concern of community stakeholders) I'm
asking for your attention and a set down
meeting to resolve issues and move forward..."

23.) That, Charles Burgin incorporates by reference
the entire 3 pages of the Sept. 3, 2013 email as if
set forth herein. See exhibit # 14.

24.) That, via email dated 8-29-13, Tracey Cooley
sent Charles Burgin an email announcing "On
Thursday Sept 5, from 2-4 PM at 150 Lower
Terrace 4th floor, the BPS Mentoring Committee
will be reconvening to begin discussion
surrounding the 5000 Role Models of Excellence
Project Mentoring Program. I have also attached
an invite to an event taking place on September
11, at the Delevan Grider Community Center in
anticipation of the program."

25. That, the "event" on Sept. 11, 2013 was
sponsored by "The Buffalo Mentoring Initiative."
See exhibit #16.

26.) That, of significance "The Buffalo Mentoring Initiative was controlled by former Masten District Councilman Demone Smith, Charles Brandy and defendant L. Nathan Hare. Further note the heading on the exhibit 16 flyer contains letterhead or symbol "Buffalo Public Schools.

27. That, Charles Brandy wanted Charles Burgin to meet with Mr. Smith at his city Hall office and sent email dated Sept. 6, 2013. See exhibit #17.

28. That, Charles Burgin accepted an offer from Tracy Cooley to assist with developing the implementation plan and business plan. See exhibit #18.

29. That, Charles Burgin accepted an offer from 5000 Role Models of Excellence Project Founder Frederica S. Wilson to attend a Congressional Black Caucus Educational Forum in Wash. D.C. in which members and students of the program would be in attendance.

30.) That, Charles Burgin discussed how he
was in process of doing business plan
and budget for Buffalo Chapter of 5000
Role Models of Excellence Project and it
was agreed that he would become Executive
Director of the Buffalo Chapter and that
a salary of $40,000 would be included
in the Budget Plan. BPS mentor
Committee member also referenced the
fact about the Executive Directory to other
Committee members. See exhibit #19.

31.) That, Tammy T. Reed Executive Director of
5000 Role Models of Excellence Project (Miami-
Dade County Public Schools) sent Charles Burgin
a copy of membership application they
used to sign up Volunteer Applicants,
along with copy of Volunteer Application
which could be used to register
Volunteers for Buffalo Chapter.
See exhibit #20.

32.) That, Paul V. Wilson son of Congresswoman
Frederica S. Wilson sent email to Charles

(11)

Burgin stating "If there is anything I can do to assist you, please do not hesitate to ask. P.S. We are going to get them 5000 role Models of Excellence Project off the ground in Buffalo! I cant Wait." See exhibit #21.

33.) That, Via email dated June 13, 2013, Board member Jason Petrucci stated "Mr. Burgin - the second part of the resolution is now for you to formulate a business plan for your mentoring program ... anything that we can do to improve African and Hispanic male graduation rates should be explored. If its works in Florida, hopefully it will work here in Buffalo." See exhibit #22.

34.) That, at Board meeting in November of 2013, Charles Burgin approached Superintendent Pamela Brown and asked her why she had not (as promised) sent out a written invitation to 5000 Role models of Excellence Founder Congresswoman Frederica S. Wilson to come to Buffalo? Supt. Brown replied

that she had to first read a BP5 Mentor
Committee report received from Charles Brandy.

35.) That, Charles Burgin approached Charles Brandy
and asked for a copy of her arbitrary report
since no other BP5 Mentor Committee
member had contributed to the report, nor
had they received any copies from
Charles Brandy. He still would not give Charles Burgin a copy.

36.) That, Charles Burgin learned Charles Brandy
had written his arbitrary report on November
12, 2013, addressing it to associate Superintendent
Well Kereszter, and he then requested a copy,
but never received one from Well Kereszter.

38.) That, Charles Burgin then demanded a meeting
with Supt. Brown and that he be immediately
receive a copy for review, so that he
may respond accordingly.

