## BOARD OF EDUCATION – CITY OF BUFFALO
Buffalo, New York

# I N T E R O F F I C E   M E M O R A N D U M

**Date**:  5/12/11 –  5/24/11

**SUBJECT**:  **Speakers List** for the Board Meeting of
**Wednesday, May 25, 2011**

**TO**:  All Board Members and Superintendent James A. Williams

**FROM**:  James M. Kane, Chief of Staff

05/12/11    Rhonda Lee, Parent
            Re:    East High School and Suspension Hearings

05/17/11    Charles Burgin, DPCC/Parent
            Re:    Mentoring

05/18/11    Maryann Herman, Concerned Citizen
            Re:    Campus West

05/20/11    Judy Nesbit, Teacher
            Re:    Campus West

05/20/11    Eva Doyle, Concerned Citizen
            Re:    Math Scholarship

05/23/11    Michael Long, Parent
            Re:    Saving Campus West

05/24/11    Susan Kroczynski, Teacher
            Re:    Campus West

05/24/11    Sam Radford, Parent
            Re:    Struggle of Keeping a Child in a PLA School

*Exhibit # 1*

Speaker's List
Board Meeting of 5/25/11
Page 2


05/24/11          Reginald Roberts, Teacher
                         Re:    Campus West

05/24/11          Betty Jean Grant, We are Women Warriors
                         Re:    Support of Dr. Williams

| (DRAFT) 3170 | 2014 | |
|---|---|---|
| **POLICY** | | 1 of 5 |
| | Community Relations | |

**SUBJECT:   PARENT INVOLVEMENT POLICY**

**Parent Involvement Beliefs**

The Buffalo Public Schools believes that education is a partnership among the student, parent/guardian, school, district, and the wider community.  The academic achievement and success of our students depends on the actions, relationships, and strengths of these partnerships.  Effective and meaningful parent involvement is a responsibility shared by the school district and family during the entire period the child spends in school. Parents have unique knowledge skills, talents and other assets. Parents and families provide their children with the foundation of their values, responsibilities, expectations, and aspirations.  Parents' knowledge of the unique histories, traditions, life experiences, and learning experiences of their children and the children in the school and community must be considered in classroom, school and district-level decision making.  Parents also have knowledge about community-level assets and challenges, both of which are valuable and critical to take into account when designing educational programs and the creation of supportive school environments.

For the purpose of this policy "parent" can be defined as any parent, guardian, and/or person in parental relation to a child or children with legal responsibility ("in loco parentis") and parental functions of that child/children.

**Parent Involvement Framework**

The Board of Education charges the school district's staff and parents with the development, implementation, monitoring, and regular evaluation of a district-wide and individual school parent engagement program as required under federal law, including section 1118 of the Elementary and Secondary Act (ESEA) and NYSED regulation 100.11 related to shared-decision making.  These programs, activities, and procedures will be planning and operated with meaningful consultant of parents in each school.

To guide schools in developing principles and practices for parent involvement, the Buffalo Public Schools endorses the framework of National Standard's for Family School Partnerships (developed by National PTA).  These are:

*Exhibit #2*

*development and adoption of District Plan pursuant to section 310 of Education Law any aggrieved party may appeal to the Commissioner*

*100.11 Planning and Shared Decision Making Regulations of the Commissioner of Education 100.1 — 100.19 information on policy, Recommendations and guidelines for implementing education program PreK — 12*

*\* Consult Title 8 of the official compilation of Codes Rules + Regulation of State of New York (8NYCRR)*

academic achievement. These supports may include but are not limited to; literacy training, using technology to foster parental involvement, State's academic content standards, State student academic achievement standards, State and local academic assessments, the requirements of ESEA Section 1118 legislation, and how to monitor a child's progress and work with educators to improve the achievement of their children.

12. Conducting (with the involvement of District parent representative groups) two annual meetings: (1) at the end of the school year to evaluate the content and effectiveness of the parental involvement policy, and also (2) at the beginning of the school year to inform the academic quality of the Title I schools. The annual meeting will include efforts to identify barriers to greater participation by parents in activities authorized by Title I, and use the findings of the evaluation to design strategies for more effective parental involvement and revise, if necessary, the parental involvement policies at the LEA and school level.

13. Because high quality schools and academically proficient students benefit greatly from supportive relationships with community partners and the additional resources they bring, the District will work in partnership with local community, academic, business, and government organizations to design programming and activities accessible to families both in and out of school time.  Parents should also be involved in the design and decision-making regarding community partnerships.

14. The Buffalo Board of Education recognizes the value of parents as critical stakeholders  to inform the governance of the school district.  As an essential voice on the Board of Education, a parent representative will serve as a reminder of the core mission of the district to always put student and parent interests ahead of all other considerations.  Therefore, the Buffalo Board of Education authorizes the addition of a non-voting parent representative to the membership of the Board, who will be the President of the District Parent Coordinating Council (or a member of the DPCC executive committee as assigned by the President).



**The District Parent Coordinating Council (DPCC)**

New York State Education Commissioner's Regulation 100.11 requires that, for the purpose of shared decision making, school districts have a partnership with an independent parent organization.  For the Buffalo Public Schools, this parent organization is the District Parent Coordinating Council (DPCC). The primary purposes of the DPCC are: 1) Ensure that a partnership is created with the Buffalo Public Schools, 2) Monitor and report on the implementation of the Buffalo Board of Education's Parent Involvement Policy; and 3) Build capacity for parent involvement to improve student achievement.The President of the DPCC (or his/her designee from the executive board) will also serve as the non-voting parent stakeholder on the Board of Education.  All parents are members of the DPCC, but the voting members of the DPCC are comprised of a parent representative and alternate elected from the parent committee of each school in the District.

**Building Responsibilities and Expectations**

Principals and school building administrators, in collaboration with parents and the support of the District Parent Coordinating Council and Office of Parent and Family Engagement, will:

1.  Establish a parent/family organization in each school.

    - Support the calling of at least two business meetings(September and January) of the parent organization each year in order to encourage the inclusion of new parents into the organization

    - The parents will elect officers and have regular meetings, scheduled in consultation with the principal and announced publicly, inviting all parents to attend.

    - Be maintained as a viable entity to ensure that parents, who are full partners in their child's education, have an opportunity to be included in meetings and decision-making.

    - At the September meeting, the parents of the organization will elect members to represent all parents from the school community to the District Parent Coordinating Council, School Based Management Team, and Action Teams related to the SBMT.

2.  Establish a parent room in each school, which includes basic resources and infrastructure (meeting space, desk/table and chairs, a computer and phone, resource materials, etc.)

3.  Work with the parent/family organization to identify parent facilitator(s) for the school, who will assist parents who have concerns and link them to

 **PARENTAL INVOLVEMENT**

## INTRODUCTION

The No Child Left Behind Act of 2001 (NCLB Act) reauthorized the Elementary and Secondary Education Act of 1965 (ESEA), and is based on four principles that provide a framework through which families, educators, and communities can work together to improve teaching and learning. These principles are accountability for results, local control and flexibility, expanded parental choice, and effective and successful programs that reflect scientifically based research. The parental involvement provisions in Title I, Part A of the ESEA reflect these principles. Specifically, these provisions stress shared accountability between schools and parents for high student achievement, including expanded public school choice and supplemental educational services for eligible children in low-performing schools, local development of parental involvement plans with sufficient flexibility to address local needs, and building parents' capacity for using effective practices to improve their own children's academic achievement.

New reporting provisions added by the NCLB Act offer parents important insight into their children's education, the professional qualifications of their teachers, and the quality of the schools they attend. The new legislation ensures that parents have the information they need to make well-informed choices for their children, more effectively share responsibility with their children's schools, and help those schools develop effective and successful academic programs. Parents now will know their children's academic strengths and weaknesses and how well schools are performing, and they will have other options and resources for helping their children if their schools are identified in need of improvement.

The new Title I, Part A is designed not only to help close the achievement gap between disadvantaged and minority students and their peers, but also to change the culture of America's schools so that success is defined in terms of student achievement and schools invest in every child.[1] As indicated by the parental involvement provisions in Title I, Part A, the involvement of parents in their children's education and schools is critical to that process. Secretary Paige put it succinctly when he stated, "[s]chools can't improve without the help of parents."[2]

Three decades of research provide convincing evidence that parents are an important influence in helping their children achieve high academic standards. When schools collaborate with parents to help their children learn and when parents participate in school activities and decision-making about their children's education, children achieve at higher

---

[1] Testing for Results: Helping Families, Schools and Communities Understand and Improve Student Achievement, US Department of Education, 2002
[2] Rod Paige, USA TODAY, April 8, 2002, Page A-13

BUFFALO PUBLIC SCHOOLS    DPCC        9-20-11 MINUTES

There is a BPS Garden committee is working with grass roots gardens to create a tool kit for students who want to begin a community garden.

The health committee is working to include a wellness component in every Comprehensive Education Plan for schools. They are also a pushing to facilitate the conducting of physicals at schools for those who have not been able to receive one from a primary care provider.

### Ad Hoc Committee on Mentoring
*Mr. Charles Burgin made a motion to form a mentoring committee and Lafayette seconded it. The motion passed* without opposition, with Mr. Burgin as its chair.

### BOE Member Ralph Hernandez
We took a moment to recognize former Board of Education President Ralph Hernandez. He wanted to re-commit to the DPCC, and welcomed our calls to any of the board members to ask for intervention on our issues. He assured us that should we not get satisfactory responses, that he himself would respond. We may reach him at 864-4983.

### In Closing:
*We asked every one to take the skills form provided in our agendas to indicate the qualities that we possess that can be utilized by the group, in order to be the best Parent body that we can be.

### Announcements:
City Honors Testing Dates:
*October 1st for 9th grade, Saturday, Oct 1st at 8:00.
Oct 15th for 5th grade, 8am, Oct 22nd, 6-8th graders, then essay test on Nov. 5th. Contact the City Honors rep at minevos@hotmail.com, cell: 716-207-1458

*School #74 has a uniform.

*Hutch tech open house and chicken dinner from 4 – 8 pm on Wednesday, October 5th

*Southside will host its grand opening on Thursday, Sept 22, from 6pm -8pm. Its new building holds 1100 students.

*Glen Jumper has been laid off.

### Closing Comments:  What did you like, and what skills can you offer the DPCC?
*Liked that we covered a lot of information on the parent facilitators. Am good with PR.
*Liked hearing from Lloyd Hargrave on Title One information. Can contribute life skills
*Liked the information that was given. Can annoy the bejeebers out of district people.
*Liked the establishment of the mentoring committee. Have legal skills to contribute.
*Liked information from Lloyd Hargrave, and the opportunity to work on the budget. Liked plan for advocates for the student, and the possibility of a raise. Can contribute community and PR skills.
*Liked Lloyd Hargrave's comments, and the information about City Honors, Liked the plan to have an advocate at each grade level.
*Good information. Got a hornets nest going, and we're proving a point. We're gonna be right in there. Can work on accounting and business end.
*Very informative, and can contribute.in a lot of areas.
*Everything was good, can help with fundraising.
*Everything was beautiful, can help with fundraising.

Exhibit 3



**Buffalo Public Schools**
**District Parent Coordinating Council**
**Howard Lewis Parent University**
**179 Albany Street**
**Buffalo, New York 14213**

| | |
|---|---|
| Co-Leen Webb, President | Sabirah Muhammad, Recording Secretary |
| Samuel L. Radford III, Vice President | Kim M. Walek, Corresponding Secretary |
| Kamala Muhammad, Treasurer | Gloria Sanchez, Parliamentarian |

Brother Charles Burgin
Brotherman's Progress
P.O. Box 1073
Buffalo, NY 14201

Dear Brother Charles Burgin,

The District Parent Coordinating Council consists of representatives and parent leaders from every school within the Buffalo Public Schools. Member of the council feel it is important that parent voices be heard in all district initiatives and that we learn together about ways to help increase student achievement. The DPCC believes that it is important for parents to be involved learn the many ways to help their students. We were pleased to learn of your important petition and the efforts you have made to help the youth in our community. You presented the goals of your petition and received a motion from the DPCC to support your efforts to share your petition with all BPS schools and the parent leadership, the motion was passed unanimously.

Your petition seeks **Resolution for the people of WNY, in support of the Brother Man Petition for nonviolence and increasing life skills mentoring programs for at-risk youth**. The DPCC endorses this petition as a means to acknowledge the concerns of our community, parents, and school leaders and to hopefully point our district toward identifying means and methods to help support our at-risk youth.

The DPCC membership looks forward to working with you to help District officials, public schools and individuals from our community learn more about your efforts. The council will work with you to distribute your petition so that the information may be shared with others across the district. The District Parent Coordinating Council commends you on your effort to; 1. stem gun violence and provide more quality mentoring programs in safe environments. and 2. ask that leaders personally take a stand to show support for the people of WNY, through a series of meetings with representatives across a board range of services, agencies, businesses, and community based groups.

If there are any questions you have regarding the District Parents' Coordinating Council's support of your petition please contact Co-Leen Webb at 812-4626.

Sincerely,

Co-Leen Webb
President, District Parent Coordinating Council

Exhebet #4

---

***The District Parent Coordinating Council is:***
*"Building capacity for parent involvement to improve student achievement".*





# BOARD OF EDUCATION

65 Niagara Square • Room 801 City Hall
Buffalo, New York 14202
Phone: (716) 816-3570 • Fax: (716) 851-3937

**BOARD OF EDUCATION MEMBERS**

MR. LOUIS J. PETRUCCI
President
MRS. SHARON M. BELTON-COTTMAN
MR. RALPH R. HERNANDEZ
MR. CHRISTOPHER L. JACOBS
MRS. FLORENCE D. JOHNSON
MRS. MARY RUTH KAPSIAK
Vice-President-Student Achievement
MR. JOHN B. LICATA
MR. JASON M. McCARTHY
MRS. ROSALYN L. TAYLOR
Vice-President-Executive Affairs

MRS. AMBER M. DIXON
Interim Superintendent

12/11/2011

Charles Burgin
Founder
Brotherman's Progress Mentors Matters
PO Box 1073
Buffalo, NY 14201

*Exhibit #5*

Dear Mr. Burgin:

I have had the opportunity to read your questions and ask senior staff about your concerns. I have received some answers but not all. I have also been informed that you have been recently appointed to the newly established Mentoring Committee chaired by Charles Brandy.

With respect to mentoring organizations working within the Buffalo Pubic Schools, it has been inconsistent. We have had large organizations that have adopted individual schools and provided help to said institutions. We have had individuals who have worked with the principals at various schools on particularly occasions or for specific events. We as a board asked for a report showing by school what particularly extracurricular programs are provided at that location so that we have a better understanding of the need across the district.

We have established the aforementioned Mentoring Committee to establish policies, practices, and practices for interested groups and individuals. There has been a renewed interest in mentoring the students of the Buffalo Public Schools. These offers range from well intentioned individuals to well established organizations. The Buffalo Public Schools need to have a well articulated policy that both provides access to mentoring programs and ensures the safety and well being of our students.

With respect to Title 1 funds, federal school "turnaround" funds, or the general payment of mentors by the Buffalo Public Schools, historically our mentors have all been volunteers. We are talking about school based budgeting by which the district would provide each individual school an overall budget. Within that budget, the school would have to provide established levels of

*"Putting children and families first to ensure high academic achievement for all."*

Brotherman's Progress
12/11/2011

service but would be free to use any excess money for programs that they believe would benefit their respective students such as mentoring. If the BPS were to undertake a district wide mentoring program, it would be subject to the normal procedures for hiring an organization or individual.

Mentoring can play an important role in the lives of at-risk youth regardless of their race. Too many of our children could benefit from positive role model in their lives who takes a personal interest in their achievement and well being.

With respect to the achievement of males of African descent in the Buffalo Public Schools, we are not where anyone wants to be. We need to see great improvements. The district has been working to improve the graduation rate of males of African descent as well as all of our other children that have to overcome the hurdles of poverty, language, or any other challenge. As I have said previously, we are not where we want to be.

Thank you for taking the time to contact me with your concerns. I can also be reached at lpetrucci@buffaloschools.org.

Sincerely,

Lou Petrucci

*"Putting children and families first to ensure high academic achievement for all."*



RECEIVED

JUN 1 1 2013

SUPERINTENDENT'S OFFICE





# 5000 ROLE MODELS
# OF EXCELLENCE PROJECT

February 5, 2013

Mr. Charles Burgin
P.O. Box 1073
Buffalo, New York 14201

Dear Mr. Burgin:

It was a pleasure speaking to you. As promised, attached is information regarding the ***5000 Role Models of Excellence Project***. I wish you success in your efforts to establish and build a mentoring program that positively impacts the lives of our children.

Sincerely,

Tammy T. Reed
Executive Director
***5000 Role Models of Excellence Project***



Attachments

**MIAMI-DADE COUNTY PUBLIC SCHOOLS**

1450 N.E. 2nd Avenue, Suite 227, Miami, Florida 33132•Phone (305) 995-2451•Fax (305) 995-2455
Congresswoman Frederica S. Wilson, Founder/Tammy T. Reed, Executive Director
website address: **5000rolemodels.com**
*"Committed to guiding minority boys along a carefully chartered path and sending them to college."*



**Charles Burgin <bromaninc@gmail.com>**

## Followup to BOE & Supt. Brown Meeting
1 message

**charles burgin <bromaninc@gmail.com>**                                      Fri, Mar 22, 2013 at 7:51 AM
To: wkeresztes@buffaloschools.org, w.charlesbrandy@buffaloschools.org

Asst. Supt. Keresztes would you be so kind as to schedule a meeting so that you and I can discuss matters pertaining to my goals and objectives regarding the 5000 Role Models of Excellence Project and our Non Violence Pro Mentoring of At-Risk Youth Petition. Since Supt. Brown appointed you to represent her at the BOE meeting, I am not contacting her directly. I will be seeking separate meetings with M. Kapsiak, BOE President and perhaps other individual Board members to see exactly where they stand. One more thing when you are scheduling meetings with the Big Brothers Big Sisters Organization to discuss matters concerning their possible involvement or role in establishing a comprehensive Mentor Program, please do not forget to include me as I have questions to ask them or any one else associated with this project. As Chair of the DPCC Mentor Program, I insist that I be present at any meetings since I represent the actual parents at DPCC and the greater community as Founder of Brotherman's Progress Mentors Matter Program and Advocacy! I will not simply sign off on something which was discussed without my being there, and also I want to see what the BBBS organizational leaders have to say about the 5000 Role Models of Excellence Project and whether they support our Non Violence Pro Mentoring of At-Risk Youth Petition and initiatives as too many of our youth are becoming victims of senseless violence, early graves or mass incarceration. I did not have the opportunity to share my thoughts with Mr. Brandy as he was in a hurry to get to his meeting with you and BBBS the day of our last meeting. Mr Brandy should have been aware that it does not look right for only him to be discussing matters with you and BBBS organization officials, when he also works for BPS. I want all parties to fully understand that by no means will I be rushed into accepting any agreements made on behalf of DPCC parents or the greater community. Everything must be carefully discussed and worked out and that includes hearing from other parties in the community which I intend to contact. Just because BBBS is already in the schools and has a relationship with BPS does not mean that it constitutes just what our students need and that they have the capacity to deliver all aspects of mentor program services etc. Would you be so kind as to also send me a copy of any minutes of your last meeting with Mr. Brandy and the BBBS org. Mr. Brandy can tell you that I have been at every BPS Mentor Committee meeting since it was established over 14 months ago so I am very patient and am prepared to take as long as is needed to get the proper program to serve AS MANY of our needy students as possible! I have a 2p.m. meeting today with Mr. Brandy and will further discuss relevant matters with him. Shanti (peace) Charles Burgin



exhibit #7



# mentoring committee

**Cooley, Tracy** <tcooley1@hilbert.edu>                                      Fri, Apr 26, 2013 at 2:00 PM
To: "Jabbaar-Gyambrah. Tara" <tJabbaar-gyambrah@hilbert.edu>. "bromaninc@gmail.com"
<bromaninc@gmail.com>, "W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>,
"modellgault@yahoo.com" <modellgault@yahoo.com>, "w.a.v.e.buffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>,
"wellsgv@buffalostate.edu" <wellsgv@buffalostate.edu>


Hi Team,


The mentoring meeting is cancelled until further notice.


For any questions, please contact Mr. Brandy.


Thanks

Tracy


"Words mean nothing. Action is the only thing. Doing. That's the only thing." - Ernest Gaines





Charles Burgin <bromaninc@gmail.com>

# Still waiting on you to send BPS Mentor Policies Booklet via email like you promised weeks ago

2 messages

---

**Charles Burgin** <bromaninc@gmail.com>                                      Fri, May 3, 2013 at 8:17 AM
To: "W.CharlesBrandy@buffaloschools.org" <w.charlesbrandy@buffaloschools.org>

Bro. Brandy, this is to inform that I need that copy of the BPS Mentor Polices Booklet that you agreed to send me after you met with BPS and B&GC officials. You are aware that the 5000 Role Models Of Excellence Project would highly benefit our young Black males in the BPS system, but my instincts tell me that you and others tn the BPS have already decided otherwise hence the BPS committee meetings have been cancelled to further notice. Trust me! You have a fight on your hands if you think that I will allow our young Black males to be sold out! Right now I'm preparing for a 1:30 pm meeting with the mother of one of my mentees who is a 17 year-old Junior suspended from Benett H. S. and permanently sent to Alternative School for fighting. I recently found out that he only has 3 credits and that may be one of the reasons he is acting out because he knows that he will not be graduating and is spinning his wheels. The question is how many other young Black males are similarly situated just like him in the BPS --school-to-prison-pipeline or mass incarceration? I am one soldier who will not stand idly by while our young Black males are consistently sold out! Whether I have your support or not--the community will be put on notice that the status quo is NO MAS!! Too many of those who look like us are feeding off the plight of our marginalized young Black males. You know what I have been trying to make happen yet it seems you have gone AWOL or undercover, calling off the BPS Mentor Committee meetings without speaking to me about what is actually going on with the so-called higher ups and people who want to mentor our students without explicitly showing how they intend to stem the tide and effectively reach Black male students like my 17 year-old mentee. I could have simply told his mother that it's the responsibility of the BPS to help her son but that would be like me passing the buck because we Black men also have a duty to act in a conscientous manner! I know that you are also a true warrior so hit me up! Support the efforts to uplift and empower our young Black males. You know that they need the 5000 Role Models Of Excellence Project and I intend to eventually make this a national matter and get Congresswoman Frederica S. Wilson to weigh in. Think of the value it would be to the cause if she actually came here to light a fire and wake some tired asses up. Just keeping it REAL! Hotep!

