UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES BURGIN,

                                           Plaintiff,

v.                                                                   Civil No.: 15-CV-0201S

BUFFALO BOARD OF EDUCATION, FORMER BUFFALO
PUBLIC SCHOOLS SUPERINTENDENT PAMELA C.
BROWN, ASSOCIATE SUPERINTENDENT BUFFALO
PUBLIC SCHOOLS WILL KERESZTES, DIRECTOR OF
SOCIAL STUDIES BUFFALO PUBLIC SCHOOLS
CHARLES BRANDY, INTERIM SUPERINTENDENT
BUFFALO PUBLIC SCHOOLS DONALD A. OGILVIE,
PRESENT BUFFALO BOARD OF EDUCATION JAMES M.
SAMPSON, BOARD OF EDUCATION MEMBER CARL
PALADINO, BOARD OF EDUCATION MEMBER
LAWRENCE QUINN, BOARD OF EDUCATION MEMBER
PATRICIA PIERCE, BOARD OF EDUCATION MEMBER
THERESA HARRIS-TIGG, BOARD OF EDUCATION
MEMBER BARBARA SEALS NEVERGOLD, FORMER
CHAIRMAN AND EXECUTIVE DIRECTOR OF UNITED
BLACK MEN'S THINK TANK OF BUFFALO, L. NATHAN
HARE,

                                                                      Defendants.

---

## CERTIFICATE OF SERVICE

       I hereby certify that on 31st day of July 2018, I electronically filed Defendant L. Nathan Hare's Answer to the Second Amended Complaint with the Clerk of the District Court using CM/ECF system, and a copy of same was served via regular US mail to the *pro se* Plaintiff at the following address:

                Charles Burgin
                22 Bennett Village Terrace
                Buffalo, NY 14214


                                                                s/Bonnie Orr
                                                                  Bonnie Orr