

22 Bennett Village Terrace
Buffalo, N.Y. 14214


October 31, 2018



United States Magistrate Judge Hugh B. Scott
2 Niagara Square
BUFFALO, New York 14202


Re: Court's Order that parties file joint letter addressing whether the current BPS Superintendent, in his official capacity, should be deemed automatically substituted under Rule 25 (d)

Dear Magistrate Judge Scott:

    This is to inform that Pro se plaintiff Charles Burgin has conferred with BPS District defendant's attorney Joel C. Moore concerning the above. Attorney Moore stipulates (on behalf of defendants) that current BPS Superintendent Kriner Cash in his official capacity will be substituted for former BPS Superintendant Pamela Brown as regarding FRCP 25 (d).

Regards,

*Charles Burgin*

Charles Burgin, Plaintiff Pro se   Case 1:15-cv-00201-WMS-HBS