39. That, Supt Brown set up a meeting
for December 4, 2013, but only sent Charles
Burgin a copy on Dec 3, one day before the
meeting.

(13)

39.) That, upon receipt of a copy of Charles Brandy's November 12, 2013 report via email, it was evident that while arbitrarily written without any input from other BPS Mentor Committee members, it was intentionally falsified. See copy of report at Exhibit #23, which Charles Burgin incorporates by reference as if fully set forth herein.

40.) That, Charles Brandy had fraudulently composed his November 12, 2013 report in conspiracy with L. Nathan Hare in order to halt the ongoing impact study/ cost analysis which included the business plan and budget Charles Burgin was to present to BPS and Board.

41.) That, at page 2 of his falsified report of November 12, 2013, Charles Brandy states "None of the above mentioned information was provided to the committee for review and discussion. Mr. Burgin did not participate in the October 12, 2013 conference call with the committee and

(14)

CEASED ALL COMMUNICATIONS. Recommendation: The 5000 Role Models of Excellence Mentor Program is not recommended for implementation in BPS in a limited or full capacity at this time. Specifics of the program's core components remain Unknown."

42.) That, Charles Burgin states the above statement of Brandy's Was an intentional lie perpetrated on Fraud and deceit in conspiracy as follows:

43.) That, BPS mentor Committee email records prove that Charles Burgin Did not "Cease all communications with the committee in that —

44.) Actual email sent to BPS mentor Committee by Charles Brandy regarding the conference call states "Hello everyone, our conference Call is scheduled for 4 P.M. Friday October 11, 2013" Note: THERE NEVER WAS ANY CONFERENCE CALL SCHEDULED FOR OCTOBER 12, 2013, and it was impossible for "Mr. Burgin did not participate in the october 12th conference call with the Committee and Ceased all communications."

(15)          See exhibit # 24

45.) — actual BPS Mentor Committee Email of Friday October 11, 2013   3:39 A.M. sent from Charles Burgen to committee member Isaal Wells (who coordinates with all committee members) starting at middle of email Charles Burgin states "Instead of holding a conference call today, I find it imperative that we meet to discuss the BPS Mentoring Initiative and Isaal's understanding. Furthermore, I'm still in the process of putting together the Steering Committee which will be addressing the major issues and concerns with implementing the 5000 Role Models of Excellence Project in BPS and preparing for Cong. Wilson's visit to Buffalo especially in light the further visit will coordinate the ongoing campaign to build a movement to recruit and sustain mentors etc. I do not intend to rush things and fully understand that everything can not be done by January 13, 2014 tentative Date so I'm looking at September 2014 as a more realistic goal for implementing the 5000 Role Models of Excellence Project in BPS." See exhibit # 25.

46.) — BPS Mentor Committee member Isaal Wells responded to Charles Burgen via

(16)

email dated october 11, 2013 "Everyone who called in for the conference call felt the Conference call SHOULD BE CANCELLED and or per your suggestion BE REPLACED WITH A MEETING. A meeting time was identified therefore we need to know if you are available to meet next Friday on october 18th at 11 A.M. The meeting would be held at the regular location. If this is not convenient for you please PROVIDE ANOTHER TIME WHEN YOU ARE AVAILABLE as we feel we can not proceed without your input. I got your number from Tracey and will be calling you this Weekend to clear up any misunderstanding that we might have regarding the email I wrote." See exhibit #26

47.) — Replying to Gail Well's request for a meeting date Charles Burew responded Vea email dated october 14, 2013. "This is to inform that I am not available for the 18th of october. I will be available for a meeting on Friday the 25th after 1:30 P.M.