---

**W.CharlesBrandy@buffaloschools.org** <W.CharlesBrandy@buffaloschools.org>     Fri, May 3, 2013 at 10:21 AM
To: bromaninc@gmail.com

On vacation this week.  I'll follow up with you next week.

Best regards,
W. Charles Brandy, Director
Social Studies Education
150 Lower Terrace
Buffalo, New York 14202
(716) 816-3048 Ext. 8779
(716) 851-3064 (Fax)

*exhibit #9*

-----Charles Burgin <bromaninc@gmail.com> wrote: -----

> To: "W.CharlesBrandy@buffaloschools.org" <w.charlesbrandy@buffaloschools.org>
> From: Charles Burgin <bromaninc@gmail.com>
> Date: 05/03/2013 11:17AM
> Subject: Still waiting on you to send BPS Mentor Policies Booklet via email like you promised weeks ago



## Re: Update

**W.CharlesBrandy@buffaloschools.org** <W.CharlesBrandy@buffaloschools.org>          Thu, May 16, 2013 at 2:39 PM
To: WELLSGV@buffalostate.edu
Cc: bromaninc@gmail.com, tcooley1@hilbert.edu, W.CharlesBrandy@buffaloschools.org, wellsgv@buffalostate.edu

Gail,
Thank you for your input. I profoundly respect you and apologize that you and Tracy were exposed to this horrific display of poor adult discourse. I have never accepted disrespect nor will I tolerate it now.

It has come time for me to move forward. We have moved past the stage of privately addressing any discontent or concern related to the committee. The irrational choice was made for all of us without any input. I will no longer subject myself to blatant disrespect from anyone. It's my sincere hope that another administrator or department will be encouraged to continue this work.

Again, thank you and Tracy for putting children and family first.

Best regards,
W. Charles Brandy, Director
Social Studies Education
150 Lower Terrace
Buffalo, New York 14202
(716) 816-3048 Ext. 8779
(716) 851-3064 (Fax)


-----"Wells, Gail" <WELLSGV@BuffaloState.edu> wrote: -----

To: Charles Burgin <bromaninc@gmail.com>, "Cooley, Tracy" <tcooley1@hilbert.edu>,
"W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>
From: "Wells, Gail" <WELLSGV@BuffaloState.edu>
Date: 05/16/2013 12:15AM
Cc: "'Gail Wells' (wellsgv)" <wellsgv@BuffaloState.edu>
Subject: RE: Update
[Quoted text hidden]


Spam
Not spam
Forget previous vote

Exhibit #10



Charles Burgin <bromaninc@gmail.com>

---

# Hello stranger, long time no hear, no see
1 message

---

**Charles Burgin** <bromaninc@gmail.com>　　　　　　　　　　　Tue, Aug 13, 2013 at 3:53 PM
To: marilyn@wavebuffalo.org

Hello Marilyn,

How are you and the young ladies in your mentor group doing. I have not heard from you since that last meeting of the BPS Mentor Committee meeting several months ago. Of course you know that Charles Brandy and Dr. Keresztes misrepresented what our Mentor Committee had recommended in terms of the Big Brothers/ Big Sisters Org., since they had received that million dollar grant, I did not let those two sell-outs stop my advocacy on behalf of our young minority males. I don't know if anyone informed you but on my own initiative, I was able to persuade Board members Lou Petrucci and Ralph Hernandez to help draft a resolution and bring it before the BOE Committee for evaluation and the final vote. The resolution in support of the 5000 Role Models of excellence Project was approved on June 12, 2013, and Supt. Brown has been ordered to do a cost analysis study etc. , and she will be later meeting with me to get my input etc. On the day of the vote, I was able to get the founder of 5000 Role Models of Excellence Project, Congresswoman Frederica S. Wilson of dade County Florida to send a letter of support to the Buffalo Board of Education. She informed them that if they approved the resolution, then she would be coming to Buffalo to help move this initiative forward. If you want to help support this initiative, then let me know. The main reason that I'm sending you this email is that I was talking to Councilman Pridgen's Chief of staff (Vernee Shaw) in Ptidgen's office today, and we were on the subject of youth mentoring, Black History and Kulture. I told her about how I had to address your young ladies and about your mentor organization. To make a long story short, she is looking for a mentor organization for her two young daughters. I told her that I had your contact info at home and that I would have you call her to discuss your organization etc. Her name is Vernee W. Shaw and her phone number is 851-4980. She is Pridgen's Chief of Staff in City Hall. Give her a call when you get a chance and also hit me back. Shanti, (Peace) Bro. Charles





Charles Burgin< bromaninc@gmail.com>

## Fw: Scan from a Xerox WorkCentre
1 message

**ERivera@buffaloschools.org**< ERivera@buffaloschools.org>          Wed, Jun 19, 2013 at 10:03 PM
To: bromaninc@gmail.com

Here is the vote:

APPROVED, a motion made by Mr. Petrucci, seconded by Mr. McCarthy, to approve the resolution to "Conduct an Impact and Cost Analysis Study of the 5000 Role Models of Excellence and Helping Families in School Suspensions Projects" (Attachment A). The vote resulted as follows: 6 – Ayes, 2 – Noes (Licata and Nevergold), 1 – Absent (Mr. Hernandez). Motion carried.

**img-619215620-0001.pdf**
39K

Dr. Nevergold gave a brief repot on the Health and Wellness Committee meeting she attended.

Dr. Nevergold gave a brief report on the District Parent Coordinating Council she attended.

APPROVED, a motion made by Mrs. Belton-Cottman, seconded by Mrs. Johnson, to approve the NFTA Promotion of Alcoholic Drinks Resolution (Attachment B). The vote was unanimous.

6. Mr. Licata briefly shared the Legislative items which are forthcoming.

7. Mr. Petrucci gave a brief update on the Joint Schools Construction Board meeting on June 3, 2013.

Mr. Petrucci shared the resolution "Conduct an Impact and Cost Analysis Study of the 5000 Role Models of Excellence and Helping Families in School Suspensions Projects".

APPROVED, a motion made by Mr. Petrucci, seconded by Mr. McCarthy, to approve the resolution to "Conduct an Impact and Cost Analysis Study of the 5000 Role Models of Excellence and Helping Families in School Suspensions Projects" (Attachment A). The vote resulted as follows: 6 – Ayes (Belton-Cottman, Johnson, McCarthy, Petrucci, Taylor, Kapsiak), 2 – Noes (Licata and Nevergold), 1 – Absent (Mr. Hernandez). Motion carried.

*                    *                    *                    *

Mr. Hernandez left the meeting during the Committee Reports.

*                    *                    *                    *

<u>The Board Approved the Agenda Items as follows:</u>

APPROVED, a motion made by Mrs. Johnson, seconded by Mrs. Taylor to remove Item VII.C.14.b. from the table. The vote was unanimous.

| | |
|---|---|
| Item VII.A.1.a. | Instructional Personnel Changes as recommended by the Superintendent; the vote was unanimous. |
| Item VII.A.1.b. | Civil Service Miscellaneous Personnel Changes as recommended by the Superintendent; the vote was unanimous. |
| Item VII.A.1.c. | Administrative Personnel Changes as recommended by the Superintendent; the vote was unanimous. |
| Item VII.B.4.a. | Consultant Contract – Cambium Education Inc. – Sopis Learning-Set Up to Writing as recommended by the Superintendent; the vote was unanimous. |



SAY YES
— TO EDUCATION —
BUFFALO
sayyestoeducation.org

April 1, 2013

Charles Burgin
CEO/Founder
Brotherman's Progress Mentors Matters
P.O. Box 1073
Buffalo, NY 14201

Dear Mr. Burgin:

Say Yes Buffalo is committed to working with organizations and community-members in Western New York who share our dedication toward increasing educational opportunities for Buffalo's young people.

One part of our approach is to leverage partnerships in the community to create a network of mentors who can provide guidance and support to those students who can benefit from a one-to-one relationship with a stable and responsible adult.  Research is unequivocal that to be successful, mentors must be carefully screened, trained and supported so that they can provide the quality relationship necessary to be a positive force for a young person – particularly one who is considered at-risk.  As such we will endorse and partner with organizations that demonstrate best practices and evidence-based principles of mentoring designed to encourage youth to be competent, confident and independent.

These programs empower students and provide a welcoming and safe environment that fosters a positive means for self-expression, promotes healthy decision-making skills, and encourages community awareness and pride.

Thank you for your dedication to youth and community.

Sincerely,

David P. Rust
Executive Director



 

**BUFFALO TEACHERS
FEDERATION, INC**

**271 PORTER AVENUE
BUFFALO, N.Y. 14201
(716) 881-5400
FAX (716) 881-5875**

To whom it may concern;

Recently, I had the pleasure of meeting with Mr. Charles Burgin, who has founded the
Brotherman's Progress Mentoring Program, Mentors Matter. In addition, he chairs the District
Parent Coordinating Council mentor committee for Buffalo Public Schools.
Mr. Burgin was able to work with Buffalo Board of Education members Lou Petrucci and Ralph
Hernandez to introduce and sponsor a resolution in support of 5,000 Role Models of Excellence
Project which was approved by the full Board in June of 2013. As a result of his advocacy,
program founder, Congresswomen Frederica S. Wilson has agreed to come to Buffalo to "help
move this essential initiative forward."
I have advised Mr. Burgin that I will support the initiative to replicate the 5,000 Role Models of
Excellence Project on the Buffalo Public Schools, which will help reduce student drop-out rates
and improve minority males graduation rates in high school and beyond (See attached study by
Benjamin Davis). I look forward to supporting the efforts of Congresswomen Frederica D. Wilson
when she visits Buffalo to help mobilize community support for the 5,000 Role Models of
Excellence Project.

Sincerely,

Philip Rumore
President,
Buffalo Teachers Federation, Inc.

PR:su
Enclosure: 1

# CITY OF BUFFALO
## COMMON COUNCIL

**DARIUS G. PRIDGEN**
ELLICOTT DISTRICT COUNCIL MEMBER
65 NIAGARA SQUARE, 1408 CITY HALL
BUFFALO, NY 14202-3318
PHONE: (716) 851-4980 ♦ FAX: (716) 851-6576
City of Buffalo Website: www.city-buffalo.com
Ellicott District Website: www.buffaloellicottdistrict.com

**COMMITTEE CHAIR**
LEGISLATION
**COMMITTEES**
COMMUNITY DEVELOPMENT
BUDGET, EDUCATION, FINANCE,
**CHIEF OF STAFF**
VERNEE W. SHAW
**LEGISLATIVE AIDE**
FELICIA C. WILLIAMS

August 13, 2013

Mr. Charles Burgin
P.O. Box 1073
Buffalo, New York 14201

Dear Mr. Burgin,

I am writing in support of the 5000 Role Models of Excellence Project initiative, to increase the high school and college graduation rates of minority males in the Buffalo Public School system. This program will add diversity into the multiple programs available to our youth.

If I can be of further assistance, please contact my office at (716) 851-4980. I would serve in an advisory capacity as needed.

Sincerely,

Darius G. Pridgen
Ellicott District Councilmember



*Ellicott District... A Great Place To Work, Live and Enjoy.*

Facebook: Buffalo Ellicott District



12

exhibit
#12

City of Buffalo
Board of Education

## RESOLUTION

AN IMPACT AND COST ANALYSIS STUDY OF THE
00 ROLE MODELS OF EXCELLENCE AND
FAMILIES IN SCHOOL SUSPENSIONS PROJECTS

Co-Sponsors: Ralph R. Hernandez and Lou Petrucci

*At-risk children usually have one or more of the following characteristics: retention in grade level, poor attendance, behavioral problems, low socioeconomic status or poverty, low achievement, substance abuse, or teenage pregnancy. These factors are also closely associated with dropping out of school. Mentoring programs like the 5000 Role Models of Excellence Project has been shown to help students achieved better grades, established obtainable goals, and enhanced their self-esteem when partnered with caring, supportive adults.*

**Whereas,** The 5000 Role Models of Excellence Project was founded by former Miami-Dade County School Board Member, Dr. Frederica S. Wilson, now a member of the Florida Senate District-33 and initiated by the Miami-Dade County Public School Board in March 1993; and

**Whereas,** realizing an ongoing crisis in the lives of many young males, the project's mission is to intervene in the lives of at-risk students to reduce high incidences of disciplinary referrals, suspensions, alternative school placements and academic failure rates while simultaneously enhancing their higher order of thinking skills to impact their overall achievement level; and

**Whereas,** the program pairs students ages 9-19 with successful professional adult mentors, who provide students with advice, guidance, and supplemental educational services; and

**Whereas,** the 5000 Role Models of Excellence Project is steadfast in its commitment to provide high quality services to help school staff, students and their parents apply strategies and practices that promote greater inclusion, positive relationships, and respect for differences; and

**Whereas,** the 5000 Role Models of Excellence Project comes highly recommend by Charles Burgin and the Brotherman's Progress Mentors Matter Program, Buffalo Teachers Federation and the District Parent Coordinating Council

**Be It Resolved,** that the Board of Education calls on the Superintendent to conduct an impact study of the 5000 Role Models of Excellence Project complete with cost analysis and emphasis on the potential combined affect with current district academic and intervention programs like Say Yes in an effort to blend academic intervention and adult mentoring as a strategy for enhancing outcomes for elementary and high school students.

COMMITTEE ON
EDUCATION AND THE WORKFORCE
SUBCOMMITTEE:
EARLY CHILDHOOD, ELEMENTARY, AND
SECONDARY EDUCATION
HEALTH, EMPLOYMENT, LABOR, AND PENSION



**FREDERICA S. WILSON**
CONGRESS OF THE UNITED STATES
24TH DISTRICT, FLORIDA

COMMITTEE ON
SCIENCE, SPACE, AND TECHNOLOGY
SUBCOMMITTEES
RANKING MEMBER, TECHNOLOGY



Exhibit #13

August 16, 2013

Charles Burgin
Founder
Brotherman's Progress Mentors Matter
PO Box 1073
Buffalo, NY 14201

Dear Mr. Burgin:

I am writing to thank you for your recommendation of the 5000 Role Models of Excellence Project to the Buffalo Board of Education. In my career as an educator, school principal, school board member and state and federal legislator, I have seen firsthand what works in children's lives. In situations in which a child is missing an involved parent or a strong role model, a good mentor can make all the difference. It is precisely for this reason that in 1993 I founded the Role Models of Excellence Project.

I appreciate your efforts to have the 5000 Role Models of Excellence Project adopted in the Buffalo Public School system. As you know, in a June 12, 2013 letter, I urged the members of the Buffalo Board of Education to pass a resolution co-authored by Mr. Ralph Hernandez and Mr. Lou Petrucci calling on Superintendant Pamela Brown to conduct an impact study.

In Congress, I am working to bring the 5000 Role Models of Excellence Project to a national scale. I informed the members of the school board that I would be delighted to come to Buffalo to help move the initiative forward.

Again, thank you for your support and for your commitment and dedication to improving the lives of our children.

Sincerely,

Frederica S. Wilson
Member of Congress

WASHINGTON, DC OFFICE
208 CANNON HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-4506

MIAMI-DADE OFFICE
18425 NW 2ND AVENUE
SUITE #355
MIAMI GARDENS, FL 33169
(305) 690-5905

PEMBROKE PINES OFFICE
PEMBROKE PINES CITY HALL
10100 PINES BOULEVARD
BUILDING B, 3RD FLOOR
PEMBROKE PINES, FL 33026
(954) 450-6757

WEST PARK OFFICE
WEST PARK CITY HALL
1965 SOUTH STATE ROAD 7
WEST PARK, FL 33023
(954) 989-2688

MIRAMAR OFFICE
MIRAMAR CITY HALL
2300 CIVIC CENTER PLACE
MIRAMAR, FL 33025
(954) 883-6963

WWW.WILSON.HOUSE.GOV



Charles Burgin <bromaninc@gmail.com>

## Urgent!! Need to meet with you (amongst other important considerations) to discuss issues and disputes concerning credibility, conflict of interest relating to Dr. Keresztes and Charles Brandy Chair of the BPS Mentor Committee along with your recent appointment of Dr. Kerztes as "lead person on this project" i.e. 5000 Role Models Of Excellence Project, wherby he has selected Charles Brandy to do "impact study"

1 message

Charles Burgin <bromaninc@gmail.c                                                    Tue, Sep 3, 2013 at 7:52 AM
To: pcbrown@buffaloschools.org

*Exhibit # 14*

Dear Dr. Brown,

Please let the record reflect:

1.) That, as a representative of community stakeholders i.e. Founder of Brotherman's Progress Mentors Matter Org., Chairman of District Parent Coordinating Council Mentor Committee, and menber of the BPS Mentor Committee created by Interim Superintendent Amber Dixon—I have sought to meet with you several times since our initial discussion at Olmstead School about matters related to improving the condition and graduation rate for minority males, and as to our Brotherman's Progress Anti Violence/5000 Role Models Of Excellence Project initiative.

2.) That, during a November 2012, videotaped community roundtable, you agreed to meet with me (and Phil Rumore our supporter) to discuss the above matters which were pertinent to a segment of community stakeholders, as 1,000 of them had signed our Brotherman's Progress Anti Violence Petition And Increasing Life Skils Mentoring Programs For At-risk Youth.

3.) That, during the videotaped meetingof November 2012, you accepted a manilla envelope containing various materials related to issues at hand and agreed to meet wirh me to discuss stakeholders concerns.

4.) That, having received no response from you weeks after the community roundtable of November 2012, I drafted an additional letter to you voicing our concerns and seeking a meeting, which was dated December 10, 2012, and hand-delivered to your office, which was received and stamped by your stenographer. See exhibit A, which is a 3 page letter.

5.) That, for whatever reasons, my December 10, 2012 letter was never responded to! However, I remained patient, telling stakeholders to hold tight and that eventually you would get around to setting up a meeting, since there seemed to be a crisis you had to handle every other week.

6.) That, That I continued to remain active on behalf of stakeholders seeking to uplift and empower minority males, while working to improve conditions for elevating their graduation rates, and to attend college so that they could avoid the stigma of generational poverty!

7.) That, as a resultt of my past years of advocacy on behalf of minority males in the Buffalo Public Schools, Board Of Education members Ralph Hernandez and Lou Petrucci, (who was instrumental in seeing that Interim Supt. Amber Dixon appoint me to the newly created BPS Mentor Committee)–agreed that it was time to help me out by assisting in the drafting of a resolution to BOE in support of the 5000 Role Models Of Excellence Project. See my attached June 13, 2013 email sent to Ralph Hernandez and Lou Petrucci, along with the June 21, 2012 email response of Board member Lou Petrucci. He reveals how the Board Of Education voted to approve the resolution for 5000 Role Models Of Excellence Project and what my next moves should be in terms of moving forward. "The second page of the resolution is now for you to formulate a business plan for your mentoring

Burgin. Thank you for your advocacy for our students. Mr. Brandy will lead the study of the 5000 Role Models Project with the support of the mentoring committee he chairs. Thanks again for your efforts."

17.) That, by email dated August 21,2013, stamped 2:26PM, a message was sent from your stenographer LaRae Hens Bryant stating " I spoke to Dr. Brown regarding setting a meeting. She stated that Dr. Will Keresztes is the lead person on the project. Then when I emailed Dr. Keresztes, he said that Charles Brandy is working on this through the mentoring committee of which Mr. Burgin is a member. Please contact Mr. Brandy or Dr. Keresztes regarding your meeting." Dr. Brown, I will not be attaching these emails because your stenogtapher has copies and Dr. Kereszres has his original email that he sent to me.

18.) That, on or about August 28, 2013, I received a phone call from Charles Brandy informing me that "Dr. Will Kereztes had told him that I wished to speak with him (Charles Brandy) to discuss concerns which I had." I immediately told Charles Brandy that I had never spoken with or contacted Dr. Kereszres and to stop playing games, then hung up the phone. You see Dr. Brown, after the resolution was approved for the 5000 Role Models Of Excellence Project, twice I received a call from Charles Brandy on separate occasions stating that after the resolution was passed, that Mr. Hernandez had contacted Dr. Keresztes to have Dr. Keresztes and him Charles Brandy, work with me on the project. I told Charles Brandy that this was a bald faced lie and that if what you say about Dr. Keresztes being contacted by Board member Ralph Hernandez asking that you guys assist me—then tell Mr Keresztes to put it in writing via email form and I will then contact Mr. Hernandez for the truth of the matter. Of course, I did not receive anything from Dr. Keresztes, but it further evidenced how Charles Brandy sought to manipulate things in conjunction with Dr. Will Kereszres. How ironic that I am now being told that Dr. Keresztes and Charles Brandy are in charge of the "impact study."