(17)

or from the 28th thru 31st of October
after 1:30 P.M. At that meeting we shall
Descuss the formal role of the BRS
Mentor Committee as regarding the 5000
Role Models of Excellence Project — WHICH
HAS NOTHING TO DO WITH THE SO-CALLED
BUFFALO MENTORING INITIATIVE! We
also shall descuss for the record, how
the Steering Committee which I'm putting
together to advance objectives and emplementation
of 5000 Role Models Of Excellence Project; along
with the impact study and Cost analyses
which can not be performed until after
my business plan and budget has
been perfected along with other pertinent
concerns and timeline." This proves that
Charles Brandy intentionally lied about how
Charles Burgin "cleared all communications"
with BRS Mentor Committee. See exhibit # 27.

49.) — Further proof of Charles Brandy's
intentional falsification can be found in an
october 23, 2013 email Gail Wells sent
to Committee members including Charles
Brandy and Charles Burgin whose email

(18)

address is shown as Browaninc@gmail.com.
Isail Wells states "Dear Team I am
leaving for Baltimore tomorrow morning
but I have attached an article that
was sent to me by a national Black
Think Tank which I belong to. Please read
it and send comments/reactions. See
exhibit #28. The email from Isail Wells
proves that Charles Burgen has not
abandoned the Committee nor "closed all
Communications". Notice how Charles Brandy
replies to Isail with "Thank You"
email. See exhibit #29.

49.) That, Charles Burgen met on December
4, 2013 in the office of Superintendent Brown
who refused to accept his documentary
proof that Charles Brandy had intentionally
falsified his November 12, 2013 BPS mentor
Committee Report and had conspired well
L. Nathan Hare (leader of Buffalo Mentoring
Institute) to shut down board ordered
6-12-13 impact study cost analyses.

50. That, Charles Burgen sent December 7, 2013

email to Gail Wells "By now I'm sure that you have been contacted by Tracy Cooley or received a copy from Charles Brandy of her fraudulent and bogus report he submitted to Supt. Brown on November 13, 2013 ... You are totally aware that our email evidence provides a foundation to the truth of the matter. I have notified Tracy that I'm in process of asking the Board for a full Review of Charles Brandy's bogus report as Supt. Brown has turned it over to them ... Of course you are now aware that Dr. Kereszten and Charles Brandy will be doing business with those people who started "The Buffalo Mentoring Initiative" (L. Nathan Hare) only they have changed the name. Just coincidence? In any event, I just want to know where you stand as to the truth of the matter, as I await your immediate reply." See exhibit #30, which Charles Bungin incorporates by reference as if fully set forth herein.

51.) At bottom of exhibit #30, it also

shows that Gail Wells responded to Charles
Burgen Via email dated Dec. 10, 2013
"Brother Charles I would prefer to
speak with you in person."

52 - That L. Nathan Hare put out a flyer
containing "mentoring Initiative" update
12/6/13. See exhibit # 31 which Charles
Burgin incorporates by reference as
if fully set forth herein, as it speaks
toward motive for fraudulent action
of Charles Brandy and L. Nathan Hare

52 - That, Charles Burgen submits further
proof for Fraud Via apply 2014 email
he recieved from Heath Frisch of BKS
stating "All mentoring programs should
be coordinated through my Nate Hare."
See exhibit # 32.

53. That, Charles Burgin offer further
proof of fraud motive found in an
October 17, 2013 letter he sent to
Mayor Brown containing 4 pages.

(21)

54. That, at bottom of Page 3 and top of Page 4, Charles Burger stated to Mayor Brown "That over this period of time, I was informed by Sam Radford that he was aware of all the work I had done on the 5000 Role Models of Excellence Project and that he would hate to see me left out as Councilman Demone Smith, Charles Brandy and Nate Hare were going to connect with you (Mayor Brown) to reach out to Congresswoman Frederica S. Wilson and bring her to Buffalo so they could take over the 5000 Role Models of Excellence Project. This was a certified letter mailed to Mayor Brown in which he never responded, as it is well known that L. Nathan Hare and Mayor Brown are political cronies. This letter has been marked as Exhibit # 33