19.). That, on August 29, 2013, Charles Brandy had an email sent to me and various other parties ( some of them not even on the BPS Mentor Committee such as Sam Radford and Councilman Demone Smith) stating "Hello Team, On ThursdaySeptember 5, from 2-4PM, at 150 Lower Terrace 4th Floor, the BPS Mentoring Committee will be reconvening to begin discussion surrounding the 5000 Role Models Of Excellence Mentoring Program. I have attached an email to an event taking place on September 11, at Delevan Grider Community Center in anticipation of the program." See exhibit D

20.) That, again I reiterate that there is a conflict of interest and other issues of integrity and credibility with Dr. Keresztes and Charles Brandy concerning the BPS Mentor Committee, which are clearly evidenced by facts and evidence which I still plan to present to you, once you grant the request for a meeting. This situation definitively calls for a meeting but the main focus should be on supporting our minority male students by getting this 5000 Role Models Of Excellence Project approved for replication in Buffalo Public Schools.

In closing, Dr. Brown, I say once again at the behest and concern of community stakeholders, I'm asking for your attention and a sit down meeting to resolve issues and move forward. Your consideration in the matter is greatly appreciated, as I await your reply.

Charles Burgin, Founder of Brotherman's Progress Mentors Matter Program Advocacy; Chairman of District Parent Coordinating Council Mentor Committee; and member of BPS Mentor Committee

**9 attachments**

program..." See attached 2 page email marked as exhibit B.

8.) That, on the actual day of the BOE vote on the resolution, I was able to contact the Founder of 5000 Role Models Of Excellence Project, Congresswoman Frederica S. Wilson, who then sent the Buffalo Board Of Educarion a letter dated 6-12-13 stating that if they approved the resolution, she would be happy to come to Buffalo to help "move this important initiative forward."

9.) That, I'm in contact with Congresswoman Wilson's Chief of Staff and the Executive Director for the 5000 Role Models Of Excellence Project and they have agreed to assist me with data and material help in putting together our business plan. I will also need certain data on Buffalo Public Schools and the minority students which is another reason that I seek your cooperation as Superintendent of BPS.

10.) That after the resolution was approved, Dr. Nevergold was voted President of the newly elected Buffalo Board of Education. She originally had voted against the resolution. I sent her an email dated July 2, 2013, requesting that she now support the 5000 Role Models Of Excellence Project which our minority males in BPS were in such need of the program. She agreed to support our initiative and sent me an email dated July 8, 2013, stating that this email could be used as evidence of her and the Board's support for 5000 Role Models Of Excellence Project. See exhibit C.

11.) That once again, I drafted you a letter dated June 14, 2013, which included a copy of Congresswoman Wilson's letter of June 12, 2013, sent to the Buffalo Board of Education. This letter was hand delivered to your stenographer LaRue Hens Bryant who stamped it received as of June 14, 2013, and again contained my request for a short meeting along with a letter of support from you regarding the 5000 Role Models Of Excellence Project and Congresswoman Wilson's coming to Buffalo "to help move this important initiative forward." As leader of the Buffalo School District, our stakeholders felt that it would be a good thing if you showed your approval and support for an initiative that would improve the graduation rates of our minority males!

12.) That, Again I awaited your response to our letter and request for a meeting!

13.) That, while awaiting your response to my letter of June 14, 2013, I had put together various materials and emails which related to serious disputes within the BPS Mentor Committee related to the actions of Chairman Charles Brandy and Dr. Will Karesztes who also sought to have the committee adopt his notion that whatever model was created it should not involve any funding from the District. I totally disagreed with Dr. Keresztes and told him that as far as I was concerned the District could use Title 1 money and other sources of grants or federal money to support a BPS Mentor Program. Also, I thought it unethical for Charles Brandy, as Chairman and Board employee (and Dr. Kereszres) to meet on committee business affecting our model plan without including any other committee members etc. My intent was to present you with documents and records which would form the basis for an investigation into the negative conduct and activities of both Charles Brandy and Dr. Will Keresztes.

14.) That, again I received no direct response from you as regarding my June 14, 2013 letter of request for a meeting etc. Instead, about nine weeks later, I received a copy of an email dated August 21, 2013 at 11:49 AM, from your stenographer LaRae Hens Bryant which she had sent to Dr. Will Kereszres, "Subject 5000 Role Models of Excellence Project." "Charles Burgin came to me to schedule meeting with Superintendent regarding the above mentioned subject. I spoke with Dr. Brown and she said that you were the contact person that he should be meeting with. She also stated that, you were preparing a report for her review and asked if it was ready. Please follow up with me on both subjects."

15.) That, the record reflects, Dr. Brown that you were informed personally by me that I felt Dr. Keresztes had no credibility and that I could not effectively work with him. To help your recollection, at the Board meeting when I had broached the subject of my mentee only having 3 credits while supposedly being a Junior at Bennett High, who was permanently suspended and sent to Alternative School. Your reply to me was "I thought you and Dr. Keresztes were working on that. I told you no, and why I wasn't working with Dr. Kereszres. You then asked me for the name of the student (Dexter Knox) and subsequently Dr. Maurico told me that he had been assigned to contact Dexter's Mother.

16.) That, on August 21, 2013, an email stamped 1:01 PM was sent from Dr. Keresztes to me stating, "Mr.

Gmail - BPS Mentoring Committee Meeting                                                     Page 1 of 2

G~ail

Charles Burgin< bromaninc@gmail.com>

## BPS Mentoring Committee Meeting
1 message

**Cooley, Tracy** < tcooley1@hilbert.edu>                                      Thu, Aug 29, 2013 at 3:01 PM
To: "W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>,
"w.a.v.e.buffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "wellsgv@buffalostate.edu"
<wellsgv@buffalostate.edu>, "bromaninc@gmail.com" <bromaninc@gmail.com>,
"jwatts@wattseducation.com" <jwatts@wattseducation.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-
gyambrah@hilbert.edu>, "dsmith@ch.ci.buffalo.ny.us" <dsmith@ch.ci.buffalo.ny.us>,
"samradford3@gmail.com" <samradford3@gmail.com>, "modellgault@yahoo.com"
<modellgault@yahoo.com>

*[handwritten note: Note: Why are Sam Radford and Councilman Demone Smith copied in this email when neither one is a member of BPS Mentor Committee]*

Hello Team,

On Thursday, September 5, from 2-4pm, at 150 Lower Terrace 4th Floor, the BPS Mentoring
Committee will be reconvening to begin discussions surrounding the 5000 Role Models of
Excellence Mentoring Program.

I have also attached an invite to an event taking place on September 11th at the Delevan Grider
Community Center in anticipation of the program.

*[handwritten note: Note: This event is being sponsored by Demone Smith with assistance of Charles Brandy. Further note that I had to go meet with Demone Smith to discuss what his connection was in regards to the BPS Mentor Committee's Impact Study Cost analysis etc.]*

Please RSVP by Tuesday, 9/3, if you will be attending this meeting.

*[handwritten note: Exhibit #16]*

Thanks

Tracy

76-888-0647

*"I hope that my achievements in life shall be these-that I will have fought for what was right
and fair, that I will have risked for that which mattered, that I will have given help to those who
were in need, and that I will have left the earth a better place for what I've done and who I've*

*[handwritten note: * Further Note: Gail was also working with Hare, Smith + Brandy on Buffalo Mentoring Initiative and attended 9-11-13 meeting with them at Delevan Center, that is one of my reasons that I wanted to have a meeting with all committee members to discuss matters. Gail made a statement]*

htt   *[handwritten: Exhibit 16]*   ik=f166c1f510&view=pt&search=inbox&th=140cb7...   8/29/2013



# SEPTEMBER 11TH, 2013

YOU ARE CORDIALLY INVITED TO A STAKEHOLDER/MENTORING MEETING FOR

## The Buffalo Mentoring Initiative

DELAVAN GRIDER COMMUNITY CENTER
877 EAST DELAVAN ROAD

BEGINS AT 5:30 PM

IF YOU HAVE A YOUTH PROGRAM AND CAN ACCOMMODATE MORE STUDENTS,
OR HAVE TIME TO BE A MENTOR

## WE WANT TO WORK WITH YOU!

CHANGE STARTS WITH US

PLEASE RSVP BY SEPTEMBER 9TH BY CONTACTING W. CHARLES
BRANDY, DIRECTOR OF SOCIAL STUDIES, @826-3948 EXT 8779
OR WBRANDY@BUFFALOSCHOOLS.ORG






# The Buffalo Mentoring Initiative Stakeholders' Meeting

September 11, 2013

## Agenda

Welcome

Opening Remarks

Overview of Buffalo Public Schools

Introduction of Stakeholders

Requirements for Engaging in Mentoring

Questions and Answers

Closing Remarks

Next Steps

**"Putting children and families first to ensure high academic achievement for all"**



Charles Burgin <bromaninc@gmail.com>

# Implementation Plan - 5000 Role Models of Excellence

**Brandy, W. Charles** <WBrandy@buffaloschools.org>                    Fri, Sep 6, 2013 at 9:35 AM
To: "Cooley, Tracy" <tcooley1@hilbert.edu>, "bromaninc@gmail.com" <bromaninc@gmail.com>

Bro Burgin,

Mr. Smith is available to meet today at 2:00 p.m. at City Hall in his office. Can you make it? Please call me at 465-5343 (cell).


Thank you,

W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

*Exhibit #17*

---

**From:** Cooley, Tracy [tcooley1@hilbert.edu]
**Sent:** Friday, September 06, 2013 9:38 AM
**To:** bromaninc@gmail.com; Brandy, W. Charles
**Subject:** Implementation Plan - 5000 Role Models of Excellence


Bro. Burgin,


If you need assistance developing your plans I can assist you.


Tracy


*"I hope that my achievements in life shall be these-that I will have fought for what was right and fair, that I will have risked for that which mattered, that I will have given help to*



## 09/05 BPS Mentoring Committee Meeting Notes

**Cooley, Tracy** <tcooley1@hilbert.edu>
To: Charles Burgin <bromaninc@gmail.com>
Cc: "W.CharlesBrandy@buffaloschools.org" <W.CharlesBrandy@buffaloschools.org>

Fri, Sep 6, 2013 at 7:47 AM

Bro. Burgin,

Thanks for the info.

You have put in a lot of work and it is very appreciated. You have a ton of material and you are a wealth of knowledge on the Program.

In order to bring a program to fruition, you have to begin to plan by creating a team that can help develop the implementation plan and business plan. The program piece already exists, now you need to brainstorm on all the pieces you need to make the program happen.

You have input which are your resources such as mentors, training materials, space, time, money, partners, supplies, etc. Then you have your throughput, the items that require an intervention that will give you your output. For example, mentors need to get trained. Are there current procedures in place supplied by te 5000 Role Models of Excellence Program that we can use, what do we need to change to adapt it to Buffalo? The output, a well trained mentor.

May I suggest creating a planning team of experienced people committed and willing to assist in this endeavor?

This is a basic Project Planning endeavor. There are questions for the implementation plan you should be asking, assumptions you should be making, and objectives that need to be set. Again, these are just suggestions, and if you need assistance I am available.

Tracy



**Charles Burgin <bromaninc@gmail.com>**

## Implementation Plan - 5000 Role Models of Excellence

4 messages

---

**Cooley, Tracy** <tcooley1@hilbert.edu>                                      Fri, Sep 6, 2013 at 6:38 AM
To: "bromaninc@gmail.com" <bromaninc@gmail.com>, "W.CharlesBrandy@buffaloschools.org"
<W.CharlesBrandy@buffaloschools.org>

Bro. Burgin,


If you need assistance developing your plans I can assist you.


Tracy


*"I hope that my achievements in life shall be these-that I will have fought for what was*
*right and fair, that I will have risked for that which mattered, that I will have given help to*
*those who were in need, and that I will have left the earth a better place for what I've*
*done and who I've been."*

---

**Charles Burgin** <bromaninc@gmail.com>                                      Fri, Sep 6, 2013 at 7:28 AM
To: "Cooley, Tracy" <tcooley1@hilbert.edu>

Tracy,

Thanks for the offer, I will free to confer with you on related subject matter which you may have expertise. I'm
always open to ideas as I have checked my ego at the door before I leave the premises. I'm the last person to
think that I know it all myself—and totally understand that things work out for the better when you surround
yourself with dedicated competent people who you can rely on and trust. Shanti, (Peace)
[Quoted text hidden]

---

**Cooley, Tracy** <tcooley1@hilbert.edu>                                      Fri, Sep 6, 2013 at 8:27 AM
To: Charles Burgin <bromaninc@gmail.com>


What is your phone number

Case 1:15-cv-00201-WMS-MJR   Document 30-1   Filed 06/08/18   Page 33 of 96

*will
I Not submitted*



Charles Burgin <bromaninc@gmail.com>

---

# Components - 5000 Role Models of Excellence

**Wells, Gail** <WELLSGV@buffalostate.edu>
To: Charles Burgin <bromaninc@gmail.com>
Cc: "'Gail Wells' (wellsgv)" <wellsgv

Fri, Oct 11, 2013 at 10:48 AM

Dear Brother Charles,

The statement in the email I sent to Tracy (which I sent you a copy of) and is below requires us to talk. My cell phone is broken so please send me a phone number where I can speak to you as soon as possible. I do not want to have a misunderstanding with you therefore I would like to speak to you to discuss what I wrote.

Gail
Tracy,

Your thoughts and concerns could be discussed at the upcoming meeting on 10/10 and should be brought to the attention of Charles Burgin. Brother Charles is the member of the committee who is most familiar with the 5000 Role Models of Excellence Program and may become the Director of the Program. Based on my understanding our committee is using the 5000 Role Models of Excellence Program as the foundation for the BPS Mentoring Initiative and we are only adding or subtracting elements based on the specific set of circumstances that challenge male students in the Buffalo Public School system and on our limitations as a committee.

-----Original Message-----
From: Charles Burgin [mailto:bromaninc@gmail.com]
[Quoted text hidden]
> ls.org>; w.a.v.e.buffalo@gmail.com<mailto:w.a.v.e.buffalo@gmail.com>;
> samradford3@gmail.com<mailto:samradford3@gmail.com>;
> bromaninc@gmail.com<mailto:bromaninc@gmail.com>;
> modellgault@yahoo.com<mailto:modellgault@yahoo.com>; Jabbaar-Gyambrah,
> Tara
>
> Cc: 'Gail Wells' (wellsgv)
>
> Subject: RE: Components - 5000 Role Models of Excellence
>
>
>
> See everyone tomorrow!
>
>
>
> gail
>
>
>
> From: Cooley, Tracy [mailto:tcooley1@hilbert.edu]
>
> Sent: Wednesday, October 09, 2013 1:52 PM
>
> To: Wells, Gail;
> W.CharlesBrandy@buffaloschools.org<mailto:W.CharlesBrandy@buffaloschoo

*Exhibit #19*

 G**M**ail
by Google

Charles Burgin< bromaninc@gmail.com>

## *5000 Role Models of Excellence*
1 message

**Reed, Tammy T.**< TReed@dadeschools.net>
To: "bromaninc@gmail.com" <bromaninc@gmail.com>
Cc: "bowmanki@gmail.com" <bowmanki@gmail.com>

Wed, Jun 19, 2013 at 4:22 PM

Good Afternoon Mr. Burgin,

I'm following up on an email to you from Ms. Kim Bowman. Attached you will find a membership application that we use in our office to sign up interested mentors. We are using this particular form in observance of our 20th year anniversary. Also attached is the District's Volunteer Application. M-DCPS requires that all volunteers register through our Volunteers Department. Hope this information is helpful.

Tammy T. Reed, Executive Director

*"Celebrating 20 Years of Mentoring, Guidance & Educational Assistance"*

5000 Role Models of Excellence Project

Miami-Dade County Public Schools

305-995-2451

305-995-2455 **(FAX)**

treed@dadeschools.net

www.5000RoleModels.com

---

**2 attachments**

**5000 RM Application_JB_2012.13.pdf**
10806K

**School Volunteer Program Registration Form.pdf**
544K



# 5000 ROLE MODELS *of* EXCELLENCE PROJECT

*Celebrating 20 Years of Guidance,*
*Mentoring and Educational Assistance*

## Membership Application

First Name: _____

Last Name: _____

Mailing Address: _____

City: _____ State: _____ Zip: _____

Mobile#: _____ / _____ / _____

Home#: _____ / _____ / _____

Email Address: _____

Employer Name: _____

Position: _____

Work#: _____ / _____ / _____ ext. _____

### Please check all that apply

☐ Interested in Becoming a 5000 Role Model Mentor      ☐ Returning 5000 Role Model Mentor      ☐ Interested in 20 Year Reunion Celebration

☐ Make a Donation      ☐ Sponsorship      ☐ Sponsor a Role Model Student

Other : _____

**Miami-Dade County Public Schools - 5000 Role Models of Excellence Project**
1450 NE 2nd Ave, Suite 227 - Miami, FL 33132  305.995.2451 ext 2 (O)  305.995.2455 (f)
5000RoleModels@dadeschools.net  www.5000RoleModels.com
Facebook: 5000 Role Models of Excellence

# School Volunteer Program (SVP) Registration Form

**Volunteers may not start service until they are cleared by the district.**



Volunteer # _____

Work Location Name: _____

---

## Placement information:

Through what organization/agency are you volunteering?

☐ PTA/PTSA

☐ College: Name _____

☐ U.S. Military: Branch _____

☐ Other: _____

☐ Take Stock in Children

☐ Big Brothers Big Sisters

☐ Women of Tomorrow

☐ 5000 Role Models

## Volunteer Placement Categories:

☐ Pre K

☐ Elementary School (grades K - 5th)

☐ Middle School (grades 6th - 8th)

☐ Senior High School (grades 9th - 12th)

☐ K - 8 Center

☐ Community School

☐ Adult/Vocational

☐ Child Care

---

**Place an X in the box next to each activity which you select for volunteer service**

| Level 1 (L1 volunteering) |
| --- |
| Band |
| Day Chaperone |
| Classroom |
| Clerical (Office) |
| Exceptional Student |
| KAPOW |
| Library/Media |
| Music |
| PTA/PTSA President |
| PTA/PTSA Treasurer |
| Room Parent |
| Tutor |
| Special Club Sponsor |
| Student Services |
| Other: _____ |

| Level 2 (L2 volunteering) |
| --- |
| Certified Volunteer (M-DCPS course required) |
| Listener (Listeners course required) |
| Mentor |
| Overnight Chaperone |
| Oyente (Oyente course required) |
| Phys. Ed. Asst./Athletic Asst. (Middle School only) |

**Level 2 volunteering requires fingerprinting.** Please see the school volunteer coordinator for an official fingerprint waiver form.

FM-1764E Rev. (07-07)

# School Volunteer Program (SVP) Registration Form

**Volunteers may not start service until they are cleared by the district.**



Volunteer # _____

---

## PERSONAL INFORMATION:

Please note: Name, address and date of birth must be accurate or clearance process will be delayed.
Personal information must be as it appears on official documents.

Application Date _____ / _____ / _____    Social Security Number ___  ___  ___ - ___  ___ - ___  ___  ___

Name _____    _____    _____
　　　　　　　　　　　Last　　　　　　　　　　　　　　　　　　　　　First　　　　　　　　　　　　　　　　　Middle

_____    _____    _____    _____    _____
Home Address　　　　　　　　　　　　　　Apt. #　　　　　　City　　　　　　　　　State　　　　　Zip Code

_____    _____    _____    _____
Home Phone　　　　　　　　　Work　　　　　　　　　　　　　Cell　　　　　　　　　　　　　Email

**Gender:** Male ☐  Female ☐  **Ethnic Group:** Black ☐  White ☐  Hispanic ☐  Multiracial ☐
　　　　　　　　　　　　　　　　　　　American Indian ☐  Asian/Pacific islander ☐  Other ☐ _____

**Date of Birth** _____ / _____ / _____    _____    _____
　　　　　　　　　　mm　　　dd　　　year　　　　　　Emergency Contact Name　　　　Emergency Contact #

---

Are you Bilingual?  No ☐  Yes ☐  Language _____

Are you a parent/guardian/family member of (a) student(s) in this school?  Yes ☐  No ☐

If you are an M-DCPS employee please provide your employee number. _____

If you are an M-DCPS student please provide your student ID number. _____

Are you an active or former member of law enforcement, a firefighter, a Department of Children & Family Services employee, a judge, a state or assistant attorney, a prosecutor, a government employee with duties involving human resources, labor relations, code enforcement officers or a spouse or child of the foregoing categories?  Yes ☐  No ☐

---

**A.**  Have you ever entered a plea of Nolo Contendere (no contest), a plea of Guilty, been placed in pre-trial intervention program or on probation, or been fined in a criminal proceeding?  Yes ☐  No ☐

**B.**  Have you ever received an adjudication of guilt, had adjudication withheld, had a criminal case result in a nolle prosequi ("nol pros"), or had a criminal record sealed or expunged?  Yes ☐  No ☐

**If you answered yes to any of the above, you must provide, when requested, a written explanation and certified Clerk of the Court documents to the District Office, for each arrest. Any volunteer with a criminal record will not be placed unless cleared by the School Volunteer Office, Human Resources and the Office of Professional Standards.**

---

BY SIGNING THIS FORM, I AM AGREEING TO A BACKGROUND CHECK BY M-DCPS AND I UNDERSTAND THAT THIS IS AN OFFICIAL DOCUMENT. I AM GIVING TRUTHFUL INFORMATION AND UNDERSTAND THAT GIVING FALSE INFORMATION IS PUNISHABLE AS A MISDEMEANOR. I ALSO ACKNOWLEDGE THAT I HAVE RECEIVED AND READ THE SVP POLICIES AND GUIDELINES.