55. That, further proof of the relationship L. Nathan Hare had with Board President Nevergold and Supt. Brown is revealed in a June 1, 2014, from an associate of L. Nathan Hare "This conversation with

(22)

Superintendent should prove to be very informative and in leapt of the fact that she and current School Board President Barbara Seals — Nevergold attended our dinner party fund raiser last February 22nd and ASSISTED IN MOVING OUR MENTORING PROJECT FORWARD WITH BUFFALO PUBLIC SCHOOLS" See exhibit #34

56.) That, eventually, L. Nathan Hare was able to procure a mentor Program Contract with assurance of Will Keresztes that put him in charge of all mentor related activity in BPS.

57) That, after Charles Burgin Speaker's list experience of April 9, 2014, the Buffalo Board of Education and Board members relaliated against him by refusing to acknowledge his many written request that they (the Board) meet with him to review his evidence of wrongful conduct by Destine employee

(23)

and Supt Browning concerning the Board ordered 6-12-13 Resolution enpost study Cost analysis for 5000 Role models of Excellence Project - as they were legally obligated to meet with Charles Burgin - not only because he was trying to gain a contract - but because he was a valued confirmed parent representative of DPCC. See exhibits 35 through 42, which Charles Burgin encorporates by reference as if fully set pith herein.

58.) That, the Code of Conduct requires the Board to "Welcome and encourage active envolvement by citizens, including parents and organizations in Board activities regarding establishing school policy and developing future plans" See exhibit # 43.

59) That, Section 1983 - Civil Rights Liability - "lawsuit against a school District or official for violation of a federal right, where otherwise there would be no ~~remedy~~ Remedy for the violation."
See exhibit # 44.

(24)

60.) That, Charles Burgen submits Board of Education minutes from April 29, 2015, Whereby Dr. Leah Nevergold states for the record " The only employee the Board has is the Superintendent... We asked you and essentially gave you a directive to not meet with Mr. Wermer... See exhibit # 45, which certainly proven that the Board had the power to review the actions of Supt. Brown as pertains to The shutting down of impact study/cost analysis for 5000 Role Models Of Excellence Project.

61. That, Charles Burgen Via email dated December 20, 2013 to Board member Theresa Harris-Tigg, stated I'm requesting an urgent meeting with you to discuss the materials which I had dropped off to your mailbox on 11-27-13, as regarding a bogus report submitted to Supt. Brown on November 12, 2013 concerning the impact study cost analysis which the Board authorized in a June 12, 2013 Resolution ... " See exhibit # 46 which

Charles Burgin incorporates by reference as
if fully set forth herein.

62.) That, via email dated Sept 21, 2013 Charles
Burgin asked that Supt. Brown and Board President
Seals-Nevergold send out the letter of
~~invitation~~ INVITATION to Cong. Wilson. "It has now
been 13 weeks since Cong. Wilson sent
her letter to BOE. Now, I hope it's
not asking too much to have that letter
of invitation and welcome sent out to
Cong. Wilson within the next 10 days."
Again, Burgin received no reply. See
exhibit # 48, in conjunction with exhibit
# 47, which is email dated July 8, 2013 in
which Seals-Nevergold as Board President
pledges her support to Charles Burgin
as regarding 5000 Role Models of Excellence
Projects.

63.) That, Charles Burgin hand delivered letter
of 9-26-13 asking Supt. Brown to send
letter of invitation to Cong. Wilson but
received no reply - See Exhibit # 49.

64.) That, by hand delivery, Charles Burgin gave Supt. Brown's staff a 5 page letter dated November 22, 2013 in which Supt. Brown was placed on notice that "any report that Mr Brandy and Dr Kreszler may have given you may possibly be based on fraud... See exhibit # 50, which Charles Burgin incorporates by reference as if fully set forth herein.

65.) That, Supt. Brown eventually agreed to meet with Charles Burgin which was perfunctory in nature as she refused to accept any of my documents that proved Charles Brandy's November 12, 2013 report was based on fraud which was sanctioned by Will Kreszler. See exhibits # 51 and # 52 which Charles Burgin incorporates by reference as if fully set forth herein.