Signature _____    Date _____

This registration will not be considered as valid unless all sections are fully completed, and registration has been signed and dated.
PLEASE ALLOW 10 DAYS FOR PROCESSING.

---

## DISTRICT INFORMATION **REQUIRED** TO BE COMPLETED BY SCHOOL ONLY

Identification was verified by _____  Title _____  Date ____ / ____ / _____

Volunteer was placed at work location # _____

Application approved for input by _____
　　　　　　　　　　　　　　　　　　**keep copy of application on file for 2 years from above date**

---

**Please Note Policy:** A volunteer's service may be terminated at any time, at the discretion of either M-DCPS or the volunteer.  A volunteer must report any criminal incident that may have occurred after the initial background check to the M-DCPS Volunteer District Office.

FM-1764E Rev. (07-07)



## Pleasure Meeting You

**WILSON, PAUL V** <PWilson@dadeschools.net>                    Mon, Sep 23, 2013 at 7:22 AM
To: "bromaninc@gmail.com" <bromaninc@gmail.com>

Good Morning:

It was indeed a pleasure making your acquaintance this past week in Washington D.C. for the ALC Conference. I hope that we connect and do some great work in our respective communities on behalf of our children. If there is anything I can do to assist you, please do not hesitate to ask.

P.S.- We are going to get this 5000 Role Models off the ground in Buffalo! I can't wait!

Regards,

Paul V. Wilson, Administrative Director

***Office of Labor Relations***

***Miami-Dade County Public Schools***

1450 Northeast 2nd Avenue

Miami, FL 33132

(305) 995-2381 **(direct)**

(305) 995-2375 **(fax)**

pwilson@dadeschools.net







**Charles Burgin< bromaninc@gmail.com>**

## Request for a formal letter (attached to email from Mr Petrucci) stating that on Wed a vote was held by BOE and Resolution in support of 5000 Role Models Of Excellence Project was passed etc.

2 messages

**Charles Burgin**< bromaninc@gmail.com>                                      Thu, Jun 13, 2013 at 10:44 PM
To: Lou Petrucci <lpetrucci@buffaloschools.org>, rhernandez@buffaloschools.org

Greetings Mr. Petrucci and Mr. Hernandez,

I want you two men of integrity to know that your actions and support as co-sponsors of the 5000 Role Models Of Excellence Project Resolution, and remaining steadfast to see that the Resolution was passed-- is greatly appreciated!! You have helped lay the foundation for "real" change in the lives of our at-risk BPS students and improving the lives of future generations, as we continue to mobilize and build bridges with progressive individuals and organizations in the education, business, civic, government, faith-based and communications media fields. Yes there is much more work to do but we fully understand that the journey of a thousand miles begins with the very first step! Mr. Petrucci, as per our last conversation, you will be getting certain materials to me which helps to undergird technical matters and perhaps we can sit down and also discuss things at your convenience. Right now, I just want to be able to offer people proof that the Resolution actually passed and discuss with them how they may effectively assist our mission movement, so some sort of official document or letter that you can attach to an email will suffice. A copy of the actual Resolution passed is also needed for my records. I will be contacting Congresswoman Frederica S. Wilson after I receive the requested documentation from you. I also will be contacting Supt. Brown, just to make sure she received a copy of the letter which was sent to the Board from Congresswoman Frederica S. Wilson--and that she has read the full contents. Without getting into any specifics of program matters such as size, number of students or schools served etc., I just want to get Supt. Brown's overall feelings about Congresswoman Wilson's offer to come to Buffalo, if the Resolution passed. That way, Supt. Brown and I can be on the same page in strategizing how to make everything come together for the benefit our our students, their families and the greater community. That is one reason why I still have the ongoing Nonviolence Pro Mentor Petition seeking 50,000 plus signatures from the "good neighbors" of WNY. In addition, I will be calling you, just to see what the actual vote count was--as I intend to strenghen ties with Board members who voted to support the Resolution. Don't you think that this would be a wise move since we will be missing 2 of our greatest supporters when you and Mr. Hernandez step down after the next couple of weeks. Perhaps before you 2 guys step down, we can have some sort of press conference (along with Supt. Brown and any other willing Board Members) to hilite the effects of passing the Mentor Resolution and what it means to the hopes of students and families in terms of attaining high academic achievement etc. Again, thank you for what I like to call Manning-up and Standing-up for our at-risk youth. Even when you two no longer sit on the Board, I want to feel as if I still have two friends that I can call on from time to time when I may need guideance or help with other issues, since you two have quite a bit of experience and expertise of service to the community over the years. Shanti, Charles Burgin

**LPetrucci@buffaloschools.org** < LPetrucci@buffaloschools.org>                     i, Jun 21, 2013 at 2:43 PM
To: bromaninc@gmail.com

Mr. Burgin-

*Exhibit #22*

The vote was 7-2. Ralph sponsored the resolution but had to leave before the vote. I will count him in the affirmative.

The second part of the resolution is now for you to formulate a business plan for your mentoring program. As a board member I do not write up the specs, I can tell you what I

have seen come across my desk over the years and the general questions that may be asked.

-Number of schools
-Number of children that you can serve in each school
-Outcome over a specified time period. For example, we plan on mentoring 50 young males of African descent in ten schools with a goal of improving attendance, suspension, ELA, Math, graduation rate, etc. by so many percentage points over a specified time period
-How are mentors selected
-Mentor training
-Partnerships with other groups
-Costs
-Reporting- how often are you going to report out your results- quarterly, biannual, annual?

Anything that we can do to improve African and Hispanic Male graduation rates should be explored. If it works in Florida, hopefully it will work here in Buffalo.

Thank you for your efforts.

Sincerely,

Lou Petrucci
-----Charles Burgin <bromaninc@gmail.com> wrote: -----

> To: Lou Petrucci <lpetrucci@buffaloschools.org>, rhernandez@buffaloschools.org
> From: Charles Burgin <bromaninc@gmail.com>
> Date: 06/13/2013 10:44PM
> Subject: Request for a formal letter (attached to email from Mr Petrucci) stating that on Wed a vote was held by BOE and Resolution in support of 5000 Role Models Of Excellence Project was passed etc.
>
> Greetings Mr. Petrucci and Mr. Hernandez,
>
> I want you two men of integrity to know that your actions and support as co-sponsors of the 5000 Role Models Of Excellence Project Resolution, and remaining steadfast to see that the Resolution was passed--is greatly appreciated!! You have helped lay the foundation for "real" change in the lives of our at-risk BPS students and improving the lives of future generations, as we continue to mobilize and build bridges with progressive individuals and organizations in the education, business, civic, government, faith-based and communications media fields. Yes there is much more work to do but we fully understand that the journey of a thousand miles begins with the very first step! Mr. Petrucci, as per our last conversation, you will be getting certain materials to me which helps to undergird technical matters and perhaps we can sit down and also discuss things at your convenience. Right now, I just want to be able to offer people proof that the Resolution actually passed and discuss with them how they may effectively assist our mission movement, so some sort of official document or letter that you can attach to an email will suffice. A copy of the actual Resolution passed is also needed for my records. I will be contacting Congresswoman Frederica S. Wilson after I receive the requested documentation from you. I also will be contacting Supt. Brown, just to make sure she received a copy of the letter which was sent to the Board from Congresswoman Frederica S. Wilson--and that she has read the full contents. Without getting into any specifics of program matters such as size, number of students or schools served etc., I just want to get Supt. Brown's overall feelings about Congresswoman Wilson's offer to come to Buffalo, if the Resolution passed. That way, Supt. Brown and I can be on the same page in strategizing how to make everything come together for the benefit our our students, their families and the greater community. That is one reason why I still have the ongoing Nonviolence Pro Mentor Petition





**BUFFALO PUBLIC SCHOOLS**
**Department of Social Studies**
**W. Charles Brandy, Director**
150 Lower Terrace, Room 447
Buffalo, New York 14202
(716) 816-3048 ext. 8779

| | |
|---|---|
| **To:** | **Will Keresztes, Ed.D.**<br>**Associate Superintendent of Educational Services** |
| **From:** | **W. Charles Brandy, Director of Social Studies** |
| **Date:** | **November 12, 2013** |
| **Subject:** | **5,000 Role Models of Excellence Mentoring Program** |

---

**Purpose:** The Buffalo Public Schools mentoring committee was convened to determine the feasibility of implementing the 5,000 Role Models of Excellence Mentoring Program.

**Methods:** The mentoring committee met on September 5, 12, 16; October 10 and had a final conference call on October 12, 2013. Committee members included: W. Charles Brandy, Chair, Charles Burgin, Tracey Cooley, Marilyn Gibson, Modell Gault, Samuel Radford, Gail Wells and Dr. Tara Jabbar-Gyambrah.

**Findings:**

9/5

- Charles Burgins provided the committee with letters of support from former Legislature Timothy R. Hogues, Philp Rumore, Council Member Darius R. Pridgen and Dr. Barbara A. Seals Nevergold. Additionally, copies of the Buffalo Board of Education Resolution on the 5000 Role Models of Excellence, a letter of support from Congresswoman Frederica S. Wilson, 24th District of Florida, a brief history of the 5000 Role Models of Excellence Project as well as an open page dissertation titled "The Impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males."

- The committee explored piloting the 5,000 Role Models of Excellence Mentoring Program in one Elementary ( K-8) and one secondary (9-12) buildings for the 2013-14 School Year and additional implementation to two or more schools in 2014-15. Proposed sites included Marva J. Daniel School of Excellence School #37 (formerly Futures Academy), Build Academy School #91, Burgard or East high schools.

9/12

- The committee suggested focusing on 10 out of the 25 components of the 5,000 Role Models of Excellence Program:
    1. One to One Mentoring, Group Mentoring, and Peer Mentoring

*"Putting children and families first to ensure high academic achievement for all"*

2. Year Round curriculum survival skills for boys
3. Employment opportunities for students
4. Youth summits and Health symposiums
5. Annual recognition of mentors
6. Annual scholarship presentations for graduating seniors
7. Field trips to college campuses
8. African American History and Culture
9. Community Service performed by all student participants
10. Critical Thinking Training

9/26, 10/10, 10/12

- The Pilot would take place during the 3rd marking period of the 2013-2014 school year. The pilot program was expected to begin on January 13, 2014 and end on March 28, 2014. Additionally, the committee developed an action plan with four components. Below is the outline of the first component.

  - Mr. Charles Burgin was charged with calling the Director of the 5,000 Role Models of Excellence Program to discuss the program's components. The Mentoring Committee was charged with providing a list of questions to Mr. Burgin for the phone call. Some of the topics of discussion included:

    1. Pre/Post Test

    2. Program Modules Components

    3. Parent and Mentor Informational and Other materials packets

    4. Interactions with the admin and other staff of the schools

    5. Outline for Orientation (schedule of all of the framework of the program)

    6. Student Selection Method

    7. Mentor/Student match up method

    8. Parental Involvement

    9. Budget

    10. Assessment methodology

  None of the abovementioned information was provided to the committee for review and discussion. Mr. Burgin did not participate in the October 12th conference call with the committee and ceased all communication.

**Recommendations:** The 5,000 Role Models of Excellence Mentoring Program is not recommended for implementation in the Buffalo Public Schools in a limited or full capacity at this time. Specifics of the program's core components remain unknown.

Please feel free to contact me, if you have additional questions or concerns.

cc: Mentoring Committee File

*"Putting children and families first to ensure high academic achievement for all"*

**From:** w.a.v.ebuffalo@gmail.com [w.a.v.e.buffalo@gmail.com]
**Sent:** Thursday, October 10, 2013 11:54 AM
**To:** Brandy, W. Charles; Cooley, Tracy; wellsgv@buffalostate.edu; w.a.v.e.buffalo@gmail.com; samradford3@gmail.com; bromaninc@gmail.com; modellgault@yahoo.com; Jabbaar-Gyambrah, Tara
**Cc:** 'Gail Wells' (wellsgv)
**Subject:** Re: Components - 5000 Role Models of Excellence

[Quoted text hidden]

Brandy, W. Charles <WBrandy@buffaloschools.org>                           Thu, Oct 10, 2013 at 12:56 PM
To: "Cooley, Tracy" <tcooley1@hilbert.edu>, "w.a.v.ebuffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "wellsgv@buffalostate.edu" <WELLSGV@buffalostate.edu>, "samradford3@gmail.com" <samradford3@gmail.com>, "bromaninc@gmail.com" <bromaninc@gmail.com>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-gyambrah@hilbert.edu>

Hello Everyone,
Our conference call is scheduled for 4:00 p.m. on Friday, October 11, 2013.  Please refer to:

Conference Dial-in Number: (712) 432-1500
Participant Access Code: 257355#

Thank you for your cooperation.

Best regards,

W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

*[handwritten note:]* For record there never was any ~~November~~ October 12, 2013 meeting scheduled for Conference Call — in which Charles Brandy lied saying that I closed all communications.

*[handwritten note:]* Exhibit #24

**From:** Cooley, Tracy [tcooley1@hilbert.edu]
**Sent:** Thursday, October 10, 2013 2:24 PM
**To:** w.a.v.ebuffalo@gmail.com; Brandy, W. Charles; wellsgv@buff[...]                  bromaninc@gmail.com; modellgault@yahoo.com; Jabbaar-Gyambrah, Tara
[Quoted text hidden]

[Quoted text hidden]

Spam
Not spam
Forget previous vote

Wells, Gail <WELLSGV@buffalostate.edu>                                   Thu, Oct 10, 2013 at 12:57 PM
To: "Brandy, W. Charles" <WBrandy@buffaloschools.org>, "Cooley, Tracy" <tcooley1@hilbert.edu>, "w.a.v.ebuffalo@gmail.com" <w.a.v.e.buffalo@gmail.com>, "samradford3@gmail.com" <samradford3@gmail.com>, "bromaninc@gmail.com" <bromaninc@gmail.com>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "Jabbaar-Gyambrah, Tara" <tJabbaar-gyambrah@hilbert.edu>

Thanks.

Gail

Gmail - Components - 5000 Role Models of Excellence



# Components - 5000 Role Models of Excellence

**Charles Burgin** <bromaninc@gmail.com>
To: "Wells, Gail" <WELLSGV@buffalostate.edu>

Fri, Oct 11, 2013 at 3:39 AM

Gail,

Hold on! After taking time to read the various emails sheet that
Tracy provided me with, I want to clarify matters as regarding your
October 1 st email conversation with Tracy, in which you state..."your
thoughts and concerns could be discussed at the upcoming meeting on
10/10 and should be brought to the attention of Charles Burgin.
Brother Charles is the member of the committee who is most familar
with the 5000 Role Models of Excellence Program and may become the
Director of the Program. Based on my understanding our committee is
using the 5000 Role models of Excellence Program as the foundation for
BPS mentoring Initiative and we are only adding or subtracting
elements based on the specific set of circumstances that challenge
male students in the Buffalo Public School system and on our
limitations as a committee." Instead of holding a conference call
today, I find it imperitive that we meet to discuss the BPS Mentoring
Initiative and "Gail's understanding." Furthermore, I'm still i8n the
process of putting together the Steering Committee which will be
addressing the major issues and concerns with implementing the 5000
Role models of Excellence Project in BPS and preparing for
Congresswoman Frederica S. Wilson's visit to Buffalo–especially in
light of the fact her visit will cordinate the on-going campaign to
build a movement to recruit and sustain mentors etc. i do not intend
to rush things and fully understand that everything can not be done by
the January 13,2014 tentative date so I'm looking at September 2014 as
a more realistic goal for implementing the 5000 Role Models of
Excellence Project in BPS.

Regards
[Quoted text hidden]
> implement....using sentence stems such as In what ways might we, How can we.
[Quoted text hidden]
> From: w.a.v.ebuffalo@gmail.com<mailto:w.a.v.ebuffalo@gmail.com>
> [w.a.v.e.buffalo@gmail.com]
> Sent: Thursday, October 10, 2013 11:54 AM
> To: Brandy, W. Charles; Cooley, Tracy;
> wellsgv@buffalostate.edu<mailto:wellsgv@buffalostate.edu>;
> w.a.v.e.buffalo@gmail.com<mailto:w.a.v.e.buffalo@gmail.com>;
> samradford3@gmail.com<mailto:samradford3@gmail.com>;
> bromaninc@gmail.com<mailto:bromaninc@gmail.com>;
> modellgault@yahoo.com<mailto:modellgault@yahoo.com>; Jabbaar-Gyambrah, Tara
> Cc: 'Gail Wells' (wellsgv)
> Subject: Re: Components - 5000 Role Models of Excellence
> Just returning Jacinto work from vacation. I had more work than expected so
> I may not make the meeting.  :(
>

*[Handwritten annotations:]*

Exhibit #25

Use also Re:
12-4-13 meeting
with Supt. Brown
To refute assertions
of Charles Broaden (B)
Mentor Committee Chairman
that "Mr. Burgin did
not participate in the
October 12 conference ca
with the committee
and closed all
Communications"
See further Gail
Burgin (myself) 10-11-13 to Charles
Wells email of
↓ at 1:57 PM



Charles Burgin <bromaninc@gmail.com>

# Components - 5000 Role Models of Excellence

**Wells, Gail** <WELLSGV@buffalostate.edu>                       Fri, Oct 11, 2013 at 1:57 PM
To: Charles Burgin <bromaninc@gmail.com>
Cc: "'Gail Wells' (wellsgv)" <wellsgv>

Hotep Brother Charles,

Everyone who called in for the conference call felt the conference call should be cancelled and as per your suggestion be replaced with a meeting. A meeting time was identified therefore we need to know if you are available to meet next Friday on October 18th at 11am. The meeting would be held at the regular location. If this is not convenient for you please provide another time when you are available as we feel we cannot proceed without your input.

I got your number from Tracy and I will be calling you this weekend to clear up any misunderstanding that we might have regarding the email I wrote. My cell phone no longer works because it got wet. I will contact you using my landline. Have a great weekend!

Ubuntu,
"We are because I am, I am because we are."

Gail

-----Original Message-----
From: Charles Burgin [mailto:bromaninc@gmail.com]
Sent: Friday, October 11, 2013 6:39 AM
To: Wells, Gail
[Quoted text hidden]
> ls.org>; w.a.v.e.buffalo@gmail.com<mailto:w.a.v.e.buffalo@gmail.com>;
> samradford3@gmail.com<mailto:samradford3@gmail.com>;
> bromaninc@gmail.com<mailto:bromaninc@gmail.com>;
> modellgault@yahoo.com<mailto:modellgault@yahoo.com>; Jabbaar-Gyambrah,
> Tara
>
> Cc: 'Gail Wells' (wellsgv)
>
> Subject: RE: Components - 5000 Role Models of Excellence
>
>
>
> See everyone tomorrow!
>
>
>
> gail
>
>
>
> From: Cooley, Tracy [mailto:tcooley1@hilbert.edu]
>
> Sent: Wednesday, October 09, 2013 1:52 PM



Charles Burgin <bromaninc@gmail.com>

# Components - 5000 Role Models of Excellence

**Charles Burgin** <bromaninc@gmail.com>                    Mon, Oct 14, 2013 at 8:47 PM
To: "Wells, Gail" <WELLSGV@buffalostate.edu>

Greetings,

This is to inform that I am not available for the 18th of Oct. I will
be available for a meeting on Friday the 25th after 1:30 pm or from
the 28th thru 31st of October after 1:30 pm. At that meeting we shall
discuss the formal role of the BPS Mentor Committee as regarding the
5000 Role models of Excellence Project—which has nothing to do with
the so-called Buffalo Mentor Initiative! We valso shall discuss for
the record, how the Steering Committee which I'm putting together to
advance the objectives and implementation of the 5000 Role models of
Excellence Project in BPS; along with the "impact study and cost
analysis which can not be performed until after my business plan and
budget has been perfected, along with other pertinent concerns and
timelines.Shanti, Bro. Charles
[Quoted text hidden]





**Charles Burgin <bromaninc@gmail.com>**

## FW: Policy Bridge Report -- Cleveland, Ohio
2 messages

**Wells, Gail** <WELLSGV@buffalostate.edu>                          Wed, Oct 23, 2013 at 1:30 PM
To: "modellgault@yahoo.com" <modellgault@yahoo.com>, "Brandy, W. Charles (WBrandy@buffaloschools.org)"
<WBrandy@buffaloschools.org>, "Cooley, Tracy (tcooley1@hilbert.edu)" <tcooley1@hilbert.edu>,
"bromaninc@gmail.com" <bromaninc@gmail.com>

Dear Team,


I am leaving for Baltimore tomorrow morning BUT I have attached an article that was sent to me by a
national Black Think Tank which I belong to. Please read it and send comments/reactions.


Ubuntu,

"We are because I am, I am because we are."

Gail

*Exhibit # 28*


**From:** Howard, Tekeia [mailto:howardt@xavier.edu]
**Sent:** Wednesday, October 23, 2013 3:07 PM
**To:** Howard, Tekeia
**Subject:** Policy Bridge Report -- Cleveland, Ohio



*A premier repository that shines as a beacon for forward-thinkers who reveal issues and disseminate
solutions affecting Blacks in higher education, as well as, serving as an exceptional resource for networking,
career management and leadership development. In addition, an African-centered approach guides and
fosters community building among its members and friends.*


### RE: Easing the Pain - Communities Must Act to Heal Wounds of African-American Boys and
### Young Men

by Randell McShepard & Gregory L. Brown



POLICY BRIDGE

JDOTT Community:

"Please see attached the latest PolicyBridge report, released a couple of days ago. It is a brief read, but addresses a very important topic....African American Boys and Young Men."