66. That, Supt. Brown acted contrary to BPS policy, see exhibit # 53, and that New York State Education Commissioner John King criticized Buffalo School Leadership

(27)

"for failing to present to the public a
strong educational vision for how the
District will grow student achievement
instead of proactive leadership; the
DISTRICT HAS A HISTORY OF REPEATEDLY
SHADING THE FACTS." See exhibit
#54, which Charles Burgin encorporates by
reference as if fully set forth herein.

67). That, when Will Keresztes became Temporary
Interim Superentent of BPS, he pledged
$840,000 to Hillside Work Scholarship
enabling the program to expand claiming that
he "expects unanimous Board approval
later this month to reallocate money
oreginally budgeted for unnecessary
expenditure... See exhibit #55 and #56.

68.) That,

## CAUSES OF ACTION
## FIRST CLAIM FOR RELIEF
(Violation of First Amendment TO U.S.
Constitution Section 42 U.S.C. 1983

(28)

69.) Plaintiff hereby re-allege and incorporates by reference paragraphs 1 through 68 as if fully set forth herein

70.) That, Charles Burgin, District Parent Coordinating Council Mentor Committee Chairman was an approved speaker at the April 9, 2014 Buffalo Board Of Education meeting. See exhibit # 57

71.) That Charles Burgin was registered on the April 9, 2014 Speaker list to speak on "5000 Role Models Of Excellence Project."

72.) That, his intention was to expose and speak about how a Board ordered 6-12-13 Resolution impact study/cost analysis was being fraudulently and conspiratorially shut down by illegal actions of employees Charles Brandy, Will Keresztes which was sanctioned by Supt. Brown after she was made aware the illegal actions of her subordinates to effectively stop 5000 Role models of Excellence project from having impact study/cost analysis done.

73.) That he sought to speak about how Charles

Brandy had offered a fraudulent November 12, 2013 mentor committee report to Well Kereszter, who forwarded it to Supt. Brown.

74) That, Charles Burgin sought to speak about how his written notice to several Board members including Board President Seals - Nevergold - asking that they meet with him as a certified parents organization (OPCC) representative to accept his materials exposing the fraud, and demand that an investigation be done by the Board but instead they ignored him while acting with deliberate indifference.

75.) That, Charles Burgin was trying to tell the Board, public audience and T.V. audience about the animus he encountered by the defendants when he sought to have the truth come out and thus had to file a notice of claim.

76.) That, Charles Burgin wanted to share with the Board and audience how a supposedly careing Black female Superintendent of BPS, when asked why she never sent the letter of invitation for Black Congresswoman Frederica S. Wilson Founder of 5000 Role Models of Excellence Project — she astonished him by remarking "How do you know that I wanted that woman to come here in the first place." It revealed her true character.

77.) That, while Charles Burgin was ~~speaking~~ speaking on the above to a certain extent Board President, in a custom and policy of not letting aproved and registered speaker speak about being harmed by actions of Superintendents or Board members, Violed his constitutional rights under the First Amendment by objecting to the topic and content of his speech, and shouting loudly to BPS Security Officers " Get them out of here."

78.) That Charles Burgin was escorted out

of the Board meeting by a Security Officer and told not to come back in.

79.) That Charles Burgin suffered injustice and retaliation after that Speaker List incident because no Board member would meet with him to discuss his or parents grievances.

SECOND CLAIM FOR RELIEF
(Tortious Interference with Prospective Economic Advantage)

80. That, Plaintiff hereby re-allege and incorporates by reference Paragraph 1 through 79 as if fully set forth herein.

81.) That, Charles Burgin and 5000 Role Models of Excellence Project Founder Frederica S Wilson had agreed that he would be the Executive Director of the Buffalo Chapter at a salary of $40,000 after completion of his business plan and budget was perfected and a contract was approved by BPS Board of Education.