You are free to share the report with others that have an interest -- or need to know valuable research about African-American Boys and Young Men.

Thanks and best regards,

Paul James
JDOTT, President

📄 **Easing the Pain Report.pdf**
1205K

---

**Brandy, W. Charles** <WBrandy@buffaloschools.org>                    Thu, Oct 24, 2013 at 2:35 PM
To: "Wells, Gail" <WELLSGV@buffalostate.edu>, "modellgault@yahoo.com" <modellgault@yahoo.com>, "Cooley, Tracy (tcooley1@hilbert.edu)" <tcooley1@hilbert.edu>, "bromaninc@gmail.com" <bromaninc@gmail.com>

Thank you!

X  W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 **(Fax)**

wbrandy@buffaloschool.org

---

**From:** Wells, Gail [WELLSGV@BuffaloState.edu]
**Sent:** Wednesday, October 23, 2013 4:30 PM
**To:** modellgault@yahoo.com; Brandy, W. Charles; Cooley, Tracy (tcooley1@hilbert.edu); bromaninc@gmail.com
**Subject:** FW: Policy Bridge Report -- Cleveland, Ohio

[Quoted text hidden]



Charles Burgin <bromaninc@gmail.com>

---

## Bogus BPS Mentor Report of 11-12-13 done by Charles Brandy

2 messages

---

**Charles Burgin** <bromaninc@gmail.com>                                            Sat, Dec 7, 2013 at 5:53 PM
To: Gail Wells <wellsgv@buffalostate.edu>

Hello Gail,

By now, I'm sure that you have been contacted by Tracy Cooley or received a copy from Charles Brandy of his fraudulent and bogus report he submitted to Supt. Brown back on November 12, 2013. The snake-in-the-grass falsely claimed that as of October 12th, I had ceased all communications with the BPS Mentor Committee. He also lied to make it seem like I was supposed to make a call to 5000 Role Models of Excellence Director during the actual conference call of October 11th. I only found out about his bogus report after I reminded Supt. Brown at the 11-13-13 Speakers List Board Meeting that she had promised to send out a letter of invitation to Congresswoman Wilson. Her reply was that she had to wait on that as she had received a report from Charles Brandy. At that same Board meeting of 11-13-13, I had told Brandy to send me a copy and he said he would send it that night. He never kept his word. I then notified Supt. Brown that I needed a copy of the report and a meeting with her to discuss it. She set a meeting for Dec. 4th and sent me a copy on Dec 3rd., one day before our meeting. You are totally aware that our emails evidence provide a foundation to the truth of the matter. I have notified Tracy that I'm in process of asking the Board for a full review of Charles Brandy's bogus report as Supt. Brown has turned it over to them. In addition, I reserve the right to file a complaint with the State Education Department. Within the next few days, I will be filing a "Notice of Claim" to protect my procedural and jurisdictional rights as to bringing a lawsuit against the District and liable parties should the need arise. Tracy has provided me with some of the material that I requested of her and seems to need additional time to answer my inquiries as to the actions of Mr. Brandy. I will keep it simple and straight with you. Do you want to set the record straight as to the truth of the matter evidenced by emails and our discussions. Please let me know if Mr. Brandy has given you a copy of the report, and if so, when did you receive it, including how. I would also like to discuss with you all matters pertaining to the BPS Mentor Committee since we last sat at the meeting table on October 10, after the other members had left. Of course you are now aware that Dr. Kresztes and Charles Brandy will be doing business with those people who started "The Buffalo Mentor Initiative" only they have changed the name. Just coincidence? In any event, I just want to know where you stand as to the truth of the matter, as I await your immediate reply. Shanti,

Regards

---

**Wells, Gail** <WELLSGV@buffalostate.edu>                                          Tue, Dec 10, 2013 at 1:57 PM
To: Charles Burgin <bromaninc@gmail.com>

Brother Charles,

*Exhibit #30*

I would prefer to speak with you in person, my contact number is ▓▓▓▓▓ land line and ▓▓▓▓▓ is my cell.

*Blocked out for privacy. CB*

Ubuntu, "We are because I am, I am because we are."

Gail

*MINUTES*

**Mentoring Initiative Update 12/6/13**

*BLACK MENS THINK TANK*

*EXECUTIVE CHAIRMAN*
*LoNATHAN HARE*

**Meeting with Dr. Keresztes:**

- Need to create a single document that contains all of the cooperating mentoring initiatives, identifying the age groups they can serve, any special attachments or affiliations the potential mentee must have, the days and times and locations group activities will take place, who to contact to discuss a potential child's enrollment with a particular mentoring program.
- Dr. Keresztes, working through the District's mentoring structure led by Charles (Woody) Brandi), will provide our mentoring collaboration access to Buffalo Public school Forums and spaces to enable recruitment of children. Dr. Keresztes will also coordinate the engagement of the BPS Director of Parent Engagement, Heath Frisch.
- There is a February BPS sponsored College Fair at Bennett H.S., at which we can roll out the mentoring initiative, assuming the composite document of all collaborating mentoring programs is ready.
- Dr. Keresztes noted that the Big Brother – Big Sister, Cradle Beach Camp, and Project L.E.E. are already mounting mentoring programs in the schools.
- We should try to mount a 'Greeks' for mentoring initiative
- We will need to construct and organize a mentoring training initiative.
- Dr. Keresztes will utilize his administration's apparatus to data mine participant school site behaviors and academic performance.
- Planned to meet again on January 14th

**Additional Input from the UBMTT meeting, November 23rd**

- Need to create a system for serving the mentoring initiatives
- How will we connect parents to mentoring organizations, allowing parents to take action
- How will we match parents and mentoring programs, and individual youth with mentors
- The CAO will create an add-on to its website for the mentoring initiative, listing all of the participating mentoring programs, their criteria, their

9

Exhibit # 31

**United Black Men's Think of Buffalo**
**251 East Delaware Avenue**
**Buffalo, New York 14208**
**716-884-3312**

**Meeting Minutes** – January 4, 2014
**Meeting started at 2:15**

**Opening Prayer :** Percy Jones

**Welcome /New Introductions :** Dean and Gabriel

**Present :** 8 members and 2 guests

**Reading of Minutes :** approved on motion

**Old Business :** Nat Hare will give us shell for calendar of meetings and events -
approved on motion.

**Committee Reports**
    **Nomination/Membership :** Hosie Arnold suggested all members present
submit their membership applications at next meeting.
    **Education/Mentoring :** Mentoring meeting is next Wednesday at 5:30 pm
at Rafi Green Center…Committee members should plan to attend College Fair
on February 8, 2014. One table will be set up for brochures and programs.
Hosie Arnold tells kids to focus on achievement.  David Milling of Black AMA
will present before the kids.  Rev. Pridgin sent approval letter of our initiative
and will meet with us.
    **Website Development :** Ken Rippy working alone
    **Finance/Fundraising :** Fundraiser on hold-date may be set later
    **Economic Development :** N/R
    **Youth :** N/R
    **Public Relations/Communications :** Brent Rollins will execute email test
through Nate Hare and Hosie Arnold to improve communications.
    **Spiritual Development :** Percy Jones and Nate Hare will meet with Baptist
Ministers conference and will reach out to diocese, Lutherans and other for
Mentoring.  Education can be changed by getting 4000 kids into mentoring.
Parent advocates in schools should recruit mentees.  Children need consistency
to be successful.  Dr Keresztes is offering two contracts for mentoring.

**All Committee Reports approved on motion**
**Discussion :** The Price of Political ignorance as outlined in todays agenda pgs 6-8.
**New Business :** Fund raising meeting will be Tuesday the 7th of January 2014 at CAO at
2pm Rafi Green Center.
**Secretary :** Brent Rollins



Charles Burgin <bromaninc@gmail.com>

---

## our meeting

1 message

---

**Frisch, Heath H** <HHFrisch@buffaloschools.org>                    Thu, Jul 24, 2014 at 6:19 AM
To: Charles Burgin <bromaninc@gmail.com>

Hello Mr. Burgin

Hope all is well by you.  I had a conversation with Dr. Keresztes where I was explaining  your program and he advised me that all mentoring programs should be coordinated through Mr. Nate Hare.

Please contact Mr. Hare about this initiative and then let me know what happens.

I am here to assist in any way possible

Heath

*Exhibit #32*

Heath H Frisch

Director, Parent and Family Engagement

408 City Hall

Buffalo, NY 14202

Tel:716.816.3966

Fax:716.851.3968

email:hhfrisch@buffaloschools.org



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CHARLES BURGIN
P.O. BOX 1073
BUFFALO, N.Y. 14201

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

BUFFALO NY 14202

| | | |
|---|---|---|
| Postage | $ | $1.72 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.37 |

0207
07
Postmark
10/16/2013

Sent To  Mayor Byron Brown
Street, Apt No.  mayors office At Hall
or PO Box No.
City, State, ZIP+4  Buffalo NY 14202

PS Form 3800, August 2006          See Reverse for Instructions

7009 3410 0001 1646 7951

Exhibit
#33



*Have they taken the Shackles off our Wrists
and put them on our Brains?*

APATHY IS BUT ONE LINK IN  THE CHAIN OF INDIFFERENCE

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

**Brotherman's Progress
Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



MAN-UP!
MIND-UP!



KNOW THYSELF

MAAT

October 17, 2013

**To: Mayor Byron Brown
Buffalo City Hall**

**From: Charles Burgin, Founder Brotherman's Progress
Mentors Matter Org., Chairman District Parent Coordinating
Council Mentor Committee**

**Re: Your agreement to support my plans for 5000 Role Models
of Excellence Project to be implemented in Buffalo Public
Schools as one viable solution to help alleviate cycle of
generational poverty amongst minority male students**

**Dear Mayor Brown,**

**This is to inform:**

**1. That, I received a letter (with material documents) dated
February 5, 2013, from Executive Director Tammy T. Reed, of
5000 Role Models of Excellence Project, informing "I wish you
success in your efforts to establish and build a mentoring
program that positively impacts the lives of our children."**

**2. That, shortly after receiving the letter and materials related
to the 5000 Role Models of Excellence Project, I had an
opportunity to speak with you at one of our monthly District
Parent Coordinating Council Buffalo Public School meetings in
which I shared the letter and program documents with you.**

3. That, I further requested your support in my endeavor to have this program replicated in Buffalo Public Schools, while referencing a dissertation by Benjamin Davis "The Impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males."

4. That, you stated that you would wholeheartedly support my efforts to replicate the program in Buffalo Public Schools and that I could stop in your office with any concerns or make an appointment.

5. That, in the ensuing months, I was able to get Buffalo Board of Education members Lou Petrucci and Ralph Hernandez to help draft a resolution in support of 5000 Role Models of Excellence Project in which June 12, 2013 was the date for the full Board to vote on the resolution.

6. That, on the day of that vote, I contacted the office of program founder Congresswoman Frederica S. Wilson, to ask if someone from her office could send the Board an email telling them to vote yes on the resolution.

7. That, to my surprise, Congresswoman Wilson herself sent an email to the Buffalo Board of Education informing them that if they voted to approve the resolution then she would be willing to come to Buffalo to help "move this important initiative forward."

8. That, on June 12, 2013, the Buffalo Board of Education voted to approve the resolution with an impact study and cost analysis ordered--and I'm in process of putting together a business plan, along with a steering committee of dedicated professional people to help get everything that the program needs to succeed.

9. That, on August 26, 2013, I was invited by Congresswoman Wilson to attend an educational forum with the Congressional Black Caucus as her guest in Wash. D.C., in which I could meet

various officials connected with the 5000 Role Models of Excellence Project, along with the class of 2014 of Miami-Dade County Schools etc., which was held on Sept. 19th and 20th.

10. That I did attend and make some important connections which included David Johns, Executive Director of White House Initiative on Educational Excellence for African Americans; and many others who will support my efforts to establish the Buffalo chapter of 5000 Role Models of Excellence Project in Buffalo Public Schools,

11. That, I have received letters of support from such distinguished individuals as Phil Rumore of Buffalo Public Schools; Darius Pridgen, Councilman of Ellicott District; Carl Paladino of Buffalo Board of Education; to name a few of the people whom have offered to help bring this important generational poverty reduction program to empower families of minority males in the Buffalo Public Schools.

12. That, on August 5, 2013, I did as you instructed (Mayor Brown) and went to your city hall office to leave a message requesting that you provide a letter of support which would signal to others that you supported this important initiative.

13. That, after waiting weeks and not getting any response, I made two additional trips to your office over a period of more weeks, in which I sought to either have a personal meeting with you or for you to simply provide a letter stating that you supported our initiative and would be supporting Congresswoman Wilson when she comes to Buffalo.

14. That to date, I'm still awaiting your response.

Cite 15. That over this period of time, I was informed by Sam

(3)

Radford that he was aware of all the work that I had done on the 5000 Role Models of Excellence Project and that he would hate to see me left out as Councilman Demone Smith, Charles Brandy and Nate Hare were going to connect with you (Mayor Brown) to reach out to Congresswoman Wilson and bring her to Buffalo so that they could take over the 5000 Role Models of Excellence Project--in which I simply responded that Mayor Brown had already pledged his support and besides, I was already in contact with Congresswoman Wilson and her Chief of Staff.

Mayor Brown, since I have not heard anything from you after visiting your office three times and also meeting with your secretary, I'm now wondering if there is something political going on to circumvent my efforts to implement this very important generational cycle poverty reduction mentor program to assist our at-risk minority males in Buffalo Public Schools to finish high school and graduate college.

To clear things up, I have decided to personally write you this memo for the record! I also read the Buffalo News article "Hands Across Buffalo", in which you "assigned Deputy Mayor Ellen Grant to the Hands Across Buffalo Steering Committee." From my understanding, you have previously appointed someone to act on your behalf with the Buffalo Board of Education Buffalo Public Schools, and I don't recall if that person has the title of Deputy Mayor, but can that person work with me and the steering committee which I'm putting together composed of dedicated professionals from business, education, government, and faith-based organizations, to set in motion all it takes to insure that the 5000 Role Models of Excellence Project is replicated in Buffalo Public Schools! I believe that it is imperative that we meet. Your consideration in the matter is greatly appreciated as I await you reply. Shanti

(4)

**Community conversation with Superintendent Dr. Pam Brown**

Mon, Jun 2, 2014 at 6:26 AM

**Hosie Arnold**
Reply-To: Hosi
To: Kamau Fie
<samradford3(
"Rev. James L
<lordjamesjc@
Charlie Fisher
Stenhouse <b
<savebuffalo19
<bryonm8@ao
<Frpratcher@

Hosie Arnold <bjhha@yahoo.com>, Sam Radford
<swgaskin@gmail.com>, "L. Nathan Hare" <Lnhare@caoec.org>,
ahveed Muhammad <yesdahveed@hotmail.com>, James C Clemons
<antwankdiggs@aol.com>, Charles Burgin <Bromaninc@gmail.com>,
ellington SMITH <wellington.smith@mutualofomaha.com>, Richard
th Quinniey <twoqtravel@yahoo.com>, Habib Johnson
ay <tannybarb@roadrunner.com>, Bryon McIntyre
a <sabuadeyola@yahoo.com>, Frank Pratcher
:Truthmatters626@yahoo.com>, mark blue <Mblue50@msn.com>,

Jamal Fareed <RosebroughJ@yahoo.com>, Paul Hypolite <paulhypolite@gmail.com>, FritzGerald Tondreau
<fritz.tondreau@gmail.com>, Ken Eason <de320eas@aol.com>, Henry Taylor <htaylor@buffalo.edu>, Bruce Cosby
<Cosby@ecc.edu>, Kennethy Rippy <Kennyrippy@yahoo.com>, Eugene T Davis <hlcbles@gmail.com>, Kobie
Lewis <kobielewis@gmail.com>, Rafig Salim <rsalim9@gmail.com>, Malilc Edwards <mueayc100@gmail.com>,
Dwayne Muhammad <toi360@yahoo.com>, Bill Peoples <umojacan@roadrunner.com>, David Allen
<djdavidallen2005@yahoo.com>, Brian K Lewis <BrianKLewisFuneralHome@yahoo.com>, Mohamed Albanna
<Abands@roadrunner.com>, Nagi Awass <Busserunlm@gmail.com>, Fred Merukeb
<FMerukeb@roadrunner.com>, Jabril Shareef <jabril777@hotmail.com>, Judge James McLeod
<jmcleod@courts.state.ny.us>, Richard Cummings <racarccomm@verizon.net>, Darrin M Strickland
<darrin.sbwny@aol.com>, "Kennedy James (Gillibrand)" <James_Kennedy@gillibrand.senate.gov>, Rasheed NC
Wyatt <RWYATT@city-buffalo.com>, Renijah Long <ralong@gma          Antione Thompson          30@aol.com>, De
<antione@blackwny.com>, Floyd Jones <fjones870@gmail.com>,    George Alexander <gatox1...    tev. Quinton Foster"
Mario Badger <mandmw1@yahoo.com>, Ros Jomo Akono <acce                                -buffalo.com>, Fajri
<revqcf1@aol.com>, Russell Smith <smith7923@roadrunner.com               exhibit              105@aol.com>, Fajri
Ansari <fansari53@hotmail.com>, Brent Rollins <bjdaddy7@gmail               #34
Cc: Barbara Nevergold <banevergold@buffaloschools.org>

Fellow members:

On Friday, June 6th, I am encouraging all of you to join me in supporting the
outgoing Superintendent of Buffalo Public Schools, Dr. Pam Brown in an
event she is holding entitled "Buffalo Schools at the Crossroads:  The Current
Status of the District". This "conversation" with the Superintendent should
prove to be very informative and in light of the fact that she and current School
Board President, Dr. Barbara Seals-Nevergold attended our dinner party
fundraiser last February 22nd, and assisted us in moving our mentoring
project forward with the Buffalo Schools , I personally encourage all of us to
come out and show them our appreciation and support.  Hopefully we will
learn how we can continue to work in a meaningful way with the new Board and
help them in the future as they work to provide the best education possible for
all  of Buffalo's children.

Black Mann T shirt Tart

Note Hare's
collusion +
Fraud with
Brandy
Keister
Brown
Newngale

APATHY IS BUT ONE LINK IN    THE CHAIN OF INDIFFERENCE



## IT IS EASIER TO BUILD STRONG CHILDREN
## THAN TO REPAIR BROKEN MEN; Frederick Douglas

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com

MAN-UP!
MIND-UP

*exhibit # 35*



KNOW THYSELF

*Exhibit #*

[AAT

We concerned students, parents, community stakeholders, and progressive leaders, are aware of the efforts of DPCC Mentor Committee Chairman Charles Burgin to replicate the 5000 Role Models of Excellence Project in the Buffalo Public School System. He also claims that his serious efforts to bring this poverty reduction program for at-risk students in BPS, has met with "political interference and crabs-in-a-barrel syndrome." He states that he has been waiting months for certain Board members to meet with him (as promised) to discuss this critical matter and settle things before he is forced to move the Legal Notice of Claim filed (March 3, 2014) on behalf of himself, stakeholders, parents, and all minority male BPS students who would have benefited from the above program--into the courts. WE THE UNDERSIGNED, demand that Buffalo Board of Education leaders timely schedule a meeting with Mr. Charles Burgin (parents & stakeholders) to fully discuss and settle the people's grievances:

| NAME | ADDRESS w/ zip | Phone | E-mail |
|------|----------------|-------|--------|
| 1. Charlene Miller | 218 Winslow Ave | 874-1709 | |
| 2. Karuyma Padilba | 131 Carl St | 793-6526 | Karuymat@A... |
| 3. Wanda L. Strong Konial | 168 Berkshire 14215 | 716-715-1969 | |
| 4. Bettijean Brent | 100 Parkridge Ave | 602-5877 | |
| 5. [illegible] | 2427 Sheridan | 343-0948 | |

7. Debra Jefferson  270 Jefferson Ave  Bflo, N.Y 14209
8. MARCELLA FENTY  203 A LANGFIELD Dr  Bflo  NY 14215
9. _____ Jalline  92 University  Bflo  14214
10. _____ Slade  11 Kenfield Dr  Buff.  14215
11. BETTy LAWRENCE  1015 DELAWARE  Bflo.  14209
12. Pam Jones  163 Richmond Ave  Buf  14222
13. Eleanore Chillis  347 Minnesota Ave  Bfl.  14215
14. Darla Thomas  78 Fernhill  Bflo  14215
15. _____ _____  940 Broadway  Tyle  18212
16. Michael Williams  82 George Urban  Chktt, NY  14225
17. C. Twiggy Billue  235 Rockland Ave  Syea NY  13207
18. Angela Logan  1044 _____  Buffalo  14215.
19. RAS SEMIEN ANU  235 ROCKLAND AVE  Syr  13207
20. Karima Amin  200 Millicent Ave  Bflo  14215
21. Beverly White  234 Roslyn St  Bflo  14215
22. Peggy Heath  226 E Amherst  "  14214
23. Cynthia White  431 Cornwall Ave  Buffalo  14215
24. SHABAKA AMON RA  2132 SAWYER DR  NIAGRA FALLS  14304
25. Christopher Reynolds  116 Olympic Ave  Buffalo  14215

Brotherman Charles - P.O. Box 1073, Buffalo, NY 14201 - bromaninc@gmail.com - (716) 207-4186



## Have they taken the Shackles off our Wrists and put them on our Brains?

**APATHY IS BUT ONE LINK IN**  **THE CHAIN OF INDIFFERENCE**

*"Freedom under the law doesn't matter much if you don't liberate your mind."*

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186





**MAN-UP!**
**MIND-UP!**



**MAAT**



*exhibit*
*#*
*36*

august 1, 2014

To: Carl Paladino

From: Charles Bergin
District Parent
Coordinator Council
Mentor Committee
Chairman

Note: See attached
letter to Interm
Supt. Ogilvie
concerning March 3, 2014
Notice of Claim

Re: The March 03, Legal
Notice of Claim filed on
behalf of myself, parents,
students & stakeholders pertaining to "5000 Role Models of Excellence
Project" and the 6-12-13 Board Resolution in support of "Impact Study
cost analysis"

Dear Mr. Paladino)

This is a formal request to discuss
all the letters, emails and materials you have
received from me concerning the actions of
Supt. Brown, Dr. Kereszter and Charles Brandy
(Director of Social Studies Dept). You promised that
once a new Board was seated and Dr. Brown was
sent packing then we could deal with this matter
and help benefit out our at risk students in need of mentorship.
Call me to set up meeting. Charles Bergin

## Have they taken the Shackles off our Wrists and put them on our Brains?

 **APATHY IS BUT ONE LINK IN**  **THE CHAIN OF INDIFFERENCE** 

*"Freedom under the law doesn't matter much if you don't liberate your mind."*

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



**MAN-UP!**
**MIND-UP!**



**KNOW THYSELF**

**MAAT**

August 1, 2014

To: Dr. Harris-Tigg

From: Charles Burgin
D P C C Chairman of
Mentor Committee

Re: 5000 Role Models of
Excellence Project—BOE
Resolution of 6-12-13
in support of "Impact
Study Cost Analysis" and
Legal Notice of Claim filed
with Supt. and Board on
march 03, 2014



Exhibit #37

RECEIVED
BOARD OFFICE
2014 AUG -4 PM 3:17

Dear Dr. Teggs,

As you Know, I have been patiently waiting on you contact me for a meeting to discuss the above. Would you be so Kind as to set up a meeting to help resolve this very important matter concerning myself, parents, students and stakeholders who support the implementation of the 5000 Role Models of Excellence Project. I've enclosed for you, a copy of my letter to Supt. Ogilvie and materials which you received months ago. Basically, I need to meet with you. I will also be seeking to meet with Mr. Paladino who has promised us support. Thank You! _____



**Have they taken the Shackles off our Wrists and put them on our Brains?**



APATHY IS BUT ONE LINK IN    THE CHAIN OF INDIFFERENCE



"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

bromaninc@gmail.com



**KNOW THYSELF**





**MAAT**

MAN-UP!
MIND-UP!