82. That, the arbitrary, wrongful falsification of a November 12, 2013 BPS Mentor Committee report was created by BPS employee Charles Brandy acting in conspiracy with L. Nathan Hare (Executive Director of United Blackmen's Think Tank, and Erie County C.A.O.), who was seeking a mentor contract with BPS to take over all aspects of BPS Mentor Programs and Policy.

83.) The the falsified report of November 12, 2013 was negligently accepted by BPS associate Superintendent Will Keresztes and BPS Superintendent Pamela Brown, who acted indifferent and never intended to honor a June 12, 2013 Board order Resolution that directed her to conduct an impact study cost analyses of 5000 Role models of Excellence Project which Charles Brunson was seeking To implement a Buffalo Chapter in BPS.

84. That, Buffalo Board Of Education and individuals acting in their personal Capacity acted with deliberate indifference

(32)

and at times was hostile to Charles Burgin
who was also District Parent Coordinating
Council Mentor Committee Chairman representing
BPS Parents, as several times he specifically
request Buffalo Board of Education, and
individual members of Board to do
their legal duty as they were obligated
to meet as a Board to hear from
Charles Burgin (and parents) and investigate
charges and claims of fraud, conspiracy,
and wrongful actions brought to their
attention by a qualified parents
organization representative.

82 - That concerted illegal Wrongful action of defendants
caused injury to plaintiff Charles Burgin
as he was not allowed to proceed with
his business plan and ~~the~~ budget and
present it to BPS Board to form a
contractual relationship, and to
have Buffalo chapter of 5000 Role Models
of Excellence Project to uplift and empower
Black male students whereby the BPS had
dismal graduation rates of 25% at the
time Charles Burgin sought contract.

(34)

# THIRD CLAIM FOR RELIEF
## ( INJURIUS FALSEHOOD)

83. That plaintiff Charles Burger hereby realleges and encorporate by reference Paragraphs 1 through 82 as if fully set forth herein.

~~84) That, Plaintiff Charles Burger hereby re.~~

84. That, Charles Brandy by his malicious actions in falsifying a report he created on November 12, 2013, and delivered to associate Superintendent Will Keresztes, who then Known it to be false, forwards it to BPS Superintendent ~~Will Keresztes, who then~~ Pamela Brown who shut down the impact study/cost analyses which was ordered by the Board Resolution of 6-12-13 for 5000 Role Models of Excellence Project.

85. That, the defendants deliberate wrongful actions caused injury to

(35)

Charles Burgin. Charles Bramely assisted his associate L. Nathan Hare who sought to shut down Charles Burgin's Business Plan and completion of his budget because Hare sought to himself contract with BPS and control all mentor Related Program and policies in BPS.

86) That L. Nathan Hare was eventually given a BPS mentor contract while Supt Brown was indifferent to what evidence Charles Burgin was trying to present to her about the fraudulent conduct of the defendants. He lost out on ability to contract when he could not present his business plan and budget which included a $40,000 salary as Executive Director of the Buffalo Chapter 5000 Role Model of Excellence Project

FOURTH CLAIM FOR RELIEF
(Tortious Interference with Prospective Business Relations)

(36)

87) That, Plaintiff hereby re-alleges and incorporate by reference paragraphs 1 through 86 as if fully set forth herein.

88. That, Plaintiff Charles Burgin was working on his business plan and budget as regards a 6-12-13 Board ordered import study cost analysis for 5000 Role Models of Excellence Project.

89. That, Charles Brown maliciously, wrongfully and fraudulently created a BPS mentor Committee report stating that Charles Burgin had "ceased all Communications" with the mentor Committee tasked with doing the import study cost analysis. That report was sanctioned by Will Keresztes and approved by Superintendent Brown without giving Charles Burgin an opportunity to be heard and present his evidence that Charles Brown had committed fraud.