To: Dr. Nevergold

From: Charles Burgin
DPCC Mentor
Committee Chairman

Date: Aug 4, 2014

Re: Request urgent meeting to discuss notice of Claim filed per 3-4-14 5000 Role Models of Excellence Project in which a BOE Resolution on impact study/Cost analysis was ordered by board.

You were copied to several emails sent out to Carl Paladino, Dr. Harris-Teg, and Supt. Brown. However, you are aware that Supt. Brown agreed to send out letter of invitation to Congressman Frederica S. Brown — but never did so. Also there was bogus letter of Recommendation made to Supt. Brown dated 11-12-13. Thank You

Charles Burg.
DPCC Mentor Cmttee Chair

Case 1:15-cv-00321-WMS-MJR Document 39-1 Filed 06/08/18 Page 65 of 96



**Have they taken the Shackles off our Wrists and put them on our Brains?**

 **APATHY IS BUT ONE LINK IN**  **THE CHAIN OF INDIFFERENCE**

"Freedom under the law doesn't matter much if you don't liberate your mind."

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages



**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186



**MAN-UP!**
**MIND-UP!**

bromaninc@gmail.com



**KNOW THYSELF**



exhibit #39



**MAAT**

RECEIVED BOARD OFFICE
2014 AUG -4 PM 3:36

To: BOE President Sampson

From: Charles Burgin
Chairman District
Parent Coordinating
Council Mentor
Committee Chairman

Date: Aug 4, 2014

Re: Seek urgent meeting to discuss the Notice of Claim filed 3-4-14 involving 5000 Role models of Excellence Project Mentor Program, where Per Board Resolution of 6-12-13, an impact study/cost analysis was ordered by board. Also there are other matters pertaining to use of Buffalo Public Schools for Nonviolen Projects along with mentor Recruitment Events.

Charles Burgin
DPCC Mentor Cmttee Chairman

Gmail

*[handwritten: Email sent to you or ... note accepted.]*

# STILL WAITING ON YOU TO SET UP MEETING REGARDING 5000 ROLE MODELS OF EXCELLENCE PROJECT PERTAINING TO BOE RESOLUTION OF JUNE 12, 2013 & NOTICE OF CLAIM FILED MARCH 3, 2014

*[handwritten: HANd Delivered]*

**Charles Burgin** <bromaninc@gmail.com>                    Tue, Sep 9, 2014 at 12:21 PM
To: TAHarris-Tiggs@buffaloschools.com, cppaladino@buffaloschools.org, queenia17@gmail.com,
BettyJean.Grant@erie.gov, dpridgen@city-buffalo.com

To: Buffalo Board of Education members Carl Paladino and Dr. Theresa Harris-Tiggs.

From: Charles Burgin, founder of community stakeholders advocacy organization Brotherman's Progress; District Parent Coordinating Council Mentor committee Chairman for Buffalo Public Schools.

*[handwritten: Exhibit # 40]*

... to meet with me to discuss the Board Resolution passed June 12, 2013, in which ... directed to conduct "Impact study/cost analysis regarding the possible replication in ... education program that uplifts and empowers minority male students—500 Role Models of ...

... e late December of 2013, I have submitted various documents and communications to ... ement of Board employees in a fraudulent scheme against myself, students, parents ... lers in which we were forced to file a legal Notice of Claim on March 3, 2014 to protect ... natter—since the Board of Education moves at a snails pace.

Again, following the election and the seating of new Board members, I hand delivered letters in the first week of August 2014 to the Board office, seeking a meeting. To date there has been no reply from either of you. I understand that you both are very busy with Board business and private individual lives and other matters. However, Mr. Paladino, you promised that the above matter would be dealt with in a satisfactory manner once Supt. Brown was discharged and a new Board was sworn in. Dr. Tiggs, we last spoke at the memorial held for murdered student Ameer Al Shammari and you agreed for the need for us to meet and discuss the above issues. You have not found time, even though you are the liaison between the Board and the District Parent Coordinating Council—of which I Chair the Mentor Committee.

We students, parents, community stakeholders and various government leaders urge the both of you to immediately reply to our request for a meeting to discuss the above issue and contemplate a viable solution. In addition, we stakeholders are collecting signatures to support our cause and if necessary we will seek to mobilize the community to march and demonstrate to protect the best interest of our minority male students of BPS who would have been positively impacted by the proven poverty reduction, high school graduation, college success foundation program, as evidenced by Dr. Benjamin Davis' dissertation. "The Impact of the 5000 Role Models of Excellence Project on the Lives of 30 African-American males." Especially in light of the fact, the Board's resolution of June 12, 2013 stated "Be it resolved that the Board of Education calls on the Superintendent to conduct an impact study of the 5000 Role Models of excellence Project complete with cost analysis and emphasis on the potential combined effect with current district academic and intervention programs like Say Yes in an effort to blend academic enhancing outcomes for elementary and high school students." See attached letter dated April 1, 2013 from Say Yes Executive Director David Rust acknowledging support.

Of course, you both are aware of the on-going dynamics of politics being played in the Buffalo School District as regarding Board and Administrative support for mentor related projects and programs. We students, parents and community stakeholders WILL NOT BE DENIED OUR DUE PROCESS RIGHTS—and urge that you immediately contact Charles Burgin to schedule a meeting to discuss a proper resolution of our grievances.

and Patricia Pierce

**From: Charles Burgin, District Parent Coordinating Council Mentor Committee Chairman; Founder of Brotherman's Progress Youth Empowerment Project**

**Re: 5000 Role Models of Excellence Project; 6-12-13 Board of Education Resolution in support thereof; legal notice of claim filed March 3, 2014 on behalf of myself and minority male students and families who would have benefited from this proven poverty reduction mentor program had there been no fraud committed by Board employees to sabotage the impact study/cost analysis which was ordered by BOE on 6-12-13.**

**Date October 8, 2014**

**This is a formal request on behalf of myself, DPCC mentor committee members, students, parents and community stakeholders, for a meeting in which I may give you newly elected Board members an update on the above matter. I previously had been assured by Board member Carl Paladino that this matter would be taken care of to our satisfaction once a new board was elected and Supt. Brown was replaced. Since the inception of the new Board we have written and hand delivered notices to Carl Paladino, Dr. Harris-Tigg, Board President Sampson and Interim Superintendent Ogilvie-- without even receiving so much as a courtesy reply. We believe that if this Board really has true concern for placing students first and acting in a manner to see that high academic achievement is a reality for our at-risk minority male students who are dropping out at totally unacceptable rates, being mass incarcerated and victims of homicide--politicization of mentor programs and projects would end! Can we have a discussion?**

Exhibit # 41

*Have they taken the Shackles off our Wrists and put them on our Brains?*



**APATHY IS BUT ONE LINK IN**



**THE CHAIN OF INDIFFERENCE**



"Freedom under the law doesn't matter mu          mind."

Gun Violence, Drugs, Mis-education and

**Brotherman's**
**Mentors Ma**
P.O. Box 1
Buffalo, NY
(716) 207-

Exhibit
#42

**MAN-UP!**
**MIND-UP!**

bromaninc@g



**KNOW THYSELF**



**MAAT**

2014 AUG -4  PM 3: 15
RECEIVED
BOARD OFFICE

August 1, 2014
TO: Supt. Ogivie
From: Charles Burgin
Founder Brotherman's
Progress Mentors Matter
Advocacy org; Chairman
of District Parent Coordinating
Council for Buffalo Public Schools

Re: Request for an immediate meeting to discuss
a legal "Notice of Claim" I was forced to file on
behalf of myself, stakeholders and minority male
students of Buffalo Public Schools as pertaining
to "5000 Role Models of Excellence Project Ex.1 which
we seek to implement in BPS. The notice of claim
is dated March 03, 2014, and received by your "office
of labor relations + legal counsel" with a copy being
hand-delivered to former Supt. Brown. See attached
pages 1, 23, and 24 Ex.2 As Supt. Brown's office received
nd-delivered a 24 page hand written legal notice
claim, which also contained approx 34 exhibits
h supports the notice of claim.

The reason that I included this page to you is so that you can understand that a full copy of everything was also served on the Buffalo Board of Education on March 03, 2014. Page 23 simply was included in this letter to you because it informs that I was in contact with Board member Dr. Harris-Tegg as she serves as Board Liaison to our District Parent Coordinating Council. In addition I have been in contact with other Board members and Mr. Paladino promised me that this situation will certainly be investigated and resolved. Therefore I'm also including as attachments to this letter, a letter I sent to Mr. Paladino dated Dec 24, 2013 Ex. 3. A letter pertaining to the notice of claim sent to Board member Paladino is dated April 10, 2014. See exhibit #4 attached. In addition, I'm including in this letter an email dated Sept 21, 2013 which was sent to Supt. Brown and then BOE President Dr. Nevergold, see exhibit #5. Another pertinent email is to former BPS Supt. Brown dated Dec 4, 2013. See Exhibit #6 which helps to understand the conduct of Supt. Brown and why I had to appeal to the BOE, and then file a legal notice of when the matter was not being properly addressed by the current board of the time. For example I'm including in this letter an email dated Dec 20, 2013, which I sent to Board member Dr. Harris-Tegg and still await her reply. See exhibit #7. I'll stop here as for citing any more materials. I just wanted for you to understand the gist of this problem and how Mr. Paladino had explained that the best way to

(2)

deal with this matter was to wait until the new Board was elected. That has happened and this issue of parents and stakeholders and students needs to be resolved. It's been a full month since the new Board took office and we will no longer be put on-hold!! A copy of this letter is being hand-delivered to the office of Board members: Dr. Harris-Tigg; Mr. Palomino; Dr. Nevergold, and Board President Sampson, whom I intend to meet and fully discuss this important matter. Of course, Supt. Olgelvie, you and the Board members listed here, need to read the full 24 page legal notice of Claim to fully understand our issues and concerns. Its rather extensive as I wanted everything on the record as I fight hard for our at-risk students, parents and stakeholders.

Would you be so kind as to schedule a meeting so that you and I can discuss not only the above matter but other important mentor issues such as using the schools and resources to combat issues of senseless violence. I have issues with Dr. Kreszler +NATE HARE which also need to be addressed by the Superintendent and the Board. any questions you can reach me at (716) 207-4186 or email me at above heading.

Sincerely,
Charles Burеаи
Chairman District Parent Coordinating Council
Mentor Committee for Buffalo Public Schools

Case 1:15-cv-00201-WMS-MJR   Document 30-1   Filed 06/08/18   Page 71 of 96

Home | Calendar | Contact Us | Member Login       Share |

| About NYSSBA | Member Services | Advocacy and Legislative | Training Events | News / Media | Corporate Opportunities | District Vacancies | NYSSBA Store |

# Code of Conduct of the New York State School Boards Association

Consistent with our dedication to children, learning and community, members of the New York State School Boards Association, as representatives of the citizens of our state's school districts and Boards of Cooperative Educational Services (BOCES), hereby adopt this Code of Conduct. In so doing, we state our belief that a code of conduct promotes public confidence in the schools and advances the attainment of district goals and thus we recognize:

- that we have been selected by our fellow citizens and entrusted with the authority and obligation to strive to provide all students of our communities and state with equal opportunity for educational excellence.
- that the future welfare of our communities, local school districts and BOCES, state and nation depend in large measure upon the quality of education we provide in the public schools to fit the needs of every learner.
- that legally the authority of the boards of education is derived from the state which ultimately sets the parameters in which school board service is conducted.
- that we must never neglect our personal obligations to our communities and our legal obligations to the state, nor surrender these responsibilities to any other person, group, or organization; but that, beyond these, we have a moral and civic obligation to the nation which can remain strong and free only so long as public schools in the United States of America are kept free and strong.

In view of the foregoing considerations, it shall be our endeavor as school board members and as members of the New York State School Boards Association to:

- devote time, thought, and study to the duties and responsibilities of being school board members as well as participate in training activities so that we may render effective, informed and creditable service.
- regularly attend board meetings and take action after careful study of the issues facing the board and after full discussion at such meetings.
- work with fellow school board members in a spirit of harmony and cooperation in spite of differences of opinion that arise during vigorous debate of points at issue.
- base decisions upon available facts in each situation; to base each vote upon honest conviction, unswayed by partisan bias; thereafter, to abide by and uphold the final majority decision of the board.
- communicate concerns and public reaction to board policies and school programs to the superintendent and other board members in a professional manner.
- remember that as individuals, school board members have no legal authority outside the meetings of the board, and that this must be reflected in all expressions with staff, the local citizenry, and the media.
- resist temptation and outside pressure to use our positions as school board members to benefit either ourselves or any other individual or agency apart from the total interest of our school districts.
- agree to honor our positions and the people who elected us by maintaining high ethical standards and by not engaging in any activity which presents a conflict of interest, or an appearance of impropriety.
- publicly disclose the nature and extent of any interest we as school board members have in any proposed contract or agreement which comes before the board.
- keep confidential matters pertaining to the schools, which are either legally required to be kept confidential and/or, if disclosed, would needlessly injure individuals or the schools.
- follow the dictates of the state's Open Meetings Law.
- recognize that the primary function of a school board is to establish policies (which are in conformity with applicable law and regulations) by which the schools are to be administered, but that the administration of the educational program and the conduct of school business shall be left to the superintendent of schools and his/her staff.
- strive to procure, when the vacancy exists, the employment of a superintendent who is best qualified for the job and who represents the interests of our communities.
- strive to build and exercise a relationship with the superintendent that is constructive and positive and which enables district staff to function as effectively as possible.
- make decisions having received the recommendations of the superintendent in matters of employment or dismissal of school personnel.
- welcome and encourage active involvement by citizens, including parents and organizations in board activities regarding establishing school policy and developing future plans.
- finally, strive step by step toward ideal conditions for most effective school board service to our communities, in the spirit of teamwork and devotion to public education in a manner which serves as a role model to our students and which demonstrates that school board service is the greatest instrument for preservation and perpetuation of our representative democracy.

New York State School Boards Association | 24 Century Hill Drive, Suite 200 | Latham, New York 12110-2125
(518) 783-0200 phone | (518) 783-0211 fax | info@nyssba.org

Copyright © 2015 New York State School Boards Association - All Rights Reserved



Exhibit #413

# Civil Rights Liability

- Section 1983 – Civil Rights Liability
  - lawsuit against a school district or official for violation of a federal right, where otherwise there would be no remedy for the violation

- Liability based on whether
  - individual suing enjoyed a protected right,
  - the school/employee deprived him of the right, and
  - the cause of the deprivation was an official practice, policy or custom

**School**Board**U**

*Learning for Leaders*

© 2012 New York State School Boards Association, Latham NY

_Exhibit #44_

_[handwritten notes]_



April 29, 2015

Dr. Nevergold stated for the record:  You are responding to us while there are five Board Members that are silent.  It is not your job to respond to us about the search or the nature of the search because that is not your job.  It is the job of the nine Board Members.  The Board President is sitting silently as well not saying anything here.  I think it speaks volume to the fact that the process as it has been structured, and as it has been established and is being undertaken is an illegal process - one that is hard to justify.  That is why the majority members on the Board are sitting here silently, stone faced because they don't want to open their mouth and say something incorrect or perhaps correct.  It is not your job to explain why they have not followed the process as they should.  Again, you do respond as the employee.  The only employee the Board has is the Superintendent and so I would, again, reiterate and you should not and I understand you are feeling awkward and you are definitely caught between the rock and the hard place here but at the same time I would say you need to step back.  You don't need to respond to us.  We asked you and essentially gave you a directive to not meet with Mr. Weimer and if the other Board Members who are pushing Mr. Weimer want to indicate why he is such an excellent candidate, this is the opportunity to speak up.

Interim Superintendent thanked Dr. Nevergold,

Dr. Harris-Tigg made the following statement on a vote taken at the last Board Meeting regarding the hiring of Attorney Amy Hemenway to represent the Board in a legal matter:  Because legal matters are couched in racially polarizing situations, we feel vulnerable.  We are four African-American Board Members sitting at this table.  It is imperative for us, the four minority Board Members to have representation that we trust, that we are comfortable with, sensitive to our concerns and looks like us.  Our interests are contrary to the majority Board Members here.  The firm of Harris and Beach is already involved in the District.  We would like a diverse partner to handle our concerns not in an adversarial manner, but to have our voices heard in an equal manner.  The majority Board Members have already retained theirs', so we will be giving the name to you Superintendent of the attorney we would like to take care of our litigation and that it would also be indemnified the way it usually would be.

*                    *                    *                    *

Speakers

The speakers made comments on various issues (see attachment).

Interim Superintendent Ogilvie responded to the speakers.

*                    *                    *                    *

APPROVED, Board Minutes of April 15, 2015.  The vote was unanimous.

3

45

April 29, 2015

Exhibit
45
Continued

X Interim Superintendent Ogilvie stated that Mr. Weimer requested
morning.

Dr. Nevergold stated for the record:  I ask the Superintendent not to have that meeting due to the
fact that we do not have a Superintendent in the wings that this entire Board has agreed on.
There is no process for finding a Superintendent.  If there is one, it has been done in secret and
has been done illegally because the Sunshine Law has been violated.  If he has a contract then
that's been negotiated illegally, because the Sunshine Law has been violated.  If he has been told
that he is going to get this job, then that has been done illegally because it was done with five  X X X
people that were going to give him the job and this is not legal.  Mr. Weimer does not have the
position as Superintendent.  He had the opportunity to interview for Deputy Superintendent and
he decided he would pull his resume and not interview for that position.  I don't know why you
would be meeting him at any event at this particular time because he is not the Superintendent,
nor is he a candidate for the Superintendent because we have not seen anything in writing to that
effect.

Mrs. Belton-Cottman stated for the record:  I am also agreeing with Dr. Nevergold that you do
not meet with Mr. Weimer until he has the authority to do so and at such time, if there is a
transition put in place; we have not seen anything other than a resume that is one page and there
was a struggle to put that together from what I have seen.  I have brought today about 20 resumes
with me over the past year where people have applied for positions in this District who have
three or four pages of experience and evidence that they have a SDL license and things like that.
There is something going on here and it brings back memories how this Board started out back in
July with the same things in place.  [I have taken the time today and if you need to discuss it I
have taken the time to print the policy, I have taken the time to print state guidelines associated
with Superintendents, and I have also taken the time to print parent and community involvement      X
according to state law as well as according to our policy and according to federal law.  If the
ideal is to ram down the throats of this community someone without vetting them, because in my
opinion if you had a candidate who was ready for the job or capable of doing the job, he would
put his resume on the table and compete like a man would for any other job.

Dr. Harris-Tigg stated for the record:  Mr. Ogilvie, I would like to support my esteemed
colleagues, Mrs. Belton-Cottman and Dr. Nevergold and direct you as well not to have that
meeting with Mr. Weimer at 10:30 a.m.  Mr. Weimer is a principal – that is what he is and at this
point he is an insubordinate employee, and I would expect that we would indicate so in his file
whatever mechanism through Human Resources that we do that because he is acting out of his
role.  He has summoned people, he has caused divisiveness in the central office, he has put
people in a catch-22 and this is people's lives and careers that we are talking about.  I would
reiterate that you not have that meeting with Principal Weimer on Friday at 10:30, and that you
would consider indicating in his file this type of insubordination.