90. Likewise the Board was totally

and deliberately indifferent to Charles Burgin being heard to present his evidence of fraud as the Board took no action resulting in other legal plea for relief because he lost an opportunity to present his business plan and budget to BPS Board and make a contract in which he was to be Executive Director of Buffalo Chapter 5000 Role Models of Excellence a project at a salary of $40,000 per year once contract with BPS Board was approved. Defendants acted wrongfully and with deliberate indifference thus creating liability.

WHEREFORE: Plaintiff respectfully request that court grant relief in the following:

A.) Plaintiff demands jury trial.

B.) Plaintiff demands judgement against defendants herein individually and together on personal capacity

C.) Declaratory judgement ordering Buffalo Board Of Education and Superintendent to have district parent stakeholder and school District put together a distinguished and reputable panel of qualified and honest people of integrity to complete the 6-12-13 board ordered "impact study / cost analysis" of 5000 Role Models Of Excellence Project which was illegally and fraudulently shut down due to the actions of (deliberate indifference) of board defendants, district employee and S. Nathan Hare, who does not work for Buffalo Board of Education.

D.) Order Buffalo Board Of Education (BPS District) to pay $1,000,000 (one million dollars) in compensatory damage for it's leability and unlawful actions as outlined in this lawsuit.

(38)

E.) Order the individual Board of Education members and employees being sued in their capacity to pay $5,000,000 (five million dollars) in Compensatory damages for their unlawful actions as outlined in this lawsuit.

7.) Order the Buffalo Board of Education and the individual board members and employees being sued in their individual or personal Capacity to pay $5,000,000 (five million dollars) each in punitive Damages for their deliberate indifferent and intentional unlawful actions as outlined in this lawsuit.

G.) Order defendant L. Nathan / Hare to pay $10,000,000 (ten million dollars) in Compensatory Damages for his unlawful actions as outlined in this lawsuit.

H.) Order defendant L. Nathan / Hare to pay $15,000,000 (fifteen million dollars) in punitive Damages for his intentional, deliberate, fraudulent and conspiracy related unlawful actions as outlined in this lawsuit.

I.) Award Plaintiff Costs of this action, together With reasonable attorney fees.

J.) Injunctive relief requiring BPS and Board of Education to write the long delayed letter of invitation to Congresswoman Frederica

(34)

S. Wilson to come to Buffalo to "help move
this important initiative forward" as was
promised by Supt. Brown

K.) Grant Plaintiff such additional equitable
and legal relief as the Court deems just
and proper in the circumstance.

DATED: JUNE 8, 2018

Yours etc.

On the 8TH day of June, 2018.
Before me personally Appeared
Charles Burgin.

Charles Burgin 6-8-18
Charles BURGIN PRO Se

22 Bennett Village Terrace
Buffalo, N.Y. 14214
bromaninc@gmail.com
(716) 207- 4186

Susan R. White

SUSAN R. WHITE
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 8/18/2019

4/0

Revised 05/01 WDNY

**AFFIDAVIT OF SERVICE**

(If you <u>are</u> having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Charles Burgin

Plaintiff(s),

v.

Buffalo Board of Education
Jonathan Hare et al   et al

Defendant(s).

AFFIDAVIT OF SERVICE

15 -CV- 0201S

STATE OF NEW YORK        )
COUNTY OF _____ ) ss.:

I, *(print your name)* Charles Burgin, served a copy of the attached papers
*(state the name of your papers)* Amended Complaint
_____
_____

upon all other parties in this case
by mailing _____ by hand-delivering ___X____ *(check the method you used)*
these documents to the following persons *(list the names and addresses of the people you served)*

Kevin M. Kearney
Karl W. Kristoff
The Guaranty Building
140 Pearl St, Suite 100
Buffalo, NY 14202-4040

on *(date service was made)* _____

Charles Burgin

*(your signature)*

Sworn to before me this 8TH
day of June , 2018

Susan R. White

Notary Public
SUSAN R. WHITE
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 8/18/2019