Mrs. Kapsiak stated for the record:  Superintendent, on the point, it is about three or four p's
here.  One, it a process and there is a position and there are political parties involved, and all of
the Board Members have not been involved and apparently you have with the other Board
Members so let's put the process in place.

Defendants intentionally violated state + Federal
laws requiring parent and community involvement;
along with Buffalo Board of Education policies



by Google

⑥

Charles Burgin <bromaninc@gmail.com>

# Follow-up to our conversation at last DPCC Meeting in which you informed that you had not yet read the materials I had BOE clerk place in your mailbox concerning the need for an investigation of Charles Brandy's bogus report of 11-12-13 regarding 5000 Role Models of Excellece Project

**Charles Burgin** <bromaninc@gmail.com>
To: taharris-tigg@buffaloschools.org, "Nevergold, Barbara A" <banevergold@buffaloschools.org>

Fri, Dec 20, 2013 at 9:31 AM

Dear Dr. Harris-Tigg,

This is Charles Burgin, Chairman of DPCC Mentor Committee. Also, I sit on a Special BPS Mentor Committee Chaired by Charles Brandy head of Social Studies Dept. for Buffalo Schools. For the record, this Special BPS Mentor Committee was created by former Interim BPS Supt. Amber Dixon partly in response to my fervent advocacy on behalf of young Black male and minority students. As Board member liaison to District Parent Coordinating Council, I'm requesting an urgent meeting with you to discuss the materials which I had dropped off to your mailbox on 11-27-13, as regarding a bogus report submitted to Supt. Brown on November 12, 2013, concerning the "impact study/cost analysis" which the Board authorized in a June 12, 2013 Resolution in support of the 5000 Role Models of Excellence Project. The materials which I dropped off to your mailbox (along with copies to Board President Nevergold and Carl Paladino) dealt with the fact that I was a member of the Special Buffalo Public Schools Mentor Committee which was tasked with working with Charles Brandy to help complete the above impact study/cost analysis. Mr. Brandy summarily and fraudulently wrote the November 12, 2013 report and presented to Supt. Brown without the knowledge of myself and apparently any other BPS Special Mentor Committee members. I only found out about the existence of the bogus report because at the November 13, 2013 Speakers List Board meeting—I had requested that Supt. Brown keep her word in which she had agreed during the September Speakers List Board Meeting, that she would be sending out a letter to 5000 Role Models of Excellence Project founder Congresswoman Frederica S. Wilson—accepting her offer to come to Buffalo "to help move this important initiative forward." Long story short Brown informed during the November 13, 2013 Speakers List Board meeting that she had received a report from Charles Brandy and had to read it before she could proceed any further concerning the 5000 Role Models of Excellence Project. That same day (November 13, 2013) I had requested that she and Mr. Brandy send me a copy which neither complied. Later I specifically via email requested a meeting with Supt. Brown in her office, and again requested a copy of the bogus report. Supt. Brown then agreed to meet with me on the 4th of December, while having Mr. Brandy send me a copy one day before that meeting. During her short meeting with me, Supt. Brown would not accept my written material BPS Mentor Committee evidence that proved Charles Brandy had intentionally misrepresented the facts in his November 12, 2013 report which he had presented to her. She stated that she would not send me a letter attesting to what transpired at our meeting in her office, and that there could be no appeal to anyone as she had already submitted the November 12, 2013 report of Mr. Brandy, to the Board of Education. What completely shocked me was Supt. Brown's statement or question to me when I had pointed out to her that she previously had agreed during a public Speakers List Board meeting to send a letter of acceptance in response to Congresswoman Frederica S. Wilson's offer to come to Buffalo, "to help move this important initiative forward." Supt. Brown stated to me "How do you know that I wanted that woman to come here in the first place." I will stop her as I believe that you now have the gist of the matter upon which there is a need to meet, discuss and call for an official ethical investigation amongst other considerations which the Board has power to entertain. In addition, I have attached a copy of the email dated Dec. 4th which I had sent to Supt. Brown right after our meeting.

Regards,

Charles Burgin
DPCC Mentor Committee Chairman&
Founder of Brotherman's Progress Mentors Matter Advocacy

✗ ✗

exhibit # 46



# "How do you know that I wanted that woman to come here in the first place"

**Charles Burgin** <bromaninc@gmail.com>
To: "Brown, Pamela C" <pcbrown@buffaloschools.org>, carl@carlpaladino.com

Wed, Dec 4, 2013 at 3:02 PM

Buffalo Public Schools Superintendent
Pamela C. Brown
Re; Our meeting to discuss the November 12, 2013 "report" of Charles Brandy concerning 5000 Role Models of
Excellence Project

Dr. Brown, I don't know why you wasted your and my time with the brief meeting in your office today to discuss
my objections to the above report. You stated that you had already sent the report to the Buffalo Board of
Education. So your mind was already made up and there was no way you were going to listen to anything I had
to say in a fair and objective manner. You further stated that there is no "appeal" of your decision and that you
would not be sending me a letter explaining what we discussed. We will certainly see if your decision and
actions are to be appealed or reviewed. Certainly the Buffalo Board of Education has the power to review your
actions along with the misrepresentations made by BPS Mentor Chairman Charles Brandy. I will most certainly
be seeking a legal opinion on the matter along with drafting a complaint to the State Education Dept. But the
thing that really disgusts me is how you can have the unmitigated gall to say to me in response to my assertion
that Congresswoman Frederica S. Wilson should have been welcomed here to assist in this most important
initiative regarding implementation of 5000 Role Models of Excellence Project in Buffalo Public Schools–"How do
you know that I wanted that woman to come here in the first place." I clearly see that you do not truly have the
best interest for our children when it comes to supporting a proven mentor initiative which graduates 70 percent of
the minority male students and sends them to college.Yes, Board of Education member Carl Paladino was right,
and you don't have a clue as to leadership in this school district and it's just status quo! Well I for one will not
waste any time exposing you in the public forums every chance that I get!

Regards,

Charles Burgin
Chair of District Parent Coordinating Committee&
Founder of Brotherman's Progress Mentors Matter Org, <





Charles Burgin< bromaninc@gmail.com>

## RE: In light of the latest reports on student poverty combined with lowered graduation rates for at-risk minority males, I'm asking for your support as regarding the 5000 Role Models of Excellence Initiative which studies show will improve high school ...

1 message

---

**Nevergold, Barbara A**< BANevergold@buffaloschools.org>
To: Charles Burgin <bromaninc@gmail.com>

Mon, Jul 8, 2013 at 12:47 AM

Mr. Burgin, thanks for your email. As you know the Board supported the resolution regarding your program and staff were instructed to conduct a cost analysis. I will support the Board's resolution and I suggest that you use this as support by the Board for the program. Best, Barbara Seals Nevergold

Barbara A. Seals Nevergold, PhD

At-Large Member, Buffalo Board of Education

801 City Hall

Buffalo, New York 14202

716-225-8074

Exhibit # 47

**From:** Charles Burgin [bromaninc@gmail.com]
**Sent:** Tuesday, July 02, 2013 12:37 PM
**To:** Nevergold, Barbara A
**Subject:** In light of the latest reports on student poverty combined with lowered graduation rates for at-risk minority males, I'm asking for your support as regarding the 5000 Role Models of Excellence Initiative which studies show will improve high school and ...

Greetings Madame President,

Congratulations on your elevation to BOE President. After I received the Resolution vote results from BOE Chief of Staff, Mr. kane, I noticed that you had cast a "no" vote. I'm not complaining about that fact as you had every legal right to vote the way you felt that you should vote. There also was that other matter with the dispute that I had with Dr. Kereztes when you thought I was out of line. There were several facts and emails which you were not privy to, that formed the basis for my feelings and dispute with Dr. Keresztes, about issues of integrity. I'm not here to rehash the matter as it's now water under the bridge, as I did take the high rode and apologized to Dr, keresztes, after seing how you were very concerned about the situation. Just because you voted "no" on the initial resolution does not mean that I sholud write you off as someone who does not care about our on-going mentor program advocacy to uplift and empower our at-risk minority male students in BPS. I am just so thrilled about that presentation that Say Yes Executive David Rust gave on the 26th of June. Those wrap around services for the students and their families that he spoke on--would go hand in hand with improving academic achievement and utilizing the mentoring and counseling services (along with other crucial components) of the 5000 Role

2/28/2015 Gmail - Official Letter of Invitation to 5000 Role Models of Excellence Project founder Congresswoman Frederica S. Wilson

Case 1:15-cv-00201-WMS-MJR Document 30-1 Filed 06/08/18 Page 78 of 96



**Charles Burgin <bromaninc@gmail.com>**

# Official Letter of Invitation to 5000 Role Models of Excellence Project founder Congresswoman Frederica S. Wilson

1 message

**Charles Burgin** <bromaninc@gmail.com>                                                Sat, Sep 21, 2013 at 3:31 PM
To: pcbrown@buffaloschools.org, "Nevergold, Barbara A" <banevergold@buffaloschools.org>, taharris-
tigg@buffaloschools.org

Dear Supt. Brown & BOE President Nevergold,

At the last BOE "Speakers List" meeting, I made a request, that since Congresswoman Frederica S. Wilson, founder of 5000 Role Models of Excellence Project, (by letter to BOE dated June 12, 2013, stating she would be willing to come to Buffalo to help "move this important initiative forward")—that it would only be right for the BPS leadership to respond accordingly by sending Congresswoman Wilson, a letter of acceptance and welcome! I had further requested that I be cc:ed a copy. It has now been approx. 13 weeks since Cong. Wilson sent her letter to BOE. Supt. Brown's answer to me at last Speakers List meeting, was that a letter would be sent out. While I truly understand that so much is going on in terms of other Board member's issues with Supt. Brown—important stakeholders business can not be simply ignored or placed on hold. All parties are aware of the potential for alleviating some of the generational poverty amongst our minority male students and their families—as you were given citations to Dr. Benjamin Mays dissertation on why the 5000 Role Models of Excellence Project empowers at-risk minority males. Again, all parties can agree that nothing like this program exists in Western New School Districts. I reiterate that I, along with my DPCC Mentor Committee members, have been contacting individuals and organizations in the business, government, civic, labor, education, faith-based and communications fields to support our movement of laying the foundation of establishing the 5000 Role Models of Excellence Project in BPS. One good example of why a copy of the letter of invitation and support for Cong. Wilson is needed is evidenced by my meeting with Buffalo Police Commissioner Derenda. The very first question he asked of me was whether or not Superintendent Brown supported our initiative. He stated that he did not know too much about her. I explained to him that she along with the BOE supports our mission. He has agreed to support our initiative. Remember one reason that this mentor program is unique is because it involves all progressive factions of the community to work with the mentor program and to support it in various ways. Another positive example would be the support we are receiving from people such as Brenda Mc Duffie Executive Director of Buffalo Urban League. Having statements of support from key parties is invaluable when one is trying to convince other parties that he has backing of key elements or players. For example, the letter that BTF President Phil Rumore wrote for me opens many doors when I am meeting other community leaders for the very first time and seeking their support. So, Supt. Brown and BOE President Nevergold--this is a very simple request—Can a letter be sent out to Cong. Wilson simply stating that BPS leadership welcomes her visit "to help move this important initiative forward" etc. I don't know what the formal protocols are between the BPS leadership and members of Congress who wish to visit—however, I'm sure things can be worked out berween the respective parties. I'm in direct contact with Cong. Wilson and her Chief of Staff and will be notified once things are formalized regarding her anticipated visit. Once we know the date, we will surely have the community mobilized to support her visit and to stand-up for empowering our at-risk minority male students of BPS--which will lead to indirect empowerment and uplifting other segments of the BPS students and their families. Yes it certainly takes a village to raise our children! Let's get to work and place our priorities accordingly! Now, I hope it's not asking too much to have that letter of invitation and welcome sent out to Congresswoman Wilson within the next 10 days. Your consideration in the matter is greatly appreciated AS I AWAIT YOUR REPLY!! Sincerely, Charles Burgin. DPCC Mentor Committee Chair, Founder of Brotherman's Progress Mentors Matter Program Advocacy

Exhibit
# 48

#12



**Have they taken the Shackles off our Wrists and put them on our Brains?**

APATHY IS BUT ONE LINK IN  THE CHAIN OF INDIFFERENCE



*"Freedom under the law doesn't matter much if you don't liberate your mind."*

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

TO: Supt. Brown
From: Charles Bergin
DPCC Mentor
Committee Chair

**Brotherman's Progress**
**Mentors Matters**
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

Bromaninc@Gmail.com

Sept. 26, 2013

**RECEIVED**
**SEP 26 2013**
SUPERINTENDENT'S OFFICE

Supt. Pamela C. Brown,        Exhibit
Re: Sending a letter of Invitation        #49
To Congresswoman Frederica S. Wilson
in response to her 6-12-13 letter to
Buffalo Board of Education stating that
she was willing to come to Buffalo to
help "move this important initiative forward"

Dear Supt. Brown,
    Please let me know where you are
in terms of readying the letter to
congresswoman Wilson. You agreed to send
it during the BOE speaker first meeting
held 2 weeks ago. Please find enclosed
with this letter some material related to
my visit to Wash. D.C. Congressional Black Caucus
educational forum. Please read the bio of Miami
Dade School Superintendent Alberto M. Carvalho.

50



*Have they taken the Shackles off our Wrists
and put them on our Brains?*

**APATHY IS BUT ONE LINK IN**  **THE CHAIN OF INDIFFERENCE**



"Freedom under the law doesn't matter much if you don't liberate your mind."

· · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Gun Violence, Drugs, Mis-education and Apathy = Prison and Slave Wages

**Buffalo Public Schools
Supt. Pamela C. Brown**

Brotherman's Progress
Mentors Matters
P.O. Box 1073
Buffalo, NY 14201
(716) 207-4186

**November 22, 2013**

**Subject: BOE Resolution Impact Study/Cost Analysis approved by
Board on 6-12-13 as regarding replication of 5000 Role Models of
Excellence Project in BPS**

**Re:  Follow-up to the 11-13-13 "Speakers List" Board**
I requested that you keep your pledge made at 9-12-1.
Board Meeting--whereby you agreed to send a letter o
Buffalo Public School Administrators--accepting the 6
5000 Role Models of Excellence Project founder, Cong.
Frederica S. Wilson, "to come to Buffalo to help move this important
initiative forward."

*exhibit
# 50*

**Dear Supt. Brown:**

The record clearly reflects that you agreed to the above noted public
request made by myself on 9-12-13. However, at the most recent BOE
Speakers List meeting (11-13-13) when I again asked you to keep your
word--you stated that you now wanted to wait until you had read a
report from BPS Mentor Committee Chairman, Charles Brandy and
Dr. Will Keresztes concerning the impact study/cost analysis. At the
conclusion of the Speakers List portion of the official Board meeting, I
explained to you that any report that Mr. Brandy and Dr. Keresztes
may have given you, may possibly be based on fraud because, I as a
sitting member of the BPS Mentor Committee and the person
responsible for the business plan and implementation of the 5000 Role
Models of Excellence Project (with the assistance of Congresswoman
Wilson and her staff) had not been given notice nor even received a
copy of the alleged report--which could not possibly have contained a
completed "impact study and cost analysis" as work is still being done!
See email from Board sponsor of the resolution, Lou Petrucci, dated
June 21, 2013, whereby he states "The second part of the resolution is
now for you to formulate a business plan for your mentoring program.
As a Board member I do not write up the specs, I can tell you what I
have seen come across my desk over the years and the general questions
that may  be asked. --Number of schools--number of children that you

can serve in each school...Outcome over specified period of time, attendance, suspension, math, ELA, graduation rate etc. by so many percentage points over a specified period of time...Mentor training... Partnerships with other groups...Costs...Reporting...Anything that we can do to improve African and Hispanic Male graduation rates should be explored. IF IT WORKS IN FLORIDA , HOPEFULLY IT WILL WORK HERE IN BUFFALO." See exhibit -A- which also includes BPS Mentor Committee notes from Tracy Cooley via emails sent out.

At the Board meeting, I immediately asked Charles Brandy to send me a copy of the alleged report and his reply was that the report was based on things which we (the BPS Mentor Committee) agreed and that he would send me a copy of it that evening. To date, he has not responded. That same evening, I spoke with Dr. Keresztes and informed him that an investigation of the so-called report would be forthcoming. Dr. Brown, you previously (via written notice prior to your appointing Dr. Keresztes to do impact study/cost analysis in which he then gave the duty to Charles Brandy and the BPS Mentor Committee) were made aware of my concerns as to the integrity and credibility of Charles Brandy and Dr. Keresztes--in regards to previous issues relating to our work on the BPS Mentor Committee, which was formed by Interim Superintendent Amber Dixon and then BPS Board President Lou Petrucci--partly due to my fervent advocacy on behalf of minority males and their disparate educational opportunities as evidenced throughout the Buffalo Public School System. Everyone knows that I'm a staunch advocate for change and have been working for years to bring about change. The 5000 Role Models of Excellence Project is THAT vehicle for CHANGE--especially in terms of reducing the impact of generational poverty amongst African American and Hispanic families who have male students attending Buffalo Public Schools.

Dr. Brown, here it has been nine days since you spoke on the existence of (a possibly fraudulently) written report and your need to read it before you could respond to my request. Namely that you keep your pledge ( made in public) agreeing to send a letter accepting Congresswoman Wilson's 6-12-13 offer, and her subsequent offer by letter of August 16, 2013, stating "In Congress, I am working to bring the 5000 Role Models of Excellence Project to a national scale. I informed the members of the school board that I would be delighted to

come to  Buffalo to help move the initiative forward." See exhibit -B-.

I don't know why you have not given any priority to the efforts of the community to see that the 5000 Role Models of Excellence Project be implemented in BPS--especially in light of the fact that the Board supports us as evidenced by email from Board President Nevergold, dated July 8, 2013. "Mr. Burgin, thanks for your email. As you know the Board supported the resolution regarding your program and staff were instructed to conduct a cost analysis. I will support the Board's resolution and I suggest that you use this as support by the Board for the program. Best, Barbara Seals Nevergold." See exhibit -C-.

Clearly Dr. Brown, it is evident by your actions and negative response to my many inquiries and requests that you provide support and leadership for this important mentor program initiative--that you have not taken the time to read Dr. Benjamin Davis' dissertation "The impact of the 5000 Role Models of Excellence Project on the lives of 30 African-American males."  See exhibit -D- which contains the 1st. Page of dissertation. I will denote some of the specific paragraphs which are relevant to our implementation efforts. "The results show that mentoring alone is not a sufficient tool for redirecting the academic outcomes of African-American males; rather, academic intervention, mentoring and counseling, together, can be used to help African-American males succeed both in and beyond high school." Now that is why I had taken the time to approach Say Yes executive Director David Rust back in April of 2013, and he sent me a response by letter dated April 1, 2013 stating "One part of our approach is to leverage partnerships in the community to create a network of mentors who can provide guidance and support to those students who can benefit from a one -to-one relationship with a stable and responsible adult..." See exhibit -E-. In addition, at the last Board meeting I again spoke with Mr. David Rust and reiterated that we had to sit down to discuss his support for the 5000 Role Models of Excellence Project and he agreed. Here are some more of the important points found in Dr. Benjamin Mays' dissertation. "Success for participants in the program was more than mere graduation; it was defined as going on to higher education and professional careers. The key elements of the program were its ability to provide students with a wider exposure to life--namely access to professional, African American males (6000 volunteers who act as

father figures), out-of-town trips, teen summits, employment and career counseling, take an apprentice to work day, and police and youth conferences. Overall, students who participated in the program did not just graduate but went on to college and successful careers. The graduation rate in the 5000 Role Models of Excellence Project was 83%, which was higher than the school district's overall graduation rate of 49%. Students in the Role Models Project also chose higher education at a rate higher than other district students. Another key aspect of the program was its complete integration into the Miami-Dade County Public Schools, from which it receives the majority of its funding. The students engaged in program activities during school hours and were not penalized for their absences from class but expected to keep up with assignments and excel. 5000 Role Models of Excellence Project is also an academic intervention program that was founded in Miami-Dade County by a former principal to combat the problems of dropouts, poor academic performance, and low graduation rates for African American students. Academic achievement focuses on the performance results of all students in the classroom as well as on standardized tests administered by the respective states. Academic intervention--programs seeks to combine mentoring and academic achievement as a way of encouraging students to reach stated objectives. The intended audience for this study was high school educational leaders, school counselors, designers of academic intervention programs for secondary students, teachers, parents, teacher-training programs, administrators, and community-based organizations that partner with schools to produce better outcomes for minority children. This study was intended to aid its audience in identifying the elements of a successful academic intervention program that could be instrumental in improving graduation rates for an underserved segment of the student population. The goal of this discussion is to arrive at how one special program has overcome problems to create high rates of success for graduation and employment for one group of African American males.

Dr. Brown, at this point, I'm requesting that you appoint a distinguished person of character and integrity to complete the impact study/cost analysis and work with me as regarding the BOE resolution approved on 6-12-13.

In addition, I'm demanding a copy of the so-called impact study/cost

analysis report allegedly done by Charles Brandy, so that I may properly respond to it--and request an investigation of the matter by the Buffalo Board of Education and possibly the State Education Department via formal complaint. If necessary, I'm prepared to initiate litigation on behalf of myself and the minority males whom were the intended beneficiaries of the impact study/cost analysis ordered by resolution of the Board pertaining to 5000 Role Models of Excellence Project.

In closing Dr. Brown, I want to state that I have read your response to Sam Radford, in regards to how you infer that from the beginning of your tenure, you were always meeting with the District Parent Coordinating Council representatives to discuss community related initiatives. Well I wish to state for the record that it has been my experience that you have practically ignored the many written letters which I have tried to generate your interest and receive a proper or timely response while serving as Chair of the District Parent Coordinating Council Mentor Committee or founder of Brotherman's Progress Mentors Matter Advocacy Org. In fact since October 2012, I have been waiting for you to keep your agreement (which was taped on DVD) to meet with myself and BTF President Phil Rumore, who whole heartedly supports a nonviolence pro mentoring initiative which was designed to help reduce the violence in our schools but you were too busy to even grant a meeting. Please do not ignore the seriousness of the above matter as we (community stakeholders) fully expect you to keep your pledge and send the letter of welcome to Congresswoman Frederica S. Wilson. It's only the right and professional thing to do! Your consideration in the matter is greatly appreciated as I await your immediate reply.


Charles Burgin

Chairman of DPCC Mentor Committee
Founder Brotherman's Progress
Mentors Matter Advocacy Org.



Charles Burgin <bromaninc@gmail.com>

# FW: 5,000 Role Models of Excellence Program Recommendation

1 message

**Brown, Pamela C** <PCBrown@buffaloschools.org>                    Tue, Dec 3, 2013 at 1:04 PM
To: "bromaninc@gmail.com" <bromaninc@gmail.com>

Mr. Burgin,

Please see the committee's report attached. I look forward to our meeting tomorrow.

Best,

Pamela Brown

Pamela C. Brown, Ed.D.
Superintendent
Buffalo Public Schools
(816)716-3575

_____

From: Brandy, W. Charles
Sent: Monday, December 02, 2013 8:21 AM
To: Brown, Pamela C
Cc: Keresztes, Will
Subject: FW: 5,000 Role Models of Excellence Program Recommendation

Dr. Brown,
Happy Thanksgiving. Please refer to the attached report that was submitted on November 13, 2013.

Best regards,
W. Charles Brandy

Director of Social Studies

150 Lower Terrace

Buffalo, N.Y. 14202

(716) 816-3048 ext. 8779

(716) 851-3064 (Fax)

wbrandy@buffaloschool.org

📄 **5,000 Role Models of Excellence Mentoring Committee Report (11-13).doc**
      64K



Charles Burgin <bromaninc@gmail.com>

# Charles Burgin - 5000 Role Models for Excellence
2 messages

**Brown, Pamela C** <PCBrown@buffaloschools.org>                    Wed, Nov 27, 2013 at 1:20 PM
To: "bromaninc@gmail.com" <bromaninc@gmail.com>, "Brandy, W. Charles" <WBrandy@buffaloschools.org>

```
When: Wednesday, December 04, 2013 3:30 PM-3:45 PM. (UTC-05:00)
Eastern Time (US & Canada)
```

\*~\*~\*~\*~\*~\*~\*~\*~\*~\*

Dr. Brown would like to meet with you on December 4, at 3:30 p.m. in her office. Please confirm your attendance by return e-mail or phone at 816-3575. Thank you.

LaRae Hens Bryant
816-3575
lhens@buffaloschools.org

---

**Charles Burgin** <bromaninc@gmail.com>                    Sat, Nov 30, 2013 at 6:30 AM
To: "Brown, Pamela C" <PCBrown@buffaloschools.org>
Cc: "Brandy, W. Charles" <WBrandy@buffaloschools.org>

Yes I can make this meeting, however in terms of full transparency it is imperative that I immediately receive a copy of the so-called "impact study/cost analysis" bogus report submitted to Supt. Brown without my participation or knowledge! Regards

[Quoted text hidden]



Charles Burgin <bromaninc@gmail.com>

## "How do you know that I wanted that woman to come here in the first place"
1 message

**Charles Burgin** <bromaninc@gmail.com>                    Wed, Dec 4, 2013 at 3:02 PM
To: "Brown, Pamela C" <pcbrown@buffaloschools.org>, carl@carlpaladino.com

Buffalo Public Schools Superintendent
Pamela C. Brown
Re; Our meeting to discuss the November 12, 2013 "report" of Charles Brandy concerning 5000 Role Models of Excellence Project

Dr. Brown, I don't know why you wasted your and my time with the brief meeting in your office today to discuss my objections to the above report. You stated that you had already sent the report to the Buffalo Board of Education. So your mind was already made up and there was no way you were going to listen to anything I had to say in a fair and objective manner. You further stated that there is no "appeal" of your decision and that you would not be sending me a letter explaining what we discussed. We will certainly see if your decision and actions are to be appealed or reviewed. Certainly the Buffalo Board of Education has the power to review your actions along with the misrepresentations made by BPS Mentor Chairman Charles Brandy. I will most certainly be seeking a legal opinion on the matter along with drafting a complaint to the State Education Dept. But the thing that really disgusts me is how you can have the unmitigated gall to say to me in response to my assertion that Congresswoman Frederica S. Wilson should have been welcomed here to assist in this most important initiative regarding implementation of 5000 Role Models of Excellence Project in Buffalo Public Schools—"How do you know that I wanted that woman to come here in the first place." I clearly see that you do not truly have the best interest for our children when it comes to supporting a proven mentor initiative which graduates 70 percent of the minority male students and sends them to college.Yes, Board of Education member Carl Paladino was right, and you don't have a clue as to leadership in this school district and it's just status quo! Well I for one will not waste any time exposing you in the public forums every chance that I get!

Regards,

Charles Burgin
Chair of District Parent Coordinating Committee&
Founder of Brotherman's Progress Mentors Matter Org, <



Exhibit
# 52

# BUFFALO PUBLIC SCHOOLS

### Meaningful Consultation Process

Exhibit #53

## Definition of Meaningful Consultation
In an effort to continuously improve a collaborative relationship with all stakeholders, the District continues to modify the process for accessing input and decision making.    This process is based on the belief that planning and consequently student outcomes are improved when District and school leaders, parents, students and community partners collectively work together.    Toward this end, the District continues to improve the consultation process.    District and school leaders, parent leaders, parents and community partners will be involved in the development process.    Students will provide input via the District Student Council meetings.

## Meaningful Consultation Process:
The process includes stakeholder input from the onset; a collaborative meeting structure and a cyclical pattern of data-driven planning, implementation, monitoring and evaluation (see the District Comprehensive Improvement Plan (DCIP) and Consolidated Title I Application Processes).    The process will include pre-planned meetings which focus on the development of the DCIP and the Title Consolidated Application. Recommendations will be made to the superintendent and subsequently to the Board of Education for final approval.

## Timeline: Development and Articulation of the Consultation Process
The goal of ensuring stakeholder involvement can be accomplished in a collaborative manner.    As a District and a community, we can achieve greater outcomes when we work together.    Below are the key dates for establishing this process.    The undersigned agree to the process defined above.

| February 9,2015 | The process was developed in collaboration with Cabinet leaders to create a common understanding of the role of all stakeholders. |
| February 27, 2015 | The BPS Leadership met to review DCIP data and conducted a planning session. |
| March 30, 2015 | The draft process was presented to the DPCC Executive Leaders for input and modification. |
| April 24, 2015 | The final draft will be presented to the superintendent for approval |
| May 5, 2015 | DPCC Monthly Membership Meeting.    Dr. Mauricio Presented. |
| May 13, 2015 | Meeting with Superintendent, CFO, CAO, CSAI, and DPCC Leadership |
| May 26, 2015 | DPCC Executive Committee Meeting with Dr. Mauricio & Jaime Cohen (Director of Title 1) |
| June 24, 2015 | Leadership signatures: -BOE President & DPCC President |
| June 30, 2015 | Copy of Meaningful Consultation letter Sent to NYSED |
| July, 2015 | At the conclusion of the school year, the process will be reviewed by District and DPCC leaders. |

| _____ | 7/1/15 | _____ | _____ |
| James Sampson | Date | Samuel Radford | Date |
| Board of Education President | | District Parent Coordinating Council (DPCC) President | |

9/9/2015     Gmail - Info for Cong. Wilson: Buffalo News article whereby NY State Ed. Comm. John King speaks on Buffalo Schools leadership

Case 1:15-cv-00201-WMS-MJR Document 30-1 Filed 06/08/18 Page 89 of 96



Charles Burgin <bromaninc@gmail.com>

---

# Info for Cong. Wilson: Buffalo News article whereby NY State Ed. Comm. John King speaks on Buffalo Schools leadership

1 message

---

**Charles Burgin** <bromaninc@gmail.com>
To: Alexis.Snyder@mail.house.gov

Fri, Aug 9, 2013 at 2:51 AM

Hello Ms. Snyder,

I thought it would be helpful for Cong. Wilson to read this Buffalo News article,, to give her an idea what's going on in the district and what N.Y. State Education Commishioner John King had to say about Buffalo School District leadership. I wanted to simply send you this article from the Buffalo News site but they did not have the email icons to send it direct. I simply copied the two page article and am sending it as an "attachment" to this email. Here are two paragraphs quoting John King on leadership issues. "He also faulted Buffalo's educational leadership on two fronts: For repeatedly failing to live up to its obligations to the state by submitting incomplete and unacceptable school improvement plans and for failing to present to the public a strong educational vision for how the district will grow student achievement. Instead of proactive leadership, he said, the district has a history of repeatedly 'shading the facts.' He cited the side agreement with the Buffalo Teachers Federation regarding teacher evaluations and exaggerated claims regarding the district's career and technical education programs." Alexis, to me this reflects on my prior statement to you about the Buffalo Public School District leadership having been dysfunctional. Now do you understand when I told you that the Buffalo Board of Education members did not on their own come up with the idea or need for the 5000 Role Models of Excellence Project, and this was something that I had to practically fight them to place on the agenda and vote on it. Remember also that Superintendent Brown is new to the job and is to a certain extent being influenced by the status quo hangerons! I just thought that Cong. Wilson should have a heads-up as to what she will be dealing with in this matter to have our 5000 Role Models of Excellence Project replicated in Buffalo Public Schools. However, I'm sure that this is nothing new to Cong. Wilson and that she has the expertise to handle any given situation! Shanti, Bro. Charles Burgin, Founder of Brotherman's Progress Mentors Matter Advocacy and Chairman of District Parent Coordinating Council Mentor Committee for Buffalo Public School District

---

**2 attachments**



**Ny State Ed. Comm. Speaks on Buffalo Schools Leadership issues 001.jpg**
824K

*Exhibit #54*

July 24, 2014
Buffalo News.com (/)

## City & Region

55

**Buffalo district to match $1 million grant to assist struggling high schoolers**

BY: Sandra Tan (mailto:stan@buffnews.com)

Published: July 2, 2014, 02:56 PM
Updated: July 2, 2014, 02:56 PM

One year ago, Wegmans CEO Danny Wegman pledged up to $1 million for a program to prevent students from dropping out of city high schools, provided the Buffalo School District came up with the same amount.

The district was given three years to raise the money. But in the first year, the district put up only $110,000 toward the million-dollar matching grant.

Community advocates said the school district was wasting a golden opportunity to help poor, failing high school students graduate.

Now, interim Superintendent Will Keresztes said the district will play "catch up" and earmark $840,000 over the next two years for Wegmans' Hillside Work-Scholarship Connection, enabling the program to expand at one high school and begin in two others.

"We expect to reach the $1 million mark sometime in the 2015-16 school year," Keresztes said.

The dropout prevention program, supported by the Wegmans Family Charitable Foundation, was originally started as a way of funneling more minority employees into Wegmans' upscale, suburban grocery stores.

The Hillside Work-Scholarship program works with more than 4,000 youths in Rochester, Syracuse, Buffalo and Prince George's County, Md., and currently serves 180 students in South Park and Bennett high schools.

Of the 43 struggling South Park students who joined the program four years ago, 40 graduated and three more could graduate in August, said Lamont Williams, executive director of the Hillside program in Buffalo.

Exhibit #55

The program will now expand into Emerson and Burgard high schools, Keresztes announced Wednesday. The South Park program would also grow, bringing the total number of Buffalo students served to about 360 students.

He added that he expects unanimous board approval later this month to reallocate money originally budgeted for unnecessary expenditures to cover the $420,000 in annual support for the scholarship program each of the next two years.

The district will also create a 10-year funding strategy, with planning assistance from Say Yes Buffalo, to ensure the scholarship program's continued growth, he said.

"It's about students first and foremost," Keresztes said.

It's not all good news, however.

Bennett High School's scholarship program, which started three years ago and has 90 students, was sustained by the school's partner organization Buffalo Promise Neighborhood. But now that Buffalo Promise Neighborhood has withdrawn its support from the school, the Hillside organization is picking up the $300,000 annual expense until those 90 students leave high school.

No new students will be added unless another funder steps forward, Williams said.

Organizers said the students who join the program are often failing underachievers living in poverty who are partnered with youth advocates in each school. Those advocates give the



Charles Burgin <bromaninc@gmail.com>

## Rodney Pierce Named to NABC All-District Team

**Charles Burgin** <bromaninc@gmail.com>                                    Fri, Jul 4, 2014 at 8:09 AM
To: "Frisch, Heath H" <HHFrisch@buffaloschools.org>

Mr. Frish,

Per my last email, I'm still waiting on you to confirm a meeting date and time to discuss the particulars contained in my last email of 6-26-14. Also in your prior email of 6-25-14 you stated "For reasons we discussed at our meeting, we would not be able to run your program simultaneously with summer school." My recollection of the conversation was it would not be feasible to do an evening program as the schools probably would be closed during summer evenings. I had no problem being able to run the program during morning/afternoon hours. Would you be so kind as to schedule a meeting so that you and I can review things and I will have a better understanding of the summer program obstacles and how things actually work in the district etc. I also would like to hear your take on the Wegman's announcement and how temporary Supt. Keresztes has found and pledged about 900,000 dollars of district money not really needed for other purposes--yet the DPCC Mentor Program and Brotherman's Progress Mentors Matter Organization is put on hold when we are trying to uplift and empower at-risk students of BPS! Thank you for your consideration in the matter as I await your immediate reply. I will be meeting with community stakeholders and supporters then seek a meeting with Phil Rumore of the Teachers Union, Board members and the new Interim Superintendent (or temporary Superintendent) to advocate for justice on behalf of our at-risk students and their parents.

Sincerely,

Charles Burgin
[Quoted text hidden]

BRIAN HIGGINS
27TH DISTRICT, NEW YORK

COMMITTEE ON HOMELAND SECURITY
SUBCOMMITTEE ON
BORDER AND MARITIME SECURITY
SUBCOMMITTEE ON COUNTERTERRORISM
AND INTELLIGENCE

COMMITTEE ON FOREIGN AFFAIRS
SUBCOMMITTEE ON THE
MIDDLE EAST AND SOUTH ASIA
SUBCOMMITTEE ON TERRORISM,
NONPROLIFERATION AND TRADE

REVITALIZING OLDER CITIES
TASK FORCE
CO-CHAIR

WASHINGTON OFFICE:
2459 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3306
(202) 226-0347 (FAX)

WESTERN NEW YORK OFFICES:
LARKIN BUILDING
726 EXCHANGE STREET
SUITE 601
BUFFALO, NY 14210
(716) 852-3501
(716) 852-3929 (FAX)

FENTON BUILDING
2 EAST 2ND STREET
SUITE 300
JAMESTOWN, NY 14701
(716) 484-0729
(716) 484-1049 (FAX)

higgins.house.gov

# Congress of the United States
## House of Representatives
### Washington, DC 20515–3227

January 25, 2013

The Honorable Arne Duncan
Secretary
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

The Honorable Dr. John King
Commissioner
New York State Education Department
89 Washington Avenue
Albany, NY 12234

Dear Secretary Duncan and Commissioner King:

I am writing to express my concerns regarding the reported abuse of federal Title 1 funds within the
Buffalo City School District.

Western New York residents and parents of school children deserve a government and public education
system committed to the highest standards of integrity. However, recent reports reveal that over
$330,000 of Title 1 funds were inappropriately used to benefit the family, friends, and businesses close
to a former administrator – a far cry from its intended use to aid schools with a significant percentage of
students from low-income families.

An investigative report done at the direction of former Interim Superintendent Amber Dixon highlights
arrant misconduct and abuse that beg several questions, including how someone with such little
qualifications would have control over such large sums of money with little accountability or oversight.

Those entrusted with the public's confidence, particularly those directly involved in schooling our
children, must meet a higher standard. And at a time when guarantees of federal aid are uncertain, it is
more important than ever that every dollar is used to achieve a positive outcome.

Further, more rigorous inquiry into this matter is the only way to maintain the public's confidence in our
education system. I respectfully request that you direct a comprehensive audit that both gets to the
bottom of this issue and provides assurance that future public resources will be used in the interest of the
students for whom it is intended.

Sincerely,

BRIAN HIGGINS
Member of Congress

Exhibit
# 5B

PRINTED ON RECYCLED PAPER



## BOARD OF EDUCATION – CITY OF BUFFALO
### Buffalo, New York

### INTEROFFICE MEMORANDUM

**Date**: 03/27/14 – 04/08/14

**SUBJECT**: <u>Speakers List</u> for the Board Meeting of **Wednesday, April 9, 2014**
**TO**: All Board Members and Dr. Pamela C. Brown
**FROM**: James M. Kane, Executive Director of Operational Services

| | |
|---|---|
| 03/27/14 | Zakea Williams, Parent<br>RE:   #115 and MEC Merger |
| 03/27/14 | Teara Williams, Student<br>RE:   #115 Merger |
| 03/31/14 | Kamau Fields, Concerned Citizen/Parent<br>RE:   Speaking Truth to Power |
| 03/31/14 | Tara Watkins, Parent<br>RE:   MEC/MST Merge |
| 04/01/14 | Adam Maurer, Concerned Citizen<br>RE:   Improvements |
| 04/04/14 | Charles Burgin, Member of DPCC<br>RE:   Five Thousand Role Model of Excellence Project |
| 04/04/14 | Steve Tomlins, Parent<br>RE:   Recommendation for BPS |
| 04/07/14 | Solomon Myree, Concerned Citizen<br>RE:   Special Needs Program in our Schools |
| 04/07/14 | Marc Bruno, Teacher/Concerned Citizen<br>RE:   Reducing Suspensions |
| 04/08/14 | Dorothy Gray, Parent<br>RE:   Questions on MLK |
| 04/08/14 | Mariana Cole-Rivera, Parent<br>RE:   Lack of Autism Programs in BPS |
| 04/08/14 | Jennifer Mecozzi, Parent<br>RE:   MEC Transition |
| 04/08/14 | Sandra McAdory, Parent<br>RE:   MEC Transition |

*Exhibit # 57* (handwritten)



Speakers List
Board Meeting of 4/09/14
Page 2

| | |
|---|---|
| 04/08/14 | Darryl McAdory, Parent |
| | RE:    MEC Transition |
| 04/08/01 | Rochelle West, Parent |
| | RE:    MEC Transition |
| 04/08/14 | Susan Gillick, Citizen Action |
| | RE:    Implementation of Restorative Justice |
| 04/08/14 | Kim Dixon, Parent |
| | RE:    PS #115 |
| 04/08/14 | Sam Radford, Parent/DPCC |
| | RE:    The Lack of Parent Inclusion in Decision Making |
| 04/08/14 | Victoria Ross, Peaceful Conflict Resolution Consultant |
| | RE:    Restorative Justice & Peace Circles |

          b.  Quebec, Canada – May 22-25, 2014 – City Honors Grades 10-12

7.  Professional Development
      a.  May/June Teacher Center Courses

8.  Miscellaneous Educational
      a.  Report: CSE & CPSE

**C.  Business Affairs**

9.  Award of Purchase
      a.  Gale/Cengage Learning – Library System Software Renewal

10.  Payment for Legal Services
      a.  Law Offices of H. Jeffrey Marcus, PC

11.  Miscellaneous Business – **No Items**

**D.  Financial Affairs**

12.  Miscellaneous Financial
      a.  Report: New Grant Awards

**E.  Board Policies**

**VIII.  UNFINISHED BUSINESS**

    **Resolution(s)**

**IX.  ADJOURNMENT**

---

# BUFFALO BOARD OF EDUCATION

# April 9, 2014

## Supplemental Item(s)

Personnel Changes
13.  Administrative

The Buffalo Board of Education authorizes the Superintendent and/or the Board President the authority to enter into the above referenced contracts.

# BUFFALO BOARD OF EDUCATION

# April 9, 2014

## Agenda

I.   **BOARD RECOGNITION**

II.  **SUPERINTENDENT'S UPDATE**

III. **COMMENTS FROM SPEAKERS**

IV.  **RESPONSE TO SPEAKERS FROM SUPERINTENDENT**

V.   **ACTION ON MINUTES FROM PREVIOUS MEETINGS**

   March 26, 2014

   April 2, 2014 – Special Meeting

VI.  **COMMITTEE REPORTS**

VII. **REPORTS AND RECOMMENDATIONS FROM THE SUPERINTENDENT**

   A. **Personnel Affairs**

   1. Personnel Changes
      a. Instructional
      b. Civil Service Miscellaneous
      c. Administrative
   2. Miscellaneous Personnel – **No Items**
   3. Report: Negotiations Update

   B. **Educational Affairs**

   4. Consultant Contract
      a. National Urban Alliance (NUA) – School Turnaround Process – Future's Academy
      b. The Efficacy Institute – School Turnaround Process
   5. Contract Services
      a. Catholic Charities of Buffalo – Nativity School – Adult Learning Center
   6. Non-Employee Travel
      a. Toronto, Canada – May 7, 2014 – City Honors H.S. Chinese Program

The Buffalo Board of Education authorizes the Superintendent and/or the Board President the authority to enter into the above referenced contracts.